IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

JAMES C MARCELLO, &
OLIVIA A MARCELLO

vs..

JOHN A DESANO, BERNARD HEALY
JOHN LACROSS, ALBERT MASTRIANO
ARTHUR T MARCELLO

CASE NO. CA 02 488

CA 05 004 ML

BILL OF COMPLAINT

To The U.S. District Court in Rhode Island

Greetings:

1.. The grounds upon which the jurisdiction of the Court depends are that this is a suit between the defendants all citizens of the State of Rhode Island and the plaintiffs both citizens of a different state, the State of Maine, and that the matter in controversy herein, exclusive of interest, costs, and damages, exceeds the sum of $1,500,000.00..

2.. Mr. James & Olivia Marcello, the plaintiffs, of 152 Cross Rd., Stetson, Maine, complains against attorneys John A DeSano and Bernard Healy, of 91 Friendship St., Providence,RI, John LaCross, Chief of the Barrington Police Department, of 100 Federal Rd., Albert Mastriano, of 431 Maple Avenue, and Arthur T Marcello, of 130 Roffee St., all of the Town of Barrington, and in the state of Rhode Island and says:

3.. On and about August 13, 2003, the defendants, John A DeSano, Bernard Healy, Arthur T Marcello, and Albert Mastriano, did then and there in the Town of Barrington RI, conspired with a local official one Chief John LaCross of the Barrington Police Department and reach an understanding to commit crimes against the Constitutional rights of the plaintiffs, Mr James & Olivia Marcello, by depriving them of their "Life, Liberty, & Property" without due process of law.

4. On and about December 10, 2003, the defendants, John A DeSano, Bernard Healy, Arthur T Marcello, and Albert Mastriano, did then and there in the Town of Barrington RI, conspired with a local official one Chief John LaCross of the Barrington Police Department and reach an understanding to commit crimes against the constitutional righ s of the plaintiffs, Mr James & Olivia Marcello, by depriving them of their "Life, Liberty, & Property" without due process of law.

5. That the defendants knowingly and willingly entered into an enterprise, and further agreed that only the members of this said enterprise (RICO) are to violate this statute.

6. That on February 6, 2004, the Diamond Funding Corporation president treasurer Ava Martinelli engaged in a fraudulent scheme with said defendants in financing and assigning the mortgage to Mortgage Electronic Registration System in Flint, MI of the said embezzled and fraudulently converted property located at 557 Maple Avenue Barrington RI.

## PRAYER FOR RELIEF

Wherefore the plaintiffs prays:

1. That the sum of ($1,500,000.00) be ordered to the defendants to pay over to the plaintiffs.

2. That the fraudulent sale of the property located at 557 Maple Avenue in Barrington RI be vacated for fraud.

3. That the plaintiffs be granted possession.

4. That the occupants purchasers Mr. Nuno & Natalia Paiva-Neves be ordered to vacate the premises.

5. That the plaintiffs James & Olivia Marcello may recieve any and all other relief as the circumstances in the cause may require.

## PRAYER FOR PROCESS

The plaintiffs furhter prays this Honorable Court to issue its writs of subpoena,, in due form of law and according to the course and practice of the Court, directed to the said defendants, John A DeSano, Bernard Healy, Chief John LaCross of the Barrington Police Department, Albert Mastriano, and Arthur T Marcello, the defendants as aforesaid, commanding them at a certain day and under a certain penalty to be therein specified to appear before this Honorable Court to answer under oath all and singular the matter and things hereinbefore set forth and complainted of and to stand by and abide and perform all the orders and decrees of the Court herein.

Respectively Submitted,

James Marcello

Olivia Marcello

Mr. James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
207 296 3433

STATEMENT OF CAUSE

ON AND ABOUT AUGUST 13, 2003,, THE DEFENDANTS, JOHN A DESANO, BERNARD HEALY,, ARTHUR T MARCELLO, AND ALBERT MASTRIANO, DID THEN AND THERE IN THE TOWN OF BARRINGTON RI, CONSPIRED WITH A LOCAL OFFICIAL ONE CHIEF JOHN LACROSS OF THE BARRINGTON POLICE DEPARTMENT AND REACH AN UNDERSTANDING TO COMMIT CRIMES AGAINST THE CONSTITUTIONAL RIGHTS OF THE PLAINTIFFS, MR JAMES & OLIVIA MARCELLO, BY DEPRIVING THEM OF THEIR "LIFE, LIBERTY, & PROPERTY" WITHOUT DUE PROCESS OF LAW.

THE DEFENDANTS WILLFULLY PARTICIPATED IN THE JOINT ACTIVITY WITH THE LOCAL OFFICIAL AS ONE OF NUMEROUS OVERT ACTS WITHIN THE COURSE OF AN EMBEZZLEMENT AND FRAUDULENT SCHEME TO SELL THE PLAINTIFFS DECEASED FATHER'S ESTATE LOCATED AT 557 MAPLE AVENUE, IN THE TOWN OF BARRINGTON AND IN THE STATE OF RHODE ISLAND.

IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES G MARCELLO, & OLIVIA A MARCELLO ) | |
| vs. ) | CASE NO. CA 02 488 |
| JOHN A DESANO, BERNARD HEALY ) JOHN LACROSS, ALBERT MASTRIANO) ARTHUR T MARCELLO ) | |

**PLAINTIFFS' DEMAND FOR TRIAL BY JURY**
PURSUANT TO RULE 38

The plaintiffs, Mr James & Olivia Marcello, in the above entitled action pursuant to Rule 38 of Fed.R.Civ.P., hereby makes "AND DEMAND FOR JURY TRIAL" on all the issues so triable by a jury.

Respectively Submitted,

Mr. James & Olivia Marcello
152 Cross Rd..
Stetson, ME 04488
207 296 3433

## LIST OF PARTIES

**PLAINTIFFS**

MR. JAMES & OLIVIA MARCELLO
152 CROSS RD.
STETSON, ME 04488
207 296 3433

**DEFENDANTS**

JOHN A DESANO, ESQ
KIERNAN, PLUNKETT & REDIHAN
91 FRIENDSHIP ST.
PROVIDENCE, RI 02903
401 831 2900

BERNARD HEALY
KIERNAN, PLUNKETT & REDIHAN
91 FRIENDSHIP ST.
PROVIDENCE, RI 02903
401 831 2900

ALBERT MASTRIANO
431 MAPLE AVENUE
BARRINGTON, RI 02806
401 245 1221

ARTHUR T MARCELLO
130 ROFFEE ST
BARRINGTON, RI 02806
401 245 6795

CHIEF JOHN LACROSS
BARRINGTON POLICE DEPARTMENT
100 FEDERAL RD
BARRINGTON, RI 02806