AO 240 (1/94)

# United States District Court

DISTRICT OF

JAMES C MARCELLO,OLIVIA A MARCELLO
Plaintiff

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

V.

JOHN A DESANO, BERNARD HEALY,ALBERT MA[illegible]N
CHIEF JOHN LACROSS, ARTHUR T MARCELLO
Defendant

CASE NUMBER: CA 02 488 CA 05 004 ML

I, JAMES C MARCELLO declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?: ☐ Yes ☒ No (If "No" go to Part 2)

   If "Yes" state the place of your incarceration X

   Are you employed at the institution? X Do you receive any payment from the institution? X

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. X

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   LAST WORKED SELF*EMPLOYED WOODCUTTER IN 1987, $300 PER WEEK

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☒ No
   d. Disability or workers compensation payments ☒ Yes ☐ No
   e. Gifts or inheritances ☐ Yes ☒ No
   f. Any other sources ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

   SSI * $414.50 PER MONTH * TERMINATED FEBRUARY 2004 BY DEFENDANTS (SEE ATTACHED STATEMENT OF CAUSE)

2

AO 240 (1/94)

4. Do you have any cash or checking or savings accounts? ☐ Yes ■ No

If "Yes" state the total amount. ***

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? [X] Yes ☐ No

If "Yes" describe the property and state its value.

2½ ACRE LOT & TRAILER (VALUE $24,000.00)

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

NONE

FILED
2005 JAN -6 A 10:27
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

I declare under penalty of perjury that the above information is true and correct.

01-02-2005 James Marcello

DATE SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ ________ on account to his/her credit at (name of institution) ________. I further certify that the applicant has the following securities to his/her credit: ________ ________. I further certify that during the past six months the applicant's average balance was $ ________.

________ ________

DATE SIGNATURE OF AUTHORIZED OFFICER

AO 240 (1/94)

# United States District Court

DISTRICT OF

JAMES C MARCELLO, OLIVIA A MARCELLO
Plaintiff

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

V.

JOHN A DESANO, BERNARD HEALY, ALBERT MASTRI
CHIEF JOHN LACROSS, ARTHUR T MARCELLO
Defendant

CASE NUMBER: CA 02 4888 CA 05 004ML

FILED JAN 06 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

I, OLIVIA A MARCELLO declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?: ☐ Yes ☒ No (If "No" go to Part 2)

   If "Yes" state the place of your incarceration X

   Are you employed at the institution? X Do you receive any payment from the institution? X

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. X

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   1981 * $150.00 PER WEEK * BULOVA WATCH IN PROVIDENCE RI

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☒ No
   d. Disability or workers compensation payments ☒ Yes ☐ No
   e. Gifts or inheritances ☐ Yes ☒ No
   f. Any other sources ☐ Yes ☒ No

If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

SSI * $414.50 PER month * TERMINATED 2004 by defendants
(SEE ATTACHED STATEMENT OF CAUSE)

AO 240 (1/94)

4. Do you have **any** cash or checking or savings accounts? ☐ Yes ☒ No

If "Yes" state the total amount. X

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☐ Yes ☒ No

If "Yes" describe the property and state its value.

*****

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

NONE

I declare under penalty of perjury that the above information is true and correct.

01-03-2005 DATE

Ms. Olivia Ann Marcello SIGNATURE OF APPLICANT

FILED 2005 JAN -6 A 11:57 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ ______________ on account to his/her credit at (name of institution) ______________________________ . I further certify that the applicant has the following securities to his/her credit: ______________________________ . I further certify that during the past six months the applicant's average balance was $ ______________ .

DATE

SIGNATURE OF AUTHORIZED OFFICER