UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. MARCELLO and OLIVIA A. MARCELLO, Plaintiffs, | : | |
| v. | : | CA 05-004ML |
| JOHN A. DESANO, BERNARD HEALY, ALBERT MASTRIANO, CHIEF JOHN LACROSS, and ARTHUR T. MARCELLO, Defendants. | : | |

**ORDER**
**GRANTING APPLICATION**

Before the court is the application of Plaintiffs James C. Marcello and Olivia A. Marcello to proceed without prepayment of fees. See Application to Proceed without Prepayment of Fees and Affidavit (Document #2) ("Application") filed on January 6, 2005. The Application is hereby granted.

ENTER:

David L. Martin
United States Magistrate Judge
January 11, 2005

BY ORDER:

Deputy Clerk

3