# UNITED STATES DISTRICT COURT

District of

Rhode Island

JAMES C. MARCELLO, OLIVIA A. MARCELLO
V.

**SUMMONS IN A CIVIL CASE**

BERNARD P. HEALY

CASE NUMBER: CA 05 004 ML

TO: (Name and address of Defendant)

BERNARD P. HEALY
KIERNAN, PLUNKETT & REDIHAN
91 FRIENDSHIP STREET
PROVIDENCE, RI 02903
Tel: (401) 831-2900

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES C. MARCELLO
152 CROSS ROAD
STETSON, ME 04488
Tel: (207) 296-3433

an answer to the complaint which is served on you with this summons, within (21) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK Francis P. McCole

DATE 1/26/05

(By) DEPUTY CLERK

7

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE COUNTY SHERIFF
250 Benefit Street
Providence, R.I. 02903

AFFIDAVIT

PROVIDENCE, SC:

I, Brian Schulze, being duly sworn, depose and say that I am a Citizens of the United States, over the age of twenty-one years and a Deputy Sheriff within and for the PRovidence County, duly qualified to serve process. I further depose and say that on February 8, 2005 A.D. I served Kathy Roy(Secretary) ,AGENT FOR SERVICE, by giving in hand to her for Bernard Healey at 91 Friendship Stree Providence, Rhode Island in the Providence County a true and attested copy of the Summons and Complaint. Time of service was 11:30AM

Deputy Sheriff, Brian Schulze

PROVIDENCE, SC:

Subscribed and sworn to in the Providence County of Providence, State of Rhode Island this 14th day of February A.D. 20__ before me

Notary Public:
My comm exp: 8-6-2006