Rec'd Daponte

# UNITED STATES DISTRICT COURT

District of

Rhode Island

JAMES C. MARCELLO, OLIVIA A. MARCELLO
V.

ARTHUR T. MARCELLO

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 05 004 ML

TO: (Name and address of Defendant)

ARTHUR T. MARCELLO
130 ROFFEE STREET
BARRINGTON, RI 02806
Tel: (401) 245-6795

RECEIVED SHERIFF NEWPORT COUNTY 2005 FEB -8 A 10:00

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES C. MARCELLO
152 CROSS ROAD
STETSON, ME 04488
Tel: (207) 296-3433

0008699

an answer to the complaint which is served on you with this summons, within (21) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE 1/26/05

8

## RETURN OF SERVICE

| | |
|---|---|
| ervice of the Summons and complaint was made by me[1] | DATE 2/16/05 |
| ME OF SERVER *(PRINT)* Thomas J. DaPonte | TITLE Dep. Sheriff |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 130 Roffee St., Barrington, RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| VEL | SERVICES 60.00 | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/16/05
Date

*Signature of Server*

Eisenhower Park, Newport, RI
*Address of Server*

FILED
2005 FEB 28 A
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

[1] to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.