Pro se
DaPonte

# UNITED STATES DISTRICT COURT

District of

Rhode Island

JAMES C. MARCELLO, OLIVIA A. MARCELLO
V.

**SUMMONS IN A CIVIL CASE**

CHIEF JOHN LACROSS

CASE NUMBER: CA 05 004 ML

TO: (Name and address of Defendant)

CHIEF JOHN LACROSS
BARRINGTON POLICE DEPARTMENT
100 FEDERAL ROAD
BARRINGTON, RI 02806
Tel: (401) 437-3935

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES C. MARCELLO
152 CROSS ROAD
STETSON, ME 04488
Tel: (207) 296-3433

RECEIVED
SHERIFF
NEWPORT COUNTY
2005 FEB -8 A 10:01

an answer to the complaint which is served on you with this summons, within (21) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

0008100

CLERK

(By) DEPUTY CLERK

DATE 1/26/05

9

## RETURN OF SERVICE

| | |
|---|---|
| rvice of the Summons and complaint was made by me[1] | DATE 2/12/05 |
| ME OF SERVER (PRINT) Thomas J. DePonte | TITLE Deputy Sheriff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Duty officer, Barrington P.D.

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| AVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/12/05
Date

[signature]
*Signature of Server*

Eisenhower Park, Newport, RI
*Address of Server*

2005 FEB 28 A 11:
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.