the pd
Da Ponte

# UNITED STATES DISTRICT COURT

District of

Rhode Island

JAMES C. MARCELLO, OLIVIA A. MARCELLO
V.

ALBERT MASTRIANO

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 05 004 ML

TO: (Name and address of Defendant)

ALBERT MASTRIANO
431 MAPLE AVENUE
BARRINGTON, RI 02806
Tel: (401) 245-1221

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES C. MARCELLO
152 CROSS ROAD
STETSON, ME 04488
Tel: (207) 296-3433

2005 FEB -8 A 9:08
RECEIVED
SHERIFF
NEWPORT COUNTY

an answer to the complaint which is served on you with this summons, within (21) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK [signature] DATE 1/26/05

(By) DEPUTY CLERK

008698

10

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2/21/05 |
| NAME OF SERVER (PRINT) Thomas J. DaPonte | TITLE Dep. Sheriff |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 431 Maple Ave, Barrington, RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/21/05
Date

[signature]
*Signature of Server*

Eisenhower Park, Newport, RI
*Address of Server*

FILED
2005 MAR -2 A 11: 52
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

James C Marcello
152 Cross Road
Stetson, ME 04488
Tel:(207) 296-3433

February 26, 2005

David A DiMarzio,Clerk
U.S. DISTRICT COURT OF RI
One Exchange Terrace
Providence, RI 02903
Tel:(401) 752-7200

RE: **MARCELLO, et al vs. DESANO, et al**
**CA 05 004 ML**

Dear Mr. DiMarzio,

Enclosed for filing is:

(1) ORIGINAL DEFENDANT SUMMONS SERVED

5th Def. - Albert Mastriano - served 2/21/05

Thank you for your assistance in this matter.

Sincerely yours,

James Marcello

JAMES C MARCELLO

CERTIFIED MAIL
ARTICLE # 7004 0750 0002 2470 4886

RECEIVED
MAR 02 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND