UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO, OLIVIA A. MARCELLO<br><br>*Plaintiffs,*<br><br>vs.<br><br>CHIEF JOHN LACROSS,<br><br>*Defendant.* | C.A. No. 05-004 ML |

**ENTRY OF APPEARANCE**

I, Marc DeSisto, Esquire (#2757), hereby enter my appearance on behalf of defendant, Chief John Lacross, Barrington Police Department, in the above captioned matter.

Defendant,
By his Attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

11

Marcello v. Barrington
C.A. No. 05-004 ML

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Entry of Appearance was mailed, postage prepaid, on this 2nd day of March, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Laura Sang