UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO, OLIVIA A. MARCELLO<br>*Plaintiffs,*<br>vs.<br>CHIEF JOHN LACROSS<br>*Defendant.* | C.A. No. 05-004 ML |

**ANSWER**

Now comes defendant, Chief John Lacross, Barrington Police Department, in the above-captioned matter and hereby answer plaintiffs' complaint as follows:

1. This defendant denies that portion of the plaintiffs' complaint entitled "Statement of Cause."

2. This defendant denies the allegations contained in paragraphs 1, 2, 3, 4, 5 and 6 of the plaintiffs' complaint.

3. This defendant denies the "prayers for relief" in plaintiffs' complaint.

4. This defendant denies the "prayer for process" section of the plaintiffs' complaint.

AFFIRMATIVE DEFENSES

FIRST AFFIRMATIVE DEFENSE

This defendant pleads absolute and qualified immunity as a bar to the within complaint.

12

SECOND AFFIRMATIVE DEFENSE

This defendant pleads all statutory and common law immunity as a bar to the within complaint.

THIRD AFFIRMATIVE DEFENSE

This defendant pleads the public duty doctrine as a bar to the within complaint.

FOURTH AFFIRMATIVE DEFENSE

This defendant pleads the statutory cap on damages as a bar and restriction on the damages in this matter.

**These defendants demand trial by jury.**

Defendant,
By his Attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Answer was mailed, postage prepaid, on this 2nd day of March, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Laura Sorg
_________________________