IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al ]

Plaintiffs ]

vs. ] CA 05 004 ML

JOHN A. DESANO, et al ]

Defendants ]

**NOTICE OF ACKNOWLEDGMENT OF PRETRIAL CONFERENCE**

We, the above plaintiffs, hereby acknowledge that a pretrial scheduling conference has been set, pursuant to the Notice and Order of this honorable court respectively dated March 10, 2005, for **Friday, April 1, 2005 at 11:00 A.M.**, in the United States District Court for the District of Rhode Island, at One Exchange Terrace, Providence,RI.

Respectively Submitted,

Olivia Marcello

James Marcello

JAMES C. MARCELLO
OLIVIA A MARCELLO
152 Cross Road
Stetson, ME 04488
Tel: (207) 296-3433

CERTIFICATION

I hereby certify that a true and conformed copy of the within was mailed, postage prepaid, on this 19th day of MARCH, 2005 to:

Marc DeSisto,Esq.(#2757)
211 Angell Street
Providence, RI 02906-2563
(401) 272 4442

Robert W. Smith(#1874)
155 South Main Street
Providence, RI 02903
(401) 751 4124

James Marcello

JAMES C. MARCELLO

14