IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al ]

Plaintiffs ]

vs. ] CA NO. 05-004 ML

JOHN A. DESANO, et al ]

Defendants ]

**MOTION TO ASSIGN**

Now comes the plaintiffs, Mr. James & Olivia Marcello, the owners of the certain real property in question of deprivation located at 557 Maple Avenue in the Town of Barrington R.I., moves to assign the enclosed 'Plaintiffs Motion to Amend Complaint with Supporting Memorandum of Law' for the pre-trial conference scheduled by order of court for **April 1, 2005, at 11:00 AM.**

Said motion will be called for at the said pre-trial conference hearing before U.S. Magistrate Judge David L. Martin (or, in his absence, before a Magistrate Judge who shall be assigned to his cases), in the room usually occupied by him as a court room in said county, if objection is filed: otherwise said motion will be deemed granted by rule of court.

Also please take notice that at the same time and place, I shall further move the Court to enter an order in this cause, at which time and place you may appear if you so see fit.

Yours, etc.

Olivia Marcello
James Marcello

JAMES C. MARCELLO
OLIVIA A. MARCELLO
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

**CERTIFICATION**

I hereby certify, that I mailed a copy of the within on MARCH 26, 2005, by regular mail, postage prepaid, to counsels of record: Marc DeSisto(#2757), 211 Angell St., Providence,RI 02906-2563, and to: Robert W. Smith,(#1874), 155 South Main St., Providence,RI 02903.

James Marcello

JAMES C. MARCELLO

16