AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

JAMES C. MARCELLO
ET AL

APPEARANCE

V.

JOHN OCEANO ET AL

CASE NUMBER: 05-4 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CHIEF JOHN LACROSS

I certify that I am admitted to practice in this court.

4/1/05
*Date*

[signature]
*Signature*

MICHAEL A OCEANO
*Print Name* *Bar Number*
2444

211 ANGELL ST
*Address*

PROVIDENCE RI 02906
*City* *State* *Zip Code*

401-272-4442 272-8837
*Phone Number* *Fax Number*

17

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher