UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO, et al<br>*Plaintiffs,*<br>vs.<br>JOHN A. DESANO, et al<br>*Defendants.* | C.A. No. 05-004 ML |

**ANSWER OF JOHN LACROSS TO PLAINTIFFS' AMENDED BILL OF COMPLAINT**

Now comes the Defendant, John LaCross, and hereby answers Plaintiffs' Amended Bill of Complaint as follows:

1. This Defendant admits that he is a resident of Rhode Island, neither admits nor denies that Plaintiffs are residents of Maine and leaves Plaintiffs to their proof thereof, and denies the remaining allegations contained in paragraph one (1) of Plaintiffs' Amended Bill of Complaint.

2. This Defendant makes no response to the allegations contained in paragraph two (2) of Plaintiffs' Amended Bill of Complaint to the extent that said paragraph identifies the parties against whom Plaintiffs have filed this Complaint. However, to the extent that any negligence or wrongdoing by this Defendant is intended or implied by the allegations, they are expressly denied.

3. This Defendant denies the allegations contained in paragraphs three (3), four (4), five (5) and six (6) of Plaintiffs' Amended Bill of Complaint, the prayers for relief, prayer for process and all allegations of the Amended Bill of Complaint not herein specifically admitted.

21

Marcello v. DeSano et al
C.A. No. 05-004ML

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

This Defendant pleads absolute and qualified immunity as a bar to the within Complaint.

### SECOND AFFIRMATIVE DEFENSE

This Defendant is immune based on the public duty doctrine.

### THIRD AFFIRMATIVE DEFENSE

This Defendant pleads legal justification.

### FOURTH AFFIRMATIVE DEFENSE

To the extent that this Defendant is not otherwise immune from liability, which is expressly denied, the monetary limitations on damages set forth in R.I.G.L. § 9-31-1 et seq. applies to this action.

**This Defendant demands trial by jury.**

Defendant, John LaCross
By his Attorneys,

Marc DeSisto (#2757)
Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

Marcello v. DeSano et al
C.A. No. 05-004ML

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Answer was mailed, postage prepaid, on this 4th day of May, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903

Laura Souza