UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. MARCELLO & OLIVIA A. MARCELLO | : | |
| VS. | : | C.A. NO. 05-004 ML |
| JOHN A. DE SANO, BERNARD HEALY, JOHN LACROSS, ALBERT MASTRIANO, ARTHUR T. MARCELLO and the STATE OF RHODE ISLAND | : : | |

DEFENDANTS, JOHN A. DE SANO, BERNARD HEALY, ALBERT MASTRIANO AND ARTHUR T. MARCELLO'S, ANSWER TO PLAINTIFFS' AMENDED BILL OF COMPLAINT

Now come the defendants, John A. DeSano, Bernard Healy, Albert Mastriano and Arthur T. Marcello's, in the above-captioned matter and deny each and every allegation contained in the plaintiffs' amended complaint, except those allegations which are hereinafter expressly admitted.

1. Defendants, John A. DeSano, Bernard Healy, Albert Mastriano and Arthur T. Marcello, specifically deny the allegations set forth in paragraphs 1, 2, 3, 4, 5 and 6 of the plaintiffs' amended complaint.

2. Defendants, John A. DeSano, Bernard Healy, Albert Mastriano and Arthur T. Marcello, specifically raise the defense of lack of jurisdiction over the person, insufficiency of process and insufficiency of service of process.

3. Plaintiffs' amended complaint fails to state a claim against defendants, John A. DeSano, Bernard Healy, Albert Mastriano and Arthur T. Marcello, upon which relief may be granted.

4. Defendants, John A. DeSano, Bernard Healy, Albert Mastriano and Arthur T. Marcello, specifically raise the defense that this Court lacks subject matter jurisdiction.

5. Plaintiffs' action is barred by the doctrine of res judicata and collateral estoppel.

22

6. Plaintiffs' action is barred as there is a prior action pending in the United States District Court for the District of Maine against some of the defendants, which may involve the same issues.

WHEREFORE, defendants, John A. DeSano, Bernard Healy, Albert Mastriano and Arthur T. Marcello, demand judgment against the plaintiffs, together with costs and further demand that the plaintiffs' amended complaint be dismissed.

By their Attorney,

Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX 401-751-4124

Defendants hereby claim a trial by jury.

CERTIFICATION

I hereby certify that a copy of the within answer was forwarded to **James and Olivia Marcello**, 152 Cross Road, Stetson, Maine 04488 and **Marc DeSisto, Esquire**, 211 Angell Street, Providence, Rhode Island 02906 on the 4th day of May, 2005, postage prepaid, regular mail.