AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

JAMES C. MARCELLO, &
OLIVIA A. MARCELLO

V.

STATE OF RHODE ISLAND

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA NO. 05-004 ML

TO: (Name and address of Defendant)

GOVERNOR DONALD CARCIERI
222 STATE HOUSE
PROVIDENCE, RI 02903
401-222-2080

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES C. MARCELLO
152 CROSS ROAD
STETSON, MAINE 04488
207-296-3433

an answer to the complaint which is served on you with this summons, within (21) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

CLERK

DATE 4.28.05

(By) DEPUTY CLERK

CAW
#45

026135-4-05

23

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Patty Fairweather, Deputy Executive Counsel

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-5-05
Date

Richard A. Lawson SgT
*Signature of Server*

65 Holland Ave, Cranston RI 02920
*Address of Server*

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

2005 MAY 19 A 10: 54

FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

District of

JAMES C. MARCELLO, &
OLIVIA A. MARCELLO

V.

STATE OF RHODE ISLAND

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA NO. 05-004 ML

TO: (Name and address of Defendant)

ATTORNEY GENERAL PATRICK LYNCH
150 SOUTH MAIN STREET
PROVIDENCE, RI 02903
401-274-4400

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES C. MARCELLO
152 CROSS ROAD
STETSON, MAINE 04488
207-296-3433

an answer to the complaint which is served on you with this summons, within (21) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

CLERK

DATE 4-28-05

(By) DEPUTY CLERK

LAW
$45

026125-4-05

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| AME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Rebecca Partington, Dept AG

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ________

☐ Returned unexecuted: ________

☐ Other (specify): ________

## STATEMENT OF SERVICE FEES

| RAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ________ Date ________ *Signature of Server*

________ *Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

*State of Rhode Island* *Providence Plantations*
**RHODE ISLAND STATE SHERIFFS**
65 Howard Avenue, Cranston, RI 02920

---

## OUT OF STATE PROOF OF SERVICE

I, hereby certify that on the 5 day of MAy, 2005 at ________ am/pm, I served a copy of a/an Summons upon the defendant Patrick Lynch, at 150 South Main St Providence RI.

In the following manner:

____ Personal service. Hands in possession to the defendant.

____ By leaving a copy at the defendant's usual place of residence with a person of suitable age and discretion;
Namely: ____________________

✓ By serving the registered agent for service of process;
Name of agent: Rebecca Partington

____ By serving an officer of the business
Namely: ____________________

____ By tack on order or alternative service as ordered by the court to the defendants dwelling door.

[signature]
Deputy Sheriff

5-9-05
Date

Subscribed and sworn to in Cranston, County of Providence State of Rhode Island this 12Th day of mAY A.D. 2005 before me.

[signature]
Notary Public,
My Commission Expires on: 7-6-05

GARY F. LONERGAN
NOTARY PUBLIC
MY COMMISSION EXPIRES 7-6-05