**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES C. MARCELLO AND**
**OLIVIA A. MARCELLO,**
**PLAINTIFFS**

**V.** **C.A. NO. 05-004 ML**

**JOHN A. DESANO, ET AL.**
**DEFENDANTS**

**ENTRY OF APPEARANCE**

Now comes Thomas A. Palombo, Assistant Attorney General, and hereby respectfully enters his appearance for and on behalf of Defendants, State of Rhode Island, Governor Donald Carcieri and Attorney General Patrick Lynch, in the above-captioned civil action.

Respectfully submitted,

DEFENDANTS

By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

24

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of this Entry of Appearance by first class mail, postage pre-paid, on this 24th day of May, 2005 to those indicated below:

Melissa L DiFonzo

**James C. Marcello and Olivia A. Marcello, pro se**
152 Cross Road
Stetson, ME 04488

**Marc DeSisto, Esquire**
DESISTO LAW
211 Angell Street
Providence, RI 02906

**Robert W. Smith, Esquire**
ARMSTRONG, GIBBONS AND GNYS
155 South Main Street
Providence, RI 02903