# ADD:

26

44-05

James C Marcello
152 Cross Rd
Stetson, ME 04488
207 296-3433

April 4, 2005

David A DiMarzio,Clerk
**U.S. DISTRICT COURT OF RI**
One Exchange Terrace
Providence, RI 02903
401 752-7200

**RE: MARCELLO, et al vs. DESANO, et al**
**CA NO. 05-004 ML**

Dear Mr. DiMarzio,

Enclosed for filing is:

NOTICE OF LAW SUIT

CERTIFICATION

Thank you for your assistance in this matter.

Sincerely yours,

James Marcello

JAMES C MARCELLO

1

Mr. James & Olivia Marcello
152 Cross Road
Stetson, ME 04488
207 296-3433

April 4, 2005

TO: GOVERNOR OF RHODE ISLAND
Mr. Donald Carcieri
222 State House
Providence, RI 02903
401 222 2080

ATTORNEY GENERAL OF RI
Mr. Patrick Lynch
150 South Main Street
Providence, RI 02903
401 274 4400

**RE: MARCELLO, et al vs. DESANO, et al**
**In the USDC of RI**
**CA NO. 05-004 ML**

To The Honorables, Governor Donald Carcieri and Attorney General Patrick Lynch

Greetings:

A civil action law suit was filed in the United States District Court in the District of Rhode Island against named attorneys, a local chief of police official, and private citizens pursuant to charges in violation of Title 18 USCS § 1961 Civil (RICO) Statute and Title 42 USCS § 1983 Civil Action for deprivation of rights.

A copy of the complaint is enclosed.

The State of Rhode Island is the real party to the action although it is not named on the face of the complaint.

A motion to amend the complaint with memorandum has been file requesting permission to add the State as a party defendant

A copy of the motion to amend is enclosed.

The court will be scheduling a hearing date on the calendar

You may voluntarily appear if you choose to do so at that time, and file any papers prior to said hearing regarding your position in this matter.

I will notify you of that time and date of hearing.

Please feel free to contact me at the above return address or phone for any questions and concerns you may have in this matter.



2

Respectively Submitted,

JAMES C. MARCELLO
152 Cross Rd.
Stetson, ME 04488
207-296-3433

## CERTIFICATION

I hereby certify that I have mailed a conformed copy of this letter on APRIL 4, 2005, by regular mail and certified mail as specified below to the following:

**DEFENSE ATTORNEYS**

Marc DeSisto(#2757)
211 Angell St. - POB.2563
Providence, RI 02906
401 262 4442

Robert W. Smith(#1874)
155 South Main St
Providence, RI 02903
401.751 4124

**REPRESENTED DEFENDANT PARTIES**

Chief John LaCross
BARRINGTON POLICE DEPART.
100 Federal Rd.
Barrington, RI

John A. DeSano
Bernard P Healy
91 Friendship St
Providence, RI 02903

Arthur T Marcello
130 Roffee St
Barrington, RI 02806

Albert Mastriano
431 Maple Ave
Barrington,RI 028

**ADR ADMINISTRATOR**

Berry B. Mitchell,PH.D
U.S. DISTRICT COURT OF RI
One Exchange Terrace - RM.519
Providence, RI 02903
401 752 7229

**GOVERNOR OF RHODE ISLAND**

Mr. Donald Carcieri — BEHALF OF STATE OF RHODE ISLAND
222 State House
Providence, RI 02903
401 222 2080 (Cert.Mail: A# 7004 0750 0002 2470 4862)

**ATTORNEY GENERAL OF RI**

Mr. Patrick Lynch — BEHALF OF STATE OF RHODE ISLAND
150 South Main Street
Providence, RI 02903
401 274 4400 (Cert.Mail: A# 7004 0750 0002 2470 4893)

JAMES C MARCELLO



3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GOVERNOR OF RHODE ISLAND
MR. DONALD CARCIERI
222 STATE HOUSE
PROVIDENCE, RI 02903

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☑ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 4/7/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) A# 7004 0750 0002 2470 4862

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ATTORNEY GENERAL OF RI
PATRICK LYNCH
150 SOUTH MAIN ST
PROVIDENCE, RI 02903

