UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: James Marcello

RE: CA 05-004 ML

Marcello v. DiLano

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 6 / 22 / 05 and have made the following determination:

______ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

X 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

X 8. Document violates Amended General Order 2002-01.*

____ 9. Other: *Appendix exceeds 5 page limit without permission of the Court.

ENTER: [signature]
United States Magistrate Judge

Date: 6/22/05

cc: Counsel of Record

James C Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

June 20, 2005

David A DiMarzio,Clerk
U.S. DISTRICT COURT OF RI
One Exchange Terrace
Providence, RI 02903
401 752-7200

RE: MARCELLO, ET AL vs DESANO, ET AL & STATE OF RI
C.A. NO. 05-004 ML

Dear Mr. DiMarzio,

Enclosed for filing is:

| Enclosed for filing is: | Page(s) |
|---|---|
| MOTION TO ASSIGN | 1 |
| CONSOLIDATED MOTION FOR JOINDER OF CLAIMS, REMEDIES, ETC | 2 |
| MEMORANDUM OF LAW & PRAYER | 3-8 |
| PROOF OF SERVICE | 9 |
| APPENDIX: | 1-43 |

Thank you for your assistance in this matter.

Sincerely yours,

James Marcello

JAMES C MARCELLO

cc: (w/encls.) to:

Counsels of Record

Marc DeSisto
Robert Smith
Thomas Palombo,aag

Counsel for Nuno & Natalia Neves

Joe Moretti(#5092)

RECEIVED
JUN 22 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND