IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARCELLO, et al<br><br>Plaintiffs<br><br>vs.<br><br>DESANO, et al and the<br>STATE OF RHODE ISLAND<br><br>Defendants | ) | C.A. NO. 05-004 ML |

MOTION FOR PROTECTIVE ORDER

Now come Plaintiffs, James C. Marcello and Olivia A. Marcello and, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, hereby object to Defendant Chief John LaCross of the Barrington Police Department's letter dated June 21, 2005 to plaintiff to schedule deposition and for good cause shown. Plaintiffs respectively submit the accompanying Memorandum of Law.

**WHEREFORE**, Plaintiffs respectively request that the Motion For Protective Order be granted, and that the defendants "Chief John LaCross" letter requesting deposition of said plaintiff be denied; and such other and further relief as justice may require.

Respectively Submitted,

[signature]

JAMES C. MARCELLO
OLIVIA A. MARCELLO
152 Cross Road
Stetson, ME 04488
(207) 296-34433

IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARCELLO, et al<br><br>Plaintiffs<br><br>vs.<br><br>DESANO, et al and<br>STATE OF RHODE ISLAND<br><br>Defendants | ) | C.A. NO. 05-004 ML |

PLAINTIFFS' MOTION FOR PROTECTIVE ORDER
WITH INCORPORATED SUPPORTING MEMORANDUM OF LAW

## INTRODUCTION

This Memorandum of Law supports the objection to defendant Chief John LaCross request for deposition of plaintiff and for a Motion For Protective Order, filed by plaintiffs, James C. Marcello and Olivia A. Marcello.

A copy of the defendant Chief LaCross's letter dated June 21, 2005 requesting deposition of plaintiff is viewed at (ADD: 1).

Respectively, plaintiffs hereby object to the attempt of said defendant LaCross attorney's brother, Michael A. DeSisto, to schedule deposition of plaintiff James C. Marcello, a resident of the state of Maine nearly 400 miles away, in his Providence RI office. See Def Letter ¶ 1 L 2. For the reasons set forth, Plaintiffs respectively request that deposition be denied and the Motion For Protective Order be granted.

## DEF LACROSS REQUEST FOR DEPOSITION

Defendant Chief LaCross's letter 6/21/05 alleges the following: (I) would like to shedule your deposition during the

month of July. The deposition will be held at my office in Providence. Please provide me with some dates and times that are convenient for you. I will then schedule the deposition for a date and time that is convenient for everyone.... Very truly yours, Michael A. DeSisto.

## ARGUMENT

There Are 2 Reasons Why The Defendant Chief John LaCross's Letter Requesting Plaintiff's Deposition Should Be Denied And That Plaintiff's Motion For Protective Order Be Granted:

### Reason 1

**MICHAEL A. DESISTO IS A RELATIVE AND/OR EMPLOYEE OF CHIEF JOHN LACROSS'S DEFENSE ATTORNEY OF RECORD MARC DESISTO**

Rule 28(c) of F.R.Civ.P. provides:

**DISQUALIFICATION FOR INTEREST.** -- No deposition shall be taken before a person who is a relative or employee or attorney or counsel of any of the parties, or is a relative or employee of such attorney or counsel, or is financially interested in the action.

### Reason 2

**PLAINTIFF MARCELLO IS 400 MILES AWAY AND LIVES ON $434.50 PER MONTH FIXED INCOME WHILE STATE & DEF DELIBERATE UNDUE EXPENSE**

Rule 26(c) of F.R.Civ.P. provides:

**PROTECTIVE ORDERS.** -- Upon motion by a party or by the person from whom discovery is sought, accompanied by a certification that the movant has in good faith conferred or attempted to confer with other affected parties in an effort to resolve the dispute without court action, and for good cause shown, the court in which the action is pending or alternatively, on matters relating to a deposition, the court in the district where the deposition is to be taken may make any order which justice requires to protect a party or person from annoyance, embarrassment, oppression, or unde burden or expense, including one or more.....

## PRAYER FOR RELIEF

**WHEREFORE, The Plaintiffs Pray:**

1. That the Defendant Chief LaCross request letter dated June 21, 2005 for deposition of plaintiff be not had and Denied.

2. That the Court will appoint a neutral person for deposition procedures under Rule 28(a).

3. That the Court will designate the U.S. District Court of RI at One Exchange Terrace, room and floor, as the time, place, and date, for the deposition procedures.

4. That the court may invoke Rule 26(c)(1) thru 26(c)(8) as deemed necessary and just.

5. That the court shall grant any and all other relief to the plaintiffs as the circumstances of the case and justice requires.

Respectively Submitted,

[signature]

JAMES C. MARCELLO
OLIVIA A. MARCELLO
152 Cross Rd
Stetson, ME 04488
(207) 296-3433

**CERTIFICATION**

I, hereby certify, that I mailed a copy of the within on JUNE 27, 2005, by regular mail, postage prepaid, to counsels of record: Marc DeSisto,Esq, 211 Angell St, Providence,RI 02906, Robert Smith,Esq, 155 S Main St, Providence,RI 02903, and Thomas Palombo,Esq,AAG, 150 S Main St, Providence,RI 02903.

[signature]

# A D D E N D U M

**DESISTO LAW**

ATTORNEYS AT LAW

Michael A. DeSisto

211 ANGELL STREET
PO BOX 2563
PROVIDENCE, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

June 21, 2005

James C. Marcello
152 Cross Road
Stetson, ME 04488

**RE: Marcello v. LaCross et al**
**C.A. No. 05-4ML**

Dear Mr. Marcello:

I would like to schedule your deposition during the month of July. The deposition will be held at my office in Providence. Please provide me with some dates and times that are convenient for you. I will then schedule the deposition for a date and time that is convenient for everyone.

Thank you and I look forward to hearing from you.

Very truly yours,

Michael A. DeSisto

copy: Robert W. Smith, Esq.
Thomas A. Palombo, Esq.