IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARCELLO, et al<br><br>Plaintiffs<br><br>vs.<br><br>DESANO, et al and<br>STATE OF RHODE ISLAND<br><br>Defendants | ) | C.A. NO. 05-004 ML |

**MOTION FOR PERMISSION OF THE COURT FOR PLAINTIFFS TO EXCEED (5) PAGE LIMITATION ON ADDENDUM**

Now come Plaintiffs, James C. Marcello and Olivia A. Marcello and, pursuant to Rule 12(a) (AMENDED GENERAL ORDER #2002-01) of the Local Rules of the U.S. District Court, hereby move for permission of this Honorable Court for said plaintiffs to file the enclosed "ADDENDUM" in excess of (5) pages.

Said Addendum is (43) pages containing necessary and pertinent documents of transcript hearing in Superior Court, affidavits, complaints, etc that are referenced to in the memorandum.

WHEREFORE, the plaintiffs prays that the motion to exceed may be granted.

Respectively Submitted,

PLAINTIFFS

[signature]

JAMES C. MARCELLO
OLIVIA A. MARCELLO
152 Cross Rd
Stetson, ME 04488

**CERTIFICATION**

I hereby certify that on the 30th day of JUNE, 2005, I mailed a copy of the within to counsels of record: Marc DeSisto,Esq, 211 Angell St, Providence,RI 02906, Robert Smith,Esq, 155 S Main St, Providence,RI 02903, Thomas Palombo,Esq,AAG, 150 S Main St, Providence,RI 02903, and Joe Moretti,Esq, 300 Centerville Rd, Warwick,RI 02886.

[signature]