IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

MARCELLO, et al
Plaintiffs
vs.
DESANO, et al and the STATE OF RHODE ISLAND
Defendants

C.A. NO. 05-004 ML

## CONSOLIDATED MOTION FOR JOINDER OF CLAIMS, REMEDIES, PERSONS NEEDED FOR JUST ADJUDICATION, & PERMISSIVE JOINDER

Now come Plaintiffs, James C. Marcello and Olivia A. Marcello and, pursuant to Rule 18, 19, & 20 of the Federal Rules of Civil Procedure, hereby moves to join one "Nuno C. Neves" and one "Natalia Paiva-Neves" as necessary parties for just adjudication; and further moves to enjoin claims and to add the claim of Title 42 USCS § 1957 violation against them to the above captioned proceedings. In support thereof, Plaintiffs respectively submit the accompanying Memorandum of Law.

**THEREFORE,** Plaintiffs respectively request that the Consolidated Motion For Joinder of Claims, Remedies, Persons Needed for just Adjudication, and Permissive Joinder be granted; that said joinder of parties and said claims be amended to Plaintiffs Amended Complaint; and such other and further relief as justice may require.

Respectively Submitted,

JAMES C. MARCELLO
OLIVIA A. MARCELLO
152 Cross Road
Stetson, ME 04488
(207) 2?6-3433

IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARCELLO, et al<br><br>Plaintiffs<br><br>vs.<br><br>DESANO, et al and the<br>STATE OF RHODE ISLAND<br><br>Defendants | ) | C.A. NO. 05-004 ML |

MEMORANDUM OF LAW IN SUPPORT OF
CONSOLIDATED MOTION FOR JOINDER OF CLAIMS, REMEDIES, PERSONS, ETC

## INTRODUCTION

This Memorandum of Law supports the Consolidated Motion For Joinder of Claims, Remedies, Persons, Etc., filed by plaintiffs, James C. Marcello and Olivia A. Marcello.

Nuno C. Neves and Natalia Paiva-Neves purchased stolen real estate property from above named defendants, through a counterfeit executor's deed, from defendant Arthur T. Marcello on 2/6/04, property at the time, not existing as an 'estate', but real property belonging to the plaintiff James C. Marcello. one controversy in issue. For the reasons set forth, plaintiffs respectively request that their Consolidated Motion For Joinder of Claims, Remedies, Persons, Etc., be granted, and such other and further relief as justice may require.

## PLAINTIFFS' AMENDED COMPLAINT

Plaintiffs' Amended Complaint alledges the following. A conspiracy on August 13, 2003 and December 10, 2003, and enterprise agreement in violation of (RICO) statute 18 USCS § 1961. See Amend Compl at 2 ¶ 3,4,5. Further alledges on February

6, 2004 a fraudulent scheme in financing and assigning the mortgage .... of the said embezzled and fraudulently converted property of plaintiffs located at 557 Maple Avenue Barrington, R.I. in violation of (RICO) Statute 18 USCS § 1961. See Amend Compl at 3 ¶ 6. And finally, in the prayer for relief it demands that the fraudulent sale of 557 Maple Avenue Barrington R.I. be vacated for fraud, and that the occupant purchaser Mr. Nuno and Natalia Paiva-Neves be ordered to vacate the premises. See Amend Compl (prayer for relief at 3 ¶ 2 + 4.

