UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al
*Plaintiffs,*

vs. C.A. No. 05-004 ML

JOHN A. DESANO, et al
*Defendants.*

**OBJECTION TO PLAINTIFFS' MOTION FOR PROTECTIVE ORDER**

Now comes the Defendant, John LaCross, and hereby objects to Plaintiffs' Motion for Protective Order. As grounds, Defendant relies on the Memorandum of Law filed herewith.

Defendant, John LaCross
By his Attorneys,

Marc DeSisto (#2757)
Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

Marcello v. DeSano et al
C.A. No. 05-004ML

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Objection was mailed, postage prepaid, on this 8th day of July, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

James Moretti, Esq.
RESNICK & CAFFREY
300 Centerville Road, #300W
Warwick, RI 02886

[signature]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO, et al<br>*Plaintiffs,*<br><br>vs.<br><br>JOHN A. DESANO, et al<br>*Defendants.* | C.A. No. 05-004 ML |

**MEMORANDUM IN SUPPORT OF OBJECTION OF DEFENDANT, JOHN LACROSS, TO PLAINTIFFS' MOTION FOR PROTECTIVE ORDER**

Plaintiffs reference two grounds for their Motion for Protective Order to preclude the deposition of Plaintiff, James C. Marcello, in Providence, Rhode Island. The first ground is based on a misreading of F.R.Civ.P. 28(c). This Rule disqualifies a person who is acting as the stenographer or court reporter at a deposition if that person is related to an attorney of any of the parties in that lawsuit. Since Michael DeSisto will not be acting as the stenographer or court reporter at the deposition of Mr. Marcello, the rule has no application here. Defendant also points out that Michael DeSisto has entered his appearance in this case as an attorney for Defendant LaCross.

The second ground is based on Mr. Marcello's present situation – he resides in Maine and lives on a fixed monthly income of $434.50. Defendant and his attorneys are cognizant of, and sympathetic to, Mr. Marcello's present condition. This is why a letter was sent to Mr. Marcello on June 21, 2005, which he has attached to his motion, requesting convenient dates and times for his deposition. Perhaps the deposition could be scheduled when he plans to be in Rhode Island on other business; connected with this case or otherwise. Defendant remains open to other

reasonable suggestions that would accommodate Mr. Marcello and the other parties in this case. However, the Defendants and their counsel are all located in Rhode Island and Mr. Marcello elected to file his lawsuit in the Federal District Court located in Rhode Island. The discovery closure date is set for September 30, 2005 and Mr. Marcello's deposition is necessary part of Defendant's present and future discovery in order that Defendant LaCross may properly defend the claims brought against him by Plaintiffs.

In their Motion, Plaintiffs request in their prayer for relief that the Court designate the Rhode Island U.S. District Courthouse as the place for taking the deposition. This request indicates that Plaintiffs are willing to travel to Rhode Island. Defendant reiterates his willingness to work with Plaintiff Marcello to schedule the date and time of his deposition but respectfully requests that Plaintiffs motion for a protective order be denied and that he be ordered to submit to his deposition in Rhode Island.

Defendant, John LaCross
By his Attorneys,

Marc DeSisto (#2757)
Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

Marcello v. DeSano et al
C.A. No. 05-004ML

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Memorandum was mailed, postage prepaid, on this 8th day of July, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

James Moretti, Esq.
RESNICK & CAFFREY
300 Centerville Road, #300W
Warwick, RI 02886

Laura Serge