# ADDENDUM

**DESISTO LAW**
ATTORNEYS AT LAW

Michael A. DeSisto

211 ANGELL STREET
PO BOX 2563
PROVIDENCE, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

June 21, 2005

James C. Marcello
152 Cross Road
Stetson, ME 04488

**RE: Marcello v. LaCross et al**
**C.A. No. 05-4ML**

Dear Mr. Marcello:

I would like to schedule your deposition during the month of July. The deposition will be held at my office in Providence. Please provide me with some dates and times that are convenient for you. I will then schedule the deposition for a date and time that is convenient for everyone.

Thank you and I look forward to hearing from you.

Very truly yours,

Michael A. DeSisto

copy: Robert W. Smith, Esq.
Thomas A. Palombo, Esq.

A-1

Mr. James & Olivia Marcello
152 Cross Road
Stetson, ME 04488
(207) 296-3433

July 25, 2005

Marc DeSisto,Esq
Michael A. DeSisto,Esq
DESISTO LAW FIRM
211 Angell St - PO BOX 2563
Providence, RI 02906
401 272 4442

RE: **MARCELLO, et al v LACROSS, et al + STATE OF RI**
**C.A. NO. 05-004 ML**

Dear Marc and Michael,

As indicated on the phone today with you, I am respectively requesting a counter-deposition of your defendant client Chief John LaCross of the Barrington Police Department.

And that, the counter-deposition of your client may be taken at the concurrent time, date, and place (USDC of RI), in court Room C as indicated in the Order of 7-19-05, along with my deposition

Please feel free to contact me for any necessary arrangments, agreements, and concerns you may have.

Sincerely yours,

James Marcello

JAMES C MARCELLO

cc: Robert Smith,Esq
Thomas Palombo,Esq
Joe Moretti,Esq

(as hereby attached to Pl Mem, Add: 2)