UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO, et al<br>*Plaintiffs,*<br>vs.<br>JOHN A. DESANO, et al<br>*Defendants.* | C.A. No. 05-004 ML |

**OBJECTION TO PLAINTIFFS' MOTION TO VACATE ORDER DENYING/GRANTING IN PART PLAINTIFFS' MOTION FOR PROTECTIVE ORDER**

Now comes the Defendant, John LaCross, and hereby objects to Plaintiffs' Motion To Vacate Order Denying/Granting in Part Plaintiffs' Motion for Protective Order. As grounds, Defendant relies on the Memorandum of Law filed herewith.

Defendant, John LaCross
By his Attorneys,

Marc DeSisto (#2757)
Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

Marcello v. DeSano et al
C.A. No. 05-004ML

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Objection was mailed, postage prepaid, on this 2nd day of August, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

James Moretti, Esq.
RESNICK & CAFFREY
300 Centerville Road, #300W
Warwick, RI 02886

Laura Long

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO, et al<br>*Plaintiffs,*<br>vs.<br>JOHN A. DESANO, et al<br>*Defendants.* | C.A. No. 05-004 ML |

**MEMORANDUM IN SUPPORT OF OBJECTION OF DEFENDANT, JOHN LACROSS, TO PLAINTIFFS' MOTION TO VACATE ORDER DENYING/GRANTING IN PART PLAINTIFFS' MOTION FOR PROTECTIVE ORDER**

**Introduction**

On July 19, 2005, United States Magistrate Judge David L. Martin issued a written Order ("Order") denying in part, and granting in part, Plaintiffs' Motion for a Protective Order. In accord with the Order, Michael DeSisto, attorney for Defendant, John LaCross, telephoned Plaintiff, James Marcello, to select a deposition date. Mr. Marcello requested that the deposition be held in September to enable him to secure the necessary funds to travel to Rhode Island by bus. This request was acceptable to Defendant LaCross. Mr. Marcello also stated that he wished to depose Defendant LaCross on the same day as his deposition. This request was also acceptable to Defendant LaCross. However, it was pointed out to Mr. Marcello that it might be impossible to schedule both depositions on the same day because of the restrictions he placed on his deposition.

Mr. Marcello intends to take the bus from Maine to Providence the morning of his deposition. He expects to arrive in Providence at 12:30 p.m., so the deposition was scheduled for 1:30 p.m. At Mr. Marcello's request, the deposition is being held at the Federal Courthouse.

Since there are currently three (and, potentially four) defendant attorneys entered in the case, it is highly probable that the courthouse will be closed before Mr. Marcello has an opportunity to conduct and/or conclude his deposition of Defendant LaCross. Mr. Marcello indicated that he was unaware that he would be questioned by all parties at his deposition.

The parties were able to agree on a deposition date for Mr. Marcello. It is presently scheduled – pending the outcome of this motion – for Thursday, September 8, 2005 at 1:30 p.m. in Courtroom C, second floor, John O. Pastore Building, Two Exchange Terrace, Providence, Rhode Island. Defendant LaCross has no objection to being deposed by Plaintiffs or any party in this case. It was suggested to Mr. Marcello that the deposition be held earlier in the day or the following day.

**Argument**

Although Plaintiffs make reference to F.R.Civ.P. 81 in their Memorandum, it appears that they object to the Order pursuant to F.R.Civ.P. 72(a). The five arguments raised by Plaintiffs in their Memorandum simply repeat the arguments set forth in their Motion for a Protective Order. Defendant will rely on his attached Memorandum in Support of Objection to Plaintiffs' Motion for Protective Order, previously filed with this Court, and the Order entered by United States Magistrate Judge David L. Martin on July 19, 2005.

Wherefore, Defendant respectfully requests that Plaintiffs' objection to the Order be denied and dismissed by this Court.

Defendant, John LaCross
By his Attorneys,

Marc DeSisto (#2757)
Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Memorandum was mailed, postage prepaid, on this 2nd day of August, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

James Moretti, Esq.
RESNICK & CAFFREY
300 Centerville Road, #300W
Warwick, RI 02886