IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARCELLO, et al | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | C.A. NO. 05-004 ML |
| | ) | |
| DESANO, et al and | ) | |
| STATE OF RHODE ISLAND | ) | |
| | ) | |
| Defendants | ) | |

## MOTION TO THE COURT FOR ENTRY OF JUDGMENT ON GROUNDS OF WANT OF NECESSARY PARTIES

Now come Plaintiffs and says as follows:

1. That on June 20, 2005, said plaintiffs made service of a Motion to Assign their Consolidated Motion for Joinder of Claims, Remedies, Persons Needed for Just Adjudication, & Permissive Joinder pursuant to Rules 18,19, & 20 of Fed.R.Civ.P. with an Addendum containing 47 pages.(see plts' motion to assign consol mot for joinder p.1-9).

2. That the motion provided fact that a Nuno C. Neves and Natalia Paiva-Neves purchased stolen real estate property from above named defendants, through a counterfeit executor's deed, from defendant Arthur T. Marcello on 2/6/04, property at the time, not existing as an 'estate', but real property belonging to the plaintiff James C. Marcello. (see plt memo at 3 ¶ 2.

3. That Nuno C. Neves and Natalia Paiva-Neves are named in plaintiffs amended complaint in the prayer for relief and are a necessary party in interest, and ought to be, but has not been made a party defendant to said amended complaint.

4. That (47) forty-seven days has ellapsed from the filing of said plaintiffs consolidated motion for enjoinder, etc, to wit no objections have been filed, nor any entry made by this court granting said motion to enjoin.

## CONCLUSION

WHEREFORE, the plaintiffs pray that the Motion to the Court for Entry of Judgment on grounds of Want of Necessary Parties be granted; that the proposed order hereby attached in (2) page form be signed and dated by this Honorable Court; and such other and further relief as justice may require.

Respectively Submitted,

PLAINTIFFS

JAMES C. MARCELLO
OLIVIA A. MARCELLO
In Pro se,

James Marcello

Mr. James + Olivia Marcello
152 Cross Road
Stetson, ME 04488
(207) 296-3433

## CERTIFICATION

I, James C. Marcello, hereby certify that I have mailed a conformed copy of the within on AUGUST 6, 2005, by regular mail, postage prepaid as specified below to the following:

Marc + Michael,Esqs.
211 Angell St
Providence, RI 02906

Robert Smith,Esq
155 S Main St
Providence, RI 02903

Thomas Palombo,Esq,AAG
150 S Main St
Providence, RI 02903

Joe Moretti,Esq
300 Centerville Rd
Warwick, RI 02886

I swear under penalty of perjury this is true and correct.

James Marcello

JAMES C MARCELLO

IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARCELLO, et al<br><br>Plaintiffs<br><br>vs.<br><br>DESANO, et al and<br>STATE OF RHODE ISLAND<br><br>Defendants | ) | C.A. NO. 05-004 ML |

ORDER

This matter came before the Court upon Plaintiffs' Motion to Assign their Consolidated Motion for Joinder of Claims, Remedies, Persons Needed for Just Adjudication, and Permissive Joinder pursuant to Rules 18,19,&20, of the Federal Rules of Civil Procedure dated June 20, 2005, to the calendar of July 1, 2005. No objection having been filed, it is hereby ORDERED, ADJUDGED and DECREE:

1. The Plaintiffs' Motion to Assign is granted by rule of court;

2. The Plaintiffs' Motion for Joinder of Claims, Remedies, Persons Needed for Just Adjudication, etc is hereby **GRANTED.**

3. The designated parties "Nuno C. Neves and Natalia Paiva-Neves" are hereby joined as co-defendants.

4. That the claim of 18 USC § 1957 asserted against the Neves is hereby joined and may be amended to the plaintiffs amended complaint.

5. That Nuno C. Neves and Natalia Paiva-Neves names be amended to plaintiffs amended complaint.

6. That the Clerk is hereby Ordered to sign, seal, and date, the plaintiffs' prepared summons for service upon amended parties Nuno and Natalia Paiva-Neves, and further return them to plaintiffs with copy of the signed order of this court.

ENTERED AS AN ORDER OF THIS HONORABLE COURT ON THE _____ DAY OF ___________, 2005.

ENTERED: PER ORDER:

_________________________ _____________________________

Presented by:

PLAINTIFFS
In Pro se,

JAMES C. MARCELLO
OLIVIA A. MARCELLO

Mr. James & Olivia Marcello
152 Cross Road
Stetson, ME 04488
(207) 296-3433

## CERTIFICATION

I, James C. Marcello, hereby certify that I have mailed a conformed copy of this Proposed Order on **AUGUST 6, 2005**, by regular mail, postage prepaid as specified below to the counsels of record as follows:

| Counsel of Record: | Represented Party or Parties: |
|---|---|
| Marc DeSisto,Esq<br>Michael DeSisto,Esq<br>211 Angell Street<br>Providence, RI 02906 | Defendant: John LaCross, Chief of the Barrington Police Depart. |
| Robert Smith,Esq<br>155 S Main St<br>Providence, RI 02903 | Defendants: Attorney John A. DeSano, Attorney Bernard P. Healy, Arthur T. Marcello, & Albert Mastriano |
| Thomas A. Palombo,Esq,AAG<br>150 S Main St<br>Providence, RI 02903 | Defendant: State of Rhode Island |
| Joe Moretti,Esq<br>300 Centerville Rd - 300W<br>Warwick, RI 02886 | Defendants: (Amended) Nuno C. Neves, Natalia Paiva-Neves |

I swear under penalty of perjury this is true and correct.

JAMES C. MARCELLO