IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARCELLO, et al<br><br>Plaintiffs<br><br>vs.<br><br>DESANO, et al and<br>STATE OF RHODE ISLAND<br><br>Defendants | ) | C.A. NO. 05-004 ML |

REPLY MEMORANDUM OF LAW
IN SUPPORT OF MOTION TO VACATE ORDER DENYING/GRANTING IN PART
PLAINTIFFS' MOTION FOR PROTECTION ORDER

Plaintiffs, Mr. James & Olivia Marcello, respectfully submit this brief Reply Memorandum of Law in response to both the Defendant (Chief John LaCross's) Memorandum in Opposition (Opp. Memo. - dt.8/2/05) to the Motion to Vacate filed by Plaintiffs and the phone conference (on dt.8/8/05 at 10:55 a.m.) between plaintiff and defendant LaCross's attorney Michael DeSisto.

First, Plaintiff telephoned on 8/8/05 at 10:55 a.m. and spoke to defendant LaCross's att Michael DeSisto indicating to him no such agreement for any and all other attorneys or persons to be present at the mutual proposed deposition conference to be held on September 8, 2005 at this court house for both pl James C. Marcello and def Chief John LaCross.

Second, what defendant LaCross atto Michael DeSisto indicated in his Opposition Memorandum of quote: "... that it might be impossible to shedule both depositions on the same day

because of the restrictions he placed on his deposition." (see Opp Memo. 1 ¶ 1) and what he (att Mich. DeSisto) stated on said telephone conference of the " inconvenience to the other attorneys to be present", is contrary and not inplied in his Opposition Memorandum.

Third, it was pointed out to def LaCross Att Michael DeSisto that he is defending the interest of his client and not representing the other defense attorneys' interest, and that this mutual agreed deposition be in good faith for both deponents.

Fourth, att Michael DeSisto indicated his client def Chief LaCross is able and willing to be present for 9/8/05 deposition and to provide a courtesy call to Mr. Marcello no later than Sept. 7, 2005 in the event his client suddenly decides not to show for said mutual deposition as anticipated by pl Mr. Marcello in his motion to vacate prayer for relief (see Motion to Vacate 2 ¶ 4).

Therefore, for the reasons set forth herein and in the initial Motion to Vacate Memorandum, Plaintiffs respectfully request that their Motion to Vacate Order Denying/Granting in part Plaintiffs' Motion for Protective Order dated July 19, 2005 respectively dated July 25, 2005 be granted; that the order be vacated; that plaintiffs' prayer for relief as set out in paragraph 1 thru 7 be granted; and other and further relief as justice may require.

Respectively Submitted,

PLAINTIFFS

JAMES C. MARCELLO
OLIVIA A. MARCELLO
In Pro se,

Mr. James + Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

## CERTIFICATION

I, the undersigned, hereby certify that I mailed a true copy of this REPLY MEMORANDUM IN SUPPORT OF MOTION TO VACATE ORDER DENYING/GRANTING IN PART by first-class mail, postage pre-paid, on AUGUST 8, 2005, to those indicated below:

JAMES C MARCELLO

Marc DeSisto(#2757)
211 Angell Street
Providence, RI 02906

Robert W Smith(#1874)
155 S Main Street
Providence, RI 02903

Thomas A Palombo(#4212),AAG
OFFICE OF THE ATTORNEY GENERAL
150 S Main Street
Providence, RI 02903

Joe Moretti(#5092)
300 Centerville Rd - Suite 300
Warwick, RI 02886