IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARCELLO, et al<br><br>Plaintiffs<br><br>vs.<br><br>DESANO, et al and the<br>STATE OF RHODE ISLAND<br><br>Defendants | ) | C.A. NO. 05 004 ML |

## NOTICE OF INTENTION TO TAKE DEPOSITION

DEPONENT: DEFENDANT -- CHIEF JOHN LACROSS (Barrington P.D.)

DATE: THURSDAY, -- SEPTEMBER 8, 2005 at 1:30 P.M.

Please take notice that the testimony on oral examination of the above named deponent will be taken before an officer authorized to administer oaths by the laws of the United States at the place where the examination is held, on the above date and thereafter from day to day as the taking of the deposition may be adjourned, at the **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND, One Exchange Terrace, Providence, RI, 2nd Floor, Room C ,** at which time and place you are notified to appear and take such part in the examination as may be advised and as shall be fit and proper.

James Marcello

JAMES C. MARCELLO
OLIVIA A. MARCELLO
152 Cross Road
Stetson, ME 04488
(207) 296-3433

CERTIFIED MAIL
ARTICLE # ____________________

TO: [ ]
[ ]
[ ]

## CERTIFICATION

I, the undersigned, hereby certify that I mailed a true copy of this Notice of Intention to Take Deposition by first class mail, postage pre-paid, on this 8TH day of AUGUST, 2005 to counsels of record: Marc DeSisto, 211 Angell St, Providence,RI 02906, Robert W Smith, 155 S Main St, Providence,RI 02903, and Thomas Palombo,AAG, 150 S Main St, Providence,RI 02903, Joe Moretti,Esq 300 Centerville Rd, Warwick,RI 02886, also: Chief John LaCross, 100 Federal Rd. Barrington,RI 02806

James Marcello