IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARCELLO, et al | ) | |
| Plaintiffs | ) | |
| vs. | ) | C.A. NO. 05-004 ML |
| DESANO, et al and STATE OF RHODE ISLAND | ) | |
| Defendants | ) | |

# MOTION TO VACATE ORDER DENYING/GRANTING IN PART PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

Now come Plaintiffs', James C. Marcello and Olivia A. Marcello and, hereby motion to vacate the order denying/granting in part plaintiffs' motion for protective order respectively dated July 19, 2005 for being void and prejudicial or dangerous to the substantial rights and interests of the plaintiffs and for good cause shown. Plaintiffs respectively submit the accompanying Memorandum of Law.

**WHEREFORE**, Plaintiffs respectively request that the Motion to Vacate be granted, and that the plaintiffs' prayer for relief hereby attached to this motion be granted; and such other and further relief as justice may require.

Respectively Submitted,

PLAINTIFFS

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488
(207) 296-3433

Denied. Mary M. Lisi USDJ 8/12/05

## PRAYER FOR RELIEF

**WHEREFORE, The Plaintiffs Pray:**

1. That the Motion to Vacate Order Denying/Grantig in Part Plaintiffs' Motion for Protective Order is hereby **GRANTED.**

2. The Order dated July 19, 2005 is hereby **VACATED.**

3. That Plaintiff Mr. Marcello and Defendant Mr. LaCross are hereby Ordered to submit to deposition at a mutual concurrent time and date at the John O. Pastore Building, Two Exchange Terrace, Providence, Rhode Island in reserved Courtroom C, second floor.

4. Tha Plaintiff Mr. Marcello may have leave to refuse deposition if Defendant Mr. LaCross refuses to submit to deposition or fails to appear at deposition time, date, and place as mutually stated in above paragraph 3.

5. That the court may Order that the deposition be conducted with no one present except the persons designated by the court in said order as follows: Deputy Clerk Martha Saucier; a mutually agreed officer authorized to administer oaths and who is not related or employeed by any attorney or counsel of record or any party, plaintiff Mr. Marcello, defendant Mr. LaCross, and defendants attorneys Marc & Michael DeSisto.

6. That the deposition, after being sealed, be opened only by order of the court.

7. That the court shall grant any and all other relief to the plaintiffs as the circumstances of the case and justice requires.

Respectively Submitted,

PLAINTIFFS

James C. Marcello
OLivia A. Marcello
152 Cross Road
Stetson, ME 04488
(207) 296-3433

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of this Motion to Vacate with Supporting Memorandum of Law & attached Addendum p.1+2, by first-class mail, postage pre-paid, on the 26th day of July, 2005 to those indicated below:

Marc DeSisto(#2757)
211 Angell Street
Providence, RI 02906

Robert W Smith(#1874)
155 S Main Street
Providence, RI 02903

Thomas A Palombo(#4212),AAG
OFFICE OF THE ATTORNEY GENERAL
150 S Main Street
Providence, RI 02903

Joe Moretti(#5092)
300 Centerville Rd - Suite 300
Warwick, RI 02886