UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: James Marcello

RE: CA 05-04ML

Marcello, et al v. Desano, et al

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 8 / 18 / 05 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

_____ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

_____ 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

✓ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

_____ 8. Document violates Amended General Order 2002-01.

_____ 9. Other:_____

ENTER:

David L. Martin
United States Magistrate Judge

Date: 8-18-05

cc: Counsel of Record

Mr. James & Olivia Marcello
152 Cross Road
Stetson, ME 04488
(207) 296-3433

August 15, 2005

Office of the Clerk
U.S. DISTRICT COURT OF RI
One Exchange Terrace
Providence, RI 02903
(401) 752-7200

RE: **MARCELLO, et al v DESANO, et al & RHODE ISLAND**
**C.A. NO. 05-004 ML**

Dear Mr. DiMarzio,

Enclosed for filing is (1) original and (2) copies of the following:

| | Page(s) |
|---|---|
| INTERROGATORIES FOR THE EXAMINATION OF THE ABOVE NAMED DEFENDANTS | 1-4 |

Thank you for your assistance in this matter.

Sincerely yours,

James Marcello

JAMES C MARCELLO

cc: (w/encls) to:

Marc & Michael DeSisto,Esq
Robert W Smith,Esq
Thomas Palombo,Esq,AAG
Joe Moretti,Esq