SCANNED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO, et al.<br>*Plaintiffs,*<br>vs.<br>JOHN A. DESANO, et al.<br>*Defendants.* | C.A. No. 05-004 ML |

**DEFENDANT JOHN LACROSS'S MOTION TO COMPEL RESPONSES TO HIS FIRST AND SECOND REQUESTS FOR PRODUCTION OF DOCUMENTS**

Now comes the Defendant, John LaCross, and hereby moves this Court for an Order compelling Plaintiffs to respond to Defendant's First and Second Requests for Production of Documents. The First Request is dated March 2, 2005 and the Second Request is dated July 28, 2005. As grounds, Defendant relies on the Memorandum of Law filed herewith. Defendant hereby requests that this Court issue an Order compelling responses on or before September 28, 2005.

CERTIFICATION OF ATTORNEY

The movant has, in good faith, conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without Court action.

Michael A. DeSisto, Esq. (#2444)

C.A. No. 05-004ML

Defendant, John LaCross
By his Attorneys,

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 31st day of August, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903

James Moretti, Esq.
RESNICK & CAFFREY
300 Centerville Road, #300W
Warwick, RI 02886

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al.

*Plaintiffs,*

vs. C.A. No. 05-004 ML

JOHN A. DESANO, et al.
*Defendants.*

**MEMORANDUM IN SUPPORT OF DEFENDANT JOHN LACROSS'S MOTION TO COMPEL RESPONSES TO HIS FIRST AND SECOND REQUESTS FOR PRODUCTION OF DOCUMENTS**

Defendant, John LaCross, files this memorandum in support of his motion for an Order compelling Plaintiffs to file responses to this Defendant's First and Second Requests for Production of Documents dated March 2, 2005 and July 28, 2005, respectively.[1] The First and Second Requests for Production of Documents are attached to this memorandum. In response, Plaintiffs have filed an Objection To Production of Documents which states that "defendant LaCross's attorney Michael A. DeSisto has full and convenient access to the court proceedings and police records that his client bases his conduct and action taken against plaintiffs on . . . "

However, the First and Second Requests do not ask for court proceedings or police records. The First Request asks for documents that support Plaintiffs' claim of an alleged conspiracy between Defendant LaCross and co-defendants and documents related to the sale of property at 557 Maple Avenue. The Second Request asks for any documents which relate in any way to Plaintiffs' claim against Defendant LaCross. To the extent that any of these documents

[1] The First Request for Production was directed to plaintiff, James C. Marcello, while the Second Request for Production was directed to both plaintiffs.

are contained in court proceedings or police records that are accessible by Defendant, Plaintiffs need only identify them with sufficient specificity to enable Defendant to retrieve them.

Wherefore, Defendant, John LaCross, respectfully requests that this Court grant his motion to compel Plaintiffs to respond to his First and Second Requests for Production of Documents.

Defendant, John LaCross
By his Attorneys,

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 31st day of August, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903

James Moretti, Esq.
RESNICK & CAFFREY
300 Centerville Road, #300W
Warwick, RI 02886

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO, OLIVIA A. MARCELLO<br><br>*Plaintiffs,*<br><br>vs.<br><br>CHIEF JOHN LACROSS<br><br>*Defendant.* | C.A. No. 05-004 ML |

**DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

1. Any and all documents which relate in any way to the plaintiffs' allegations in paragraph 3 of the plaintiff's complaint including but not limited to documents which relate in any way to the plaintiffs' claims that the other defendants "conspired with a local official one Chief John LaCross of the Barrington Police Department…".

2. Any and all documents concerning the sale of the property located at 557 Maple Avenue in Barrington as referenced in the "prayers for relief" section of the plaintiffs' complaint.

Defendant,
By his Attorney,

Marc DeSisto, Esq., No. 2757
DESISTO LAW
211 Angell Street
Providence, RI 02906
(401) 272-4442
(401) 272-9937 facsimile
marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true and accurate copy of the within Request for Production of Documents was mailed, postage prepaid, on this 2nd day of March, 2005 to:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Laura Sorge
_______________________

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al

*Plaintiffs,*

vs. C.A. No. 05-004 ML

JOHN A. DESANO, et al

*Defendants.*

**SECOND REQUEST FOR PRODUCTION OF DOCUMENTS OF DEFENDANT, JOHN LACROSS, TO PLAINTIFF, JAMES C. MARCELLO**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant, John LaCross requests that Plaintiffs produce for inspection and copying, at the offices of DESISTO LAW, 211 Angell Street, Providence, Rhode Island, within thirty (30) days, true and complete copies of each of the following:

1. Any and all documents which relate in any way to Plaintiffs' claim against Defendant John LaCross.

Defendant, John LaCross
By his Attorneys,

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Request for Production was mailed, postage prepaid, on this 28th day of July, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

James Moretti, Esq.
RESNICK & CAFFREY
300 Centerville Road, #300W
Warwick, RI 02886

Laura Sayz