SCANNED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al.

*Plaintiffs,*

vs.

C.A. No. 05-004 ML

JOHN A. DESANO, et al.

*Defendants.*

**MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

Now comes the Defendant, John LaCross, and hereby moves this Court for an Order compelling Plaintiff, James C. Marcello, to file answers to Defendant's Interrogatories dated July 28, 2005. As grounds, Defendant relies on the Memorandum of Law filed herewith.

CERTIFICATION OF ATTORNEY

The movant has, in good faith, conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without Court action.

Michael A. DeSisto, Esq. (#2444)

C.A. No. 05-004ML

Defendant John LaCross,
By his Attorneys,

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 31st day of August, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

James Moretti, Esq.
RESNICK & CAFFREY
300 Centerville Road, #300W
Warwick, RI 02886

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO, et al<br>*Plaintiffs,*<br>vs.<br>JOHN A. DESANO, et al<br>*Defendants.* | C.A. No. 05-004 ML |

**MEMORANDUM IN SUPPORT OF DEFENDANT JOHN LACROSS'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

Now comes the Defendant, John LaCross, and hereby moves this Court for an Order compelling Plaintiff, James C. Marcello, to file answers to Defendant's Interrogatories dated July 28, 2005. As grounds, Defendant relies on the Memorandum of Law filed herewith. Defendant hereby requests that this Court issue an Order compelling answers on or before September 28, 2005.

CERTIFICATION OF ATTORNEY

The movant has, in good faith, conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without Court action.

Michael A. DeSisto, Esq. (#2444)

C.A. No. 05-004ML

Defendant, John LaCross
By his Attorneys,

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 31st day of August, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS
& GNYS, LLP
155 South Main Street
Providence, RI 02903

James Moretti, Esq.
RESNICK & CAFFREY
300 Centerville Road, #300W
Warwick, RI 02886

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO, et al<br>*Plaintiffs,*<br>vs.<br>JOHN A. DESANO, et al<br>*Defendants.* | C.A. No. 05-004 ML |

**FIRST SET OF INTERROGATORIES OF DEFENDANT, JOHN LACROSS, TO PLAINTIFF, JAMES C. MARCELLO**

Defendant, John LaCross, in the above-captioned matter propounds the following interrogatories to Plaintiff, James C. Marcello, to be answered under oath within thirty (30) days of service, pursuant to the provisions of Rule 33 of the Federal Rules of Civil Procedure. These interrogatories shall be deemed to be continuing up to the time of trial and so as to require supplemental answers if additional information or additional facts become available.

1. Please set forth your full name, present residence address, date of birth, educational background and employment, including part-time employment held by you during the last five (5) years, if any.

2. Please state the names, present addresses and telephone numbers of any and all persons whom you believe to have any knowledge or information pertaining to your claim against Defendant LaCross, its causes or consequences, or who may testify in this matter, and set forth what information you know or believe such person or persons have and how such person or persons acquired such knowledge.

3. Please state the names and present addresses of those persons who have given you, or any person, firm or corporation acting on your behalf, statements, reports, voice

recordings or memoranda, relating to your claim against Defendant LaCross, its causes or consequences, and please provide the date of each item, and the name and address of the person, firm or corporation having present possession or custody of each such item.

4. If any such statement, report or memoranda identified in the answer to the preceding Interrogatory has been communicated by or reduced to writing, identify such written record stating the names and addresses of the person or persons who gave and took them, and the name and present address of the person having present custody of same.

5. Please state the name, address and specialty of each and every expert you and/or your counsel have consulted, retained and/or intend to have testify on your behalf regarding your claim against Defendant LaCross and as to each such expert, please state:

a) The field of specialty of the expert;

b) The subject matter upon which the expert is expected to testify;

c) A detailed statement of the facts upon which each expert will rely in expressing an opinion at trial;

d) The substance of the opinions on which each such expert will rely in expressing an opinion at trial;

e) A summary of the grounds for each opinion;

6. Please state forth whether photographs were taken relating to your claim against Defendant LaCross, either to its causes or consequences. List all other items that may be material or relevant to your proof against Defendant LaCross, including any diagrams, surveys or exhibits. As to all of these items, identify each, the date taken or made and by whom, and the name and address of the person having present custody of same.

7. Please state all communications you have had with the Defendant, John LaCross, or any Town of Barrington employees related to this incident, specifying the date of each such

communication, the form, written or oral, the sum and substance of each such communication and name and address of each person who participated in or who witnessed each communication.

8. Please state whether you have ever been arrested or charged with any criminal offenses, including motor vehicle offenses, or whether you have ever pled guilty or *nolo contendere*, or whether you have been convicted of any criminal offense(s) including motor vehicle offenses, and if so, state the charge, police department, date of offense, court, disposition and the date of disposition.

9. Please state whether a lawsuit has ever been filed or a claim made by you or against you, and whether you have ever filed a claim or lawsuit against anyone or thing, and if so, please identify the claim/lawsuit by name, identify the court, if a lawsuit was brought, give a brief account of the subject matter of the claim or lawsuit, and the name and address of each party against whom, or by whom, a claim was made and/or lawsuit was brought, and the disposition thereof.

10. Please set forth each and every fact upon which you base your claim against Defendant, John LaCross.

11. Please set forth each and every fact upon which you base your contention in paragraph 3 of your Complaint that, on or about August 13, 2003, Defendants DeSano, Healy, Arthur T. Marcello and Mastriano conspired with Chief John LaCross and reached an understanding to commit crimes against the constitutional rights of Plaintiffs.

12. Please set forth each and every fact upon which you base your contention in paragraph 4 of your Complaint that, on or about December 10, 2003, Defendants DeSano, Healy, Arthur T. Marcello and Mastriano conspired with Chief John LaCross and reached an understanding to commit crimes against the constitutional rights of Plaintiffs.

13. Please set forth the facts upon which you base your contention in paragraph 5 of your Complaint, that Defendants knowingly and willing entered into a RICO enterprise and further agreed that only the members of this RICO enterprise are to violate this statute.

14. Please set forth a complete and itemized statement of the monetary damages you claim against Defendant LaCross.

Defendant, John LaCross
By his Attorneys,

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Interrogatories was mailed, postage prepaid, on this 28th day of July, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

James Moretti, Esq.
RESNICK & CAFFREY
300 Centerville Road, #300W
Warwick, RI 02886

Laura Sayre