IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | C.A. NO. 05-004 ML |

## CIVIL INVESTIGATIVE DEMAND

**CERTIFIED MAIL**
**ARTICLE # 7004 1160 0002 9159 2966**

**TO: AVA M. MARTINELLI**
**President & Treasurer**

DIAMOND FUNDING CORPORATION
872 Park Avenue
Cranston, RI 02910

Dear Ms. Martinelli,

A law suit has been filed against the above named defendants pursuant to the Federal Civil RICO Statute 18 USCA § 1961 regarding the question of estate racketeering activity involving the embezzlement and fraudulent conversion of my real estate property located at 557 Maple Avenue, Barrington, RI 02806 to a Nuno C. Neves and Natalia Paiva-Neves on February 6, 2004 in violation to RIGL § 11-41-3.

We have reason to believe that you and your enterprise may be in possession, custody, or control of any documentary materials relevant to a racketeering investigation, whereby served you this civil investigative demand requiring you to produce such material for examination. Such demand is as follows:

1. MORTGAGE - Borrower is Nuno C. Neves and Natalia Paiva-Neves. Lender is Diamond Funding Corporation, 872 Park Avenue, Cranston, RI 02910. Noted signed by Borrower and dated February 6, 2004. Borrower owes Lender ($160,000.00) to be paid in full not later than March 01, 2034. Pages 1 to 11 and filed in Land Records of Barrington Town Hall, Book 0818 Page 0170 thru 0182.

A copy of pages (1) and (11) of above stated is hereby attached.

2. EXECUTORS DEED - Grantor "Arthur T. Marcello, of Barrington, RI... grant, bargain, and sell and convey to Nuno C. Neves and Natalia Paiva-Neves, of Barrington, RI (the "Grantee"). Signed by Arthur T Marcello on February 6, 2004. Notarized by Jeffrey F. Caffrey. And Attached Exhibit deed description. Filed in Land Records of Barrington Town Hall, Book 0818 Pages 0168 thru 0169.

A copy of the above stated is hereby attached.

3. AUTHORIZATION ORDER - The necessary Authorization Order of a Probate Court granting authority to sell to Arthur T. Marcello or any other persons to the sale of said 557 Maple Avenue, Barrington, RI real estate property to said Nuno C. Neves and Natalia Paiva-Neves as required by RIGL § 33-19-3.

4. NECESSARY RELEASES - Any and all releases of the Heir at Law granting consent and permission to said Arthur T. Marcello to sell or convey the said real estate above mentioned.

5. ALL OTHER MATERIAL - Any and all other material related to the mortgage, transaction sale, assignments, etc to the above stated real estate property located at 557 Maple Avenue, Barrington, RI.

This demand is returnable with (10) days from the certified day of this demand.

The custodian to whom such material shall be made available is the plaintiff James C. Marcello, the undersigned below.

If you fail to comply with this civil investigative demand, I may file in the USDC of RI and serve upon you a petition for an order of such court for the enforcement of this section pursuant to Title 18 USCA § 1968(g).

Sincerely yours,

PLAINTIFFS

James Marcello

Mr. James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

**CERTIFICATION**

I, James C. Marcello, hereby certify that I mailed a true copy of this CIVIL INVESTIGATIVE DEMAND AND ATTACHED DOCUMENTS, by first-class mail, postage prepaid, on **SEPTEMBER 5, 2005**, to those indicated below:

James Marcello

| | | |
|---|---|---|
| Marc DeSisto,Esq | Robert Smith,Esq | Thomas Palombo,Esq,AAG |
| 211 Angell St | 155 S Main St | 150 S Main St |
| Providence, RI 02906 | Providence, RI 02903 | Providence, RI 02903 |