fter Recording Return To:
IAMOND FUNDING CORPORATION
72 PARK AVENUE
RANSTON, RI 02910

000430

Plat 19, Lot 18

[Space Above This Line For Recording Data]

# MORTGAGE

)EFINITIONS

Vords used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 nd 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

A) **"Security Instrument"** means this document, which is dated **February 06, 2004**, together with all Riders to this document.

B) **"Borrower"** is **NUNO C. NEVES and NATALIA PAIVA-NEVES**

Borrower is the mortgagor under this Security Instrument.

C) **"Lender"** is **Diamond Funding Corporation**

Lender is a **CORPORATION** organized and existing under he laws of **State of Rhode Island**. Lender's address is **372 Park Avenue, Cranston, Rhode Island 02910**

. Lender is the mortgagee under this Security Instrument.

(D) **"Note"** means the promissory note signed by Borrower and dated **February 06, 2004**. The Note states that Borrower owes Lender **One Hundred Sixty Thousand and no/100** Dollars (U.S. $ **160,000.00**) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than **March 01, 2034**.

(E) **"Property"** means the property that is described below under the heading "Transfer of Rights in the Property."

(F) **"Loan"** means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

(G) **"Riders"** means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check box as applicable]:

☐ Adjustable Rate Rider ☐ Condominium Rider ☐ Second Home Rider

☐ Balloon Rider ☐ Planned Unit Development Rider ☐ Other(s) [specify]

☐ 1-4 Family Rider ☐ Biweekly Payment Rider



A-1