000431

# ASSIGNMENT OF MORTGAGE

DIAMOND FUNDING CORPORATION (hereinafter "Diamond"), a Rhode Island corporation having its place of business in the City of Cranston, County of Providence, State of Rhode Island, holder of a mortgage by NUNO C. NEVES & NATALIA PAIVA-NEVES of 557 MAPLE AVENUE, BARRINGTON, RI 02806 to Diamond Funding Corporation, dated February 6, 2003, and recorded in Book 818 at Page 170 on Feb 9th, 2003 in the Records of Land Evidence of the TOWN of BARRINGTON, BRISTOL county in the said State, for consideration paid, in the sum of $ 160,000.00, assign said mortgage and note and claim secured thereby to:

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ITS SUCCESSORS AND ASSIGNS
P.O. BOX 2026, FLINT, MI 48501-2026

IN WITNESS WHEREOF, said Diamond Funding Corporation has caused these presents to be fully executed by its President and Treasurer, the said Ava M. Martinelli, thereunto duly authorized this 6th day of FEBRUARY, 2003.

DIAMOND FUNDING CORPORATION

BY: [signature]
Ava M. Martinelli
President & Treasurer

STATE OF RHODE ISLAND
PROVIDENCE SC

In Cranston, in said county, on the 6th day of FEBRUARY, 2003, before me personally appeared Ava M. Martinelli, the President & Treasurer of Diamond Funding Corporation, known to me to be the party executing the foregoing instrument for and on behalf of said Corporation and she acknowledged said instrument by her so executed to be her free act and deed of Diamond Funding Corporation.

[signature]
Lucille J. Rocha
Notary Public

My commission Expires
September 8, 2007

**MERS PHONE: 1-888-679-MERS**
**MIN #: 100037506009069353**

RECEIVED FOR RECORD
Barrington, R.I. FEB - 9 2004
at 10:42 o'clock A M
[signature]
Town Clerk

BOOK 0 8 1 8 PAGE 0 1 7 0

A-2

PS Form 3800, July 1999