RECEIVED FOR RECORD
Barrington, R.I. FEB - 9 2004
at 10:40 o'clock ____ M
Town Clerk

557 Maple Avenue
Barrington, RI 02806

EXHIBIT A

PARCEL NO. 1

A certain tract of land with all buildings and improvements thereon situated on the Northerly side of Maple Avenue in said Town of Barrington and bounded and described as follows:

Commencing at a point on the northerly side of said Maple Avenue 197 feet 4 inches westerly from the northwest corner of Barrington Avenue and Maple Avenue and running northerly 225 feet more or less to a corner; thence turning at right angles and running westerly, bounding northerly on land now or formerly of Joseph Palumbo and wife, 98 feet and 8 inches to a corner; thence turning at right angles and running southerly 225 feet more or less to the northerly line of said Maple Avenue; thence turning at right angles and running easterly along the northerly line of said Maple Avenue 98 feet, 8 inches to the place of beginning.

PARCEL NO. 2

And also that lot or parcel of land with all buildings and improvements thereon, situated in the Town of Barrington and State of Rhode Island, bounded and described as follows:

Beginning at a point on the northerly side of Maple Avenue at the southeasterly corner of land conveyed by deed of J. Clifton Allen et al, to Salvatore A. Pezzullo and wife, dated December 3, 1940 and recorded in the records of Land Evidence in said Barrington in Book 38 at page 535; thence running northerly bounding westerly on said Pezzullo land to land now or lately of Guiseppe Palumbo and wife; thence easterly bounding northerly on said Palumbo land seventy five (75) feet to land now or lately of Peter Marcello and wife; thence southerly bounding easterly on said Marcello land two hundred twenty five (225) feet to Maple Avenue; thence westerly bounding southerly on said Maple Avenue seventy-five (75) feet to the point of beginning.

Excepting herefrom that portion of parcel number two (2) which has been previously conveyed by this grantor to Gayton A. Marcello and wife Philomena Marcello which deed is recorded in the land records for the said Town of Barrington in deed book 43 at page 488.