IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARCELLO, et al | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | C.A. NO. 05-004 ML |
| | ) | |
| DESANO, et al and STATE OF RHODE ISLAND | ) | |
| | ) | |
| Defendants | ) | |

**MOTION TO THE COURT FOR ENTRY OF JUDGMENT ON GROUNDS OF WANT OF NECESSARY PARTIES**

Now come Plaintiffs and says as follows:

1. That on June 20, 2005, said plaintiffs made service of a Motion to Assign their Consolidated Motion for Joinder of Claims, Remedies, Persons Needed for Just Adjudication, & Permissive Joinder pursuant to Rules 18,19, & 20 of Fed.R.Civ.P. with an Addendum containing 47 pages.(see plts' motion to assign consol mot for joinder p.1-9).

2. That the motion provided fact that a Nuno C. Neves and Natalia Paiva-Neves purchased stolen real estate property from above named defendants, through a counterfeit executor's deed, from defendant Arthur T. Marcello on 2/6/04, property at the time, not existing as an 'estate', but real property belonging to the plaintiff James C. Marcello. (see plt memo at 3 ¶ 2.

3. That Nuno C. Neves and Natalia Paiva-Neves are named in plaintiffs amended complaint in the prayer for relief and are a necessary party in interest, and ought to be, but has not been made a party defendant to said amended complaint.

Denied. Mary M. Lisi USDJ 9/7/05

4. That (47) forty-seven days has elapsed from the filing of said plaintiffs consolidated motion for enjoinder, etc, to wit no objections have been filed, nor any entry made by this court granting said motion to enjoin.

## CONCLUSION

WHEREFORE, the plaintiffs pray that the Motion to the Court for Entry of Judgment on grounds of Want of Necessary Parties be granted; that the proposed order hereby attached in (2) page form be signed and dated by this Honorable Court; and such other and further relief as justice may require.

Respectively Submitted,

PLAINTIFFS

JAMES C. MARCELLO
OLIVIA A. MARCELLO
In Pro se,

Mr. James + Olivia Marcello
152 Cross Road
Stetson, ME 04488
(207) 296-3433

## CERTIFICATION

I, James C. Marcello, hereby certify that I have mailed a conformed copy of the within on AUGUST 6, 2005, by regular mail, postage prepaid as specified below to the following:

Marc + Michael,Esqs.
211 Angell St
Providence, RI 02906

Robert Smith,Esq
155 S Main St
Providence, RI 02903

Thomas Palombo,Esq,AAG
150 S Main St
Providence, RI 02903

Joe Moretti,Esq
300 Centerville Rd
Warwick, RI 02886

I swear under penalty of perjury this is true and correct.

JAMES C MARCELLO