IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

JAMES C. and OLIVIA A. MARCELLO )
Plaintiffs )
vs. ) C.A. NO. 05-004 ML
JOHN A. DESANO, BERNARD P HEALY
JOHN LACROSS, ARTHUR T MARCELLO
ALBERT MASTRIANO & RHODE ISLAND )
Defendants )

**MOTION TO EXCEED**

Now come Plaintiffs, Mr. James C. and Olivia A. Marcello and, hereby ask permisssion that the attached Addendum containing (9) necessary documents of the adverse parties along with plaintiffs may exceed the (5) page limitation, upon such terms that the court deems necessary and just.

Respectively Submitted,

PLAINTIFFS

JAMES C. MARCELLO
OLIVIA A. MARCELLO
In Pro se,

James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

**CERTIFICATION**

I, James C. Marcello, hereby certify that I mailed a true copy of the MOTION TO EXCEED, by first-class mail, postage prepaid, on SEPTEMBER 10, 2005, to those indicated below:

Thomas Palombo,Esq,AAG
150 S Main St
Providence, RI 02903

Marc DeSisto,Esq
211 Angell St
Providence, RI 02906

James Moretti,Esq
300 Centerville Rd.
Warwick, RI 02886

Robert W Smith,Esq
155 S Main St
Providence, RI 02903