UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
SEP 01 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO, et al.<br>*Plaintiffs,*<br>vs.<br>JOHN A. DESANO, et al.<br>*Defendants.* | C.A. No. 05-004 ML |

**DEFENDANT JOHN LACROSS'S MOTION TO COMPEL RESPONSES TO HIS FIRST AND SECOND REQUESTS FOR PRODUCTION OF DOCUMENTS**

Now comes the Defendant, John LaCross, and hereby moves this Court for an Order compelling Plaintiffs to respond to Defendant's First and Second Requests for Production of Documents. The First Request is dated March 2, 2005 and the Second Request is dated July 28, 2005. As grounds, Defendant relies on the Memorandum of Law filed herewith. Defendant hereby requests that this Court issue an Order compelling responses on or before September 28, 2005.

CERTIFICATION OF ATTORNEY

The movant has, in good faith, conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without Court action.

**No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.**

Barbara Barletta
**Deputy Clerk**
**Date:** 9/19/05

Michael A. DeSisto
Michael A. DeSisto, Esq. (#2444)

C.A. No. 05-004ML

Defendant, John LaCross
By his Attorneys,

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 31st day of August, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS
& GNYS, LLP
155 South Main Street
Providence, RI 02903

James Moretti, Esq.
RESNICK & CAFFREY
300 Centerville Road, #300W
Warwick, RI 02886