UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al

*Plaintiffs,*

vs. C.A. No. 05-004 ML

JOHN A. DESANO, et al

*Defendants.*

**OBJECTION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF SPECIFIC DOCUMENTS**

Now comes the Defendant, John LaCross, and hereby objects to Plaintiffs' Motion To Compel Production of Specific Documents. As grounds, Defendant relies on the Memorandum of Law filed herewith.

Defendant, John LaCross
By his Attorneys,

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

Marcello v. DeSano et al
C.A. No. 05-004ML

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Objection was mailed, postage prepaid, on this 19th day of September, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

James Moretti, Esq.
RESNICK & CAFFREY
300 Centerville Road, #300W
Warwick, RI 02886

Laura Souza

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO, et al<br>*Plaintiffs,*<br>vs.<br>JOHN A. DESANO, et al<br>*Defendants.* | C.A. No. 05-004 ML |

**MEMORANDUM TO SUPPORT OBJECTION OF DEFENDANT, JOHN LACROSS, TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF SPECIFIC DOCUMENTS**

Plaintiffs filed their First Request for Production of Documents on August 12, 2005. Defendant, John LaCross, responded on September 6, 2005. The document request and responses are as follows:

1. The specific execution which relates to your conduct and subordinates taken on August 13, 2003 authorizing you to invade the plaintiffs' property located at 557 Maple Avenue, Barrington, RI, and grab, arrest, and detain plaintiff James C. Marcello for two (2) weeks without bail, and removing plaintiff Olivia A. Marcello from said property home.

**RESPONSE:** Plaintiff, James C. Marcello, was arrested on August 13, 2003 for disorderly conduct and obstructing a police officer in the execution of duty. Please see attached documents which relate to the August 13, 2003, incident: two page Arrest Report, one page narrative for Patrolwoman Dianne E. Pinto, one page narrative for Patrolman Benjamin A. Ferreira, one page narrative for Patrolman Todd J. Travers, two page supplemental narrative for Chief John M. LaCross, and Execution Trespass and Eviction from the Sixth Division District Court.

2. The entire record, certified, of the legal proceedings for which the above specific execution was allegedly issued. (See Amend Compl at 2 ¶ 3).

**RESPONSE:** Objection on the grounds that this Request does not appear to apply to this Defendant and is otherwise vague. To the extent that Plaintiffs seek the record of the underlying legal proceeding to evict Plaintiffs from 557 Maple Avenue, Defendant objects to this Request on the basis that it seeks documents that are as readily accessible to Plaintiffs as they are to this Defendant and are most likely already in the possession of Plaintiffs as they were parties to the proceeding.

3. The specific execution which relates to your conduct and subordinates taken on December 10, 2003 authorizing you to invade again the plaintiffs' property located at 557 Maple Avenue, Barrington, RI, and remove plaintiff Olivia A. Marcello from said property home, and grab, arrest, and detain plaintiff James C. Marcello for three (3) months without bail.

**RESPONSE:** Plaintiff, James C. Marcello, was arrested on December 10, 2003 for breaking and entering in a dwelling house without consent and willful trespass. Please see attached police report related to that arrest: two page Arrest Report, five page witness statement of Bernard Healy and Arthur Marcello dated November 14, 2003, one page witness statement of Police Officer Dino DeCrescenzo, one page narrative for Sergeant Lee A. Soito, two page (second page blank) Police Narrative, one page Physical Evidence Inventory, one page Seizure Report, two photographs, Criminal Complaint and Affidavit and Arrest Warrant

4. The entire record, certified, of the legal proceedings for which the above specific execution was allegedly issued. (See Amend Compl at 2 ¶ 4).

**RESPONSE:** Objection on the grounds that this Request does not appear to apply to this Defendant and is otherwise vague. To the extent that Plaintiffs seek the record of the underlying legal proceeding to evict Plaintiffs from 557 Maple Avenue, Defendant objects to this Request on the basis that it seeks documents that are as readily accessible to Plaintiffs as they are to this Defendant and are most likely already in the possession of Plaintiffs as they were parties to the proceeding.

Plaintiffs seek to have Defendant LaCross provide the documents in Requests 2 and 4.

Fed. R. Civ. P. 34 requires that a party provide documents, within the scope of 26(b) "which are in the possession, custody or control of the party upon which the request is served." Assuming Plaintiffs seek the entire record, certified, of the trespass and eviction action against the Plaintiffs, which was filed by the executor of the Estate in the state court, this certified record is not in possession of Defendant. While Defendant could travel to the state court(s), pay for and obtain a certified copy, Rule 34 does not require him to do so. The entire record, certified, is as accessible to Plaintiffs as Defendant. Plaintiffs were a party to the eviction action and likely

already have these documents. Also, the certified, record of the eviction action is not relevant, nor will it lead to the discovery of relevant evidence, against Defendant LaCross. Finally, Defendant's attorney absolutely disputes the alleged quotes set forth on page 3 of Plaintiffs' Memorandum in support of their motion.

Wherefore, Defendant respectfully requests that Plaintiffs' Motion to Compel Specific Documents be denied and dismissed by this Court.

Defendant, John LaCross
By his Attorneys,

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Memorandum was mailed, postage prepaid, on this 19th day of September, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

James Moretti, Esq.
RESNICK & CAFFREY
300 Centerville Road, #300W
Warwick, RI 02886

Laura [signature]