UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO, et al.<br>*Plaintiffs,*<br>vs.<br>JOHN A. DESANO, et al.<br>*Defendants.* | C.A. No. 05-004 ML |

**MOTION OF DEFENDANT, JOHN LACROSS, TO DISMISS PLAINTIFFS' COMPLAINT FOR FAILURE TO ATTEND DEPOSITION**

Now comes the Defendant, John LaCross, and hereby moves this Court for an Order compelling Plaintiff, James C. Marcello, to attend his deposition, or, in the alternative, for an Order dismissing Plaintiffs' Complaint for the failure of James C. Marcello to attend his deposition. As grounds, Defendant relies on the Memorandum of Law filed herewith.

CERTIFICATION OF ATTORNEY

The movant has, in good faith, conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without Court action.

Michael A. DeSisto, Esq. (#2444)

C.A. No. 05-004ML

Defendant John LaCross,
By his Attorneys,

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 19th day of September, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

James Moretti, Esq.
RESNICK & CAFFREY
300 Centerville Road, #300W
Warwick, RI 02886

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al

*Plaintiffs,*

vs. C.A. No. 05-004 ML

JOHN A. DESANO, et al

*Defendants.*

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR FAILURE TO ATTEND DEPOSITION**

Defendant, John LaCross, files this memorandum in support of his motion to compel Plaintiff, James C. Marcello ("Plaintiff"), to attend his deposition. Alternatively, Defendant LaCross asks that this Court dismiss Plaintiffs' Complaint for the failure of James C. Marcello to attend his deposition.

On June 21, 2005, Defendant's attorney wrote to Plaintiff requesting some convenient dates and times for his deposition. Plaintiff responded, on June 27, 2005, by filing a Motion for Protective Order. This Court issued an Order Denying in Part and Granting in Part Plaintiffs' Motion for Protective Order on July 19, 2005. Among other things, the Order directed Plaintiff to contact Defendant's attorney within seven days to schedule a mutually convenient date and time for Plaintiff's deposition. At the request of Plaintiff, and with the consent of the Court, the deposition was to be held the John O. Pastore Building, Two Exchange Terrace, Providence, Rhode Island. On July 25, 2005, Defendant's attorney and Plaintiff agreed that the deposition would be scheduled for September 8, 2005 at 1:30 p.m. A deposition notice was sent to Plaintiff by Defendant on July 28, 2005. *A copy of the deposition notice is attached hereto.* Plaintiff did

not attend his deposition on September 8, 2005 at 1:30 p.m. *A copy of the deposition transcript is attached hereto.*

Fed. R. Civ. P. 37(d) provides that if a party fails to appear for his or her deposition, after being served with proper notice, the court may make such orders as are just including dismissing the action pursuant to 37(b)(2)(C). Dismissal of Plaintiffs' case is a proper sanction for two reasons. First, Plaintiff has failed to comply with an Order of this Court regarding the taking of his deposition. Second, his failure to attend his deposition is part of a continuing and calculated attempt to avoiding providing any discovery to Defendant. Plaintiffs have not answered Defendant's interrogatories (dated July 28, 2005) and documents requests (dated March 2, 2005 and July 28, 2005). (Motions to compel production are currently pending with this Court.) As previously stated, Defendant's attempt to depose Plaintiff started in June. The deposition was scheduled in September at Defendant's request (alleged lack of funds to travel to Rhode Island from Maine). The discovery closure date is fast approaching (September 30, 2005) and Defendant is no closer to determining any of the facts upon which Plaintiffs' claims are based than he was at the beginning of this lawsuit. Without Plaintiffs answering even Defendant's rudimentary written discovery requests, or Plaintiff James C. Marcello attending his deposition, Defendant cannot properly defend this case.

Wherefore, Defendant, John LaCross, requests that this Court dismiss Plaintiffs' Complaint for the failure of Plaintiff, James C. Marcello, to attend his deposition.

Defendant, John LaCross
By his Attorneys,

C.A. No. 05-004ML

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 19th day of September, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903

James Moretti, Esq.
RESNICK & CAFFREY
300 Centerville Road, #300W
Warwick, RI 02886