# ATTACHMENTS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. MARCELLO, et al | : | |
| | : | |
| vs. | : | C.A. NO. 05-004ML |
| | : | |
| JOHN A. DESANO, et al | : | |

**STATEMENT OF COUNSEL IN THE SCHEDULED DEPOSITION OF JAMES MARCELLO**

Commencing on September 8, 2005, at 1:45 p.m., at the John O. Pastore Building, Two Exchange Terrace, Providence, Rhode Island, before:

LORI P. HAMEL, RPR, CRR
CAPITOL COURT REPORTING, INC.
A Notary Public in and for the State of Rhode Island
Taken on behalf of the Defendant(LaCross)

**APPEARANCES**

For the Defendant: (LaCross)

DESISTO LAW OFFICES
211 Angell Street
Providence, Rhode Island
BY: MICHAEL A. DESISTO, ESQ.

ORIGINAL

For the Defendant: (DeSano)

ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, Rhode Island 02903
BY: ROBERT W. SMITH, ESQ.

For the Defendant: (State of Rhode Island)

OFFICE OF THE ATTORNEY GENERAL
150 South Main Street
Providence, Rhode Island 02903
BY: THOMAS A. PALOMBO, ESQ.

*(Commenced at 2:15 p.m.)*

MR. DESISTO: We're here today in the case of James C. Marcello and Olivia A. Marcello versus John A. DeSano, et al, Civil Action 05-004ML. We had a deposition of James C. Marcello scheduled for today at 1:30. It is now 1:45.

On June 21, 2005, I wrote to Mr. Marcello and requested that he provide me with some dates for his deposition. He responded by filing a motion for a protective order. The protective order request or motion was granted in part in that the deposition would be held here at the courthouse, and the rest of the motion was denied. Mr. Marcello was instructed to contact me and to schedule a mutually convenient deposition date.

I spoke to Mr. Marcello on July 25, 2005. We scheduled his deposition by agreement to today, September 8, 2005 at 1:30. I followed that up with a letter to Mr. Marcello on July 28th confirming the deposition date. I've had some conversations with Mr. Marcello since then. He indicated to me as late as of Tuesday of this week, which would be September 6th, that he did not plan to attend the deposition. He seems to have a belief that the

attorneys who are representing the other co-defendants should not be here. At least I believe that's what his objection is.

In any event, I told him we would be going forward. We have waited now fifteen or so minutes in the event that he changed his mind. Obviously he has not changed his mind in he's not here, and so we're going to adjourn the deposition. And before we do that, I just have the notice of deposition that maybe we can make an exhibit.

*(Defendant's Exhibit 1 marked for identification)*

MR. DESISTO: I have one other thing to put on also. Mr. Marcello also scheduled a deposition of Chief John LaCross who is a defendant in this case. It was to take place after this deposition. Just for the record, Mr. -- Chief LaCross was available and would have been here; however, I told him not to attend in light of the fact that Mr. Marcello indicated he wasn't going to be here. But Chief LaCross was available and would have been here if Mr. Marcello showed up.

(End of statement)

\- - -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DEFENDANT'S EXHIBIT
1 9-8-05

JAMES C. MARCELLO, et al

*Plaintiffs,*

vs.

JOHN A. DESANO, et al

*Defendants.*

C.A. No. 05-004 ML

## NOTICE TO TAKE DEPOSITION

Please take notice that, pursuant to the Federal Rules of Civil Procedure, the Defendant, John LaCross, in the above-captioned matter will take the deposition of Plaintiff **JAMES C. MARCELLO** on oral examination. This examination will continue from day to day until completed and will commence on **THURSDAY, SEPTEMBER 8, 2005** at **1:30 P.M.**, at Courtroom C, second floor, John O. Pastore Building, Two Exchange Terrace, Providence, Rhode Island, before a Notary Public commissioned in the State of Rhode Island.

Defendant, John LaCross
By his Attorneys,

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

Marcello v. DeSano et al
C.A. No. 05-004ML

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Deposition Notice was mailed, postage prepaid, on this 28th day of July, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

James Moretti, Esq.
RESNICK & CAFFREY
300 Centerville Road, #300W
Warwick, RI 02886

Patricia Aloisio
Affiliated Court Reports
20 Pine Top Road
Barrington, RI 02840