IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

SCANNED

| | | |
|---|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | ) | C.A. NO. 05-004 ML |

**PLAINTIFFS' DEMAND FOR ADMISSION OF EXECUTION OF DOCUMENT**

To Arthur T. Marcello, Defendant in the Above Entitled Cause:

The Plaintiffs in said cause hereby makes demand upon you to admit in writing the execution and genuineness of the "Executors' Deed" dated February 6, 2005, and signed "Arthur T. Marcello Executor," a copy of which along with attached Exhibit "A" is hereto annexed, and you are hereby notified that if such admission be not made within ten days from the date of this demand, the Plaintiffs will insist that the cost of proving the execution of said deed shall be borne by you.

Respectively Submitted,

PLAINTIFFS

JAMES C. MARCELLO
OLIVIA A. MARCELLO

James Marcello

Mr. James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

**CERTIFICATION**

I, James C. Marcello, hereby certify that I have mailed a true copy of the within on SEPTEMBER 15, 2005, by regular mail, postage prepaid to: Marc DeSisto,Esq, 211 Angell St, Providence,RI 02906, Robert Smith,Esq, 150 S Main St, Providence,RI 02903, Thomas Palombo,Esq,AAG, 155 S Main St, Providence,RI 02903, and Defendant Arthur T. Marcello, 130 Roffee St, Barrington,RI 02806.

James Marcello