**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES C. MARCELLO AND**
**OLIVIA A. MARCELLO**

**V.** **C.A. NO. 05-004 ML**

**JOHN A. DESANO, ET AL.**

**OBJECTION TO MOTION TO VACATE COURT ORDER**

Now come Defendants, State of Rhode Island (the "State"), Governor Donald Carcieri (the "Governor") and Attorney General Patrick Lynch (the "Attorney General") (collectively, the "State" or "Defendants") and hereby object to the Motion to Vacate the Honorable Court's Order dated September 9, 2005, filed by Plaintiffs, the Marcellos. In support, the State asserts that the Motion is wholly without merit; because, the Court's Memorandum and Order is founded in fact, well-supported by legal authority, and is not, by any stretch of the legal imagination, "obtained by fraud."

This Objection is such that no supporting memorandum of law is required.

WHEREFORE, Defendants respectfully request that the Motion to Vacate be denied; and such other and further relief as justice may require.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of this Objection by first class mail, postage pre-paid, on this 21st day of September, 2005 to those indicated below:

Melissa Sforza

**James C. Marcello and Olivia A. Marcello, pro se**
152 Cross Road
Stetson, ME 04488

**Marc DeSisto, Esquire**
DESISTO LAW
211 Angell Street
Providence, RI 02906

**Robert W. Smith, Esquire**
ARMSTRONG, GIBBONS AND GNYS
155 South Main Street
Providence, RI 02903