IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

SCANNED

| | |
|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | C.A. NO. 05-004 ML |

**NOTICE OF CONSOLIDATED APPEALS TO A COURT OF APPEALS FROM A JUDGMENT OR ORDER OF A DISTRICT COURT**

Notice is hereby given that [ JAMES C. and OLIVIA A. MARCELLO, PLAINTIFFS in the above named case,] hereby appeal to the United States Court of Appeals for the First Circuit ( from the orders of USDC Judge Mary Lisi denying Plaintiffs Consolidated Motion for Joinder of Claims, Remedies, Persons Needed for Just Adjudication, & Permissive Joinder entered in this action on the 12th day of August, 2005; denying Plaintiffs Motion to the Court For Entry of Judgment on Grounds of Want of Necessary Parties entered in this action on the 7th day of September, 2005; and Memorandum and Order Granting Defendant State of Rhode Island's Motion to Dismiss entered in this action on the 9th day of September, 2005; copies of such are hereto annexed.

Respectively Submitted,

PLAINTIFFS

JAMES C. MARCELLO
OLIVIA A. MARCELLO
In Pro se,

James Marcello

Mr. James & OLivia Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

**CERTIFICATION**

I, James C. Marcello, hereby certify that I have mailed a true copy of the following:

1. NOTICE OF CONSOLIDATED APPEALS TO A COURT OF APPEALS FROM A JUDGMENT OR ORDER OF A DISTRICT COURT
2.
3. ATTACHED COPIES OF ORDERS DT 8-12-05 / 9-7-05 / 9-9-05
4.
5.

by regular mail, postage prepaid, on SEPTEMBER 22, 2005 specified below to the following:

Marc DeSisto,Esq
211 Angell Street
Providence, RI 02906

Robert Smith,Esq
155 South Main Street
Providence, RI 02903

Thomas Palombo,Esq,AAG
150 South Main Street
Providence, RI 02903

James Moretti,Esq
300 Centerville Rd - 300W
Warwick, RI 02886

I swear under penalty of perjury that this is true and correct.

James Marcello

JAMES C MARCELLO