6/

8·12·05

POSTMARK – 8·15·
RECEIVED – 8-18-

IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARCELLO, et al<br><br>Plaintiffs<br><br>vs.<br><br>DESANO, et al and the STATE OF RHODE ISLAND<br><br>Defendants | ) | C.A. NO. 05-004 ML |

FILED
JUL 05 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Denied. There is no basis in law or fact to grant such relief. Mary M. Lisi USDJ 8/12/05

## CONSOLIDATED MOTION FOR JOINDER OF CLAIMS, REMEDIES, PERSONS NEEDED FOR JUST ADJUDICATION, & PERMISSIVE JOINDER

Now come Plaintiffs, James C. Marcello and Olivia A. Marcello and, pursuant to Rule 18, 19, & 20 of the Federal Rules of Civil Procedure, hereby moves to join one "Nuno C. Neves" and one "Natalia Paiva-Neves" as necessary parties for just adjudication; and further moves to enjoin claims and to add the claim of Title 42 USCS § 1957 violation against them to the above captioned proceedings. In support thereof, Plaintiffs respectively submit the accompanying Memorandum of Law.

**THEREFORE**, Plaintiffs respectively request that the Consolidated Motion For Joinder of Claims, Remedies, Persons Needed for just Adjudication, and Permissive Joinder be granted; that said joinder of parties and said claims be amended to Plaintiffs Amended Complaint; and such other and further relief as justice may require.

Respectively Submitted,

James Marcello

JAMES C. MARCELLO
OLIVIA A. MARCELLO
152 Cross Road
Stetson, ME 04488



4