UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

September 26, 2005

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

CA 05-004ML **CCA # _____________**

CASE NAME: James C. Marcello, et al. V. John A. DeSano, et al.

Dear Clerk of Court:

Enclosed herewith you will find certified copies of the petitioner's Notice of (Interlocutory) Appeal and certified copies of related documents. A certified copy of the docket entries is also attached.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By____________________
John Duhamel
Deputy Clerk

**Encl.: Certified Docket; Certified copies of the following documents :**
**1: Bill of Complaint; 20: Amended Bill of Complaint; 25: Defts' M/Dismiss; 26: Pltfs' Objection to M/Dismiss; 27:Defts' Reply Memo in Support of M/Dismiss; 28: Pltfs' Reply Memorandum of Law in Support of Objection to M/Dismiss; 32: Pltfs' Consolidated Motion for Joinder...; 38: Pltfs' "Motion to the Court for Entry of Judgment on Grounds of Want of Necessary Parties"; 42: Order denying Pltfs' Consolidated Motion for Joinder...; 47: Order denying Pltf's Motion for Entry of Judgment...; 48: Memorandum & Order granting defts' Motion to Dismiss; 58: Pltfs' Notice of Consolidated (Interlocutory) Appeals; 59: Pltfs' Motion to Proceed (on Interlocutory Appeal) IFP**