IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | **C.A. NO. 05-004 ML** |

**PETITION FOR ORDER OF ENFORCEMENT**

Now come Plaintiffs, Mr. James C. and Olivia A. Marcello and, pursuant to Title 18 USC § 1968(g), hereby moves this Honorable Court for an Order of Enforcement against a Ms. Ava M. Martinelli, president and treasurer of Diamond Funding Corporation, 872 Park Avenue, Cranston, RI 02910, for failure to comply with the Civil Investigative Demand duly served upon her on September 6, 2005 by certified mail duly addressed to her at its principle office or place of business as required under Title 18 USC § 1968(d)(3).

A Petition Setting Forth the Manner of Such Service accompanied by the original return post office certified receipt of delivery of such demand is hereto annexed.

Wherefore, Petitioner prays that an Order of Enforcement against Ms. Ava M. Martinelli be granted; that Ms. Martinelli be order to produce all demands made upon her by the plaintiff James C. Marcello, and such other and further relief as justice requires.

Respectively Submitted,

PLAINTIFFS

JAMES C. MARCELLO
OLIVIA A. MARCELLO
In Pro se,

James Marcello

Mr. James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

**CERTIFICATION**

I, James C. Marcello, hereby certify taht I mailed a true copy of this PETITION FOR ORDER OF ENFORCEMENT, by first-class mail, postage prepaid, on SEPTEMBER 24, 2005 to those indicated below:

James Marcello

Marc DeSisto,Esq
211 Angell St
Providence, RI 02906

Robert W Smith,Esq
155 S Main St
Providence, RI 02903

Thomas Palombo,Esq,AAG
150 S Main St
Providence, RI 02903

Joe Moretti,Esq
300 Centerville Rd
Warwick, RI 02886

Ava M. Martinelli
President & Treasurer
DIAMOND FUNDING CORPORATION
872 Park Avenue
Cranston, RI 02910