IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | C.A. NO. 05-004 ML |

**PETITION SETTING FORTH MANNER OF SERVICE**

Plaintiff, James C. Marcello, hereby certify that on September 6, 2005, I mailed by certified mail a Civil Investigative Demand upon a Ms. Ava M. Martinelli, president & treasurer of the Diamond Funding Corporation address: 872 Park Avenue, Cranston,RI 02910.

A copy of Post Office Receipt A# 7004 1160 0002 9159 2966 is hereto annexed.

On September 9, 2005, Ms. Ava M. Martinelli authorized receiver Ms. Denise Homer accepted the certified Civil Investigative Demand.

A copy of the return A# 7004 1160 0002 9159 2966 is hereto annexed.

As of this current date of said Petition for Order of Enforcement, I have received no response to the certified Civil Investigative Demand made and received by Ms. Ava M. Martinelli.

Respectively Submitted,

PLAINTIFFS

James Marcello

Mr. James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

# CERTIFICATION

I, James C. Marcello, hereby certify that I have mailed a true copy of the following:

1. PETITION SETTING FORTH MANNER OF SERVICE
2. ORIGINAL POST OFFICE RECEIPT & CERTIFIED RETURN
3.
4.
5.

by regular mail, postage prepaid, on September 24, 2005 specified below to the following:

Marc DeSisto,Esq
211 Angell Street
Providence, RI 02906

Robert Smith,Esq
155 South Main Street
Providence, RI 02903

Thomas Palombo,Esq,AAG
150 South Main Street
Providence, RI 02903

James Moretti,Esq
300 Centerville Rd - 300W
Warwick, RI 02886

I swear under penalty of perjury that this is true and correct.

JAMES C MARCELLO

Service also made on:

Ava M Martinelli
President & Treasure
DIAMOND FUNDING CORPORATION
872 Park Avenue
Cranston, RI 0210

UNITED STATES POSTAL SERVICE®

**Receipt**

Amount *(Written Out)* | Amount *(In Numbers)*
100 Dollars | $

Purpose TO: USDC OF RI - MARCELLO, ET AL V DESANO, ET AL & R.I. C.A. NO: 05-004 ML - CIVIL INVESTIGATIVE DEMAND AVA M. MARTINELLI
Postage

Is any Portion of this Sale a Charitable Tax Deduction?
☐ Yes ☐ No

If "Yes," the fair market value of the postage portion of the foregoing stamps equals the First-Class postage rate.

By *(Signature and Title)* [signature] Date 9/6/05

PS Form **1096**, April 1998

STETSON ME 04488 SEP 6 2005 USPS

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AVA M. MARTINELLI
President & Treasurer
DIAMOND FUNDING CORPORATION
872 Park Avenue
Cranston, RI 02910

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Denise Homer ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* C. Date of Delivery 9905

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
■ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* # 7004 1160 0002 9159 2966

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

7004 1160 0002 9159 2966

RETURNED 9/14/05

---

7004 1160 0002 9159 2966

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ .60 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.65 |

Postmark Here
STETSON ME 04488 SEP 06 2005 USPS

Sent To Ava M. Martinelli, President
Street, Apt. No.; or PO Box No. DIAMOND FUNDING CORPORATION
City, State, ZIP+4 872 Park Ave, Cranston, RI 02900

PS Form 3800, June 2002 See Reverse for Instructions