IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

FILED
SEP 26 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | ) | C.A. NO. 05-004 ML |

**MOTION TO VACATE ORDER**

Now come Plaintiffs, Mr. James C. and Olivia A. Marcello, and hereby move this court to vacate it's order granting the Defendant State of Rhode Island's motion to dismiss itself as a party defendant to the action respectively dated September 9, 2005 on the grounds of it being entirely void for without authority and obtained by fraud. In support thereof, plaintiffs respectively submit the accompanying Memorandum of law.

Therefore, Plaintiffs respectively request that the Motion to Vacate be granted; that the order dated September 9, 2005 be vacated; that the action proceed to trial, and such other and further relief as justice may require.

Respectively Submitted,

PLAINTIFFS

JAMES C. MARCELLO
OLIVIA A. MARCELLO
In Pro se,

Denied.
Mary M. Lisi
USDJ 9/27/05

Mr. James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433