IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. and OLIVIA A. MARCELLO | ) | |
| Plaintiffs | ) | |
| vs. | ) | **C.A. NO. 05-004 ML** |
| JOHN A. DESANO, BERNARD P HEALY JOHN LACROSS, ARTHUR T MARCELLO ALBERT MASTRIANO & RHODE ISLAND | ) | |
| Defendants | ) | |

**REPLY MEMORANDUM IN SUPPORT OF MOTION TO VACATE ORDER**

Plaintiffs, Mr. James C. and Olivia A. Marcello, respectfully submit this brief Reply Memorandum of Law in response to the Objection to Motion to Vacate Court Order dated September 21, 2005 filed by Defendant State of Rhode Island.

First, Plaintiffs must alledge and prove at trial (not on the papers), (1) there was deprivation of constitutional right, (2) that it was under color of law, and (3) state remedy was inadequate, both in form and in substance(**SEE HAAG V CUYAHOGA COUNTY (1985, ND Ohio) 619 F Supp 262, ....**)

Second, the Court's Memorandum and Order is not founded in fact and is not well supported by legal authority, as argued by Defendant State of RI. There is simple no law supporting that Defendant Chief John LaCross is not a state officer attributing liability of his "badge of authority and official office' to the Defendant State of RI.

Third, Defendant State of Rhode involved itself in constitutional violations at common law (**SEE RIGL § 33-1-1. REAL ESTATE DESCENDING BY INTESTACY TO CHILDREN ....),SUBSECTION (1)** ), and has waive it's immuntiy

rights when Defendant State of Rhode Island invaded plaintiffs' deceased father's real estate property twice, as sufficiently alledged in Amended Complaint, and pulled the only child and his wife, the Plaintiffs, and casted them into prision and homelessness, by and through the conducts of all named Defendants, RI Constable Alfred Harris, and RI State Court Officers, all acting under color of law **(SEE <u>MARRAPESE V RHODE ISLAND</u> (1980, DC RI) 500 <u>F</u> Supp 1207).**

Forth, and finally, the Court's Memorandum and Order simple and completely, overlooked in entirety the Plaintiffs' Objection to States Motion to Dismiss with Memoradum dated June 3, 2005 and their Reply Memoradum in Support of Motion to Objection to Motion to Dismiss dated June 13, 2005. To pre-judge prior to proper assessment on the merits (at trial), and to draw conclusion before submission of facts is simple erroneous. The legal imagination that Defendant State of RI makes reference in it's Objection, is raised against itself, when the State's 6th District Court awards possession a "Landlord Plaintiff", the Defendants in this action, against a "tenant Defendant", the plaintiffs' in this action, whom the landlord plaintiff is not a legal entity at law. See attached Notice to Quit and Vacate Premise UNSIGNED and UNSERVED, at A: 3-4. See Civil Face Sheet Possession Pl at A: 5.

Therefore, Plaintiffs respectfully request that the Motion to Vacate be granted; that the Court's Memoradum and Order dated September 9, 2005 be vacated; that the action proceed to trial, and such other and further relief as justice require.

Respectively Submitted,

PLAINTIFFS

JAMES C. MARCELLO
OLIVIA A. MARCELLO

James Marcello

Mr. James & OLivia Marcello
152 Cross Rd.
Stetson, ME 04488

## CERTIFICATION

I, James C. Marcello, hereby certify that I have mailed a true copy of the following:

1. REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION TO VACATE ORDER
2. ATTACHED: COMPLAINT FOR EVICTION & NOTICE TO QUIT & CERT. UNSIGNED
3. DOCKET ENTRY SHEET WITH DEFAULT JUDGMENT FOR PLAINTIFF
4.
5.

by regular mail, postage prepaid, on SEPTEMBER 26, 2005 specified below to the following:

Marc DeSisto,Esq
211 Angell Street
Providence, RI 02906

Robert Smith,Esq
155 South Main Street
Providence, RI 02903

Thomas Palombo,Esq,AAG
150 South Main Street
Providence, RI 02903

James Moretti,Esq
300 Centerville Rd - 300W
Warwick, RI 02886

I swear under penalty of perjury that this is true and correct.

JAMES C MARCELLO