# ADDENDUM

BPH:Sl /3/03 1236

STATE OF RHODE ISLAND
PROVIDENCE, SC.

DISTRICT COURT
SIXTH DIVISION

ARTHUR MARCELLO, DULY APPOINTED
EXECUTOR OF THE ESTATE OF NICHOLAS
RUDOLPH MARCELLO
130 Roffee Street
Barrington, RI 02806

VS

C. A. NO. 03-5880

2003 JUN -6 PM 3:47
CLERK
DISTRICT COURT
SIXTH DIVISION

JAMES MARCELLO
rental premises
557 Maple Avenue
Barrington, RI

**COMPLAINT FOR EVICTION**
**FOR REASON OTHER THAN NONPAYMENT OF RENT**
**RIGL 34-18-36, RIGL 34-18-38**
**AND/OR**
**COMPLAINT FOR TRESPASS AND ACTION FOR POSSESSION**

COUNT I

1. Plaintiff Landlord, Arthur Marcello, duly appointed Executor of the Estate of Nicholas Rudolph Marcello, owns and/or controls the rental premises listed above in which the defendant-tenant resides.

2. CHECK ONE:

_____ Defendant breached the tenant's obligations under the rented agreement or §34-18-24 as set forth in the attached copy of noncompliance which was mailed to the defendant. Defendant has not cured or remedied the breach. Plaintiff must attach copy of required notice of noncompliance.

XXXX Defendant has remained in possession of the rented premises following the period set forth in the attached notice of termination of tenancy which was mailed to defendant. (Plaintiff must attach copy of required termination notice).

_____ Defendant breached the tenants' obligations under §34-18-24(8), (9) or (10).

3. Plaintiff seeks judgment for possession of the premises plus the costs of this action.

COUNT II

1. Arthur C. Marcello is the duly appointed executor of the Estate of Nicholas C. Marcello.

2. Nicholas F. Marcello died September 28, 2002, and at the time of his death owned that certain real property situate in the Town of Barrington at 557 Maple Avenue, Barrington, Rhode Island.

3. The defendant, James C. Marcello, has wrongfully and in violation of Chapter 20 of Title 34 of the Rhode Island General Laws entered in and upon and trespassed upon the property of the Estate of Nicholas Marcello as described above.

4. Arthur C. Marcello, as the duly appointed Executor of the Estate of Nicholas Marcello, has a right of entry into the premises and needs to enter the premises to perform properly his duties as Executor.

5. Despite demands made, James C. Marcello has refused and continues to refuse to deliver to the plaintiff possession of the premises.

Wherefore, the plaintiff demands judgment against the defendant, James C. Marcello, awarding him possession of the subject premises together with the cost of this action.

The plaintiff, by his attorneys,

Bernard P. Healy (2072)
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903
(401) 831 2900

**STATE OF RHODE ISLAND**
**DISTRICT COURT**

**NOTICE TO QUIT**
**R.I.G.L. 34-18-37**

May 19, 2003
Date of Mailing

TO: James C. Marcello
557 Maple Avenue
Barrington, RI 02886

James C. Marcello
P. O. Box 180
Barrington, RI 02806

James C. Marcello
152 Cross Road
Stetson, Maine 04488

YOU ARE HEREBY DIRECTED TO VACATE AND REMOVE YOUR PROPERTY AND PERSONAL POSSESSIONS FROM THE PREMISES LOCATED AT 557 MAPLE AVENUE, BARRINGTON, RHODE ISLAND, AND DELIVER CONTROL OF THE PREMISES TO THE LANDLORD/OWNER, ARTHUR MARCELLO, ON OR BEFORE JUNE FIRST, 2003.

THIS NOTICE IS GIVEN FOR THE PURPOSE OF TERMIANTING YOUR TENANCY AND/OR OCCUPATION.

IF YOU FAIL TO VACATE THE PREMISES BY THE DATE SPECIFIED, AN EVICTION ACTION MAY AND WILL BE INSTITUTED AGAINST YOU WITHOUT FURTHER NOTICE. IF YOU BELIEVE YOU HAVE A DEFENSE TO THIS TERMINATION, YOU WILL BE ABLE TO RAISE THIS DEFENSE AT THE COURT HEARING.

