IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **C.A. NO. 05-004 ML** |

**REPLY MEMORANDUM IN SUPPORT OF**
**MOTION TO COMPEL PRODUCTION OF SPECIFIC DOCUMENTS**

Plaintiffs, Mr. James C. and Olivia A. Marcello, respectfully submit this brief Reply Memorandum of Law in response to the Objection to Plaintiffs' Motion to Compel Production of Specific Documents dated September 19, 2005, filed by Defendant Chief John LaCross of the Barrrington Police Department.

First, the "purported" eviction action" and the purported "trespass" action is relevant and will lead to the discovery of relevant evidence against Defendant Chief John LaCross, as Defendant LaCross argues (see Memo Object at 3 ¶ 1). Defendant LaCross made personally two illegally arrests under color of state law against Plaintiffs alledging his authority proceeding from such actions. The pattern of racketeering activity is clearly evident in those two actions against all Defendants and clearly separate and apart from their enterprises to which it is engaged. Defendant LaCross clearly participated in a fraudulent scheme to obtain Plaintiffs' real and personal property by and through those two actions, a racketeering activity **(SEE NATIONAL CREDIT UNION ADMIN. BD. v. REGINE, 795 F. Supp. 59 (D.R.I.1992)**

Second, and finally, it is clear that Defense Attorney Michael DeSisto for Defendant LaCross is inhibiting the development of the legally admissible evidence necessary to bring criminal and other sanctions or remedies to bear on the unlawful acivities of those engaged in organized crime as Congress through it's 'Organized Crime Control Act of 1970' finds explanation why organized crime in this country continues to grow rather than decrease.

Wherefore, Plaintiffs respectfully requests that Plaintiffs' Motion to Compel Specific Documents against Defendant Chief John LaCross be granted; that Defendant LaCross be ordered to produce for inspection and copying over to the Plaintiffs certified copies of the (2) lawsuits filed by Defendant attorney Bernard P. Healy against James C. Marcello on June 6, 2003 in 6th District Court of RI - (CA NO. 03-5880), and on November 14, 2003 in Providence Superior Court of RI - (CA NO. 03-6003), and such other and further relief as justice may require.

Respectively Submitted,

PLAINTIFFS

JAMES C. MARCELLO
OLIVIA A. MARCELLO

James Marcello

Mr. James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

**CERTIFICATION**

I, **James C. Marcello**, hereby certify that I have mailed a true copy of the within by regular mail, postage prepaid, on SEPTEMBER 27, 2005, to: Marc DeSisto,Esq,211 Angell St,Providence,RI 02903, Robert Smith,Esq,155 S Main St,Providence,RI 02903, Thomas Palombo,Esq,150 S Main St,Providence,RI 02903.

James Marcello