IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | **C.A. NO. 05-004 ML** |

## CONSOLIDATED MOTION TO SET ASIDE ORDERS

Now come Plaintiffs, Mr. James C. and Olivia A. Marcello, and hereby moves this Court to Set Aside it's Orders, granting by Local Rules for the District of Rhode Island, dated September 19, 2005, the Defendant Chief John LaCross's Motion to Compel Answers to Interrogatories and his Motion to Compel Responses to His First and Second Requests for Production of Documents dated August 30, 2005, for good cause shown as follows:

On August 25, 2005, Plaintiffs served Objections to Deposition, to Interrogatories, to Production of Documents, accompanied by a letter to Defense Attorney DeSisto **(SEE EXHIBIT 5).**

On September 15, 2005, Plaintiffs served a Response to Defendant LaCross's **1ST & 2ND** Requests for Production of Documents **(SEE EXHIBIT 6).**

Attached to Plaintiffs' Response a copy of 6th District Court Action (03-5880) **(SEE EXHIBIT 1).**

Attached further was a Counterfeit Eviction that Defendant Chief John LaCross had in his hand the day of the invasion of my property on August 13, 2005 **(SEE EXHIBIT 2).**

Attached further was a Criminal Case Action Report Warrant for

Commitment dated August 13, 2005 when Superior Court Judge Krause while under color of law held Plaintiff without bail for arranged purposes of Defendant Arthur T Marcello and Defendant Albert Mastriano to commit larceny and embezzlement of my real and personal property in question **(SEE EXHIBIT 3).**

Attached, finally, is a second Criminal Case Action Report Warrant for Commitment dated August 20, 2005 when Superior Court Judge Krause while under color of law held Plaintiff illegally without bail for the continued arranged purposes of Defendant Arthur T Marcello and Defendant Albert Mastriano to commit larceny and embezzlement of my real and personal property in question **(SEE EXHIBIT 4).**

Wherefore, Plaintiffs respectfully request, that the Rule of Court Rulings dated September 19, 2005 be set aside upon such terms as this Honorable Court deems fair and just.

Respectively Submitted,

PLAINTIFFS

JAMES C. MARCELLO
OLIVIA A. MARCELLO

Mr. James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

**CERTIFICATION**

I, James C. Marcello, hereby certify that I have mailed a true copy of the within by regular mail, postage prepaid, on SEPTEMBER 27, 2005, to the following: Marc DeSisto,Esq, 211 Angell St, Providence, RI 02906, Robert Smith,Esq, 155 S Main St, Providence, RI 02903.