# EX. 2

RHODE ISLAND AND PROVIDENCE PLANTATIONS

EXECUTION TRESPASS AND EVICTION FILE NUMBER: 03005880

| CITY/TOWN | COUNTY | DISTRICT COURT | EXECUTION DATE |
|---|---|---|---|
| PROVIDENCE | PROVIDENCE SC | SIXTH DIVISION | 8/05/2003 |

JUDGMENT DATE: 7/23/2003 JUDGMENT AMOUNT: $ COSTS AMOUNT: $140.00

PLAINTIFF: ARTHUR MARCELLO EXECUTOR ESTATE-NICHOLAS MARCELLO

DEFENDANT: JAMES MARCELLO

PLAINTIFF'S
ATTORNEY: JOHN A. DESANO
91 FRIENDSHIP STREET PROVIDENCE/RI

PREMISES: 557 MAPLE AVENUE
BARRINGTON/RI

TO THE SHERIFFS, THEIR DEPUTIES, AND CERTAIN AUTHORIZED CONSTABLES:

THE PLAINTIFF HAS A JUDGMENT FOR POSSESSION OF THE ABOVE DESCRIBED PREMISES AGAINST DEFENDANT AND THE DEFENDANT HAS UNJUSTLY WITHHELD FROM THE PLAINTIFF POSSESSION OF THE ABOVE DESCRIBED PREMISES AND ALSO, BY CONSIDERATION OF THE COURT, PLAINTIFF HAS RECOVERED THE AFORESAID JUDGMENT AND THE COSTS OF SUIT. THEREFORE, YOU ARE HEREBY COMMANDED TO EXECUTE THIS JUDGMENT WITHOUT DELAY, CAUSING THE PLAINTIFF TO HAVE POSSESSION OF AND IN THE DESCRIBED PREMISES WITH THE PRIVILEGES AND APPURTENANCES BELONGING THERETO. ALSO, THAT OF THE GOODS AND CHATTELS AND REAL ESTATE OF THE DEFENDANT WITHIN YOUR PRECINCT, YOU ARE COMMANDED TO CAUSE TO BE LEVIED AND PAID TO THE PLAINTIFF THE AFORESAID JUDGMENT AND COSTS OF SUIT AND SATISFACTION OF YOUR FEES.

PURSUANT TO 34-18.1-9 OF THE GENERAL LAWS OF RHODE ISLAND, 1956, AS AMENDED, THIS EXECUTION SHALL BE EXECUTED WITHIN TWENTY (20) DAYS. IF YOU SHALL FAIL TO EXECUTE SAID MANDATE WITHIN THE PRESCRIBED TIME, YOU ARE TO APPEAR BEFORE A JUSTICE OF THIS COURT AT THE REGULAR SESSION NEXT FOLLOWING SAID TWENTY (20) DAYS TO SHOW CAUSE WHY THE MANDATE OF THIS EXECUTION HAS NOT BEEN CARRIED OUT.

WRIT RETURN DATE 8/05/2004 ISSUE DATE: 8/05/2003

Alexis Albuquerque
CLERK (OR JUSTICE)
CLERK

A TRUE COPY ATTEST
ALFRED J. HARRIS
CONSTABLE # 6060
DATE:

RETURN OF SERVICE (USE REVERSE SIDE FOR ADDED RETURN OF SERVICE)

DATE SERVED:..../..../.....MANNER OF SERVICE.................................

I HEREBY CERTIFY AND RETURN THAT I HAVE, AS COMMANDED, SERVED THIS WRIT UPON THE DEFENDANT.

| SERVICE | MILEAGE | DATE RETURNED | AUTHORIZED OFFICER |
|---|---|---|---|
| | | ..../..../.... | |