# EX. 3

 8·13·03

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
## CRIMINAL CASE ACTION REPORT/ WARRANT FOR COMMITMENT
### SUPERIOR COURT

CORRECTED;
DATE: ____
TIME:

☐ PROVIDENCE / BRISTOL ☐ KENT ☐ WASHINGTON ☐ NEWPORT

1. **DEFENDANT** : James Morello ☒ APPEARS ☐ DOES NOT APPEAR D.O.B. 2 7 54

DEFENDANT ADDRESS

☐ SAME ☐ CHANGE OF

CASE NO. P1 87-3058A | DC CASE NO. FOR WAIVER / MISC. PET. ONLY | B.C.I. NO. 00085337 | ACTION DATE 8 13 03

PROSECUTOR: [signature] JUDGE: [signature] CLERK: [signature]

DEFENDANT'S ATTORNEY FIRST: LAST:

☐ **PRI** PRIVATE ☐ **PDF** PUB. DEFNDR ☐ **CRT** COURT APPNTD ☐ **PRO** PRO SE ☐ **EOA** ENTRY OF APRNCE FILED

2. PROCEEDING(S):

☐ **PAC** PRE-ARRAIGNMNT CONF. ☐ **ARR** ARRAIGNMNT ☐ **DAT** DET. ATTY ☐ **BAH** BAIL HRG
☐ **BRV** BAIL RVW ☐ **IDH** IDNT. HRG ☐ **COH** COMPTNCY HRG ☐ **COR** COMPTNCY RPT ☒ **VIO** PRESNT AS VIOLATR
☐ **WAR** WARRNT CANC ☐ **VPR** VIOL OF PR ☐ **VBL** VIOLATN OF BAIL ☐ **DIS** DISPOSITN ☐ **PTC** PRE-TRIAL CONF.
☐ **TRI** TRIAL ☐ **SEN** SENTNCING ☐ **EOS** EXECUTN OF SENT ☐ **VIH** VIOLATN HEARING ☐ **SOV** SENT ON VIOLATN
☐ **PRV** PROBATN RVW ☐ **PRG** PROGRESS RPT ☐ **RVW** REVIEW ☐ **ADV** ADVSMNT OF SUPREME COURT DECISION
☐ **MOT** MOTION(S) ☐ **STC** STATUS CONF. ☐ **CRV** COST RVW ☐ **RRV** RESTITUTION RVW ☐ OTHER: ____

☐ DEFENDANT/STATE MOTION TO/FOR ____ ☐ **GT** GRANTED ☐ **DN** DENIED
☐ DEFENDANT/STATE MOTION TO/FOR ____ ☐ **GT** GRANTED ☐ **DN** DENIED

3. **PLEA AT INITIAL ARRAIGNMENT:** ☐ **ANG** NOT GUILTY ☐ GUILTY ☐ **RPD** REFERRED TO P.D. ☐ **PNI** PRETRIAL NOTICE ISSUED
☐ NOLO CONTENDERE ☐ **DI** REFERRED TO DIVERSION

CONTINUED FOR/TO: DA VH BEFORE JUDGE: TIME:
CONTINUED DATE: 8-20 8-27 REASON:
PARTY REQUESTING CONTINUANCE: ☐ **C** COURT ☐ **S** STATE ☐ **D** DEFENSE ☐ **M** MUTUAL AGREEMENT

| 4. **BAIL STATUS** | COUNT | CHARGES | AMOUNT OF BAIL |
|---|---|---|---|
| ☐ **PR** PERSONAL RECOG. | | | |
| ~~SURETY~~ ☐ **CS** CASH | | | [scribbled out] RPS |
| ☒ **NB** HELD WITHOUT BAIL | | | HWOB |
| ☐ **MO** HELD MENTAL OBSERV. | | | |
| ☐ OTHER BAIL ____ | | | |
| ☐ OTHER HOLDS ____ | | | |

☐ **COMMITTED** ☒ **REMANDED TO:** ☒ **AC** ADULT COREC. INST. ☐ **IM** INST. MNTL. HLTH. ☐ **WD** WOMEN'S DIV.
☐ **CHW** CONTINUED HELD WITHOUT BAIL ☐ **WBC** FOR WANT OF BAIL ☐ OTHER INSTN: ____

☐ **WI** WARRANT ISSUED
☐ **WR** WARRANT RECALLED AND CANCELED
☐ **WC** WARRANT CANCELED
☐ **WRO** WARRANT OUTSTANDING ON CASE NO. ____

☒ **VRP** VIOLATION REPORT FILED
☐ **VRW** VIOLATION WITHDRAWN
☐ **ADV** WAIVES/ADMITS TO BE VIOL.
☐ **DEV** DECLARED A VIOLATOR
☐ **DNV** DECLARED NOT A VIOLATOR

☐ **CO** CONTD ON SAME ____ SUSP SENT, DFRD, PROB, BAIL, PR
☐ **SR** ____ SUSPENDED SENT REMOVED
$ ____ ☐ **RV** PR REVOKED ☐ **BR** BAIL REVOKED

5. **DISPOSITION/SENTENCING:** ☐ **RNG** CHNG. OF PLEA ☐ **RPN** DEN. REARRAIGNED
☐ **CPE** CNDTNL. PLEA ENTRD ☐ **CCA** CHG. AMNDED W/CONSNT OF DEF.
☐ **PSW** PRESENT. RPT WAIVED ☐ **POR** PRESENT. RPT ORDRD ☐ **NON** NON-JURY TRIAL
☐ **PRS** PRSNTLY SRVNG ON CS. NO. ____ ☐ **TRI** JURY TRIAL

JURY SELECT ____ DAYS
TRIAL LENGTH ____ DAYS (NEAREST 1/2 DAY)

| COUNT | AMENDED CHG. LESSER. OFF. | DISP/ PLEA | SENT DFRD. D F | FULL SENT F S | TRM TO SRVE T S | SUSP. TRM S S | PROB. TRM P R | FINE AMT. F I | REST AMT. R E | UPON REL. U R |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |