# EX. 4

 8·20·03

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# CRIMINAL CASE ACTION REPORT/ WARRANT FOR COMMITMENT

SUPERIOR COURT

CORRECTED:
DATE:
TIME:

☐ PROVIDENCE / BRISTOL ☐ KENT ☐ WASHINGTON ☐ NEWPORT

1. DEFENDANT : James Christian Marzello ☐ APPEARS ☐ DOES NOT APPEAR D.O.B. 2·7·54

DEFENDANT ADDRESS ☐ SAME. ☐ CHANGE OF

CASE NO. P1-87-3058A | DC CASE NO. FOR WAIVER / MISC. PET. ONLY | B.C.I. NO. 00085337 | ACTION DATE 8·20·03

PROSECUTOR: Fontaine JUDGE: Krause CLERK: MKC

DEFENDANT'S ATTORNEY FIRST: LAST:

☐ PRI PRIVATE ☐ PDF PUB. DEFNDR ☐ CRT COURT APPNTD ☐ PRO PRO SE ☐ EOA ENTRY OF APRNCE FILED

2. PROCEEDING(S): ☐ PAC PRE-ARRAIGNMNT CONF. ☐ ARR ARRAIGNMNT ☒ DAT DET. ATTY ☐ BAH BAIL HRG
☐ BRV BAIL RVW ☐ IDH IDNT. HRG ☐ COH COMPTNCY HRG ☐ COR COMPTNCY RPT ☐ VIO PRESNT AS VIOLATR
☐ WAR WARRNT CANC ☐ VPR VIOL OF PR ☐ VBL VIOLATN OF BAIL ☐ DIS DISPOSITN ☐ PTC PRE-TRIAL CONF.
☐ TRI TRIAL ☐ SEN SENTNCING ☐ EOS EXECUTN OF SENT ☐ VIH VIOLATN HEARING ☐ SOV SENT ON VIOLATN
☐ PRV PROBATN RVW ☐ PRG PROGRESS RPT ☐ RVW REVIEW ☐ ADV ADVSMNT OF SUPREME COURT DECISION
☐ MOT MOTION(S) ☐ STC STATUS CONF. ☐ CRV COST RVW ☐ RRV RESTITUTION RVW ☐ OTHER:
☐ DEFENDANT/STATE MOTION TO/FOR ______ ☐ GT GRANTED ☐ DN DENIED
☐ DEFENDANT/STATE MOTION TO/FOR ______ ☐ GT GRANTED ☐ DN DENIED

3. PLEA AT INITIAL ARRAIGNMENT: ☐ ANG NOT GUILTY ☐ GUILTY ☐ RPD REFERRED TO P.D. ☐ PNI PRETRIAL NOTICE ISSUED
☐ NOLO CONTENDERE ☐ DI REFERRED TO DIVERSION

CONTINUED FOR/TO: DAT 8/27 VIH. BEFORE JUDGE: TIME:
CONTINUED DATE: REASON: ☒ Df

PARTY REQUESTING CONTINUANCE: ☐ C COURT ☐ S STATE ☐ D DEFENSE ☐ M MUTUAL AGREEMENT

| 4. BAIL STATUS | COUNT | CHARGES | AMOUNT OF BAIL |
|---|---|---|---|
| ☐ PR PERSONAL RECOG. | | | |
| ☐ SU SURETY ☐ CS CASH | | | |
| ☐ NB HELD WITHOUT BAIL | | | |
| ☐ MO HELD MENTAL OBSERV. | | | |
| ☐ OTHER BAIL ______ | | | |
| ☐ OTHER HOLDS ______ | | | |

☐ COMMITTED ☐ REMANDED TO: ☒ AC ADULT COREC. INST. ☐ IM INST. MNTL. HLTH. ☐ WD WOMEN'S DIV.
☐ CHW CONTINUED HELD WITHOUT BAIL ☐ WBC FOR WANT OF BAIL ☐ OTHER INSTN:

☐ WI WARRANT ISSUED
☐ WR WARRANT RECALLED AND CANCELED
☐ WC WARRANT CANCELED
☐ WRO WARRANT OUTSTANDING ON CASE NO.

☐ VRP VIOLATION REPORT FILED
☐ VRW VIOLATION WITHDRAWN
☐ ADV WAIVES/ADMITS TO BE VIOL.
☐ DEV DECLARED A VIOLATOR
☐ DNV DECLARED NOT A VIOLATOR

☐ CO CONTD ON SAME ______ SUSP SENT, DFRD, PROB, BAIL, PR
☐ SR ______ SUSPENDED SENT REMOVED
$ ______ ☐ RV PR REVOKED
☐ BR BAIL REVOKED

5. DISPOSITION/SENTENCING: ☐ RNG CHNG. OF PLEA ☐ RPN DEN. REARRAIGNED
☐ CPE CNDTNL. PLEA ENTRD ☐ CCA CHG. AMNDED W/CONSNT OF DEF.
☐ PSW PRESENT. RPT WAIVED ☐ POR PRESENT. RPT ORDRD ☐ NON NON-JURY TRIAL
☐ PRS PRSNTLY SRVNG ON CS. NO. ______ ☐ TRI JURY TRIAL

JURY SELECT ______ DAYS
TRIAL LENGTH ______ DAYS (NEAREST 1/2 DAY)

| COUNT | AMENDED CHG. LESSER. OFF. | DISP/ PLEA | SENT DFRD. D F | FULL SENT F S | TRM TO SRVE T S | SUSP. TRM S S | PROB. TRM P R | FINE AMT. F I | REST AMT. R E | UPON REL. U R |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |