EX. 6

9.150

IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO. 05-004 ML |

**RESPONSE OF PLAINTIFFS' TO DEFENDANT CHIEF JOHN LACROSS'S FIRST & SECOND REQUESTS FOR PRODUCTION OF DOCUMENTS**

1. Any and all documents which relate in any way to the plaintiffs' allegation in paragraph 3 of the plaintiff's complaint including but not limited to documents which relate in any way to the plaintiffs' claims that the other defendants "conspired with a local official one Chief John LaCross of the Barrington Police Department...".

**RESPONSE:** On April 7, 2003 at approximately 11:00 a.m., Defendant Arthur T. Marcello and Defendant Albert Mastriano were arrested by two Barrington Police Officers in separate squard cars, I believe at gun point, for caught in the act of breaking and entering with intent, I believe, to commit larceny and bodily harm to Plaintiffs', at Plaintiffs' resident property located at 557 Maple Avenue Barrington RI. Plaintiffs' made emergency call to Barrington Police while holding the front door from being smashed in by Defendants with various steel instruments.

As a result of this crime, I believe Defendant Chief John LaCross of the Barrington Police Department dropped the charges against Defendant Arthur T. Marcello and Defendant Albert Mastriano in exchange to conspire with them and also Defendant attorney John DeSano and Defendant attorney Bernard P. Healy, to a conspiracy to a misuse of process with the intent to commit constitutional crimes against the victomized Plaintiffs, to deprive them of above mentioned property and liberty, while under color of state law.

On June 6, 2003 Defendant attorney Bernard P. Healy filed a purported complaint for eviction and/or complaint for trespass and action for possession in the 6th District Court of RI (**ARTHUR MARCELLO V JAMES MARCELLO CA NO. 03-5880**). Please see attached file documents in entirety label Exhibit (1). Total pages (19), chonilogical order, starting with Civil face Sheet page (1). Notation: No real party plaintiff, see required attached Landlord's Notice to Quit and Vacate Premises at page (4), **UNSIGNED.** Notation II: Certification of Service of Notice to Quit at page (5), **UNSIGNED.** Notation III: Default Judgment entered on July 23, 2003, entered only on Civil Face Sheet at page (1), against James Marcello, **VOID FOR LACK OF JURISDICTION AND OBTAINED BY FRAUD.** Notation IV: Judge Gorman ruled under color of state law, see J. Gorman's signature Civil Face Sheet at page (1).

Defendant Chief John LaCross then agreed with co-defendants to stake out entire police force in front of Plaintiffs' resident property at 557 Maple Avenue Barrington RI on August 13, 2003 at approximately 9:30 a.m., wait for Plaintiff James C Marcello to come out of house, as pre-structured by Defendants attorneys John A DeSano and Bernard P Healy, and then invade the property grab, arrest, and inprison without bail, with a counterfeited document forged by said defendants attorneys John A DeSano and Bernard P Healy. Please see attached counterfeited document purported as a Execution Trespass and Eviction dated August 5, 2003 label Exhibit (2). This document was known at the time of invasion by Defendant Chief John LaCross as counterfeit, knowingly and willingly **ACTED UNDER COLOR OF STATE LAW.**

Subsequent to the above illegal arrest of Plaintiff James C. Marcello, the defendants attorney John DeSano, Bernard P Healy, Chief John LaCross, with co-defendant private citizens Arthur T. Marcello and Albert Mastriano, then conspired on said August 13, 2003 with the State of Rhode Island Superior Court Judge Krause who acted under color of state law, to hold without bail said plaintiff, for agreed purposes for defendants to commit embezzlement and/or larcency of said plaintiffs personal property in the amount of $130,000.00 and real estate property in the amount of $400,000.00. Please see attached Criminal Case Action Report Warrant for Commitment dated August 13, 2003 label Exhibit (3).

On August 20, 2003, said defendants continued to conspire with said State of Rhode Island Superior Court Judge Krause who acted under color of state law, continuing to hold without bail said plaintiff, for the above agreed purposed of embezzlement and/or larcency above stated. Please see attached Criminal Case Action Report Warrant for Commitment dated August 20, 2003 label Exhibit (4).

2. Any and all documents concerning the sale of the property located at 557 Maple Avenue in Barrington as referenced in the "prayer for relief" section of the plaintiffs' complaint.

**RESPONSE:** On September 5, 2005, Plaintiffs served on you a copy of a Civil Investigative Demand to a Ms Ava M. Martinelli, president and treasurer of Diamond Funding Corporation of Cranston RI with attached Mortgage p.1 and p.11, executor deed of Arthur T Marcello dt. 2-6-04, and descriptive deed of 557 Maple Ave Barrington RI property.

Following Ms Martinelli's response to plaintiffs' demand, I will forward to you what I receive of her.

Respectively Submitted,

PLAINTIFFS

JAMES C. MARCELLO
OLIVIA A. MARCELLO

James Marcello

Mr. James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

## CERTIFICATION

I, James C. Marcello, hereby certify that I have mailed a true copy of the following:

1. RESPONSE OF PLAINTIFFS' TO DEFENDANT CHIEF JOHN LACROSS'S FIRST & SECOND REQUESTS FOR PRODUCTION OF DOCUMENTS
2. 
3. EXHIBIT I: JUNE 6,2003 PURPORTED LANDLORD EVICTION (CA NO.03-5880)
   EXHIBIT II: COUNTERFEIT EXECUTION TREPASS EVICTION 8-5-05
4. EXHBIT III: JUDGE KRAUSE UNDER COLOR, HOLD WITHOUT BAIL PLAINTIFF
   EXHIBIT IV: JUDGE KRAUSE UNDER COLOR, HOLD WITHOUT BAIL PLAINTIFF
5. 

by regular mail, postage prepaid, on September 15, 2005 specified below to the following:

| | |
|---|---|
| Marc DeSisto,Esq<br>211 Angell Street<br>Providence, RI 02906 | Robert Smith,Esq<br>155 South Main Street<br>Providence, RI 02903 |
| Thomas Palombo,Esq,AAG<br>150 South Main Street<br>Providence, RI 02903 | James Moretti,Esq<br>300 Centerville Rd - 300W<br>Warwick, RI 02886 |

I swear under penalty of perjury that this is true and correct.

James Marcello

JAMES C MARCELLO

UNITED STATES POSTAL SERVICE®

**Receipt**

Amount *(Written Out)* /100 Dollars

Amount *(In Numbers)* $ [illegible]

Purpose: Postage

Is any Portion of this Sale a Charitable Tax Deduction? ☐ Yes ☐ No

If "Yes," the fair market value of the postage portion of the foregoing stamps equals the First-Class postage rate.

By *(Signature and Title)* [signature]

Date 9/16/05

STETSON ME 04488 SEP 16 2005 USPS

PS Form **1096**, April 1998