IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO. 05-004 ML |

**OBJECTION TO MOTION TO DISMISS**

Now come Plaintiffs, Mr. James C. and Olivia A. Marcello and hereby object to the Motion of Defendant, John LaCross, to Dismiss Plaintiffs' Complaint for Failure to Attend Deposition dated September 19, 2005, filed by Defendant Chief John LaCross of the Barrington Police Department, As grounds, Plaintiffs relies on the Memorandum of Law filed herewith.

**CERTIFICATION**

The movant has, in good faith, conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without Court action.

Respectively Submitted,

PLAINTIFFS

JAMES C. MARCELLO
OLIVIA A. MARCELLO

Mr. James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | C.A. NO. 05-004 ML |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' OBJECTION TO DEFENDANT LACROSS' MOTION TO DISMISS**

Plaintiffs, James C. and Olivia A. Marcello, files this memorandum in objection to Defendant LaCross's Motion to Dismiss Plaintiffs' Complaint for failure to attend deposition.

Respectfully, Defense attorney Michael DeSisto's conduct during the process of acquiring a mutual deposition exchange with plaintif and his client LaCross has been outright insidious. Plaintiff timely served on August 25, 2005 a letter to attorney DeSisto along with Plaintiffs Objection to Deposition, Objection to Interrogatories, and Objection to Production of Documents, a copy of which in (7) page is hereto annexed for this Honorable Court's assessment.

Wherefore, Plaintiffs respectfully request that Defendant Chief John LaCross's Motion to Dismiss be denied; that the matter proceed to trial preparation for Memorandum exchange in obedience to Pretrial Order of April 1, 2005, and such other and further relief as justice requires.

Respectively Submitted,

James Marcello

Mr. James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488

# CERTIFICATION

I, James C. Marcello, hereby certify that I have mailed a true copy of the following:

1. OBJECTION TO MOTION TO DISMISS
2. MEMORANDUM IN SUPPORT OF PLAINTIFFS' OBJECTION TO DEFENDANT LACROSS' MOTION TO DISMISS
3.
4.
5.

by regular mail, postage prepaid, on SEPTEMBER 27, 2005 specified below to the following:

Marc DeSisto,Esq
211 Angell Street
Providence, RI 02906

Robert Smith,Esq
155 South Main Street
Providence, RI 02903

~~Thomas Palombo, Esq, AAG~~
~~150 South Main Street~~
~~Providence, RI 02903~~

~~James Moretti, Esq~~
~~300 Centerville Rd 300W~~
~~Warwick, RI 02886~~

I swear under penalty of perjury that this is true and correct.

JAMES C MARCELLO