UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. MARCELLO and OLIVIA A. MARCELLO, Plaintiffs, | : | |
| v. | : | CA 05-04 ML |
| JOHN A. DESANO, BERNARD HEALY, ALBERT MASTRIANO, CHIEF JOHN LACROSS, and ARTHUR T. MARCELLO, Defendants. | : | |

**ORDER**
**DENYING WITHOUT PREJUDICE**
**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Before the court is the application of Plaintiffs James C. Marcello and Olivia A. Marcello to proceed without prepayment of fees on their interlocutory appeal. See Application to Proceed without Prepayment of Fees and Affidavit (Document #59) ("Application") filed on September 26, 2005. However, Plaintiffs failed to answer questions 3a, 3b, 3c, 3e, and 3f of the Application. Accordingly, the Application is denied without prejudice.

Plaintiffs are directed to submit another application and affidavit in which they answer the specific questions listed above and provide additional information pertaining to the "wood lot and camp trailer" to which Plaintiffs refer in question 5, specifically:

Where is the "wood lot" located?

What is its value as assessed by the tax assessor?

What is the make, model, and year of the "camp trailer?"

So ordered.

ENTER:

David L. Martin
United States Magistrate Judge
October 3, 2005

BY ORDER:

Deputy Clerk