UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. MARCELLO & OLIVIA A. MARCELLO | : | |
| VS. | : | C.A. NO. 05-004 ML |
| JOHN A. DE SANO, BERNARD HEALY, JOHN LACROSS, ALBERT MASTRIANO, ARTHUR T. MARCELLO and the STATE OF RHODE ISLAND | : : | |

DEFENDANTS, ARTHUR T. MARCELLO AND BERNARD HEALY'S, RESPONSE TO PLAINTIFFS' REQUEST FOR ADMISSION, FRAMED AS "DEMAND FOR ADMISSION AND GENUINENESS OF STATEMENTS'

Defendants, Arthur T. Marcello and Bernard Healy, admit that the witness statement of Arthur Marcello and Bernard Healy contained in the Barrington Police Department, dated November 13, 2003, is genuine.

By their Attorney,

Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX 401-751-4124

CERTIFICATION

I hereby certify that a copy of the within response to request for admission was forwarded to **James and Olivia Marcello**, 152 Cross Road, Stetson, Maine 04488 and **Marc DeSisto, Esquire**, 211 Angell Street, Providence, Rhode Island 02906 on the 13TH day of October, 2005, postage prepaid, regular mail.