IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | C.A. NO. 05-004 ML |

**PETITION FOR ORDER OF ENFORCEMENT**

Now come Plaintiffs, Mr. James C. and Olivia A. Marcello and, pursuant to Title 18 USC § 1968(g), hereby moves this Honorable Court for an Order of Enforcement against a Ms. Betty Barney, homecare nurse, 77 Dorr Avenue, East Providence,RI 02915, for failure to comply with the Civil Investigative Demand duly served upon here on September 12, 2005, by certified mail duly addressed to her at its principle office or place of business as required under Title 18 USC § 1968(d)(3).

A Petition Setting Forth the Manner of Such Service accompanied by the original return post office certified receipt of deliver of such demand is hereto annexed.

Wherefore, Petitioner prays that an Order of Enforcement against Ms. Betty Barney be granted; that Ms. Betty Barney be ordered to answer all demands made upon her by the plaintiff James C. Marcello, and such other and further relief as justice requires.

Respectively Submitted,

PLAINTIFFS

James Marcello

JAMES C MARCELLO
OLIVIA A MARCELLO
In Pro se,

Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
207 296 3433

CERTIFICATION

I, James C Marcello, hereby certify that I mailed a true copy of this PETITION FOR ORDER OF ENFORCEMENT, by first-class mail, postage prepaid, on October 17, 2005, to those indicated below:

Marc & Michael DeSisto,Esq
211 Angell St
Provid3nce, RI 02906

Robert Smith,Esq
155 S Main St
Providence, RI 02903

Thomas Palombo,Esq,AAG
150 S Main St
Providence, RI 02903

Joe Moretti,Esq
300 Centerville Rd
Warwick, RI 02886

Betty Barney
77 Dorr Avenue
E Providence, RI 02915