IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | ) | C.A. NO. 05-004 ML |

PETITION SETTING FORTH MANNER OF SERVICE

Plaintiff, James C Marcello, hereby certify that on September 12, 2005, I mailed by certified mailea Civil Investigative Demand upon a Ms. Betty Barney, HomeCare Nurse for the late Rudolph N. Marcello, a/k/a Nicholas F. Marcello - plaintiff¢s father - address: 77 Dorr Avenue, East Providence,RI 02915.

Original copy of Post Office Receipt A# 7004 1160 0002 9159 2973, and original $20.00 money order to Betty Barney for costs, and original $34.47 Post Office Receipt for costs of shipping the Civil Investigative Demand is hereto annexed on page 3.

On September 29, 2005, the R.I. Postal System returned the Civil Investigative Demand served on Betty Barney to sender plaintiff James C Marcello UNCLAIMED.

The original envelope, unopened, is hereby submitted to this court, enclosed as marked EXHIBIT I.

Therefore, Plaintiffs pray that an Order of Enformement against Ms. Betty Barney be granted; that Ms Betty Barney be ordered to answer all demands made upon her by the plaintiff James C Marcello, and such other and further relief as justice may require.

Respectively Submitted,

JAMES C MARCELLO
OLIVIA A MARCELLO
In Pro se,,

[signature]

Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
207 296 3433

CERTIFICATION

I, James C Marcello, hereby certify that I have mailed a true copy of the PETITION SETTING FORTH MANNER OF SERVICE, ORIGINAL COPIES OF POST OFFICE RECEIPT & CERTIFIED RETURN ENVELOPE UNCLAIMED, by regular mail, postage prepaid, on October 17, 2005, specified below as follows:

[signature]

Marc & Michael DeSisto,Esq
211 Angell St
Providence, RI 02906

Robert Smith,Esq
155 S Main St
Providence, RI 02903

Thomas Palombo,Esq,AAG
150 S Main St
Providence,, RI 02903

Joe Moretti,Esq
300 Centerville Rd
Warwick, RI 02886

Betty Barney
77 Dorr Avenue
E Providence, RI 02915

2ND CERTIFICATION

I, James C Marcello, hereby certify that I have mailed a (2nd) true copy of the original CIVIL INVESTIGATIVE DEMAND, by regular mail, postage prepaid, on OCTOBER 17, 2005, to Ms. Betty Barney, 77 Dorr Avenue, East Providence,, RI 02915

[signature]

CUSTOMER'S RECEIPT DO NOT SEND THIS RECEIPT FOR PAYMENT. KEEP IT FOR YOUR RECORDS

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | U. S. DOLLARS AND CENTS |
|---|---|---|---|
| 92789548975 | 050912 | 044880 | **20*00 |

| | | | |
|---|---|---|---|
| PAY TO | BETTY BARNEY | CHECKWRITER IMPRINT AREA | |
| ADDRESS | 77 DORR AVENUE | FROM | JAMES MARCELLO |
| | E PROVIDENCE, RI 02915 | ADDRESS | 152 CROSS RD |
| COD NO. OR USED FOR | NOTARY COST | | STETSON, ME 04488 |

This receipt is your guarantee for a refund of your money order if it is lost or stolen, provided you fill in the *Pay To* and *From* information on the money order in the space provided. No claim for improper payment permitted 2 years after payment. If your money order is lost or stolen, present this receipt and file a claim for a refund at your Post Office.

An inquiry Form 6401 may be filed at any time for a fee. A replacement will not be issued until 60 days after the money order purchase date, provided the money order has not been paid.

P. 3

7004 1160 0002 9159 2973

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .83 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

Postmark Here

STETSON ME 04488 SEP 12 2005 USPS

Sent To BETTY BARNEY

Street, Apt. No.; or PO Box No. 77 DORR AVENUE

City, State, ZIP+4 EAST PROVIDENCE, RI 02915

UNITED STATES POSTAL SERVICE®

**Receipt**

Amount (*Written Out*) /100 Dollars

Amount (*In Numbers*) $4.47

Purpose: Postage

Is any Portion of this Sale a Charitable Tax Deduction? ☐ Yes ☐ No

If "Yes," the fair market value of the postage portion of the foregoing stamps equals the First-Class postage rate.

By (*Signature and Title*) [signature]

Date 9/12/05

STETSON ME 04488 SEP 12 2005 USPS

PS Form **1096**, April 1998