UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al

*Plaintiffs,*

vs. C.A. No. 05-004 ML

JOHN A. DESANO, et al

*Defendants.*

**OBJECTION TO PLAINTIFFS' MOTION FOR STAY OF PROCEEDINGS**

Now comes the Defendant, John LaCross, and hereby objects to Plaintiffs' Motion For Stay of Proceedings. As grounds, Defendant relies on the Memorandum of Law filed herewith.

Defendant, John LaCross
By his Attorneys,

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Objection was mailed, postage prepaid, on this 19th day of October, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

Laura [signature]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al

*Plaintiffs,*

vs. C.A. No. 05-004 ML

JOHN A. DESANO, et al

*Defendants.*

**MEMORANDUM TO SUPPORT OBJECTION OF DEFENDANT, JOHN LACROSS, TO PLAINTIFFS' MOTION FOR STAY OF PROCEEDINGS**

On September 9, 2005, this Court granted the Motion to Dismiss the Amended Complaint filed by Defendants State of Rhode Island, Attorney General Patrick Lynch and Governor Donald Carcieri (the "State Defendants"). A final judgment against the State Defendants, pursuant to Fed. R. Civ. P. 54(b), was neither requested nor granted by the Court. "[C]ourts of appeals . . . shall have jurisdiction of appeals from all final decisions of the district courts of the United States . . . ." 28 U.S.C. § 1291. (emphasis added) "Generally, a district court decision becomes "final" when judgment is set forth in a separate document as required by Rule 58." De Jesus-Mangual v. Rodriguez, 383 F.3d 1, 4-5 (1st Cir. 2004). In the instant case, no final judgment was requested or entered by the Court. Therefore, Plaintiffs' appeal is invalid and there is nothing to stay. Further, because a final judgment has not been filed pursuant to Fed. R. Civ. P. 54, a stay pursuant to Fed. R. Civ. P. 62(h) is not applicable. United States v. Hansel, 182 F.R.D. 7, 8 (D.N.Y. 1998).

In addition, Plaintiffs' Motion for Stay should be denied because there is no likelihood of appellate success. As the Memorandum and Order states, the Amended Complaint makes no

specific factual allegations against the State Defendants. The allegation that Defendant LaCross is a "state official" is indisputably incorrect even on the face of the Complaint.

Defendant respectfully requests that Plaintiffs' Motion for Stay of Proceedings be denied by this Court.

Defendant, John LaCross
By his Attorneys,

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Memorandum was mailed, postage prepaid, on this 19th day of September, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903