UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al.
*Plaintiffs,*

vs. C.A. No. 05-004 ML

JOHN A. DESANO, et al.
*Defendants.*

**MOTION OF DEFENDANT, JOHN LACROSS, TO EXTEND TIME TO FILE MOTION FOR CONDITIONAL ORDER OF DISMISSAL**

Now comes the Defendant, John LaCross, and hereby moves to extend the time within which to file a motion and memorandum for a conditional Order of dismissal for Plaintiffs' failure to comply with an Order of this Court. The Order compelled Plaintiffs to file answers to Defendant's interrogatories and request for production of documents. In support thereof, Defendants rely upon the Memorandum of Law filed contemporaneously herewith.

Defendant John LaCross,
By his Attorneys,

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

C.A. No. 05-004ML

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 19th day of October, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

Laura Souza

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED OCT 19 2005

JAMES C. MARCELLO, et al
*Plaintiffs,*

vs.

JOHN A. DESANO, et al
*Defendants.*

C.A. No. 05-004 ML

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO EXTEND TIME TO FILE MOTION FOR CONDITIONAL ORDER OF DISMISSAL**

Pursuant to the Pretrial Order, discovery closed on September 30, 2005. With the exception of dispositive motions, leave of this Court is required for motions filed 10 days after the close of discovery. While discovery may have "closed" on September 30, 2005, Plaintiffs have not answered Defendant's discovery and have not complied with this Court's Order, dated September 19, 2005, compelling Plaintiffs to respond to Defendant's discovery. The failure to comply with this Court's Order compelling discovery and the failure to file substantive discovery answers favor the granting of this motion. Defendant respectfully requests an extension of time to file his motion for a conditional Order of Dismissal for Plaintiffs' failure to comply with an Order of this Court, a copy of which motion and memorandum in support thereof is attached hereto.

C.A. No. 05-004ML

Defendant, John LaCross
By his Attorneys,

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Memorandum was mailed, postage prepaid, on this 19th day of October, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS
& GNYS, LLP155 South Main Street
Providence, RI 02903

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903