IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | C.A. NO. 05-004 ML |

MOTION TO ASSIGN

Now come Plaintiffs, Mr. James C and Olivia A Marcello, the owners of certain real property in question of deprivation located at 557 Maple Avenue, in the town of Barrington R.I., moves to assign the following:

1. Motion to Compel Answers to Interrogatories with Affidavit and Memorandum in Support of... Sept 21,05
2. Petition for Order of Enforcement (Ms. Ava Martinelli) Petition Setting forth Manner of Service Sept 24,05
3. Petition for Order of Enforcement (Ms. Betty Barney) Petition Setting forth Manner of Service Oct 10,05

for hearing on October 25, 2005, at 3:00 p.m.

Said motions will be called for before U.S. Magistrate Judge David L. Martin, in the room usually occupied by him as a court room in said county, if objection is filed: otherwise said motions will be deemed granted by rule of court.

Also please take notice that at the same time and place, I shall further move the Court to enter an order in this cause, at which time and place you may appear if you so see fit.

Yours, etc.

Respectively Submitted,

PLAINTIFFS

JAMES C MARCELLO
OLIVIA A MARCELLO

Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
207 296 3433

## CERTIFICATION

I, James C Marcello, hereby certify that I mailed a copy of the MOTION TO ASSIGN, on October 18, 2005, by regular mail, postage prepaid, to counsels of record: Marc & Michael DeSisto,Esq, 211 Angell St, Providence RI 02906, Robert Smith,Esq, 155 S Main St, Providence RI 02903, Thomas Palombo,Esq, 150 S Main St, Providence RI 02903, and also to: Ms. Betty Barney, 77 Dorr Avenue, East Providence RI 02915, Ms. Ava M. Martinelli, presidenct & treasurer, Diamond Funding Corporation, 872 Park Avenue, Cranston RI 02910.

James Marcello