olij Starkie

IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

FILED
OCT 17 2005

| | | |
|---|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br>Plaintiffs<br>vs.<br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br>Defendants | ) | C.A. NO. 05-004 ML |

MOTION FOR STAY OF PROCEEDINGS

Now come Plaintiffs, Mr. James C. and Olivia A Marcello, and hereby moves this Honorable Court for a stay of proceedings until a decision is made by the U.S. Court of Appeals for the First Circuit on the Plaintiffs' appeal of this court's Memorandum and Order granting the Defendant State of Rhode Island's motion to dismiss itself as a party defendant respectively dated September 9, 2005.

Wherefore plaintiffs' prays; that the motion for stay of the proceedings be granted; and any and all other further relief as justice may require.

Respectively Submitted,

PLAINTIFFS

JAMES C MARCELLO
OLIVIA A MARCELLO
In Pro se,

James Marcello

Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
207 296 3433

Denied for the reasons set forth in Defendant LaCross' memorandum in Opposition.
Mary M. Lisi USDJ 10/21/05

# CERTIFICATION

I, James C. Marcello, hereby certify that I have mailed a true copy of the following:

1. MOTION FOR STAY OF PROCEEDINGS
2.
3.
4.
5.

by regular mail, postage prepaid, on October 12,2005 specified below to the following:

Marc DeSisto,Esq
211 Angell Street
Providence, RI 02906

Robert Smith,Esq
155 South Main Street
Providence, RI 02903

Thomas Palombo,Esq,AAG
150 South Main Street
Providence, RI 02903

~~James Marcello,Esq~~
~~300 Centerville Road #300W~~
~~Warwick, RI 02886~~

I swear under penalty of perjury that this is true and correct.

JAMES C MARCELLO

Service also on:

Richard Cushing Donovan,Clerk
U.S. COURT OF APPEALS
1 Courthouse Way Suite 2500
Boston, MA 02210
(Marcello v STATE OF RHODE ISLAND, et al)
No. 05-2456