IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | C.A. NO. 05-004 ML |

## OBJECTIONS OF PLAINTIFFS TO DEFENDANT CHIEF JOHN LACROSS'S MOTIONS TO EXTEND TIME AND AMEND PRETRIAL ORDER

Now come Plaintiffs, Mr. James C and Olvia Marcello and, pursuant to Rule 6(b)(1) and 6(b)(2) of the Federal Rules of Civil Procedure, hereby submit consolidated objections to both motions of Defendant Chief John LaCross to extend time for the filing of his motion to amends pretrial order and to amend pretrial order to allow him to file his dispositive "motion to dismiss" up to and including December 31, 2005, on the grounds that said motions have not been made before the expiration period originally prescribed in said pre-trial order as required under Rule 6(b)(1) and that the failure of Defense attorney Michael DeSisto for his client Defendant LaCross to act on his motions timely was not the result of excusable neglect as required under Rule 6(b)(2).

Therefore Plaintiffs respectively request, that their objections to Defendant LaCross motions to extend time and amend pretrial order be granted; that Defendant LaCross's motions be denied with prejudice; and such other and further relief as justice requires.

Respectively Submitted,

PLAINTIFFS

James Marcello

JAMES C MARCELLO
OLIVIA A MARCELLO
In Pro se,.

[signature]

Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
207 296 3433

## CERTIFICATION

I, James C. Marcello, hereby certify that I have mailed a true copy of the following:

1. OBJECTIONS OF PLAINTIFFS TO DEFENDANTS CHIEF JOHN LACROSS MOTIONS TO EXTEND TIME AND AMEND PRETRIAL ORDER
2.
3.
4.
5.

by regular mail, postage prepaid, on October 20, 2005 specified below to the following:

Marc DeSisto,Esq
211 Angell Street
Providence, RI 02906

Robert Smith,Esq
155 South Main Street
Providence, RI 02903

Thomas Palombo,Esq,AAG
150 South Main Street
Providence, RI 02903

~~James Moretti,Esq~~
~~300 Centerville Rd 300W~~
~~Warwick, RI 02886~~

I swear under penalty of perjury that this is true and correct.

[signature]

JAMES C MARCELLO