IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | ) | C.A. NO. 05-004 ML |

OBJECTIONS OF PLAINTIFFS TO DEFENDANT CHIEF JOHN LACROSS'S MOTIONS TO EXTEND TIME AND CONDITIONAL ORDER OF DISMISSAL

Now come Plaintiffs, Mr. James C and Olivia A Marcello and, pursuant to Rule 6(b)(1) and 6(b)(2) of the Federal Rules of Civil Procedure, hereby submit consolidated objections to both motions of Defendant Chief John LaCross to extend time for the filing of his motion for conditional order of dismissal for (20) days, a copy in (8) page form is hereby presented as EXHIBIT 1; grounds upon which said objections are as follows:

Ground 1

Defense attorney DeSisto practiced deceit upon the court.

Fact 1

On August 25, 2005, Plaintiffs served Objections to Deposition, Interrogatories, and Production of Documents to Defendant LaCross, and letter to attorney DeSisto; copy of which in (7) page form is hereby presented as EXHIBIT 2.

Fact 2

On September 15, 2005, Plaintiffs served a Response to Defendant LaCross's 1st and 2nd Requests for Production of Documents with included response 1 Exhibit 1 "Purported complaint for eviction

filed by Defendant attorney Bernard P Healy in the 6th District Court of RI (Arthur T Marcello v James Marcello CA NO. 03-5880) in (19) page form; and Exhibit 2 the counterfeit writ of execution trepass eviction document dt 8-5-03 served by Chief John LaCross; and Exhibit 3 Judge Krause acting under color of law illegally holding James Marcello Criminal Case Action Report Warrant for Commitment dt August 13, 2003; and Exhibit 4 Judge Krause acting under color of law illegally holding James Marcello Criminal Case Action Report Warrant for Commitment dt August 20, 2003 hereby presented as EXHIBIT 3.

Therefore Plaintiffs respectfully request that the motion of Defendant LaCross to extend time and for conditional order of dismissal be denied; that Defendant LaCross's motion to dismiss be deemed null and void on gounds of deceit practiced upon this court; that Defendant LaCross be denied leave to file any further motions to dismiss; and such otherand further relief as justice may require.

Respectively Submitted,

PLAINTIFFS

JAMES C MARCELLO
OLIVIA A MARCELLO
In Pro se,

James Marcello

Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
207 296 3433

CERTIFICATION

I, James C Marcello, hereby certify that I have mailed a true copy of the within by regular mail, postage prepaid, on October 26, 2005, to: Marc & Michael DeSisto,Esq, 211 Angell St, Providence RI 02906, Robert Smith,Esq, 155 S Main St, Providnence RI 02903, and Thomas Palombo,Esq,AAG, 150 S Main St, Providence RI 02903.

James Marcello