EX. 2

8-25-05

Mr. James & Olivia Marcello
152 Cross Road
Stetson, ME 04488
(207) 296-3433

August 25, 2005

Michael DeSisto,Esq
DESISTO LAW
211 Angell Street
PO BOX 2563
Providence, RI 02906
(401) 272-4442

RE: **MARCELLO, et al v DESANO, et al & RHODE ISLAND**
**C.A. NO. 05-004 ML**

Dear Mr DeSisto,

I am in receipt of your letter dated 8/20/05. It was postmarked 8/22/05 and received on 8/24/05.

It appears in your letter that you have no intention of submitting to my deposition of your client Chief LaCross on the mutual set deposition date of September 8, 2005.

It further appears you are not willing to provide me the discovery requests of the specific documents that you client chief LaCross claims power under that deprived me and my wife on August 13, 2003 and December 10, 2003 of our property rights at 557 Maple Ave Barrington RI within (19) days of the date of request.

Therefore, enclosed your will find My Objection to Deposition, Objection to Interrogatories, and My Objection to Production of Documents, in reference to your requests.

If I don't here from you soon, regarding this matter, I will be moving for an order to compel your client LaCross in producing necessary documentation in the justification of his acts and subordinates in the above paragraph 3, that lead to the subsequent embezzlement and lacency of said real and personal property at 557 Maple Ave Barrington RI; and following your clients failure to answer and produce he may be held admittance and liability to all that is charged in the Amended Complaint.

Sincerely yours,
James Marcello
JAMES C MARCELLO

cc: Robert W. Smith,Esq
Thomas Palombo,Esq,AAG
Joe Moretti,Esq

IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | ) | C.A. NO. 05-004 ML |

## OBJECTION TO DEPOSITION

And now come the Plaintiffs and, pursuant to Rules 28 and 29 of the Federal Rules of Civil Procedure, objects to Notice to Take Deposition filed herein by Defendant Chief John LaCross to Plaintiff James C. Marcello dated July 28, 2005 and received August 3, 2005 on the ground that the same lacks the identification of the officer authorized to administer oaths, the location lacking an appointed person by the court, and a protection order restraining all other persons from hindering a fair mutual deposition. To the extent that Patricia Aloisio, of 20 Pine Top Rd in Barrington RI as indicated in defendants certificate of service may be the notary, plaintiffs object and move to disqualify for reasons that she is residentially and closely affiliated with defendant John A. DeSano who may intend to counterfeit the deposition of plaintiff James C. Marcello in bad faith as already been done with defendant Chief LaCross's purported writ of execution dated August 5, 2003 for color of state law.

Respectively Submitted,

PLAINTIFFS

JAMES C. MARCELLO
OLIVIA A. MARCELLO
In Pro se,

James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
(207) 296-3433

## CERTIFICATION

I, the undersigned, hereby certify that I mailed a true copy of the following:

**OBJECTION TO DEPOSITION**

by first-class mail, postage prepaid, on **AUGUST 25, 2005**, to those indicated below:

JAMES C MARCELLO

Marc DeSisto,Esq
211 Angell St
Providence, RI 02906

Robert W Smith,Esq
155 S Main St
Providence, RI 02903

Thomas Palombo,Esq,AAG
150 S Main St
Providence, RI 02903

Joe Moretti,Esq
300 Centerville Rd
Warwick, RI 02886

IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | ) | **C.A. NO. 05-004 ML** |

**OBJECTION TO INTERROGATORIES**

And now come the Plaintiffs and, pursuant to Rule 33(b) of the Federal Rules of Civil Procedure, objects to Interrogatory 1 thru 14 filed herein by Defendant Chief John LaCross to Plaintiff James C. Marcello respectively dated July 28, 2005 and received on August 3, 2005 on the ground that the same is immaterial, irrelevant, and incompetent, as Defendant Chief LaCross has neither no defense nor legal justification against this plaintiff and his wife plaintiff for his conduct and subordinates occurring at plaintiff's property located at 557 Maple Avenue in the town of Barrington and in the state of Rhode Island on August 13, 2003 and December 10, 2005 as stated in the Amended Complaint.

Respectively Submitted,

PLAINTIFFS

JAMES C. MARCELLO
OLIVIA A. MARCELLO
In Pro se,

James Marcello

Mr. James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488

Respectively Submitted,

PLAINTIFFS

JAMES C. MARCELLO
OLIVIA A. MARCELLO
In Pro se,

James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
(207) 296-3433

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of the following:

**OBJECTION TO INTERROGATORIES**

by first-class mail, postage prepaid, on **AUGUST 25, 2005**, to those indicated below:

JAMES C MARCELLO

Marc DeSisto,Esq
211 Angell St
Providence, RI 02906

Robert W Smith,Esq
155 S Main St
Providence, RI 02903

Thomas Palombo,Esq,AAG
150 S Main St
Providence, RI 02903

Joe Moretti,Esq
300 Centerville Rd
Warwick, RI 02886

IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

JAMES C. and OLIVIA A. MARCELLO )
)
Plaintiffs )
)
vs. ) C.A. NO. 05-004 ML
)
JOHN A. DESANO, BERNARD P HEALY )
JOHN LACROSS, ARTHUR T MARCELLO )
ALBERT MASTRIANO & RHODE ISLAND )
)
Defendants )

**OBJECTION TO PRODUCTION OF DOCUMENTS**

And now come the Plaintiffs and, pursuant to Rule 34 of the Federal Rules of Civil Procedure, objects to Second Request for Production of Documents of Defendant Chief John LaCross to Plaintiff James C. Marcello dated July 28, 2005 and received August 3, 2005, on the ground that said defendant LaCross's attorney Michael DeSisto has full and convenient access to the court proceedings and police records that his client bases his conduct and action taken against the plaintiffs on August 13, 2005 and December 10, 2003 depriving them of their 14th Amendment Rights as charged in the Amended Complaint, notwithstanding that Attorney DeSisto has these records already in his hand. To the extent that attorney DeSisto's Client John LaCross is withholding such records due to the question of his criminal and civil liabilities, the following actions may be inquired into:

Arthur T Marcello v James C Marcello; in the 6th District Court of RI; (C.A. NO. 03-5880).

Arthur T Marcello v James C Marcello; in the Providence Superior Court; (C.A. NO. 03-6003)

Respectively Submitted,

PLAINTIFFS

JAMES C. MARCELLO
OLIVIA A. MARCELLO
In Pro se,

James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
(207) 296-3433

## CERTIFICATION

I, the undersigned, hereby certify that I mailed a true copy of the following:

**OBJECTION TO PRODUCTION OF DOCUMENTS**

by first-class mail, postage prepaid, on **AUGUST 25, 2005**, to those indicated below:

JAMES C MARCELLO

Marc DeSisto,Esq
211 Angell St
Providence, RI 02906

Robert W Smith,Esq
155 S Main St
Providence, RI 02903

Thomas Palombo,Esq,AAG
150 S Main St
Providence, RI 02903

Joe Moretti,Esq
300 Centerville Rd
Warwick, RI 02886