SUB

EX. 1

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS (RECEIVED TODAY)

# CIVIL FACE SHEET

DISTRICT COURT, ________________ DIVISION

| | | | |
|---|---|---|---|
| PLAINTIFF(S) VS. DEFENDANT(S) | Arthur Marcello, Executor / James Marcello | DEFENDANT(S), PLAINTIFF(S) | James Marcello / Arthur Marcello, Executor |
| CASE NO. | 03-5880 | CASE NO. | 03-5880 |
| ATTORNEY NAME: | Bernard P. Healy | ATTORNEY NAME: | |

10/01/03 11:14AM 000001#2283 XX16 COPIES $1.80
10/07/03 12:31 ...001#1313 SURCHARGE $10.00

## TYPE OF ACTION

- ☐ Property Damage
- ☐ Personal Injury
- ☐ Contract
- ☐ Book Account
- ☐ Landlord and Tenant
  - ☐ Possession
  - ☐ Rent, Other
- ☐ Replevin
- ☐ Administrative Appeal
- ☐ Note
- ☐ Other Tort
- ☐ Other Action

## FILINGS

Date: 6/6/03, 6-12-03

- ☑ Complaint Filed
- ☑ Summons Filed
- ☐ Answer Filed
- ☐ 3rd Party Comp.

vs. ________

## DEFAULT

07/23/03 11:05AM 000001#0178 XX10 ENTRY FEE $60.00

Date: 7/23/03

☑ Default

By order: Clerk — Alice Albuquerque, CLERK

| DATE | ACTIVITY | JUDGE |
|---|---|---|
| 6-20-03 | Motion to Dismiss | |
| 6-25-03 | obj. to motion to dismiss | |
| 6-30-03 | obj. to motion to strike | |
| 7-2-03 | Motion for Hearing 7-9-03 (T) 7-16-03 | |
| 7-9-03 | ENTERED UNDER RULE OF COURT | |
| 7/16/03 | Δ failed to appear. Ans. has been filed. Default entered. Π may schedule POC w/ | |

## JUDGMENT

Judgment for: ☐ ~~Plaintiff~~ ☐ Defendant ☐ Counterclaim ☐ Other

- ☐ By Default
- ☐ By Stipulation
- ☐ For Possession
- ☐ After Trial
- ☐ Oral Proof of Claim
- ☐ Execution to Issue on ________
- ☐ Summary Judgment
- ☐ Written Proof of Claim

For Damages: Amount $______ Costs $______ Interest $______

Attorney's Fee $______ Total Judgment $______ Plus Statutory interest.

☐ Soldiers and Sailors Relief Act of 1940 Affidavit filed.

Order: Alice Albuquerque, CLERK — Clerk

Enter: ________ Judge

Date: 7/23/03

## EXECUTION

8-5-03 ☑ Execution Issued, in the amount of $ ________

☐ Execution Returned

☐ Satisfied ☐ Unsatisfied: ☐ In Whole ☐ To extent of $ ________

## SUPPLEMENTARY PROCEEDINGS

DATE:

- ☐ Citation Issued — Per Order: ________
- ☐ Body Attachment to Issue — Per Order: ________
- ☐ Body Attachment Withdrawn — Per Order: ________
- ☐ Citation to Show Cause Issued — Per Order: ________

D-3 (Rev. 8/92)

STATE OF RHODE ISLAND

# DISTRICT COURT

## SUMMONS
## TWENTY (20) DAYS
## LANDLORD — TENANT EVICTION
## (FOR OTHER THAN NONPAYMENT OF RENT)

| | | |
|---|---|---|
| DIVISION<br>SIXTH | ADDRESS OF COURT<br>ONE DORRANCE PLAZA,PROV., RI | CIVIL ACTION NO.<br>03-5880 |
| PLAINTIFF-LANDLORD<br>Arthur Marcello, Executor of the Estate of Nicholas Marcello | PLAINTIFF'S ATTORNEY<br>Bernard P. Healy (2072) | |
| VS | ADDRESS OF PLAINTIFF'S ATTORNEY OR PLAINTIFF<br>91 Friendship Street,Prov., RI 02903 | |
| DEFENDANT-TENANT<br>JAMES MARCELLO | DEFENDANT'S ADDRESS<br>557 Maple Street, Barrington,RI | |

