SUB

EX. 3

 8·13·03

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
# CRIMINAL CASE ACTION REPORT/ WARRANT FOR COMMITMENT
## SUPERIOR COURT

CORRECTED;
DATE:
TIME:

☒ PROVIDENCE / BRISTOL ☐ KENT ☐ WASHINGTON ☐ NEWPORT

1. DEFENDANT: James Morello ☒ APPEARS ☐ DOES NOT APPEAR

D.O.B. 2 7 54

DEFENDANT ADDRESS

☐ SAME ☐ CHANGE OF

CASE NO. P1 87-3058A | DC CASE NO. FOR WAIVER / MISC. PET. ONLY | B.C.I. NO. 00085337 | ACTION DATE 8 13 03

PROSECUTOR: Davis | JUDGE: Keough | CLERK: AB

DEFENDANT'S ATTORNEY FIRST: LAST:

☐ PRI PRIVATE ☐ PDF PUB. DEFNDR ☐ CRT COURT APPNTD ☐ PRO PRO SE ☐ EOA ENTRY OF APRNCE FILED

2. PROCEEDING(S):

☐ PAC PRE-ARRAIGNMNT CONF. ☐ ARR ARRAIGNMNT ☐ DAT DET. ATTY ☐ BAH BAIL HRG
☐ BRV BAIL RVW ☐ IDH IDNT. HRG ☐ COH COMPTNCY HRG ☐ COR COMPTNCY RPT ☒ VIO PRESNT AS VIOLATR
☐ WAR WARRNT CANC ☐ VPR VIOL OF PR ☐ VBL VIOLATN OF BAIL ☐ DIS DISPOSITN ☐ PTC PRE-TRIAL CONF.
☐ TRI TRIAL ☐ SEN SENTNCING ☐ EOS EXECUTN OF SENT ☐ VIH VIOLATN HEARING ☐ SOV SENT ON VIOLATN
☐ PRV PROBATN RVW ☐ PRG PROGRESS RPT ☐ RVW REVIEW ☐ ADV ADVSMNT OF SUPREME COURT DECISION
☐ MOT MOTION(S) ☐ STC STATUS CONF. ☐ CRV COST RVW ☐ RRV RESTITUTION RVW ☐ OTHER:

☐ DEFENDANT/STATE MOTION TO/FOR ______ ☐ GT GRANTED ☐ DN DENIED
☐ DEFENDANT/STATE MOTION TO/FOR ______ ☐ GT GRANTED ☐ DN DENIED

3. PLEA AT INITIAL ARRAIGNMENT: ☐ ANG NOT GUILTY ☐ GUILTY ☐ RPD REFERRED TO P.D. ☐ PNI PRETRIAL NOTICE ISSUED
☐ NOLO CONTENDERE ☐ DI REFERRED TO DIVERSION

CONTINUED FOR/TO: DA VH BEFORE JUDGE: TIME:
CONTINUED DATE: 8-20 8-27 REASON:
PARTY REQUESTING CONTINUANCE: ☐ C COURT ☐ S STATE ☐ D DEFENSE ☐ M MUTUAL AGREEMENT

| 4. BAIL STATUS | COUNT | CHARGES | AMOUNT OF BAIL |
|---|---|---|---|
| ☐ PR PERSONAL RECOG. | | | |
| ~~☐ SURETY~~ ☐ CS CASH | | | ~~[illegible]~~ RAS |
| ☒ NB HELD WITHOUT BAIL | | | |
| ☐ MO HELD MENTAL OBSERV. | | | HWOB |
| ☐ OTHER BAIL | | | |
| ☐ OTHER HOLDS | | | |

☐ COMMITTED ☒ REMANDED TO: ☒ AC ADULT COREC. INST. ☐ IM INST. MNTL. HLTH. ☐ WD WOMEN'S DIV.
☐ CHW CONTINUED HELD WITHOUT BAIL ☐ WBC FOR WANT OF BAIL ☐ OTHER INSTN:

☐ WI WARRANT ISSUED
☐ WR WARRANT RECALLED AND CANCELED
☐ WC WARRANT CANCELED
☐ WRO WARRANT OUTSTANDING ON CASE NO.

☒ VRP VIOLATION REPORT FILED
☐ VRW VIOLATION WITHDRAWN
☐ ADV WAIVES/ADMITS TO BE VIOL.
☐ DEV DECLARED A VIOLATOR
☐ DNV DECLARED NOT A VIOLATOR

☐ CO CONTD ON SAME SUSP SENT, DFRD, PROB, BAIL, PR
☐ SR ______ SUSPENDED SENT REMOVED
$ ______ ☐ RV PR REVOKED ☐ BR BAIL REVOKED

5. DISPOSITION/SENTENCING: ☐ RNG CHNG. OF PLEA ☐ RPN DEN. REARRAIGNED
☐ CPE CNDTNL. PLEA ENTRD ☐ CCA CHG. AMNDED W/CONSNT OF DEF.
☐ PSW PRESENT. RPT WAIVED ☐ POR PRESENT. RPT ORDRD ☐ NON NON-JURY TRIAL
☐ PRS PRSNTLY SRVNG ON CS. NO. ______ ☐ TRI JURY TRIAL

JURY SELECT ______ DAYS
TRIAL LENGTH ______ DAYS (NEAREST 1/2 DAY)

| COUNT | AMENDED CHG. LESSER. OFF. | DISP/ PLEA | SENT DFRD. D F | FULL SENT F S | TRM TO SRVE T S | SUSP. TRM S S | PROB. TRM P R | FINE AMT. F I | REST AMT. R E | UPON REL. U R |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |