*United States District Court*
*For The District of Rhode Island*
*Providence, RI 02903*

*October 31, 2005*

*Richard Donovan, Clerk*
*U.S. Court of Appeals*
*One Courthouse Way, Suite 2235*
*Boston, MA 02109*

*RE: James Marcello, et al v. John DeSano, et al*
*USDC-RI CA 05-004ML*
*USCA NO. #*

*Dear Mr. Donovan:*

*Enclosed herewith please find a supplemtnal on appeal together with a certified copy of the docket entries in the above entitled case.*

*Kindly acknowledge receipt for the same on the enclosed copy of this letter.*

*Sincerely yours,*

*David A. DiMarzio*
*Clerk of Court*

*By:* Barbara Barletta
*Deputy Clerk*

*Enc. Memorandum and Order denying motion for IFP (DE #89)*