IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RH E ISLAND

| | | |
|---|---|---|
| JAMES C. MARCELLO, & OLIVIA A. MARCELLO | ) | |
| Plaintiffs | ) | |
| vs. | ) | CA NO. 05-004 ML |
| JOHN A DESANO, BERNARD P HEALY JOHN LACROSS, ALBERT MASTRIANO ARTHUR T MARCELLO, and the STATE OF RHODE ISLAND | ) | |
| Defendants | ) | |

## PLAINTIFFS' AMENDED BILL OF COMPLAINT

To The U.S. District Court In Rhode Island

Greetings:

1. The grounds upon which the jurisdiction of the Court depends are that this is a suit between the defendants all citizens of the State of Rhode Island and the plaintiffs both citizens of a different state, the State of Maine, and the matter in controversy herein, exclusive of interest, costs, and damages, exceeds the sum of $1,500,000.00.

2. Mr. James & Olivia Marcello, the plaintiffs, of 152 Cross Road, Stetson,Maine, complains against attorneys John A. DeSano and Bernard P. Healy, of 91 Friendship Street, Providence,RI, John LaCross, Chief of the Barrington Police Department, of 100 Federal Road, Albert Mastriano, of 431 Maple Avenue, Arthur T. Marcello, of 130 Roffee Street, all of the town of Barrington,RI, and the State of Rhode Island, in it's behalf Attorney General Patrick Lynch, of 150 South Main Street,

and or Governor Donald Carcieri, of 222 State House, both of the city of Providence, and in the tate of Rhode Island, the plaintiffs says:

3. On and about August 13, 2003, the defendants, attorney John A. DeSano, attorney Bernard P. Healy, Arthur T. Marcello, and Albert Mastriano, under color of state law, did then and there in the Town of Barrington, R.I., conspired with a local official one Chief John LaCross of the Barrington Police Department, and reached an understanding to commit crimes against the constitutional rights of the plaintiffs, Mr. James & Olivia Marcello, by depriving them of their "Life, liberty, & Property" without due process of law.

This violation is made pursuant to Title 42 USCS § 1983.

4. On and about December 10, 2003, the defendants, attorney John A. DeSano, attorney Bernard P. Healy, Arthur T. Marcello, and Albert Mastriano, under color of state law, did then and there in the Town of Barrington, R.I., conspired with a local official one Chief John LaCross of the Barrington Police Department, and reached an understanding to commit crimes against the constitutional rights of the plaintiffs, Mr. James & Olivia Marcello, by depriving them of their "Life, Liberty, & Property" without due process of law.

This violation is made pursuant to Title 42 USCS § 1983.

5. That the defendants knowingly and willingly entered into an enterprise, (RICO), and further agreed that only the members of this said enterprise, (RICO), are to violate this statute.

This violation is made pursuant to Title 18 USCS § 1961.

6. That on February 6, 2004, the Diamond Funding Corporation president treasurer i Cranston Rhode Island, Ms. Ava Martinelli, engaged in a fraudulent scheme with said defendants in financing and assigning the mortgage to Mortgage Electronic Registration System in Flint, MI, of the said embezzled and fraudulently converted property of the plaintiffs located at 557 Maple Avenue, in the town of Barrington, R.I.

This violation is made pursuant to Title 18 USCS §. 1961.

## PRAYER FOR RELIEF

Wherefore the plaintiffs prays:

1. That the sum of ($1,500,000.00) be ordered to the defendants to pay over to the plaintiffs.

2. That the fraudulent sale of the property located at 557 Maple Avenue in Barrington R.I. be vacated for fraud.

3. That the plaintiffs be granted possession.

4. That the occupant purchasers Mr. Nuno & Natalia Paiva-Neves be ordered to vacate the premises.

5. That the plaintiffs Mr. James & Olivia Marcello may receive any and all other relief as the circumstances in the cause may require.

**PRAYER FOR PROCESS**

The plaintiffs further prays:

That this Honorable Court to issue its writs of subpoena, in due form of law and according to the course and practice of the Court, directed to the said defendants, attorney John A. DeSano, attorney Bernard P. Healy, Chief John LaCross of the Barrington Police Department, Albert Mastriano, Arthur T. Marcello, and the State of Rhode Island, in it's behalf Attorney General Patrick Lynch and or Governor Donald Carcieri, the defendants as aforesaid, commanding them at a certain day and under a certain penalty to be therein specified to appear before this Honorable Court to answer under oath all and singular the matter and things hereinbefore set forth and complained of and to stand by and abide and perform all the orders and decrees of the Court herein.

Respectively Submitted,

James Marcello

Mr. James & Olivia Marcello
152 Cross Road
Stetson, ME 04488
(207) 296-3433

IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO, & OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A DESANO, BERNARD P HEALY JOHN LACROSS, ALBERT MASTRIANO ARTHUR T MARCELLO, and the STATE OF RHODE ISLAND<br><br>Defendants | CA NO. 05-004 ML |

**PLAINTIFFS' DEMAND FOR TRIAL BY JURY PURSUANT TO RULE 38**

The plaintiffs, Mr. James & Olivia Marcello, in the above entitled action pursuant to Rule 38 of Fed.R.Civ.P., hereby makes "AND DEMAND FOR JURY TRIAL" on all the issues so triable by a jury.

Respectively Submitted,

James Marcello

Mr. James & Olivia Marcello
152 Cross Road
Stetson, ME 04488
(207) 296-3433