IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

JAMES C. and OLIVIA A. MARCELLO )
)
Plaintiffs )
)
vs. ) C.A. NO. 05-004 ML
)
JOHN A. DESANO, BERNARD P HEALY )
JOHN LACROSS, ARTHUR T MARCELLO )
ALBERT MASTRIANO & RHODE ISLAND )
)
Defendants )

MOTION FOR DECREE PRO CONFESSO

Complainants, Mr. James C and Olivia A Marcello, hereby move that the Amended Complaint be taken as confessed as against the respondents, Defendants John A DeSano, Bernard P Healy, Arthur T Marcello, and Albert Mastriano, said respondants having failed to serve answers or objections to Plaintiffs Interrogatories For The Examination of the Aboved Named Defendants dated August 15, 2005 when due ; whereby plaintiffs pray that the court render a judgment by default against the within named respondant disobedient party under Rule 37(d)(2) under subparagraph (C) of subdivision (b)(2) of the Federal Rules of Civil Procedure.

CERTIFICATION

The movant has in good faith conferred or attempted to confer with the person or party failing to answer or respond in an effort to obtain such answer or response without court action.

Respectively Submitted,

PLAINTIFFS - In Pro se

James Marcello

Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
207 296 3433

## CERTIFICATION

I, James C. Marcello, hereby certify that I have mailed a true copy of the following:

1. MOTION FOR DECREE PRO CONFESSO
2.
3.
4.
5.

by regular mail, postage prepaid, on November 4, 2005 specified below to the following:

Marc DeSisto,Esq
211 Angell Street
Providence, RI 02906

Robert Smith,Esq
155 South Main Street
Providence, RI 02903

Thomas Palombo,Esq,AAG
150 South Main Street
Providence, RI 02903

~~James Marcello,Esq~~
~~300 Centerville Rd 300W~~
~~Warwick, RI 02886~~

I swear under penalty of perjury that this is true and correct.

JAMES C MARCELLO