IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

JAMES C. and OLIVIA A. MARCELLO )
)
Plaintiffs )
)
vs. ) C.A. NO. 05-004 ML
)
JOHN A. DESANO, BERNARD P HEALY )
JOHN LACROSS, ARTHUR T MARCELLO )
ALBERT MASTRIANO & RHODE ISLAND )
)
Defendants )

MOTION FOR STAY OF PROCEEDINGS

Now come Plaintiffs, Mr. James C and Olivia A Marcello and, pursuant to Rule 37(d)(2) under subparagraphs(C) of subdivision (b)(2) of the Federal Rules of Civil Procedure, hereby moves the Court for an order for staying further proceedings until the order dated October 27, 2005 granting plaintiffs motion to compel Defendants John A. DeSano, Bernard P. Healy, Albert Mastriano, and Arthur T. Marcello to answer plaintiffs interrogatories dated August 15, 2005 is obeyed. A copy of said order is annexed hereto.

Respectively Submitted,

PLAINTIFFS
JAMES C MARCELLO
OLIVIA A MARCELLO
In Pro se,

Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488

CERTIFICATION

The movant has in good faith conferred or attempted to confer with the person or party failing to answer or respond in an effort to obtain such answer or response without court action.

## CERTIFICATION

I, James C. Marcello, hereby certify that I have mailed a true copy of the following:

1. MOTION FOR STAY OF PROCEEDINGS
2. 
3. 
4. 
5. 

by regular mail, postage prepaid, on November 4, 2005 specified below to the following:

Marc DeSisto,Esq
211 Angell Street
Providence, RI 02906

Robert Smith,Esq
155 South Main Street
Providence, RI 02903

Thomas Palombo,Esq,AAG
150 South Main Street
Providence, RI 02903

James Moretti,Esq
300 Centerville Rd - 300W
Warwick, RI 02886

I swear under penalty of perjury that this is true and correct.

JAMES C MARCELLO