IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

SEP 28 2005

JAMES C. and OLIVIA A. MARCELLO )
Plaintiffs )
vs. ) C.A. NO. 05-004 ML
JOHN A. DESANO, BERNARD P HEALY )
JOHN LACROSS, ARTHUR T MARCELLO )
ALBERT MASTRIANO & RHODE ISLAND )
Defendants )

RECEIVED
OCT 21 2005
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

## MOTION TO COMPEL ANSWERS TO INTERROGATORIES

Now comes Plaintiffs, Mr. James C. & Olivia A. Marcello, hereby moves this Court for an Order compelling Defendants, John A. DeSano, Bernard P. Healy, Arthur T. Marcello, and Albert Mastriano, to file answers to Plaintiffs' Interrogatories for the Above Named Defendants dated August 15, 2005. As grounds, Plaintiffs relies on the Affidavit and Memorandum of Law filed within.

## CERTIFICATION

The movant has in good faith conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without court action.

Respectively Submitted,

PLAINTIFFS

JAMES C. MARCELLO
OLIVIA A. MARCELLO
In Pro se,

James Marcello

Mr. James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☐ for determination
☐ ____
Mary M. Lisi, U.S. District Judge
Date: 10/21/05

No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.
Barbara Barletta
Deputy Clerk
Date: 10/27/05

87