UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO, et al.<br>*Plaintiffs,*<br><br>vs.<br><br>JOHN A. DESANO, et al.<br>*Defendants.* | C.A. No. 05-004 ML |

**MOTION OF DEFENDANT, JOHN LACROSS, TO AMEND PRETRIAL ORDER**

Now comes the Defendant, John LaCross, and hereby moves this Court for an Order amending the Pretrial Order to extend the date for the filing of dispositive motions to December 31, 2005.[1] As grounds, Defendant relies on the Memorandum of Law filed herewith.

Defendant John LaCross,
By his Attorneys,

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

[1] By Order dated November 8, 2005, this Court granted Defendant's motion to extend time to file this motion to amend the Pretrial Order.

C.A. No. 05-004ML

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 10th day of November, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al

*Plaintiffs,*

vs. C.A. No. 05-004 ML

JOHN A. DESANO, et al

*Defendants.*

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO AMEND PRETRIAL ORDER**

Defendant, John LaCross, files this memorandum in support of his motion to amend the Pretrial Order to extend the date for the filing of dispositive motions. The Pretrial Order presently states that dispositive motions shall be filed by October 31, 2005. Defendant requests that this date be extended to December 31, 2005. This request for an extension is based on Plaintiffs' failure to provide substantive discovery responses to Defendant.

Plaintiffs contend, among other things, that Defendant has violated their constitutional rights pursuant to § 1983 and has engaged in a RICO conspiracy with the other named defendants. In an attempt to discover the facts upon which Plaintiffs based their claims against Defendant LaCross, interrogatories and a request for production of documents were issued to Plaintiffs. Further, Defendant noticed Plaintiff, James Marcello, for his deposition. Plaintiffs have not answered the interrogatories.[1] Further, Plaintiff, James Marcello, did not attend his deposition.[2]

[1] Defendant filed a motion to compel answers to the interrogatories. The motion was granted by rule of court on September 19, 2005. Plaintiffs have not complied with this Rule of Court Order and Defendant has filed,

As a result of Plaintiffs' failure to substantively respond to Defendant's discovery requests, Defendant does not know the facts upon which Plaintiffs base their claim thereby hampering Defendant from filing a dispositive motion. Therefore, Defendant respectfully requests that this Court amend the Pretrial Order to allow the filing of dispositive motions up to and including December 31, 2005.

Defendant, John LaCross
By his Attorneys,

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

concurrent with this motion, a motion for a conditional order of dismissal for Plaintiffs' failure to comply with this Rule of Court Order.

[2] Plaintiff was ordered by this Court to submit to his deposition. See Court Order dated October 25, 2005. Plaintiff's telephone deposition is now scheduled for November 17, 2005 at 1:30 a.m.

C.A. No. 05-004ML

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Memorandum was mailed, postage prepaid, on this 10th day of December, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS
& GNYS, LLP155 South Main Street
Providence, RI 02903

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903