UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al.

*Plaintiffs,*

vs.

JOHN A. DESANO, et al.

*Defendants.*

C.A. No. 05-004 ML

**MOTION OF DEFENDANT, JOHN LACROSS, FOR CONDITIONAL ORDER OF DISMISSAL FOR FAILURE TO COMPLY WITH COURT ORDER**

Now comes the Defendant, John LaCross, and hereby moves this Court for a Conditional Order of Dismissal for Plaintiffs' failure to comply with this Court's Order, dated September 19, 2005, compelling Plaintiffs to file answers to Defendant's Interrogatories.[1] Defendant respectfully requests that this Court enter a conditional Order of dismissal against Plaintiffs ordering them to file answers to Defendant's Interrogatories on or before December 15, 2005; otherwise the failure to file answers by this date will result in the dismissal of their Complaint against Defendant LaCross. In support thereof, Defendant relies upon the Memorandum of Law filed contemporaneously herewith.

Defendant John LaCross,
By his Attorneys,

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

[1] By Order dated November 8, 2005, this Court granted Defendant's motion to extend time to file this motion for a conditional Order of dismissal.

C.A. No. 05-004ML

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 10th day of November, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

Laura Gay

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al
*Plaintiffs,*

vs.

C.A. No. 05-004 ML

JOHN A. DESANO, et al
*Defendants.*

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR CONDITIONAL ORDER OF DISMISSAL FOR FAILURE TO COMPLY WITH COURT ORDER**

On September 19, 2005, Defendant's motion to compel Plaintiffs to file answers to their interrogatories was granted by this Court. A copy of the Rule of Court Order granting Defendant's Motion to Compel Answers to Interrogatories (Document #53) is attached hereto. As of the date of filing this motion and memorandum, Plaintiffs have not filed answers to the interrogatories. Therefore, Defendant respectfully requests that this Court enter a conditional Order of dismissal against Plaintiffs ordering them to file answers to Defendant's Interrogatories on or before December 15, 2005; otherwise the failure to file answers by this date will result in the dismissal of their Complaint against Defendant LaCross.

Defendant, John LaCross
By his Attorneys,

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Memorandum was mailed, postage prepaid, on this 10th day of November, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS
& GNYS, LLP155 South Main Street
Providence, RI 02903

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

[signature]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
SEP 01 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al.
*Plaintiffs,*

vs.

C.A. No. 05-004 ML

JOHN A. DESANO, et al.
*Defendants.*

**MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

Now comes the Defendant, John LaCross, and hereby moves this Court for an Order compelling Plaintiff, James C. Marcello, to file answers to Defendant's Interrogatories dated July 28, 2005. As grounds, Defendant relies on the Memorandum of Law filed herewith.

CERTIFICATION OF ATTORNEY

The movant has, in good faith, conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without Court action.

Michael A. DeSisto, Esq. (#2444)

No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.

Deputy Clerk
Date: 9/19/05

C.A. No. 05-004ML

Defendant John LaCross,
By his Attorneys,

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 31st day of August, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

James Moretti, Esq.
RESNICK & CAFFREY
300 Centerville Road, #300W
Warwick, RI 02886