UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. MARCELLO & OLIVIA A. MARCELLO | : | |
| VS. | : | C.A. NO. 05-004 ML |
| JOHN A. DE SANO, BERNARD P. HEALY, JOHN LACROSS, ALBERT MASTRIANO, ARTHUR T. MARCELLO and the STATE OF RHODE ISLAND | : | |

DEFENDANTS, JOHN A. DE SANO, BERNARD HEALY, ALBERT MASTRIANO AND ARTHUR T. MARCELLO'S, MOTION TO EXTEND TIME

Now come defendants, John A. DeSano, Bernard P. Healy, Albert Mastriano and Arthur T. Marcello, and hereby move this Honorable Court for an extension of time to file dispositive motions, as more particularly set forth in the accompanying memorandum.

By their Attorney,

Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX 401-751-4124

CERTIFICATION

I hereby certify that a copy of the within motion was forwarded to **James and Olivia Marcello**, 152 Cross Road, Stetson, Maine 04488; **Marc DeSisto, Esquire,** 211 Angell Street, Providence, Rhode Island 02906 and **Thomas A. Palombo, Assistant Attorney General,** Department of Attorney General, 150 South Main Street, Providence, Rhode Island 02903 on the 11TH day of November, 2005, postage prepaid, regular mail.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. MARCELLO & OLIVIA A. MARCELLO | : | |
| VS. | : | C.A. NO. 05-004 ML |
| JOHN A. DE SANO, BERNARD P. HEALY, JOHN LACROSS, ALBERT MASTRIANO, ARTHUR T. MARCELLO and the STATE OF RHODE ISLAND | : : | |

DEFENDANTS, JOHN A. DE SANO, BERNARD HEALY, ALBERT MASTRIANO AND ARTHUR T. MARCELLO'S, MEMORANDUM OF LAW IN SUPPORT OF SAID DEFENDANTS' MOTION TO EXTEND TIME

Now come defendants, John A. DeSano, Bernard P. Healy, Albert Mastriano and Arthur T. Marcello, and hereby join defendants, John LaCross, in his motion to extend time to file a motion to amend pre-trial order and memorandum in support thereof. Defendants, John A. DeSano, Bernard P. Healy, Albert Mastriano and Arthur T. Marcello, have filed a motion to dismiss pursuant to Rule 12(b)(6), which is currently pending with this Court. Said defendants have not as yet had an opportunity to complete discovery and, specifically, to examine plaintiff, James C. Marcello, during the course of his deposition, which has been scheduled to take place on November 17, 2005. Said defendants have also filed a motion for permission to examine Mr. Marcello pursuant to Magistrate Martin's order requiring the same. Said defendants respectfully request that the pre-trial order be amended to allow the filing of any additional dispositive motions, which may become necessary upon the completion of discovery, up to and including December 31, 2005.

By their Attorney,

Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX 401-751-4124

CERTIFICATION

I hereby certify that a copy of the within memorandum was forwarded to **James and Olivia Marcello**, 152 Cross Road, Stetson, Maine 04488; **Marc DeSisto, Esquire,** 211 Angell Street, Providence, Rhode Island 02906 and **Thomas A. Palombo, Assistant Attorney General,** Department of Attorney General, 150 South Main Street, Providence, Rhode Island 02903 on the 11TH day of November, 2005, postage prepaid, regular mail.