UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO & OLIVIA A. MARCELLO :

VS. : C.A. NO. 05-004 ML

JOHN A. DE SANO, BERNARD P. HEALY, JOHN LACROSS, :
ALBERT MASTRIANO, ARTHUR T. MARCELLO and
the STATE OF RHODE ISLAND :

DEFENDANTS, JOHN A. DE SANO, BERNARD HEALY, ALBERT MASTRIANO AND ARTHUR T. MARCELLO'S, OBJECTOIN TO PLAINTIFFS' MOTIONS FOR STAY OR PROCEEDINGS AND DECREE PRO CONFESSO

Now come defendants, John A. DeSano, Bernard P. Healy, Albert Mastriano and Arthur T. Marcello, and hereby object to plaintiffs' motion for stay of proceedings and decree pro confesso, as more particularly set forth in the accompanying memorandum.

By their Attorney,

Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX 401-751-4124

CERTIFICATION

I hereby certify that a copy of the within motion was forwarded to James and Olivia Marcello, 152 Cross Road, Stetson, Maine 04488; **Marc DeSisto, Esquire,** 211 Angell Street, Providence, Rhode Island 02906 and **Thomas A. Palombo, Assistant Attorney General,** Department of Attorney General, 150 South Main Street, Providence, Rhode Island 02903 on the 14TH day of November, 2005, postage prepaid, regular mail.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. MARCELLO & OLIVIA A. MARCELLO | : | |
| VS. | : | C.A. NO. 05-004 ML |
| JOHN A. DE SANO, BERNARD P. HEALY, JOHN LACROSS, ALBERT MASTRIANO, ARTHUR T. MARCELLO and the STATE OF RHODE ISLAND | : : | |

DEFENDANTS, JOHN A. DE SANO, BERNARD HEALY, ALBERT MASTRIANO AND ARTHUR T. MARCELLO'S, MEMORANDUM OF LAW IN SUPPORT OF THEIR OBJECTION TO MOTIONS FOR STAY OR PROCEEDINGS AND FOR DECREE PRO CONFESSO

Plaintiffs have filed a motion for stay of proceedings and for decree pro confesso for said defendants' failure to serve answers to plaintiff's interrogatories. Said defendants served plaintiffs with answers to those interrogatories on November 7, 2005. Therefore, plaintiff's motions are moot, as said defendants have complied with the terms of discovery and said motions should be summarily denied.

By their Attorney,

Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX 401-751-4124

CERTIFICATION

I hereby certify that a copy of the within memorandum was forwarded to James and Olivia Marcello, 152 Cross Road, Stetson, Maine 04488; **Marc DeSisto, Esquire,** 211 Angell Street, Providence, Rhode Island 02906 and **Thomas A. Palombo, Assistant Attorney General,** Department of Attorney General, 150 South Main Street, Providence, Rhode Island 02903 on the 14TH day of November, 2005, postage prepaid, regular mail.