UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. MARCELLO & OLIVIA A. MARCELLO | : | |
| VS. | : | C.A. NO. 05-004 ML |
| JOHN A. DE SANO, BERNARD P. HEALY, JOHN LACROSS, ALBERT MASTRIANO, ARTHUR T. MARCELLO and the STATE OF RHODE ISLAND | : : | |

DEFENDANTS, JOHN A. DE SANO, BERNARD P. HEALY, ALBERT MASTRIANO AND ARTHUR T. MARCELLO'S, MOTION TO COMPEL

Now come defendants, John A. DeSano, Bernard P. Healy, Albert Mastriano and Arthur T. Marcello, and move this Honorable Court, pursuant to Rules 33 and 37 of the Federal Rules of Civil Procedure, to compel plaintiffs to answer interrogatories propounded by said defendants on September 29, 2005. As grounds therefore, these defendants state that more than thirty (30) days have elapsed and that plaintiffs have failed to answer or otherwise respond to the interrogatories.

Defendants, John A. DeSano, Bernard P. Healy, Albert Mastriano and Arthur T. Marcello hereby request a twenty (20) day order compelling responses. No memorandum of law in support of this motion is required by local rules.

By their Attorney,

Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX 401-751-4124

CERTIFICATION

I hereby certify that a copy of the within motion was forwarded to James and Olivia Marcello, 152 Cross Road, Stetson, Maine 04488; **Marc DeSisto, Esquire,** 211 Angell Street, Providence, Rhode Island 02906 and **Thomas A. Palombo, Assistant Attorney General,** Department of Attorney General, 150 South Main Street, Providence, Rhode Island 02903 on the 15th day of November, 2005, postage prepaid, regular mail.