IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | C.A. NO. 05-004 ML |

MOTION TO VACATE ORDER

GRANTING TWO MOTIONS FILED BY DEFENDANT CHIEF JOHN LACROSS

FOR BEING VOID FOR WANT OF JURISDICTION PENDING APPEAL

Now come Plaintiffs, Mr. James C and Olivia A Marcello, respectively move this court to vacate it's order dated November 8, 2005, granting two motions of defendant Chief John LaCross (Documents #79 & #81), for being Void for want of jurisdiction pending plaintiffs appeal from final decision of this court's order dated September 9, 2005 granting the Defendant State of Rhode Island's motion to dismiss.

Respectively Submitted,

PLAINTIFFS - In Pro se,

Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
207 296 3433

**CERTIFICATION**

I, James C. Marcello, hereby certify that I have mailed a true copy of the following:

1. MOTION TO VACATE ORDER, GRANTING TWO MOTIONS FILED BY DEFENDNAT CHIEF JOHN LACROSS FOR BEING VOID FOR
2. WANT OF JURISDICTION PENDING APPEAL
3.
4.
5.

by regular mail, postage prepaid, on NOVEMBER 12, 2005 specified below to the following:

Marc DeSisto,Esq
211 Angell Street
Providence, RI 02906

Robert Smith,Esq
155 South Main Street
Providence, RI 02903

Thomas Palombo,Esq,AAG
150 South Main Street
Providence, RI 02903

~~James Moretti,Esq~~
~~300 Centerville Rd~~
~~Warwick, RI 02886~~

I swear under penalty of perjury that this is true and correct.

James Marcello

JAMES C MARCELLO