IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | C.A. NO. 05-004 ML |

OBJECTION OF PLAINTIFFS, TO DEFENDANTS' MOTION TO DISMISS FOR WANT OF JURISDICTION PENDING APPEAL

Now come Plaintiffs, Mr. James C and Olivia A Marcello, hereby object to Defendants John A DeSano, Bernard P Healy, Albert Mastriano, and Arthur T Marcello's motion to dismiss pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted dated October 31, 2005 on the grounds that this court is divested of it's jurisdiction pending said plaintiffs appeal now being reviewed by U.S. Court of Appeals for the First Circuit, to wit, having power over this court to grant leave to plaintiff to prosecute said appeal in forma pauperis, after District Court denied on the above same motion date October 31, 2005 plaintiffs' application cer-

tifying that it had not been taken in good faith, Court of Appeals had power to grand leave SEE ME--DODGE v. BENNETT, C.A. ME. 1964, 335 F.2d 657.

Respectively Submitted,

PLAINTIFFS

JAMES C MARCELLO
OLIVIA A MARCELLO
In Pro se,

Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
207 296 3433

CERTIFICATION

I, James C Marcello, hereby certify that I have mailed a true copy of OBJECTION OF PLAINTIFFS TO DEFENDANTS MOTION TO DISMISS FORWANT OF JURISDICTION PENDING APPEAL, by regular mail, postage prepoaid, on NOVEMBER 11, 2005 specified to: Michael DeSisto,Esq, 211 Angell St, Providence, RI 02906, Robert Smith,Esq, 155 S Main St, Providence, RI 02903, and Thomas Palombo,Esq, 150 S Main St, Providence, RI 02903.

JAMES C MARCELLO