IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | C.A. NO. 05-004 ML |

NOTICE OF APPEAL

Notice is hereby given that James C. Marcello and Olivia A. Marcello above named plaintiffs hereby appeal to the United States Court of Appeals for the First Circuit from the Order of the District Court for the District of Rhode Island, entered in this case on October 31, 2005, denying plaintiffs' request for leave to Appeal in Forma Pauperis.

Respectively Submitted,,

PLAINTIFFS

JAMES C MARCELLO
OLIVIA A MARCELLO
In Pro se,

James Marcello Olivia Marcello

Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
207 296 3433

CERTIFICATION

I, James C Marcello, hereby certify that I have mailed a true copy of the NOTICE OF APPEAL by regular mail, postage prepaid, on November 11, 2005, to: Michael DeSisto,Esq, 211 Angell St, Providence, RI 02906, Robert Smith,Esq, 155 S Main St, Providence, RI 02903, and Thomas Palombo,Esq,AAG, 150 S Main St, Providence, RI 02903.

James Marcello