IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | C.A. NO. 05-004 ML |

NOTICE OF UNAUTHORIZED DEPOSITION

To thehHonorable District Court and Cousels of Record:

Your are hereby notified that the scheduled deposition of Plaintiff James C Marcello perpetuated by Defendant Chief John LaCross through his attorney Michael Desisto for the 17th day of November, 2005 at 1:30,due to fact that said attorney DeSisto failed to file a motion for leave to take the deposition in this District Court as required by Rule 27(b) pending the said Plaintiffs' appeal in the U.S Court of Appeals for the first Circuit, is unauthorized, the said notice of 11/2/05 of Attorney DeSisto deposition failed to include the motion for leave (sse Rule 27(b)"...upon the same notice and service thereof....). Plaintiff phoned attorney DeSisto and left measage with his secretary an 11/17/05 at 11:00 a.m..

Respectively Submitted,,

PLAINTIFFS

JAMES C MARCELLO
OLIVIA A MARCELLO
In Pro se,,

Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
207 296 3433

## CERTIFICATION

I, James C. Marcello, hereby certify that I have mailed a true copy of the following:

1. NOTICE OF UNAUTHORIZED DEPOSITION
2.
3.
4.
5.

by regular mail, postage prepaid, on NOVEMBER 17, 2005 specified below to the following:

Marc DeSisto,Esq
211 Angell Street
Providence, RI 02906

Robert Smith,Esq
155 South Main Street
Providence, RI 02903

Thomas Palombo,Esq,AAG
150 South Main Street
Providence, RI 02903

~~James Moretti,Esq~~
~~300 Centerville Rd - 300W~~
~~Warwick, RI 02886~~

I swear under penalty of perjury that this is true and correct.

JAMES C MARCELLO