UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. MARCELLO & OLIVIA A. MARCELLO | : | |
| VS. | : | C.A. NO. 05-004 ML |
| JOHN A. DE SANO, BERNARD P. HEALY, JOHN LACROSS, ALBERT MASTRIANO, ARTHUR T. MARCELLO and the STATE OF RHODE ISLAND | : : | |

DEFENDANTS, JOHN A. DE SANO, BERNARD P. HEALY, ALBERT MASTRIANO AND ARTHUR T. MARCELLO'S, OBJECTOIN TO PLAINTIFFS' INDICTMENT FOR PERJURY

Now come defendants, John A. DeSano, Bernard P. Healy, Albert Mastriano and Arthur T. Marcello, and hereby object to what the plaintiffs have framed as an Indictment for Perjury, as more particularly set forth in the accompanying memorandum of law.

By their Attorney,

Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX 401-751-4124

CERTIFICATION

I hereby certify that a copy of the within motion was forwarded to James and Olivia Marcello, 152 Cross Road, Stetson, Maine 04488; **Marc DeSisto, Esquire,** 211 Angell Street, Providence, Rhode Island 02906 and **Thomas A. Palombo, Assistant Attorney General,** Department of Attorney General, 150 South Main Street, Providence, Rhode Island 02903 on the 18TH day of November, 2005, postage prepaid, regular mail.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO & OLIVIA A. MARCELLO :

VS. : C.A. NO. 05-004 ML

JOHN A. DE SANO, BERNARD P. HEALY, JOHN LACROSS, :
ALBERT MASTRIANO, ARTHUR T. MARCELLO and
the STATE OF RHODE ISLAND :

DEFENDANTS, JOHN A. DE SANO, BERNARD P. HEALY, ALBERT MASTRIANO AND ARTHUR T. MARCELLO'S, MEMORANDUM OF LAW IN SUPPORT OF THEIR OBJECTION TO PLAINTIFFS' INDICTMENT FOR PERJURY

Plaintiffs have filed what is framed as "Indictment for Perjury" against defendants, John A. DeSano, Bernard P. Healy, Albert Mastriano and Arthur T. Marcello, because said plaintiffs did not like or agree with said defendants' answers to plaintiffs' interrogatories. Neither the Federal Rules of Civil Procedure, nor any other authority allow such a filing. Moreover, the plaintiffs have no standing, capacity or grounds for requesting prosecution for an indictment for perjury. Said defendants respectfully request that this filing by the plaintiffs be summarily denied.

By their Attorney,

Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX 401-751-4124

CERTIFICATION

I hereby certify that a copy of the within memorandum was forwarded to James and Olivia Marcello, 152 Cross Road, Stetson, Maine 04488; **Marc DeSisto, Esquire,** 211 Angell Street, Providence, Rhode Island 02906 and **Thomas A. Palombo, Assistant Attorney General,** Department of Attorney General, 150 South Main Street, Providence, Rhode Island 02903 on the 18TH day of November, 2005, postage prepaid, regular mail.