UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al

*Plaintiffs,*

vs. C.A. No. 05-004 ML

JOHN A. DESANO, et al

*Defendants.*

**OBJECTION TO PLAINTIFFS' MOTION VACATE ORDER GRANTING TWO MOTIONS FILED BY DEFENDANT CHIEF JOHN LACROSS FOR BEING VOID FOR WANT OF JURISDICTION PENDING APPEAL**

Now comes the Defendant, John LaCross, and hereby objects to Plaintiffs' Motion To Vacate Order Granting Two Motions Filed By Defendant Chief John LaCross For Being Void For Want Of Jurisdiction Pending Appeal. The Order was dated November 8, 2005 (Document No. 93). As grounds, Defendant relies on the Memorandum of Law filed herewith.

Defendant, John LaCross
By his Attorneys,

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Objection was mailed, postage prepaid, on this 21st day of November, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al
*Plaintiffs,*

vs.

C.A. No. 05-004 ML

JOHN A. DESANO, et al
*Defendants.*

**MEMORANDUM IN SUPPORT OF OBJECTION TO PLAINTIFFS' MOTION VACATE ORDER GRANTING TWO MOTIONS FILED BY DEFENDANT JOHN LACROSS FOR BEING VOID FOR WANT OF JURISDICTION PENDING APPEAL**

On October 19, 2005, Defendant John LaCross filed a motion for extension of time to file a motion to amend the Pretrial Order (Document No. 79) and a motion for extension of time to file a motion for a conditional order of dismissal (Document No. 81). Plaintiffs filed two objections to Defendant's motions for extension of time: on October 25, 2005 (Document No. 84) and on October 31, 2005 (Document No. 88). This Court issued an Order granting Defendant's motions on November 8, 2005 (Document No. 93). Plaintiffs have now filed a motion to vacate this Court's Order granting Defendant's motions on the grounds that the Order is void for want of jurisdiction because of plaintiffs appeal of this Court's Memorandum and Order granting the motion to dismiss filed by the State of Rhode Island (Document No. 48).

Plaintiffs' motion to vacate should be denied for three reasons. First, this argument could have been raised in the initial objections filed by Plaintiffs and is, therefore, waived. Second, this Court has previously ruled on and denied Plaintiffs' motion to stay proceedings pending the interlocutory appeal to the First Circuit (Document No. 83). Third, Plaintiffs' motion should be denied for the reasons set forth in this Court's Order granting the motions for extension of time (Document No. 93).

Marcello v. DeSano et al
C.A. No. 05-004ML

Wherefore, Defendant respectfully requests that Plaintiffs' objection to the Order be denied and dismissed by this Court.

Defendant, John LaCross
By his Attorneys,

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Memorandum was mailed, postage prepaid, on this 21st day of November, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903