UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. MARCELLO & OLIVIA A. MARCELLO | : | |
| VS. | : | C.A. NO. 05-004 ML |
| JOHN A. DE SANO, BERNARD P. HEALY, JOHN LACROSS, ALBERT MASTRIANO, ARTHUR T. MARCELLO and the STATE OF RHODE ISLAND | : : | |

DEFENDANTS, JOHN A. DE SANO, BERNARD P. HEALY, ALBERT MASTRIANO AND ARTHUR T. MARCELLO'S, MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR FAILURE TO ATTEND DEPOSITION

Now come defendants, John A. DeSano, Bernard P. Healy, Albert Mastriano and Arthur T. Marcello, and hereby move this Honorable Court for an order dismissing plaintiffs' complaint for repeated failure of plaintiff, James C. Marcello to attend his deposition, as more particularly set forth in the accompanying memorandum of law filed herewith.

By their Attorney,

Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX 401-751-4124

CERTIFICATION

I hereby certify that a copy of the within motion was forwarded to **James and Olivia Marcello,** 152 Cross Road, Stetson, Maine 04488; **Marc DeSisto, Esquire,** 211 Angell Street, Providence, Rhode Island 02906 and **Thomas A. Palombo, Assistant Attorney General,** Department of Attorney General, 150 South Main Street, Providence, Rhode Island 02903 on the 22nd day of November, 2005, postage prepaid, regular mail.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. MARCELLO & OLIVIA A. MARCELLO | : | |
| VS. | : | C.A. NO. 05-004 ML |
| JOHN A. DE SANO, BERNARD P. HEALY, JOHN LACROSS, ALBERT MASTRIANO, ARTHUR T. MARCELLO and the STATE OF RHODE ISLAND | : : | |

DEFENDANTS, JOHN A. DE SANO, BERNARD P. HEALY, ALBERT MASTRIANO AND ARTHUR T. MARCELLO'S, MEMORANDUM OF LAW IN SUPPORT OF SAID DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR FAILURE TO ATTEND DEPOSITION

Defendants, John A. DeSano, Bernard P. Healy, Albert Mastriano and Arthur T. Marcello, file this memorandum in support of their motion to dismiss plaintiff, James C. Marcello, for his failure to attend a deposition scheduled on September 8, 2005, and a telephone deposition scheduled on November 17, 2005.

On July 28, 2005, defendant, John LaCross, served notice on plaintiff, James C. Marcello, advising that said plaintiff's deposition would be conducted on September 8, 2005, at 1:30 p.m. at the John O. Pastore Building, Two Exchange Terrace, Providence, Rhode Island, as requested by James C. Marcello. Attorneys for all defendants appeared in Magistrate Judge Martin's Court Room on September 8, 2005, at 1:30 p.m. for a deposition of plaintiff, James C. Marcello. James C. Marcello failed to appear for his scheduled deposition and the deposition was terminated.

Subsequently, defendant, John LaCross, filed a motion to dismiss, or in the alternative a motion to compel plaintiff, James C. Marcello, to attend his deposition. That motion was heard before Magistrate Judge David L. Martin on October 25, 2005. After hearing thereon and

consideration thereof, Magistrate Judge Martin ordered that the deposition of plaintiff, James C. Marcello, be conducted within thirty (30) days. It was also ordered that, if Mr. Marcello fails to submit to being deposed by counsel for defendant, LaCross, by November 25, 2005, plaintiffs' claims against defendant, LaCross, may be dismissed. The aforementioned order also provided that counsel for the other defendants may attend the deposition but may not ask questions of Mr. Marcello without first obtaining permission from the Court. Accordingly, defendants, DeSano, Healy, Mastriano and Arthur Marcello, filed a motion for permission to interrogate plaintiff, James C. Marcello, at a deposition scheduled by defendant, LaCross, within the confines of Magistrate Judge Martin's order.

A telephone deposition of James C. Marcello was scheduled to be conducted on November 17, 2005, at 1:30 p.m. Magistrate Judge Martin subsequently requested that attorneys for defendants conduct the telephone deposition in his Court Room at the John O. Pastore Building, Two Exchange Terrace, Providence, Rhode Island. On November 17, 2005, at 1:30 p.m., attorneys for DeSano, Healy, Mastriano, Arthur Marcello and LaCross were present in Magistrate Judge Martin's Court Room waiting to conduct the telephone deposition of plaintiff, James C. Marcello. Magistrate, Judge Martin had scheduled the hearing on said defendants' motion for permission to interrogate plaintiff, James C. Marcello, to take place as soon as James C. Marcello was present by telephone prior to conducting the deposition. Magistrate Judge Martin's Clerk made numerous attempts to telephone Mr. Marcello to conduct the aforesaid hearing and then the deposition, but on every occasion, Mr. Marcello failed to answer the phone, as the phone continued to ring numerous times without being answered. Magistrate Judge Martin subsequently granted said defendants' motion for permission to interrogate plaintiff, James C. Marcello.

Federal Rule of Civil Procedure 37(d) provides that, if a party fails to appear for his or her deposition, after being served with proper notice, the Court may make such orders as are just, including dismissing the action pursuant to Rule 37(b)(2)C. Dismissal of the plaintiff's action against defendants, John A. DeSano, Bernard P. Healy, Albert Mastriano and Arthur T. Marcello, is a reasonable sanction in this case. Said defendants were in attendance and prepared to cross examine James C. Marcello for two scheduled depositions on September 8, 2005, and again on November 17, 2005. Plaintiff, James C. Marcello, failed to appear for both depositions and failed to provide either the defendants or the Court with an explanation for his failure.

The plaintiffs have filed what is framed as an Amended Bill of Complaint, making extremely vague allegations of fact and law against defendants, John A. DeSano, Bernard P. Healy, Albert Mastriano and Arthur T. Marcello, as a result of unexplained incidents that allegedly occurred on two separate dates, August 13, 2003, and December 10, 2003. Plaintiffs complaint also alleges that said defendants violated the RICO Statute without providing any factual basis for the same. Furthermore, plaintiffs have made allegations suggesting that all defendants engaged in a fraudulent scheme involving embezzlement and fraudulently converting property of the plaintiffs without any factual basis or explanation as to the nature and/or extent of the plaintiff's ownership interest in said property or any other rights to said property. Plaintiffs have brought suit against defendants, John A. DeSano, Bernard P. Healy, Albert Mastriano and Arthur T. Marcello, but have failed to comply with any discovery initiated by any of the defendants in this case. Defendants, John A. DeSano, Bernard P. Healy, Albert Mastriano and Arthur T. Marcello, are unable to determine the factual basis for these extremely vague allegations of law and facts set forth in the plaintiffs' Amended Bill of Complaint and, therefore, cannot properly defend this case.

WHEREFORE, defendants, John A. DeSano, Bernard P. Healy, Albert Mastriano and Arthur T. Marcello, request that this Court dismiss the plaintiffs' complaint for failure of plaintiff, James C. Marcello, to attend the aforementioned two scheduled depositions.

By their Attorney,

Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX 401-751-4124

CERTIFICATION

I hereby certify that a copy of the within memorandum was forwarded to **James and Olivia Marcello,** 152 Cross Road, Stetson, Maine 04488; **Marc DeSisto, Esquire,** 211 Angell Street, Providence, Rhode Island 02906 and **Thomas A. Palombo, Assistant Attorney General,** Department of Attorney General, 150 South Main Street, Providence, Rhode Island 02903 on the 22nd day of November, 2005, postage prepaid, regular mail.