UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

November 16, 2005

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

**CA 05-004ML** **CCA #** 05-2739
11/22/05

**CASE NAME: James C. Marcello, et al. V. John A. DeSano, et al.**

Dear Clerk of Court:

Enclosed herewith you will find certified copies of the petitioner's Notice of (Interlocutory) Appeal and certified copies of related documents. A certified copy of the docket entries is also attached.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By J. Duhamel
John Duhamel
Deputy Clerk

**Encl.: Certified Docket; Certified copies of the following documents :**
**59: Motion/Application for Leave to Appeal IFP**
**71: Order denying w/o prejudice Motion for Leave to Appeal IFP**
**73: Revised Motion/Application for Leave to Appeal IFP**
**89: Memorandum and Order denying (revised) Motion for Leave to Appeal IFP**
**103: Notice of (Interlocutory) Appeal (with attached Application to Appeal IFP) re: denial of Motion for Leave to Appeal IFP**