IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | C.A. NO. 05-004 ML |

**MOTION TO VACATE ORDER**

**REQUIRING JAMES MARCELLO TO ATTEND DEPOSITION WITHIN (30) DAYS**

**FOR BEING VOID FOR WANT OF JURISDICTION PENDING APPEAL**

Now come Plaintiffs, Mr. James C and Olivia A Marcello, respectively move this court to vacate it's order dated October 25, 2005, for being Void for want of jurisidiction pending Plaintiffs' appeal from final decision of this court's order dated September 9, 2005 granting the Defendant State of Rhode Island's motion to dismiss.

Respectively Submitted,

PLAINTIFFS

JAMES C MARCELLO
OLIVIA A MARCELLO
In Pro se,

Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488

CERTIFICATION

I, James C. Marcello, hereby certify that I have mailed a true copy of the following:

1. MOTION TO VACATE ORDER, REQUIRING JAMES MARCELLO TO ATTEND DEPOSITION WITHIN (30) DAYS, FOR BEING VOID FOR WANT OF JURISDICTION PENDING APPEAL

2.

3.

4.

5.

by regular mail, postage prepaid, on NOVEMBER 21,2005 specified below to the following:

MICHAEL DESISTO,ESQ
211 Angell St
Providence, RI 02906

ROBERT SMITH,ESQ
155 S Main St
Providence, RI 02903

THOMAS PALOMBO,ESQ
150 S Main St
Providence, RI 02903

I swear under penalty of perjury that this is true and correct.

James Marcello

JAMES C. MARCELLO