IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

JAMES C. and OLIVIA A. MARCELLO )
)
Plaintiffs )
)
vs. ) C.A. NO. 05-004 ML
)
JOHN A. DESANO, BERNARD P HEALY )
JOHN LACROSS, ARTHUR T MARCELLO )
ALBERT MASTRIANO & RHODE ISLAND )
)
Defendants )

**MOTION TO VACATE ORDER**

**GRANTING MOTION FOR PERMISSION TO QUESTION DEPONENT**

**FOR BEING VOID FOR WANT OF JURISDICTION PENDING APPEAL**

Now come Plaintiffs, Mr. James C and Olivia A Marcello, respectively move this court to vacate it's order dated November 18, 2005, granting motion of Defendants, John A. DeSano, Bernard P. Healy, Albert Mastriano, and Arthur T. Marcello, for permission to interrogate James C. Marcello (Document #92), for being Void for want of jurisdiction pending plaintiffs' appeal from final decision of this court's order dated September 9, 2005 granting the Defendant State of Rhode Island's motion to dismiss.

Respectively Submitted,

PLAINTIFFS * In Pro se,

James Marcello

Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488

# CERTIFICATION

I, James C. Marcello, hereby certify that I have mailed a true copy of the following:

1. **MOTION TO VACATE ORDER, GRANTING MOTION FOR PERMISSION TO QUESTION DEPONENT, FOR BEING VOID FOR WANT OF JUR-**
2. **ISDICTION PENDING APPEAL**
3.
4.
5.

by regular mail, postage prepaid, on NOVEMBER 21,2005 specified below to the following:

Marc DeSisto,Esq
211 Angell Street
Providence, RI 02906

Robert Smith,Esq
155 South Main Street
Providence, RI 02903

Thomas Palombo,Esq,AAG
150 South Main Street
Providence, RI 02903

James Moretti,Esq
300 Centerville Rd - 300W
Warwick, RI 02886

I swear under penalty of perjury that this is true and correct.

James Marcello

JAMES C MARCELLO