UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO and OLIVIA A. MARCELLO,
Plaintiffs,

v. CA 05-004 ML

JOHN A. DESANO, BERNARD HEALY, JOHN LACROSS, ALBERT MASTRIANO, and ARTHUR T. MARCELLO,
Defendants.

**ORDER**
**DENYING PLAINTIFFS'**
**MOTION TO VACATE ORDER**

Before the court is Plaintiffs' Motion to Vacate Order Granting Two Motions Filed by Defendant Chief John LaCross for Being Void for Want of Jurisdiction Pending Appeal (Document ("Doc.") #101) ("Motion to Vacate"). Plaintiffs seek to have the court vacate its Order of November 8, 2005. See Order Granting Two Motions Filed by Defendant John LaCross (Doc. #93) ("Order of November 8, 2005"). The basis for the Motion to Vacate is Plaintiffs' contention that said Order is "void for want of jurisdiction pending plaintiffs['] appeal from final decision of this court's order dated September 9, 2005[,] granting the Defendant State of Rhode Island's motion to dismiss." Motion to Vacate at 1.

The Motion to Vacate is denied for the following reasons. First, Plaintiffs could have raised this ground in their initial responses to the two motions filed on October 25 and 31, 2005.[1] See Objections of Plaintiffs to Defendant Chief John LaCross's Motions to Extend Time and Amend Pretrial Order (Doc. #84)

[1] Plaintiffs filed their Motion for Stay of Proceedings on October 17, 2005. See Motion for Stay of Proceedings (Doc. #83).

("First Objection"); Objections of Plaintiffs to Defendant Chief John LaCross's Motions to Extend Time and Conditional Order of Dismissal (Doc. #88) ("Second Objection"). Having failed to raise it in either objection, the court finds that Plaintiffs waived this ground.

Second, on October 21, 2005, Judge Lisi denied Plaintiffs' motion for a stay of proceedings until the First Circuit acts on Plaintiffs' appeal of the granting of the motion of Defendant State of Rhode Island to dismiss. See Doc. #83 (denying motion for stay of proceedings); see also Memorandum and Order of September 9, 2005 (Doc. #48) (granting motion to dismiss brought by the State of Rhode Island, Governor Donald Carcieri, and Attorney General Patrick Lynch). Because Plaintiffs' request for a stay has been denied, this court continues to have jurisdiction to act upon motions filed by the parties who remain before the court. Cf. Special Investments, Inc. v. Aero Air Inc., 360 F.3d 989, 993 (9th Cir. 2004)("An order dismissing one party for lack of personal jurisdiction while allowing suit to continue against the remaining defendants is not a final, appealable order, absent an 'express determination that there is no just reason for delay and ... an express direction for the entry of judgment.' Fed. R. Civ. P. 54(b); 28 U.S.C. § 1291.")(alteration in original); Smith v. Gonzales, 592 F.2d 277 (5th Cir. 1979)(holding that, where a party appeals the dismissal of two parties in a multiparty case in which one defendant remains a defendant and there has been neither a final judgment nor a determination that there is no just reason for delay pursuant to Fed. R. Civ. P. 54(b), either sought by the parties or issued by the district court, the court of appeals lacks jurisdiction to entertain the appeal).

Third, all of the reasons which the court expressed in the Order of November 8, 2005, for granting the motions remain valid. Accordingly, the Motion to Vacate is DENIED.

So ordered.

ENTER:

David L. Martin
United States Magistrate Judge
November 29, 2005

BY ORDER:

Deputy Clerk