UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al

*Plaintiffs,*

vs. C.A. No. 05-004 ML

JOHN A. DESANO, et al

*Defendants.*

**OBJECTION OF DEFENDANT LACROSS TO PLAINTIFFS' MOTIONS TO VACATE ORDERS OF OCTOBER 25, 2005.**

Now comes the Defendant, John LaCross, and hereby objects to Plaintiffs' Motion To Vacate Order Re Six Motions Heard on October 25, 2005 for Being Void for Want of Jurisdiction Pending Appeal and Plaintiffs' Motion to Vacate Order Requiring James Marcello to Attend Deposition Within (30) Days for Being Void for Want of Jurisdiction Pending Appeal. As grounds, Defendant relies on the Memorandum of Law filed herewith.

Defendant, John LaCross
By his Attorneys,

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Objection was mailed, postage prepaid, on this 28th day of November, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

Laura Saz[signature]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO, et al<br>*Plaintiffs,*<br><br>vs.<br><br>JOHN A. DESANO, et al<br>*Defendants.* | C.A. No. 05-004 ML |

**MEMORANDUM OF DEFENDANT LACROSS IN SUPPORT OF HIS OBJECTION TO PLAINTIFFS' MOTION VACATE ORDERS OF OCTOBER 25, 2005**

Plaintiffs have filed two motions seeking to vacate the two Orders of this Court issued by this Court on October 25, 2005 (Doc. #s 85 and 86). They argue that these Orders are void for want of jurisdiction because of Plaintiffs appeal of this Court's Memorandum and Order granting the motion to dismiss filed by the State of Rhode Island (Document No. 48). Plaintiffs' motion to vacate should be denied for three reasons. First, this argument could have been raised in the initial objections filed by Plaintiffs to these motions and is, therefore, waived. Second, this Court has previously ruled on and denied Plaintiffs' motion to stay proceedings pending the interlocutory appeal to the First Circuit (Doc. # 83). Third, Defendant relies on the reasons set forth in his Memorandum in Support of his Objection to Plaintiffs' Motion for Stay of Proceedings previously filed with this Court (Doc. #54).

Wherefore, Defendant LaCross respectfully requests that Plaintiffs' Motions to Vacate Orders be denied and dismissed by this Court.

Marcello v. DeSano et al
C.A. No. 05-004ML

Defendant, John LaCross
By his Attorneys,

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Memorandum was mailed, postage prepaid, on this 28th day of November, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903