UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO, et al.<br>*Plaintiffs,*<br>vs.<br>JOHN A. DESANO, et al.<br>*Defendants.* | C.A. No. 05-004 ML |

**MOTION OF DEFENDANT, JOHN LACROSS, TO DISMISS PLAINTIFFS' COMPLAINT FOR FAILURE TO ATTEND DEPOSITION**

Now comes the Defendant, John LaCross, and hereby moves this Court for an Order dismissing Plaintiffs' Complaint for the failure of James C. Marcello to attend his deposition. As grounds, Defendant relies on the Memorandum of Law filed herewith.

CERTIFICATION OF ATTORNEY

The movant has, in good faith, conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without Court action.

Michael A. DeSisto, Esq. (#2444)

C.A. No. 05-004ML

Defendant John LaCross,
By his Attorneys,

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 28th day of November, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO, et al<br>*Plaintiffs,*<br><br>vs.<br><br>JOHN A. DESANO, et al<br>*Defendants.* | C.A. No. 05-004 ML |

**MEMORANDUM IN SUPPORT OF MOTION OF DEFENDANT JOHN LACROSS TO DISMISS PLAINTIFFS' COMPLAINT FOR FAILURE TO ATTEND DEPOSITION**

Plaintiff, James Marcello, was ordered by this Court to attend his deposition on or before November 25, 2005. *See Order dated October 25, 2005 (Doc. #85).* The deposition was noticed and scheduled for November 17, 2005 at 1:30 p.m. *See Deposition Notice for Plaintiff, James Marcello, attached as Exhibit A.* At Mr. Marcello's request, the deposition was to be held by telephone. For the reasons set forth in this Court's Order of November 18, 2005 (Doc. # 107), the telephone call to Mr. Marcello was initiated from the Court by the Clerk at 1:30 p.m. As this Court knows, Mr. Marcello failed to answer his telephone and failed to answer his telephone at 1:45 p.m.

On November 18, 2005, counsel for Defendant LaCross sent a letter to Mr. Marcello reminding him of the October 25, 2005 Order of this Court. *See letter to Plaintiff, James Marcello, attached as Exhibit B.* Plaintiff has not responded to this letter. However, Plaintiff did file a Notice of Unauthorized Deposition alleging a failure to file a motion for leave as required by Rule 27(b). Defendant LaCross states that Rule 27(b) is not applicable to this issue.

Plaintiff, James C. Marcello, has failed to submit to being deposed by counsel for Defendant LaCross by November 25, 2005. In accordance with the Order of this Court dated

October 25, 2005, Defendant LaCross hereby requests that Plaintiffs claims against him be dismissed.

Defendant, John LaCross
By his Attorneys,

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Memorandum was mailed, postage prepaid, on this 28th day of November, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903