**DESISTO LAW**
ATTORNEYS AT LAW

Michael A. DeSisto

211 ANGELL STREET
PO BOX 2563
PROVIDENCE, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

November 18, 2005

James C. Marcello
152 Cross Road
Stetson, ME 04488

**RE: Marcello v. LaCross et al**
**C.A. No. 05-4ML**

Dear Mr. Marcello:

As you know, on October 25, 2005, the Court issued an Order requiring you to attend your deposition by November 25, 2005. After speaking with by telephone, I sent you a deposition notice for November 17, 2005 at 1:30 p.m. In accordance with your request, the deposition was to be conducted by telephone. Yesterday, on the date of the deposition, you telephoned me at 10:58 a.m. and left a message with my secretary for me to telephone you. I called you back at 11:02 a.m., 11:06 a.m., 11:14 a.m., 11:41 a.m., 12:09 p.m., and 12:36 p.m. You never answered your telephone. Furthermore, you did not answer your telephone when you were called at 1:30 p.m. and 1:45 p.m.

I am available – subject to the availability of Attorney Smith and a court reporter - to schedule your deposition on or before November 25, 2005. Please contact me to schedule your deposition by this date.

Very truly yours,

Michael A. DeSisto

copy: Robert W. Smith, Esq.