IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. and OLIVIA A. MARCELLO | ) | |
| Plaintiffs | ) | |
| vs. | ) | C.A. NO. 05-004 ML |
| JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND | ) | |
| Defendants | ) | |

**PLAINTIFFS' WITHDRAWAL OF TWO MOTIONS**

**WITH THE COURT'S PERMISSION**

**ON THE GROUNDS OF MISAPPREHENSION OF THEIR LEGAL RIGHTS**

Now come Plaintiffs, Mr. James C and Olivia A Marcello and, request the court's permission to withdraw the two motions filed by said plaintiffs, the first being plaintiffs motion for Stay of Proceedings dated November 12,2005, the second being plaintiffs motion for decree pro confesso dated November 4, 2005, on the grounds of misapprehension of plaintiffs' legal rights of the stay and the divested authority of this court since plaintiffs appeal on September 22, 2005 from the final decision of this court on September 9, 2005 granting defendant State's motion to dismiss pursuant to Rule 12(b)(6 failure to state claim.... treated as summary judgment under Rule 56, whereby plaintiffs do not waive the right to stay.

Respectively Submitted,

PLAINTIFFS * In Pro se

James Marcello

Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488

# CERTIFICATION

I, James C. Marcello, hereby certify that I have mailed a true copy of the following:

1. PLAINTIFFS WITHDRAWAL OF TWO MOTIONS WITH THE COURTS PERMISSION ON THE GROUNDS OF MISAPPREHENSION OF THIEIR LEGAL RIGHTS
2.
3.
4.
5.

by regular mail, postage prepaid, on NOVEMBER 25,2005specified below to the following:

MICHAEL DESISTO,ESQ
211 Angell St
Providence, RI 02906

ROBERT SMITH,ESQ
155 S Main St
Providence, RI 02903

THOMAS PALOMBO,ESQ
150 S Main St
Providence, RI 02903

I swear under penalty of perjury that this is true and correct.

JAMES C. MARCELLO