IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | C.A. NO. 05-004 ML |

**PLAINTIFFS' WITHDRAWAL OF AN APPEARANCE AND MOTIONS**

**WITH THE COURT'S PERMISSION**

**ON THE GROUNDS OF MISAPPRENSION OF THEIR LEGAL RIGHTS**

Now come Plaintiffs, Mr. James C and Olivia A Marcello and, request the court's permission to withdraw the appearance that plaintiffs made attending the hearing held on October 25, 2005 and to further withdraw the plaintiffs' motions, the first being plaintiffs objection to defendant LaCross's motion to extend time dated October 20, 2005 (Document No. 84), the second being plaintiffs' objection to defendant LaCross's motion to extend time and conditional order dated October 26, 2005 (Document No. 88), on the grounds of misapprehension of plaintiffs legal rights of the stay and the divested authority of this court since the

plaintiffs appeal on September 22, 2005 from the final decision of this court on September 9, 2005 granting Dfendant State's motion to dismiss pursaunt to Rule 12(b)(6) failure to state claim.... treated as summary judgment under Rule 56.

## L A W

> "It is held in JENKINS V. YORK CLIFFS, etc., Co., 110 Fed. 807 (C.C. 1901), that while the withdrawal with the court's permission of an appearance entered through misapprehension of his legal rights by defendant relieves him from the waiver of fundamental jurisdictional questions...."

This motion is also made in reply to the Defendant LaCross objection to plaintiffs motion vacate order...dated 11/21/05 and directed to his (LaCross memorandum) at 1, par. 2, argument of waiver.

Respectively Submitted,

PLAINTIFFS

JAMES C MARCELLO
OLIVIA A MARCELLO
In Pro se,

Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
207 296 3433

# CERTIFICATION

I, James C. Marcello, hereby certify that I have mailed a true copy of the following:

1. PLAINTIFFS' WITHDRAWAL OF AN APPEARANCE AND MOTIONS WITH THE COURT'S PERMISSION ON THE GROUNDS OF MISAPPREHENSION OF THEIR LEGAL RIGHTS
2. 
3. 
4. 
5. 

by regular mail, postage prepaid, on NOVEMBER 25,2005 specified below to the following:

MICHAEL DESISTO,ESQ
211 Angell St
Providence, RI 02906

ROBERT SMITH,ESQ
155 S Main St
Providence, RI 02903

THOMAS PALOMBO,ESQ
150 S Main St
Providence, RI 02903

I swear under penalty of perjury that this is true and correct.

James Marcello

JAMES C. MARCELLO