IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | C.A. NO. 05-004 ML |

**OBJECTION OF PLAINTIFFS, TO DEFENDANT'S MOTION TO DISMISS**

**FOR WANT OF JURISDICTION PENDING APPEAL**

Now come Plaintiffs', Mr. James C and Olivia A Marcello, hereby object to Defendants DeSano, Healy, Mastriano, and Arthur T. Marcello's motion to dismiss plainitffs complaint for failure to attend deposition dated November 22, 2005, on the grounds that this court is divested of it's jurisdiction pending plaintiffs' appeal dated September 22, 2005 to U.S. Court of Appeals for 1st Circuit from the final decisision of this court on September 9, 2005 granting Defendant State's motion to dismiss under Rule 12(b)(6) failure to state claim treated as summary judgment under Rule 56.

Respectively Submitted,

Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488

CERTIFICATION

I, James C. Marcello, hereby certify that I have mailed a true copy of the following:

1. OBJECTION OF PLAINTIFFS, TO DEFENDANTS MOTION TO DISMISS FOR WANT OF JURISDICTION PENDING APPEAL

2.

3.

4.

5.

by regular mail, postage prepaid, on NOVEMBER 25,2005 specified below to the following:

MICHAEL DESISTO,ESQ
211 Angell St
Providence, RI 02906

ROBERT SMITH,ESQ
155 S Main St
Providence, RI 02903

THOMAS PALOMBO,ESQ
150 S Main St
Providence, RI 02903

I swear under penalty of perjury that this is true and correct.

James Marcello

JAMES C. MARCELLO