IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | C.A. NO. 05-004 ML |

"SPECIAL APPEARANCE"

Now come Plaintiffs, Mr. James C and Olivia A Marcello, In Pro se, and hereby respectively enters their "Special Appearance" for and on behalf of themselfs, for the hearing called by this court for Monday, December 12, 2005 at 2:00 PM, "Specially, for the purpose of objecting to the jurisdiction of this court during this pendancy of plaintiffs' appeal",, in the above captioned civil action.

Respectively Submitted,

PLAINTIFFS

JAMES C MARCELLO
OLIVIA A MARCELLO
In Pro se,

Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
207 296 3433

CERTIFICATION

I, James C. Marcello, hereby certify that I have mailed a true copy of the following:

1. "SPECIAL APPEARANCE"

2.

3.

4.

5.

by regular mail, postage prepaid, on NOVEMBER 25,2005 specified below to the following:

MICHAEL DESISTO,ESQ
211 Angell St
Providence, RI 02906

ROBERT SMITH,ESQ
155 S Main St
Providence, RI 02903

THOMAS PALOMBO,ESQ
150 S Main St
Providence, RI 02903

I swear under penalty of perjury that this is true and correct.

JAMES C. MARCELLO