UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO & OLIVIA A. MARCELLO :

VS. : C.A. NO. 05-004 ML

JOHN A. DE SANO, BERNARD P. HEALY, JOHN LACROSS, :
ALBERT MASTRIANO, ARTHUR T. MARCELLO and
the STATE OF RHODE ISLAND :

DEFENDANTS, JOHN A. DE SANO, BERNARD P. HEALY, ALBERT MASTRIANO AND ARTHUR T. MARCELLO'S, OBJECTION

Now come defendants, John A. DeSano, Bernard P. Healy, Albert Mastriano and Arthur T. Marcello, and hereby object to plaintiff's motion to vacate orders dated October 25, 2005, requiring plaintiff, James C. Marcello, to attend a deposition within thirty (30) days and November 18, 2005, granting said defendants permission to question James C. Marcello during the course of the deposition, as more particularly set forth in the accompanying memorandum of law.

By their Attorney,

Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX 401-751-4124

CERTIFICATION

I hereby certify that a copy of the within motion was forwarded to **James and Olivia Marcello,** 152 Cross Road, Stetson, Maine 04488; **Marc DeSisto, Esquire,** 211 Angell Street, Providence, Rhode Island 02906 and **Thomas A. Palombo, Assistant Attorney General,** Department of Attorney General, 150 South Main Street, Providence, Rhode Island 02903 on the 29TH day of November, 2005, postage prepaid, regular mail.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. MARCELLO & OLIVIA A. MARCELLO | : | |
| VS. | : | C.A. NO. 05-004 ML |
| JOHN A. DE SANO, BERNARD P. HEALY, JOHN LACROSS, ALBERT MASTRIANO, ARTHUR T. MARCELLO and the STATE OF RHODE ISLAND | : | |

DEFENDANTS, JOHN A. DE SANO, BERNARD P. HEALY, ALBERT MASTRIANO AND ARTHUR T. MARCELLO'S, MEMORANDUM OF LAW IN SUPPORT OF OBJECTION TO PLAINTIFFS' MOTIONS TO VACATE

Plaintiffs have filed two motions to vacate an order entered on October 25, 2005, granting co-defendant, John LaCross', motion to compel plaintiff, James C. Marcello, to attend a deposition within thirty (30) days and an order entered on November 18, 2005, granting defendants, John A. DeSano, Bernard P. Healy, Albert Mastriano and Arthur T. Marcello's, motion for permission to examine plaintiff, James C. Marcello, at the deposition noticed by co-defendant, John LaCross. Plaintiffs' motions to vacate both orders are identical, alleging that the orders are void for want of jurisdiction pending plaintiffs' appeal from a final decision of the Court dated September 9, 2005, granting the State of Rhode Island's motion to dismiss. Plaintiffs have filed motions for a stay of all proceedings, pending their appeal to the United States Court of Appeals for the First Circuit regarding this Court's granting the State of Rhode Island's motion to dismiss. Plaintiffs' motions for a stay pending the interlocutory appeal to the First Circuit have been denied by this Court. Furthermore, plaintiffs' motions to vacate should be denied for the reasons set forth in this Court's order dated October 25,2005, granting co-defendant, John LaCross', motion to compel the attendance of James C. Marcello, at his deposition and this Court's order dated November 18, 2005, granting said defendants permission to examine plaintiff, James C. Marcello.

By their Attorney,

Robert W. Smith #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX 401-751-4124

CERTIFICATION

I hereby certify that a copy of the within memorandum was forwarded to **James and Olivia Marcello**, 152 Cross Road, Stetson, Maine 04488; **Marc DeSisto, Esquire,** 211 Angell Street, Providence, Rhode Island 02906 and **Thomas A. Palombo, Assistant Attorney General,** Department of Attorney General, 150 South Main Street, Providence, Rhode Island 02903 on the 29Th day of November, 2005, postage prepaid, regular mail.