UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. MARCELLO and OLIVIA A. MARCELLO, Plaintiffs, | : | |
| v. | : | CA 05-004 ML |
| JOHN A. DESANO, BERNARD HEALY, JOHN LACROSS, ALBERT MASTRIANO, and ARTHUR T. MARCELLO, Defendants. | : | |

**ORDER**
**DENYING PLAINTIFFS'**
**ADDITIONAL MOTIONS TO VACATE ORDERS**

Before the court are three motions filed by the Plaintiffs:

1. Motion to Vacate Order Requiring James Marcello to Attend Deposition Within (30) Days for Being Void for Want of Jurisdiction Pending Appeal (Document ("Doc.") #113);

2. Motion to Vacate Order Granting Motion for Permission to Question Deponent for Being Void for Want of Jurisdiction Pending Appeal (Doc. #114); and

3. Motion to Vacate Order Re Six Motions Heard on October 25, 2005[,] for being Void for Want of Jurisdiction Pending Appeal (Doc. #115).

The court refers to the motions collectively as "Motions."

The basis for each motion is the same. Plaintiffs contend that the orders at issue are void "for want of jurisdiction pending Plaintiffs' appeal from final decision of this court's order dated September 9, 2005[,] granting the Defendant State of Rhode Island's motion to dismiss." Motions.

This contention has already been considered and rejected by the court in connection with Plaintiffs' Motion to Vacate Order Granting Two Motions Filed by Defendant Chief John LaCross for

Being Void for Want of Jurisdiction Pending Appeal (Doc. #101) ("Motion to Vacate"). See Order Denying Plaintiffs' Motion to Vacate Order (Doc. #116). The same considerations which caused the court to deny the Motion to Vacate (Doc. #101) also apply to the instant Motions. Accordingly, the Motions are DENIED.

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
December 2, 2005

BY ORDER:

Deputy Clerk