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 4/7/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED
APR 7 2005
DEPARTMENT OF ATTORNEY GENERAL

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) A# 7004 0750 0002 2470 4893

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

7004 0750 0002 2470 4893

7004 0750 0002 2470 4862

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Postmark Here
STETSON ME
APR 1 2005

Sent To GOVERNOR DONALD CARCIERI
Street, Apt. No.; or PO Box No. 222 State House
City, State, ZIP+4 PROVIDENCE, RI 02903

7004 0750 0002 2470 489

**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Postmark Here
STETSON ME
APR 1 2005

Sent To PATRICK LYNCH,AG
Street, Apt. No.; or PO Box No. 150 S Main St
City, State, ZIP+4 PROVIDENCE, RI 02903

PS Form 3800, June 2002 See Reverse for Instructions

3-26-05

James C Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

March 26, 2005

David A DiMarzio, Clerk
U.S. DISTRICT COURT OF RI
One Exchange Terrace
Providence, RI 02903
(401) 752-7200

**RE: MARCELLO, et al vs. DESANO, et al**
**CA NO. 05-004 ML**

Dear Mr. DiMarzio,

Enclosed for filing is:

MOTION TO ASSIGN

PLAINTIFFS MOTION TO AMEND COMPLAINT
WITH SUPPORTING MEMORANDUM OF LAW

ADDENDUM

Thank you for your assistance in this matter.

Sincerely yours,

James Marcello

JAMES C MARCELLO

cc:(w/encls) to:

attorneys of record
Marc DeSisto(#2757)
Robert W Smith(#1874)

5

IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al ]

Plaintiffs ]

vs. ] CA NO. 05-004 ML

JOHN A. DESANO, et al ]

Defendants ]

## MOTION TO ASSIGN

Now comes the plaintiffs, Mr. James & Olivia Marcello, the owners of the certain real property in question of deprivation located at 557 Maple Avenue in the Town of Barrington R.I., moves to assign the enclosed 'Plaintiffs Motion to Amend Complaint with Supporting Memorandum of Law' for the pre-trial conference scheduled by order of court for **April 1, 2005, at 11:00 AM.**

Said motion will be called for at the said pre-trial conference hearing before U.S. Magistrate Judge David L. Martin (or, in his absence, before a Magistrate Judge who shall be assigned to his cases), in the room usually occupied by him as a court room in said county, if objection is filed: otherwise said motion will be deemed granted by rule of court.

Also please take notice that at the same time and place, I shall further move the Court to enter an order in this cause, at which time and place you may appear if you so see fit.

Yours, etc.

JAMES C. MARCELLO
OLIVIA A. MARCELLO
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

## CERTIFICATION

I hereby certify, that I mailed a copy of the within on MARCH 26, 2005, by regular mail, postage prepaid, to counsels of record: Marc DeSisto(#2757), 211 Angell St., Providence,RI 02906-2563, and to: Robert W. Smith,(#1874), 155 South Main St., Providence,RI 02903.

JAMES C. MARCELLO



6

IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al ]
Plaintiffs ]
vs. ] CA NO. 05-004 ML
JOHN A. DESANO, et al ]
Defendants ]

**PLAINTIFFS MOTION TO AMEND COMPLAINT**
**WITH SUPPORTING MEMORANDUM OF LAW**

Now comes plaintiffs, and hereby moves this honorable court, and prays for leave to amend their complaint by fixing the "State of Rhode Island" as the real party defendant to the suit, as a nexus joint participant with the named private party defendants and the named local official defendant, who all acted under color of state law, and whose conduct is chargeable to the state, without the sovereign's consent.

In support of this motion to amend complaint, plaintiffs rely on their memorandum of law as follows:

**Memorandum of Law**

There Are 2 Reasons Why The Plaintiffs Should Be Permitted Leave To Amend Complaint:

**1st Reason**

**PLAINTIFFS SUIT IS IN REALITY AGAINST THE STATE OF RHODE ISLAND**

The criminal justice system is a division of the state by



7

which the other named private party defendants and named local official defendant, while acting under color of state law, were drapped with the power of the state, to cast willfully the plaintiff husband into the prison systems twice claiming he was a trespasser in his own home, and further through the plaintiffs wifé to the side of the road, knowing her disability needs and disregarding them, never processing the charge, but moving the state criminal justice system in submission to their tyrannical abuse, violating all constitutional rights of plaintiffs with intent to maliciously bring injury to them.