PLAINTIFFS COMPLAINT FOR TRESPASS, EJECTMENT TO TRY TITLE

On July 19, 2004, plaintiff filed against Nuno C. Neves and Natalia Paiva-Neves a law suit in the Providence Superior Court of RI for above stated captioned **(MARCELLO vs. NEVES, ET AL - C.A. NO. 04-3972).**

A copy of the complaint and attachments viewed at (APP:1-8 )

The complaint indicates on its face on August 13, 2003 defendant (Neves) participated in succesful tortious eviction and disseizin...through unlawful use of police power See (APP: 1 ¶ 3 ) Further alledges on December 12, 2003 a repeated occurrance See (APP: 2 ¶ 8 ). And finally, it alleges on about February 1st and 9th, of 2004, defendant (Neves) foreknowledge of a forged deed prior to taking possesion, a fraudulent deed filed with appearance of a sale of 557 Maple Ave Barr, R.I. to defendant (Neves), and assignement of mortgage.... to defendant (Neves) See (APP: 3 ¶ 10-12)

**ARGUMENT**

There Are 3 Reasons Why The Plaintiffs Consolidated Motion For Joinder Of Claims, Remedies, Persons Needed For Just Adjudication, and Permissive Joinder Be Granted:

**1. JOINDER OF PERSONS (NEVES) NEEDED FOR JUST ADJUDICATION**

Nuno C. Neves and Natalia Paiva-Neves claim that they have purchased an "estate" property located at 557 Maple Avenue Barrington R.I. from a named defendant to this action, one Arthur T. Marcello, purporting to be a 'grantor', and they Neves purporting to be 'grantee' (See Executors Deed 2/6/04 at APP: 5-6 )

Rule 19(a)(2)(i) of F.R.Civ.P. provides:

> **(a) PERSONS TO BE JOINED IF FEASIBLE**.-- A person who is subject to service of process and whose joinder will not deprive the court of jurisdiction over the subject matter of the action shall be joined as a party in the action if:
> (2) the person claims an interest relating to the subject of the action and is so situated that the deposition of the action in the person's absence may:
> (i) as a practical matter impair or impede the person's ability to protect that interest

**2. JOINDER OF CLAIMS, REMEDIES: FOR FRAUDULENT CONVEYANCES**

Plaintiff Amended Complaint alledges a fraudulent conveyance from the named defendants and "State of RI" under color of state law fraudulently conveying to state court defendants Nuno and Natalia Paiva-Neves. See Amend Compl P.3 ¶ 6, and at APP:11 ¶ 6 ). See also Pl Comp Trepass,Eject,Try Title at APP:3 ¶ 10-12).

Plaintiff has prosecuted to a conclusion in the state court system, if you consider the inability to obtain justice when acts of concealment by state court Justice Savage and defendant (Neves) defense attorney Joe Moretti(#5092) of plaintiffs summary judgment from hearing date March 29, 2005 alledging said pl summary judgment were never received.

A copy of transcript (21) pages summary judgment hearing on March 29, 2005, Justice Savage revealing acts of concealment of

conspiracy of named defendants and "State of RI" before this court, of the embezzled and fraulent converted property of plaintiff explicitly revealed in detailed information in pl summary judgment papers certified to superior court and defendants and attorneys is viewed at (APP: 16 L 17-20 ).

A copy of plaintiffs affidavit in support of petition for removal from state to federal swearing that clerk Lisa Kelly excorted plaintiff to 5th floor clerks office and pulled the alledged non-mailed pl summary judgment papers of the filing shelves is viewed at (APP: 37 ¶ 4 ).

Rule 18(a)+(b) of F.R.Civ.P. provides:

> <u>(a) JOINDER OF CLAIMS.</u> -- A party asserting a claim to relief as an original claim, counterclaim, crossclaim, or third-party claim, may join, either as independent or as alternate claims, as many claims, legal, equitable, or maritime, as the party has against an opposing party.
>
> <u>(b) JOINDER OF REMEDIES: FRAULULENT CONVEYANCES.</u> -- Whenever a claim is one heretofore cognizble only after another claim has been prosecuted to a conclusion, the two claims may be joined in a single action; but the ocurt shall grant relief in the action only in accordance with the relative substantive rights fo the parties. In particular, a plaintiff may state a claim for money and a claim to have set aside a conveyance fraudulent as to tha plaintiff, without first having obtained a judgment establishing the claim for money.