ARTHUR MARCELLO, EXECUTOR OF THE
ESTATE OF NICHOLAS MARCELLO,
BY HIS ATTORNEY,

BERNARD P. HEALY (2072)
KIERNAN, PLUNKETT & REDIHAN
91 FRIENDSHIP STREET
PROVIDENCE, RI 02903
(401) 831-2900
(401) 331-7123 FAX

3

I CERTIFY THAT I PLACED IN REGULAR U.S. MAIL, FIRST CLASS, POSTAGE PRE-PAID, A COPY OF THIS NOTICE, ADDRESSED TO THE TENANT ON THE 19TH DAY OF MAY, 2003.

BERNARD P. HEALY (2072)
KIERNAN, PLUNKETT & REDIHAN
ATTORNEY FOR ARTHUR MARCELLO,
EXECUTOR OF THE ESTATE OF
NICHOLAS MARCELLO

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS (RECEIVED TODAY)

# CIVIL FACE SHEET

DISTRICT COURT, ____________ DIVISION

| | |
|---|---|
| PLAINTIFF(S) Arthur Marcello, Executor<br>VS.<br>DEFENDANT(S) James Marcello | DEFENDANT(S), James Marcello<br>PLAINTIFF(S) Arthur Marcello, Executor |
| CASE NO. 03-5880 | CASE NO. 03-5880 |
| ATTORNEY NAME: Bernard P. Healy | ATTORNEY NAME: |

10/01/03 11:14AM 000001#2283 XX16
COPIES $1.00
SURCHARGE $10.00

## TYPE OF ACTION

- ☐ Property Damage
- ☐ Personal Injury
- ☐ Contract
- ☐ Book Account
- ☐ Landlord and Tenant
  - ☐ Possession
  - ☐ Rent, Other
- ☐ Replevin
- ☐ Administrative Appeal
- ☐ Note
- ☐ Other Tort
- ☐ Other Action

Date: 6/6/03, 6-12-03

FILINGS
- ☑ Complaint Filed
- ☑ Summons Filed
- ☐ Answer Filed
- ☐ 3rd Party Comp.

vs. ____________

Date: 7/23/03

DEFAULT 08/07/03 11:05AM 000001#0178 XX10
ENTRY FEE $60.00

☑ Default

By order: Clerk Alice Albuquerque CLERK

| DATE | ACTIVITY | JUDGE |
|---|---|---|
| 6-20-03 | Motion to Dismiss. | |
| 6-25-03 | obj. to motion to dismiss | |
| 6-30-03 | obj. to motion to strike | |
| 7-2-03 | Motion for Hearing 7-9-03 (T) 7-16-03 | |
| 7-9-03 | ENTERED UNDER RULE OF COURT | |
| 7/16/03 | Δ failed to appear. Ans. has been | filed. Default |

entered - Π may schedule POC w/

## JUDGMENT

Judgment for: ☐ Plaintiff ☐ Defendant ☐ Counterclaim ☐ Other

- ☐ By Default
- ☐ By Stipulation
- ☐ For Possession
- ☐ After Trial
- ■ Oral Proof of Claim
- ☐ Execution to Issue on ____________
- ☐ Summary Judgment
- ☐ Written Proof of Claim

For Damages: Amount $________ Costs $________ Interest $________

Attorney's Fee $________ Total Judgment $________ Plus Statutory interest.

☐ Soldiers and Sailors Relief Act of 1940 Affidavit filed.

Order: Alice Albuquerque CLERK — Clerk    Enter: [signature] — Judge    Date: 7/23/03

## EXECUTION

8-5-03 ☑ Execution Issued, in the amount of $________

☐ Execution Returned

☐ Satisfied ☐ Unsatisfied: ☐ In Whole ☐ To extent of $________

## SUPPLEMENTARY PROCEEDINGS

DATE:

- ☐ Citation Issued — Per Order: ________
- ☐ Body Attachment to Issue — Per Order: ________
- ☐ Body Attachment Withdrawn — Per Order: ________
- ☐ Citation to Show Cause Issued — Per Order: ________

D-3 (Rev. 8/92)

5