TO THE ABOVE NAMED DEFENDANT-TENANT: You are hereby served with a "COMPLAINT FOR EVICTION FOR NONCOMPLIANCE WITH RENTAL AGREEMENT" (R.I.G.L. 34-18-36), or "FOR UNLAWFULLY HOLDING OVER AFTER TERMINATION" or "EXPIRATION OF TENANCY" (R.I.G.L. 34-18-38), and three (3) blank answer forms. If you claim a defense, you must file an answer with the Clerk of the Court within TWENTY (20) days after you are served with this summons and complaint exclusive of the date of service. If you fail to file an answer you will be DEFAULTED. You are also required to mail a copy of the ANSWER to the attorney for the plaintiff-landlord whose name and address appears above. If the plaintiff-landlord does not have an attorney, then you must mail a copy of your ANSWER to the plaintiff-landlord. You should retain a copy of the answer for your file. This matter may be assigned for a hearing by you or the plaintiff-landlord by written motion. If you think the case is "settled" you should still file an ANSWER as hereinabove indicated and make sure that a written settlement is filed in the records of the court.

If you do nothing you will be DEFAULTED and JUDGMENT for possession of the premises in question and money damages could be entered against you.

| COURT SEAL | DATE | CLERK |
|---|---|---|
| | | CLERK |

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this summons and a copy of the complaint and three (3) answer forms received herewith upon the above-named defendant by delivering or leaving said papers in the following manner:

- [x] to the defendant personally.
- [ ] at his/her dwelling house or usual place of abode at the address entered below, with a person of suitable age and discretion then residing therein.
- [ ] to an agent named below authorized by appointment or by law to receive service of process.
- [ ] Further notice as required by statute was given as noted on the reverse side.

ADDRESS OF DWELLING UNIT OR USUAL PLACE OF ABODE

NAME OF AUTHORIZED AGENT OR PERSON OF SUITABLE AGE AND DISCRETION

| DATE OF SERVICE | [redacted]/CONSTABLE |
|---|---|
| 6-7-03 | |

ALFRED J. HARRIS
CONSTABLE # 6060

SERVICE FEE $ 35.00

D-055 (1-88)

6

BPH-SL 6/3/03 1236 6 0 6 0 3

STATE OF RHODE ISLAND
PROVIDENCE, SC.

DISTRICT COURT
SIXTH DIVISION

ARTHUR MARCELLO, DULY APPOINTED
EXECUTOR OF THE ESTATE OF NICHOLAS
RUDOLPH MARCELLO
130 Roffee Street
Barrington, RI 02806

VS

C. A. NO. 03-5880

2003 JUN -6 PM 3:47

ALICE ... CLERK

DISTRICT COURT SIXTH DIVISION

JAMES MARCELLO
rental premises
557 Maple Avenue
Barrington, RI

**COMPLAINT FOR EVICTION**
**FOR REASON OTHER THAN NONPAYMENT OF RENT**
**RIGL 34-18-36, RIGL 34-18-38**
**AND/OR**
**COMPLAINT FOR TRESPASS AND ACTION FOR POSSESSION**

COUNT I

1. Plaintiff Landlord, Arthur Marcello, duly appointed Executor of the Estate of Nicholas Rudolph Marcello, owns and/or controls the rental premises listed above in which the defendant-tenant resides.

2. CHECK ONE:

_____ Defendant breached the tenant's obligations under the rented agreement or §34-18-24 as set forth in the attached copy of noncompliance which was mailed to the defendant. Defendant has not cured or remedied the breach. Plaintiff must attach copy of required notice of noncompliance.