But for the state's willful permission of these deliberated and harmful acts, beneath it's noise, the plaintiffs real property and personal property in approximate value of ($600,000.00), would not have been fraudulently sold and stolen while he plaintiff husband was illegally held in prison and she plaintiff wife was left homeless, as purposely designed by the state and it's co-defendants.

59 Corpus Juris Law § 463 Provides:

**[§ 463] What Constitutes Suits against States:**

**Although there are a considerable number of early cases to the contrary, it is now well settled that the question of whether a particular suit is one against a state is not to be determined solely by reference to the nominal parties to the record, and the fact that the state is not named as a party defendant does not conclusively establish that the suit is not within the rule prohibiting suits against the sovereign without its consent. (73) [R.I.--GLADDING V. ATCHISON, 115 A. 423, 44 R.I. 69.]**

## 2nd Reason

**PLAINTIFFS PRO SE LITIGANTS ARE ENTITLED TO AMEND COMPLAINT TO STATE CAUSE OF ACTION, AFFORDED OPPORTUNITY TO STATE CIVIL RIGHTS CLAIM, WHEN JUSTICE REQUIRES PARTICULARITY**

Plaintiffs have not yet had benefit of discovery, and have been delayed by the clerk's office in sealing, dating, and signing two summons addressed to the governor and attorney general of Rhode Island on behalf of the state of Rhode Island as a real party defendant in this suit. Furthermore, plaintiff needs to provide particularity, as a bill of particulars, to the defendants, siting the numerous constititional crimes committed, as a fair opportunity to defendants in respect to their due process rights under the law. (SEE ATT SUMS & CLK LET AT ADD:1-3)

Title 42 USCS Law § 1983 Provides:

**§ 1983, n 1992. c. Amendment of Complaint:**

**Leave to amend complaint should be freely given when justice requires particularity in case of pro se civil rights plaintiff who has not yet had the benefit of discovery. MATHIS V. CLERK OF FIRST DEPT. APPELLATE DIV. (1986, SD NY) 631 F Supp 232 (criticized in CURRO V WATSON (1995, ED NY) 884 F Supp 708).**

**When plaintiff is permitted to amend complaint to add allegations required to state cause of action under 42 USCS § 1983, defendant should also be afforded opportunity to file answer raising defense of qualified immunity. KELSON V SPRIINGFIELD (1985, CA9 Or) 767 F2d 651 (criticized in ROBLE-VAZQUEZ V GARCIA (1997, CA1 Puerto Rico) 110 F3d 204, 37 FR Serv 3d 517) and criticized in HARBURY V DEUTCH (1999, DC Dist Col) 1999 US Dit LEXIS 22414).**

Complaint alleging violation of 42 USCS § 1983 and § 1985 must be specifically pleaded in order to avoid motion to dismiss, however, this rule is not intended to be applied so as to subvert liberal policy favoring amendment of complaints as expresed in FRCivP Rule 15(a), and considerations underlying requirement of specificity must be balanced against equally important policies that pro se litigants not be denied opportunity to state civil rights claim because of techicalities, and that litigation, where possible, shoulbe decided on the merits. KAUFFMAN V MOSS (1970, CA3 Pa) 420 F2d 1270, cert den (1970) 400 Us 846, 27 L Ed 2d 84, 91 S Ct 93 and (criticized in JONES BY + THROUGHT JONES V BERWICK AREA SCH. DIST. (1995, MD Pa) 1995 US Dist LEXIS 21164).

## CONCLUSION

WHEREFORE, the plaintiffs pray:

1. That the motion to amend complaint may be permitted.

2. That the court may order the clerk to seal, sign, and date, the necessary summons attached to plaintiff motion.

3. That the court may fix a time framed for plaintiff's service of process of the amended complaint and the necesary service of summons upon the governor and/or attorney general of Rhode Island on the behalf of defendant state.