A copy of Pl Summary Judgment dt March 8, 2005, certified receipts, ominbus cal form, letter to clerk, etc for proof of concealment of conspiracy is viewed at (APP:39-42 ).

## 3. STATE DEFENDANTS (NEVES) HAVE PERMISSIVE JOINDER RIGHT

The purchasers Nuno C. Neves and Natalia Paiva-Neves have a right under this court's rule to join either as a plaintiff along with us plaintiffs if they believe they may have been inocently victomized by the named defendants and "State of RI" in the real estate purchasing scam.

They (Neves) also have the right to join with the named defendants and "State of RI" if they alledged to take the position that they have a clear and legal right to the property in question of embezzlement and fraudulent conversion

Rule 20(a) of F.R.Civ.P. provides:

> **(a) PERMISSIVE JOINDER.** -- All persons may join in one action as plaintiffs if they assert any right to relief jointly, severally, or in the alternative in respect of or arising out of the same transaction, occurance, or series of transactions or occurances and if any question of law or fact common to all these persons will arise in the action. All persons (and any vessel, cargo or other property subject to admiralty process in rem) may be joined in one action as defendants if there is asserted against them jointly, severally, or in the alternative, any right to relief in respect of or arising out of the same transaction, occcurance, or series of transactions or occurrences and if any question of law or fact common to all defendants will arise in the action. A plaintiff or defendant need not be interested in obtaining or defending against all the relief demanded, Judgment may be given for one or more of the plaintiffs, according to their respective rights to relief, and against one or more defendants according to their respective liabilities.

## PRAYER FOR RELIEF

WHEREFORE, The Plaintiffs Pray:

1. That the Plaintiffs Consolidated Motion For Joinder of Claims, Remedies, Persons Needed for Just Adjudication, & ect shall be GRANTED.

2. That the designated parties 'Nuno C. Neves and Natalia Paiva-Neves be joined at co-defendants in this action.

3. That claim of Title 18 USCS § 1957 asserted by plaintiffs against said 'Nuno and Natalia Paiva-Neves' may be amended to the amended complaint. ( A copy of § 1957 is viewed at APP:43)

4. That the parties 'Nuno and Natalia Paiva-Neves' be amended to Plaintiffs Amended Complaint.

5. That the court shall grant any and all other relief to the plaintiffs as the circumstances of the case and justice requires.

Respectively Submitted,

James Marcello

JAMES C. MARCELLO
OLIVIA A. MARCELLO
152 Cross Road
Stetson, ME 04488
(207) 296-3433

IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARCELLO, et al<br><br>Plaintiffs<br><br>vs.<br><br>DESANO, et al and the<br>STATE OF RHODE ISLAND<br><br>Defendants | ) | C.A. NO. 05-004 ML |

## PROOF OF SERVICE

I James C. Marcello, hereby certify that I have mailed a conformed copy of the PLAINTIFFS CONSOLIDATED MOTION FOR JOINDER OF CLAIMS, REMEDIES, PERSONS NEEDED FOR JUST ADJUDICATION, & PERMISSIVE JOINDER WITH SUPPORTING MEMORANDUM OF LAW and with APPENDIX (P.1 -43), on JUNE 20, 2005, by regular mail, postage prepaid as specified below to the following:

Marc DeSisto(#2757)
211 Angell St
Providence,RI 02906
401 262 4442

Robert Smith(#1874)
155 S Main St
Providence,RI 02903
401 751 4124

Thomas Palombo(#4212)
150 S Main St
Providence,RI 02903
401 274 4400

Superior Ct Record Counsel for:
Nuno C. Neves & Natalia Paiva-Neves

Joe Moretti(#5092)
300 Centerville Rd - Suite 300
Warwick, RI 02886
401 738 4500

I swear under penalty of perjury this is true and correct.

Respectively Submitted,

James Marcello

JAMES C. MARCELLO
OLIVIA A. MARCELLO
152 Cross Rd
Stetson, ME 04488
207 296 3433