XXXX Defendant has remained in possession of the rented premises following the period set forth in the attached notice of termination of tenancy which was mailed to defendant. (Plaintiff must attach copy of required termination notice).

_____ Defendant breached the tenants' obligations under §34-18-24(8), (9) or (10).

3. Plaintiff seeks judgment for possession of the premises plus the costs of this action.

## COUNT II

1. Arthur C. Marcello is the duly appointed executor of the Estate of Nicholas C. Marcello.

2. Nicholas F. Marcello died September 28, 2002, and at the time of his death owned that certain real property situate in the Town of Barrington at 557 Maple Avenue, Barrington, Rhode Island.

3. The defendant, James C. Marcello, has wrongfully and in violation of Chapter 20 of Title 34 of the Rhode Island General Laws entered in and upon and trespassed upon the property of the Estate of Nicholas Marcello as described above.

4. Arthur C. Marcello, as the duly appointed Executor of the Estate of Nicholas Marcello, has a right of entry into the premises and needs to enter the premises to perform properly his duties as Executor.

5. Despite demands made, James C. Marcello has refused and continues to refuse to deliver to the plaintiff possession of the premises.

Wherefore, the plaintiff demands judgment against the defendant, James C. Marcello, awarding him possession of the subject premises together with the cost of this action.

The plaintiff, by his attorneys,

Bernard P. Healy (2072)
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903
(401) 831 2900

STATE OF RHODE ISLAND
DISTRICT COURT

NOTICE TO QUIT
R.I.G.L. 34-18-37

May 19, 2003
Date of Mailing

TO: James C. Marcello
557 Maple Avenue
Barrington, RI 02886

James C. Marcello
P. O. Box 180
Barrington, RI 02806

James C. Marcello
152 Cross Road
Stetson, Maine 04488

YOU ARE HEREBY DIRECTED TO VACATE AND REMOVE YOUR PROPERTY AND PERSONAL POSSESSIONS FROM THE PREMISES LOCATED AT 557 MAPLE AVENUE, BARRINGTON, RHODE ISLAND, AND DELIVER CONTROL OF THE PREMISES TO THE LANDLORD/OWNER, ARTHUR MARCELLO, ON OR BEFORE JUNE FIRST, 2003.

THIS NOTICE IS GIVEN FOR THE PURPOSE OF TERMIANTING YOUR TENANCY AND/OR OCCUPATION.

IF YOU FAIL TO VACATE THE PREMISES BY THE DATE SPECIFIED, AN EVICTION ACTION MAY AND WILL BE INSTITUTED AGAINST YOU WITHOUT FURTHER NOTICE. IF YOU BELIEVE YOU HAVE A DEFENSE TO THIS TERMINATION, YOU WILL BE ABLE TO RAISE THIS DEFENSE AT THE COURT HEARING.

ARTHUR MARCELLO, EXECUTOR OF THE
ESTATE OF NICHOLAS MARCELLO,
BY HIS ATTORNEY,

______________________________
BERNARD P. HEALY (2072)
KIERNAN, PLUNKETT & REDIHAN
91 FRIENDSHIP STREET
PROVIDENCE, RI 02903
(401) 831-2900
(401) 331-7123 FAX

4

I CERTIFY THAT I PLACED IN REGULAR U.S. MAIL, FIRST CLASS, POSTAGE PRE-PAID, A COPY OF THIS NOTICE, ADDRESSED TO THE TENANT ON THE 19TH DAY OF MAY, 2003.