4. That the plaintiff may have any and all other relief as this honorable court deems necessary and just.

Respectively Submitted,

Olivia Marcello

James Marcello

JAMES C. MARCELLO
OLIVIA A MARCELLO
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

**CERTIFICATION**

I hereby certify, that I mailed a copy of the within on MARCH 26, 2005, by regular mail, postage prepaid, to counsels of record as below:

Marc DeSisto(#2757)
211 Angell Street
Providence, RI 02906-2563
(401) 272-4442

Robert W Smith(#1874)
155 South Main Street
Providence, RI 02903
(401) 751-4124

James Marcello

JAMES C. MARCELLO



11

A D D E N D U M

********************** A D D E N D U M **********************

12

David A. DiMarzio
Clerk of Court

# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

Paulette J. Dube
Chief Deputy Clerk

March 22, 2005

Mr. James C. Marcello
152 Cross Road
Stetson, ME 04488

RE: Marcello, et al v. DeSano, et al
CA 05-004ML

Dear Mr. Marcello:

Enclosed please find the summonses that you submitted for signature. Please be advised that summonses may only be issued to named parties to the complaint.

I am enclosing a copy of our local rules for your convenience.

Very truly yours,

Deputy Clerk

James C. Marcello
152 Cross Road
Stetson, ME 04488
Tel: (207) 296-3433

March 12, 2005

David A DiMarzio,Clerk
**U.S. DISTRICT COURT OF RI**
One Exchange Terrance
Providence, RI 02903
Tel: (401) 752-7200

**RE: MARCELLO, et al vs. DESANO, et al**
**CA 05 004 ML**

Dear Mr. DiMarzio,

Enclosed are (2) summons that I have prepaid.

Following your approval, would you be kind enough to sign, seal, and date them and return them to the above at your earliest convenience ?

Please feel free to contact me at the above for any questions or concerns.

Thank you for your assistance in this matter.

Sincerely yours,

James Marcello

JAMES C MARCELLO

14

# UNITED STATES DISTRICT COURT

District of

JAMES C. MARCELLO & OLIVIA A. MARCELLO

V.

STATE OF RHODE ISLAND

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 05 004 ML

TO: (Name and address of Defendant)

GOVERNOR DONALD CARCIERI
222 STATE HOUSE
PROVIDENCE, RI 02903
401 222 2080

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES C. MARCELLO
152 CROSS ROAD
STETSON, MAINE 04488
207 296 3433

answer to the complaint which is served on you with this summons, within (21) days after service this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you : the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the erk of this Court within a reasonable period of time after service.

RK

DATE

DEPUTY CLERK

15B

# UNITED STATES DISTRICT COURT

District of

JAMES C. MARCELLO & OLIVIA A. MARCELLO

V.

STATE OF RHODE ISLAND

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 05 004 ML

TO: (Name and address of Defendant)

ATTORNEY GENERAL PATRICK LYNCH
150 SOUTH MAIN STREET
PROVIDENCE, RI 02903
401 274 4400

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES C. MARCELLO
152 CROSS ROAD
STETSON, MAINE 04488
207 296 3433

ı answer to the complaint which is served on you with this summons, within (21) days after service 'this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you r the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the erk of this Court within a reasonable period of time after service.

RK

DATE

DEPUTY CLERK

16

2-6-04

000429

# EXECUTORS' DEED

I, ARTHUR T. MARCELLO, of Barrington, RI, Executor (the "Grantor") of the ESTATE OF NICHOLAS F. MARCELLO A/K/A RUDOLPH MARCELLO, by virtue of and in exercise of the power and authority vested in us, by the power of sale contained in the Last Will and Testament of Nicholas F. Marcello filed with the Probate Court of the Town of Barrington in the State of Rhode Island referenced as Docket No. 5148, and by every other power thereunto enabling the Grantor, for consideration paid in the amount of Two Hundred Seventy-Five Thousand and 00/100 ($275,000.00) Dollars, the receipt and sufficiency of which is hereby acknowledged, do hereby grant, bargain and sell and convey to NUNO C. NEVES and NATALIA PAIVA-NEVES, of Barrington, RI, Tenants By The Entirety (the "Grantee"):

See Exhibit "A" attached hereto and made a part hereof.