---

BERNARD P. HEALY (2072)
KIERNAN, PLUNKETT & REDIHAN
ATTORNEY FOR ARTHUR MARCELLO,
EXECUTOR OF THE ESTATE OF
NICHOLAS MARCELLO

1236

STATE OF RHODE ISLAND
DISTRICT COURT

# SUMMONS

| DIVISION | COUNTY | CIVIL ACTION - FILE NO. |
|---|---|---|
| SIXTH | PROVIDENCE | 03-5880 |

| PLAINTIFF | PLAINTIFF'S ATTORNEY |
|---|---|
| ARTHUR MARCELLO, DULY APPOINTED EXECUTOR OF THE ESTATE OF NICHOLAS RUDOLPH MARCELLO | BERNARD P. HEALY |
| VS | ADDRESS: 91 Friendship Street, Providence, RI 02903 |
| DEFENDANT: JAMES MARCELLO | DEFENDANT'S ADDRESS: 557 Maple Avenue, Barrington, RI |

DISTRICT COURT SIXTH DIVISION 2003 JUN 12 PM 3:51 CLERK

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to serve upon the plaintiff's attorney, whose name and address appears above, an answer to the complaint which is herewith served upon you. **Your answer must be made within 20 days after service of this summons, exclusive of the date of service.** The **original** must be filed in writing with this court. **If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.**

| DATE | CLERK |
|---|---|
| June 5, 2003 | CLERK |

SEAL OF THE DISTRICT COURT

DATE RECEIVED

## PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this summons and a copy of the complaint received herewith upon the above-named defendant by delivering or leaving said papers in the following manner:

- [x] to the defendant personally.
- [ ] at his dwelling house or usual place of abode at the address entered below, with a person of suitable age and discretion then residing therein.
- [ ] to an agent named below authorized by appointment or by law to receive service of process.
- [ ] Further notice as required by statute was given as noted on the reverse side.

ADDRESS OF DWELLING OR USUAL PLACE OF ABODE

NAME OF AUTHORIZED AGENT OR PERSON OF SUITABLE AGE

| DATE | ~~DEPUTY SHERIFF~~ CONSTABLE |
|---|---|
| 6-7-03 | |

ALFRED J. HARRIS
CONSTABLE # 6060

SERVICE FEE $ 35.00

032D (6/84)

State of Rhode Island and Providence Plantations

PROVIDENCE, SC.
1 DORRANCE PLAZA

DISTRICT COURT
SIXTH DIVISION
C.A.NO: 03-5880

**PLAINTIFF** — ARTHUR T. MARCELLO

**DEFENDANT** — JAMES C. MARCELLO

V.

130 Roffee Street
Barrington,RI 02806

557 Maple Avenue
Barrington,RI 02806

**MOTION TO DISMISS**

NOW COMES the above named defendant, James C Marcello, and hereby motions to this Honorable District Court for a dismissal of the above action on the grounds that the plaintiff's purported summons and complaint is not timely filed as required under the RI District Court Civil Rules RULE 3(3).

**Fact**

On June 7, 2003 the alledged attorney for the above named plaintiff, Mr. Bernard Healy, had a person alledging to be a constable,leave the purported summons and complaint at the above defendant's private property pursuant to Rule 3(3).

As of June 17, 2003 the purported summons and complaint of the plaintiff alledged attorney, Mr. Bernard Healy, has not been filed.

**Law**

**RULE 3(3) OF THE DISTRICT COURT RULES PROVIDES THAT:**

A civil action is commenced (3) by delivery of a summons and complaint to an officer for service. When method (3) is used, the complaint shall be filed with the court within ten (10) days after the completion of service;..... If the complaint is not timely filed, the actionmay be dismissed on motion and notice, and in such case the court may, in its discretion, if is shall be of the opinion that the action was vexatiously commenced, tax a reasonable attorney's fee as costs in favor of the defendant, to be recovered of the plaintiff or the plaintiff's attorney.

THEREFORE, the defendant prays, that the action be dismissed, and a reasonable attorney's fee as costs in favor of the defendant, to be recovered of the plaintiff's attorney as the court deems fair and just.

Dated: June 18, 2003

Respectively Submitted,

James Marcello

JAMES C. MARCELLO

DISTRICT COURT SIXTH DIVISION - PROVIDENCE FILED JUN 20 2003 ALICE ALBUQUERQUE CLERK

8

No. ____________

IN THE

SIXTH DISTRICT COURT OF RHODE ISLAND

---

ARTHUR T. MARCELLO

-Plaintiff-

v.