I, ARTHUR T. MARCELLO, for myself, heirs, executors, administrators and assigns covenant with the Grantee that I am the duly appointed and qualified Executor, appointed by said Probate Court, and as Executor, warrant title to the said premises afore described as fully as the above-mentioned authority allows me to do, against the claims and demands of all persons claiming by, through or under me as Executor of said Estate.

Grantor hereby certify that I have complied with the smoke detector law R.I. Gen. Laws §23-28.35-1 et seq. Grantor covenants that this transfer is such that no withholding under R.I. Gen. Laws § 44-30-71.3 is required as Nicholas Marcello was a resident Rhode Island.

IN WITNESS WHEREOF, the Grantor have signed, acknowledged and delivered these presents this 6th day of February, 2004

Arthur T. Marcello Executor

Arthur T. Marcello, Executor

STATE OF RHODE ISLAND
COUNTY OF KENT

In Warwick in said County, on the 6th day of February, 2004, before me personally appeared the above-named ARTHUR T. MARCELLO, to me known and known by me to be the parties executing the foregoing instrument and he acknowledged said instrument by him so executed to be his free act and deed, individually and in his capacity as Executor of the Estate of Nicholas Marcello.

Notary Public
My Commission Expires: 7/18/2005
Jeffrey F. Caffrey

Property Address:
557 Maple Avenue

A17

Executor

Arthur T. Marcello, Executor

STATE OF RHODE ISLAND
COUNTY OF KENT

In Warwick in said County, on the 6th day of February, 2004, before me personally appeared the above-named ARTHUR T. MARCELLO, to me known and known by me to be the parties executing the foregoing instrument and he acknowledged said instrument by him so executed to be his free act and deed, individually and in his capacity as Executor of the Estate of Nicholas Marcello.

Notary Public
My Commission Expires: 7/18/2005
Jeffrey F. Caffrey

Property Address:
557 Maple Avenue
Barrington, RI 02806
AP 19, Lot 18

REAL ESTATE CONVEYANCE TAX
005067
TAX $ 1,172.00
DATE FEB - 9 2004
PM

BOOK 0818 PAGE 0168

RECEIVED FOR RECORD
Barrington, R.I. FEB - 9 2004
at 10:40 o'clock ___ M
Town Clerk

557 Maple Avenue
Barrington, RI 02806

EXHIBIT A

PARCEL NO. 1

A certain tract of land with all buildings and improvements thereon situated on the Northerly side of Maple Avenue in said Town of Barrington and bounded and described as follows:

Commencing at a point on the northerly side of said Maple Avenue 197 feet 4 inches westerly from the northwest corner of Barrington Avenue and Maple Avenue and running northerly 225 feet more or less to a corner; thence turning at right angles and running westerly, bounding northerly on land now or formerly of Joseph Palumbo and wife, 98 feet and 8 inches to a corner; thence turning at right angles and running southerly 225 feet more or less to the northerly line of said Maple Avenue; thence turning at right angles and running easterly along the northerly line of said Maple Avenue 98 feet, 8 inches to the place of beginning.

PARCEL NO. 2

And also that lot or parcel of land with all buildings and improvements thereon, situated in the Town of Barrington and State of Rhode Island, bounded and described as follows:

Beginning at a point on the northerly side of Maple Avenue at the southeasterly corner of land conveyed by deed of J. Clifton Allen et al, to Salvatore A. Pezzullo and wife, dated December 3, 1940 and recorded in the records of Land Evidence in said Barrington in Book 38 at page 535; thence running northerly bounding westerly on said Pezzullo land to land now or lately of Guiseppe Palumbo and wife; thence easterly bounding northerly on said Palumbo land seventy five (75) feet to land now or lately of Peter Marcello and wife; thence southerly bounding easterly on said Marcello land two hundred twenty five (225) feet to Maple Avenue; thence westerly bounding southerly on said Maple Avenue seventy-five (75) feet to the point of beginning.