JAMES C. MARCELLO

-Defendant-

**PROOF OF SERVICE**

I, JAMES C. MARCELLO, do swear or declare that on this date, JUNE 18, 2003, I have served a conformed copy of the enclosed:

MOTION TO DISMISS

on each party to the above proceeding or the party's counsel, and on every other person required to be served, by depositing an envelope containing the above documents in the United States Mail properly addressed to each of them and with postage prepaid.

The names and addresses of those served are as follows:

Bernard P. Healy
91 Friendship Street
Providence, RI 02903

I declare under penalty of perjury that the forgoing is true and correct.

Executed on: JUNE 18, 2003 James Marcello

JAMES C. MARCELLO
557 Maple Avenue
Barrington, RI 02806

9

BPH:SL 6/24/03 1236A

| | | |
|---|---|---|
| STATE OF RHODE ISLAND<br>PROVIDENCE, SC. | DISTRICT COURT<br>SIXTH DIVISION<br>FILED | DISTRICT COURT<br>SIXTH DIVISION |

ARTHUR MARCELLO, EXECUTOR OF THE
ESTATE OF NICHOLAS MARCELLO

2003 JUN 25 PM 3:50

ALICE ALBUQUERQUE
CLERK

VS C. A. NO. 03 5880

JAMES MARCELLO

**OBJECTION TO MOTION TO DISMISS**

Now comes the plaintiff and objects to the defendant's motion to dismiss. As grounds therefore, plaintiff states that the complaint and the summons evidencing service were duly served upon defendant. The case is pending in the District Court, Sixth Division, bearing Civil Action No. 03 5880. A copy of the face sheet of the file evidencing date of filing is attached hereto.

The plaintiff, by his attorney,

Bernard P. Healy (2072)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX

to James C. Marcello
557 Maple Avenue
Barrington, RI 02806

CERTIFICATION

I hereby certify that I mailed a copy of the within to counsel of record, as above.

Dated: June 24, 2003

10

STATE OF RHODE ISLAND
PROVIDENCE, SC.

DISTRICT COURT
SIXTH DIVISION

ARTHUR MARCELLO, EXECUTOR OF THE
ESTATE OF NICHOLAS MARCELLO

VS

C. A. NO. 03 5880

JAMES MARCELLO

DISTRICT COURT SIXTH DIVISION FILED
2003 JUN 27 PM 12:57
ALICE ALBUQUERQUE CLERK

## OBJECTION TO MOTION TO STRIKE

Now comes the plaintiff, Arthur Marcello, and hereby objects to "Defendant's Demurrer". As grounds therefore, plaintiff states that Common Law pleadings in the state have been abolished and to plaintiff's knowledge a Demurrer has not been a recognized pleading since 1967. The plaintiff therefore moves to strike Defendant's Demurrer. If the "Demurrer" is treated as an answer and/or motion to dismiss, plaintiff states that it is without basis and fact or law. Plaintiff's complaint is sufficient on its face and states the facts of his action and claim with specificity.

The plaintiff, by his attorney,

Bernard P. Healy (2072)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX

to James C. Marcello
557 Maple Avenue
Barrington, RI 02806

CERTIFICATION

I hereby certify that I mailed a copy of the within to counsel of record, as above.

Dated: June 26, 2003

1236A BPH:SH 7/2/03

STATE OF RHODE ISLAND
PROVIDENCE, SC.

DISTRICT COURT
SIXTH DIVISION

ARTHUR MARCELLO, EXECUTOR OF THE
ESTATE OF NICHOLAS MARCELLO

VS

C. A. NO. 03 5880

JAMES MARCELLO

## MOTION TO ASSIGN

Now comes the plaintiff, Arthur Marcello, Executor of the Estate of Nicholas Marcello, and moves to assign the above matter for trial on July 16, 2003.