Excepting herefrom that portion of parcel number two (2) which has been previously conveyed by this grantor to Gayton A. Marcello and wife Philomena Marcello which deed is recorded in the land records for the said Town of Barrington in deed book 43 at page 488.

BOOK 0818 PAGE 0169

A-79

000431

# ASSIGNMENT OF MORTGAGE

DIAMOND FUNDING CORPORATION (hereinafter "Diamond"), a Rhode Island corporation having its place of business in the City of Cranston, County of Providence, State of Rhode Island, holder of a mortgage by NUNO C. NEVES & NATALIA PAIVA-NEVES of 557 MAPLE AVENUE, BARRINGTON, RI 02806 to Diamond Funding Corporation, dated February 6, 2003, and recorded in Book 818 at Page 170 on Feb 9th, 2003 in the Records of Land Evidence of the TOWN of BARRINGTON, BRISTOL county in the said State, for consideration paid, in the sum of $ 160,000.00, assign said mortgage and note and claim secured thereby to:

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ITS SUCCESSORS AND ASSIGNS
P.O. BOX 2026, FLINT, MI 48501-2026

IN WITNESS WHEREOF, said Diamond Funding Corporation has caused these presents to be fully executed by its President and Treasurer, the said Ava M. Martinelli, thereunto duly authorized this 6th day of FEBRUARY, 2003.

DIAMOND FUNDING CORPORATION

BY: [signature]
Ava M. Martinelli
President & Treasurer

[Seal: DIAMOND FUNDING CORPORATION]

STATE OF RHODE ISLAND
PROVIDENCE SC

In Cranston, in said county, on the 6th day of FEBRUARY, 2003, before me personally appeared Ava M. Martinelli, the President & Treasurer of Diamond Funding Corporation, known to me to be the party executing the foregoing instrument for and on behalf of said Corporation and she acknowledged said instrument by her so executed to be her free act and deed of Diamond Funding Corporation.

[signature]
Lucille J. Rocha
Notary Public

My commission Expires
September 8, 2007

[Notary seal: STATE OF RHODE ISLAND]

MERS PHONE: 1-888-679-MERS
MIN #: 100037506009069353

RECEIVED FOR RECORD
Barrington, R.I. FEB - 9 2004
at 10:42 o'clock A M
[signature]
Town Clerk

BOOK 083 PAGE 0132

A-20

After Recording Return To:
DIAMOND FUNDING CORPORATION
872 PARK AVENUE
CRANSTON, RI 02910

000430

Plat 19, Lot 18

[Space Above This Line For Recording Data]

# MORTGAGE

DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) **"Security Instrument"** means this document, which is dated **February 06, 2004** , together with all Riders to this document.
(B) **"Borrower"** is **NUNO C. NEVES and NATALIA PAIVA-NEVES**

Borrower is the mortgagor under this Security Instrument.
(C) **"Lender"** is **Diamond Funding Corporation**
Lender is a **CORPORATION** organized and existing under the laws of **State of Rhode Island** . Lender's address is **872 Park Avenue, Cranston, Rhode Island 02910**

. Lender is the mortgagee under this Security Instrument.
(D) **"Note"** means the promissory note signed by Borrower and dated **February 06, 2004** . The Note states that Borrower owes Lender **One Hundred Sixty Thousand and no/100** Dollars (U.S. $ **160,000.00** ) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than **March 01, 2034** .
(E) **"Property"** means the property that is described below under the heading "Transfer of Rights in the Property."
(F) **"Loan"** means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.
(G) **"Riders"** means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check box as applicable]:

| | | |
|---|---|---|
| ☐ Adjustable Rate Rider | ☐ Condominium Rider | ☐ Second Home Rider |
| ☐ Balloon Rider | ☐ Planned Unit Development Rider | ☐ Other(s) [specify] |
| ☐ 1-4 Family Rider | ☐ Biweekly Payment Rider | |



BOOK 0803 PAGE 0170

21