Said motion will be called for hearing before a Justice of said court at 9:00 a.m. on July 9, 2003, if objection is filed; otherwise said motion will be deemed granted by rule of court.

2003 JUL -2 PM 2:55
ACE ALBUQUERQUE
CLERK
DISTRICT COURT
SIXTH DIVISION
FILED

The plaintiff, by his attorney,

Bernard P. Healy (2072)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX

to James C. Marcello
557 Maple Avenue
Barrington, RI 02806

CERTIFICATION

I hereby certify that I mailed a copy of the within to counsel of record, as above.

Dated: July 2, 2003

12

STATE OF RHODE ISLAND
PROVIDENCE, SC.

DISTRICT COURT
SIXTH DIVISION

ARTHUR MARCELLO, EXECUTOR OF THE
ESTATE OF NICHOLAS MARCELLO

VS

C. A. NO. 03 5880

JAMES MARCELLO

DISTRICT COURT
SIXTH DIVISION
FILED
2003 JUL 11 PM 2:59
ALICE ALBUQUERQUE
CLERK

**ORDER**

This matter was scheduled to come before the Court on the 9th day of July, 2003, upon plaintiff's motion to assign this matter to trial to the calendar of July 16, 2003. No objection having been filed, it is hereby ORDERED, ADJUDGED and DECREED:

1. the plaintiff's motion to assign is granted by rule of court;

2. the within matter is assigned for trial to the calendar of July 16, 2003.

ENTER

_______________________________

PER ORDER

_______________________________

Presented by:
Bernard P. Healy (2072)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX

to James C. Marcello
557 Maple Avenue
Barrington, RI 02806

CERTIFICATION

I hereby certify that I mailed a copy of the within to counsel of record, as above.

Dated: July 11, 2003

_______________________________ _______________________________

13

STATE OF RHODE ISLAND
PROVIDENCE, SC.

DISTRICT COURT
SIXTH DIVISION

ARTHUR MARCELLO, EXECUTOR OF THE
ESTATE OF NICHOLAS MARCELLO
VS
JAMES MARCELLO

C. A. NO. 03 5880

**ORDER**

This matter came before the Court, Judge Gorman presiding, on the 16th day of July, 2003, for trial. The defendant, James Marcello, having failed to appear, after filing an answer, and the plaintiff appearing ready to proceed, it is hereby ORDERED, ADJUDGED and DECREED:

1. default and the same hereby does enter against James Marcello;

2. the within matter may be assigned for hearing on Proof of Claim.

ENTER

BY ORDER

Gorman, J.

Presented by:
Bernard P. Healy (2072)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX

to James C. Marcello
557 Maple Avenue
Barrington, RI 02806

CERTIFICATION

ALICE ALBUQUERQUE
CLERK

I hereby certify that I mailed a copy of the within to counsel of record as above.

2003 JUL 17 PM 1:48

FILED
SIXTH DIVISION
DISTRICT COURT

Dated: July 16, 2003

S. Hogan

14

1236A BPH:SH 7/16/03

STATE OF RHODE ISLAND
PROVIDENCE, SC.

DISTRICT COURT
SIXTH DIVISION

ARTHUR MARCELLO, EXECUTOR OF THE ESTATE OF NICHOLAS MARCELLO

VS

C. A. NO. 03 5880

JAMES MARCELLO

**MOTION TO ASSIGN**

Now comes the plaintiff, Arthur Marcello, Executor of the Estate of Nicholas Marcello, and moves that the above matter be assigned for hearing and Oral Proof of Claim to the calendar of July 23, 2003. As grounds therefore, plaintiff states that the matter had been scheduled for trial on July 16, 2003, and default duly entered against defendant on that date.

The plaintiff, by his attorney,

Bernard P. Healy (2072)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX

to Certified Mail/Return Receipt Requested and Regular Mail

James C. Marcello
557 Maple Avenue
Barrington, RI 02806

DISTRICT COURT SIXTH DIVISION FILED
2003 JUL 17 PM 1:48
ALICE ALBUQUERQUE CLERK

CERTIFICATION

I hereby certify that I mailed a copy of the within to counsel of record, as above.

Dated: July 16, 2003

15

STATE OF RHODE ISLAND
PROVIDENCE, SC.

DISTRICT COURT
SIXTH DIVISION

ARTHUR MARCELLO, EXECUTOR OF THE,
ESTATE OF NICHOLAS MARCELLO

VS. C. A. NO. 03-5880

JAMES MARCELLO

DISTRICT COURT SIXTH DIVISION FILED
2003 JUL 23 PM 3:49
ALICE ALBUQUERQUE CLERK

**APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

The plaintiff in the above-entitled action pursuant to Rule 55(a) of the Rhode Island Rules of Civil Procedure hereby makes application to the Clerk for Entry of Default for the plaintiff and against the defendant(s) for failure of said defendant(s) to plead or otherwise defend.

Said failure of defendant(s) to plead or otherwise defend is set forth in the affidavit immediately following this application.

**AFFIDAVIT**

The undersigned, being duly sworn, upon oath deposes and says:

1. That he is the duly authorized agent of the plaintiff and its attorney of record and has personal knowledge of the facts set forth in this affidavit.

2. That the plaintiff herein on the 6th day of June, 2003, filed in the action, (his/her) complaint against the defendant(s) herein.

3. That examination of the court files and records in this action shows that the said defendant(s) was/were duly served with a copy of the summons together with a copy of plaintiff's complaint.

4. That more than 20 days have elapsed since service of the summons and complaint; and

5. That the said defendant(s) herein has/have failed to plead or otherwise defend as to plaintiff's complaint; and

6. That this affidavit is executed by affiant herein in accordance with Rule 55(a) of the Rhode Island Rules of Civil Procedure, for the purpose of enabling the plaintiff herein to obtain an entry of default against the said defendant(s) herein for his/her failure to plead or otherwise defend as to the plaintiff's complaint.

16

AFFIANT

Subscribed and sworn to before me this 23 day of

July, 2003

CHARLES N. REDIHAN, JR

NOTARY PUBLIC

NOTARY PUBLIC

**AFFIDAVIT AS TO MILITARY SERVICE AND COMPETENCY**

The undersigned, being duly sworn, upon oath deposes and says;

That the defendant(s) was not at the time of the commencement of the above action, nor is now in the Military Service of the United States as defined in Article I of the (Soldiers' and Sailors' Civil Relief Act of 1940" as amended, nor an infant or an incompetent.

Arthur T. Morsella

AFFIANT

Subscribed and sworn to before me this 23 day of July, 2003

Charles N. Redihan, Jr.

CHARLES N. REDIHAN, JR

NOTARY PUBLIC

**ENTRY OF DEFAULT**

It appearing that the defendant(s) in the above action, has failed to plead or otherwise defend as provided by the Rhode Island Rules of Civil Procedure;

DEFAULT is hereby entered for the plaintiff and against said defendant(s)

this 23 day of July, 2003.

Alice Albuquerque

CLERK CLERK

Mr. James & Ol ia Marcello
PO BOX 540
557 Maple Avenue
Barrington, RI 02806
Tel: 1-401-245-7190

July 28, 2003

~~Alice Alberqueque,Clerk~~
SIXTH DISTRICT COURT
One Dorrance Plaza
Providence, RI 02903

Re: **Arthur T. Marcello of 130 Roffee Street, Barrington,RI vs.**
**James C. Marcello of 557 Maple Street, Barrington,RI**
**C.A.NO: 03-5880 ?**

Dear Alice:

Would you kindly send me a copy of the docket entry sheet to the above reference matter at my return address.

Thank you for your assistance.

Sincerely yours,

James Marcello

JAMES C. MARCELLO

DISTRICT COURT OF R.I.
SIXTH DIVISION - PROVIDENCE
FILED
JUL 30 2003
ALICE ALBUQUERQUE
CLERK