IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | C.A. NO. 05-004 ML |

INDICTMENT FOR PERJURY

Now come Plaintiffs, Mr. James C and Olivia A. Marcello, hereby moves this court for request for prosecution of an indictment for perjury proceedings against above named defendants John A. DeSano, Bernard P. Healy, Arthur T. Marcello, and Albert Mastriano charging them with the commission of committing perjury on and about October 28, 2005 within their "....Answers To Plaintiffs Interrogatories" served on November 7, 2005; a copy in (3) page form is viewed at EXHIBIT 1. Plaintiffs relies on the Memorandum of Law filed within.

Wherefore, Plaintiffs respectfully requests that the Indictment for Perjury be granted; that the prosecution for perjury be commenced within these proceedings; that the court order the clerk to fix a time for hearing; and such other and further

relief as justice may require.

Respectively Submitted,

PLAINTIFFS

JAMES C MARCELLO
OLIVIA A MARCELLO
In Pro se,

11/30/05

Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
207 296 3433

CERTIFICATION

I, James C Marcello, hereby certify that I have mailed a true copy of the INDICTMENT FOR PERJURY by regular mail, postage prepaid, on NOVEMBER ~~11~~ 30, 2005 to: Michael DeSisto, Esq, 211 Angell St, Providence RI 02906, Robert Smith, Esq, 155 S Main St, Providence RI 02903, and Thomas Palombo, Esq, AAG, 150 S Main St, Providence RI 02903.

replica 11/30/05

IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | **C.A. NO. 05-004 ML** |

MEMORANDUM IN SUPPORT OF
INDICTMENT FOR PERJURY

INTRODUCTION

This Memorandum of Law supports the Indictment for Perjury filed by Plaintiffs, Mr. James C and Olivia A Marcello, for a prosecution within these proceedings against above named defendants John A. DeSano, Bernard P. Healy, Arthur T. Marcello, and Albert Mastriano for the commission of committing perjury by making false statements at the examination for discovery before trial within their "...Answers To Plaintiffs Interrogatories" served on November 7, 2005; a copy in (3) page form is viewed at EXHIBIT 1.

With all due respect to the dignity of this court and all states courts of RHode Island by which these defendants have

since the death of plaintiffs father, utilized these courts and now this court, for (3) years, of continuous perjury or false swearing with criminal intent to deceive with guilty knowledge willfully and corruptly false. For reasons set forth, Plaintiffs respectfully request that the Indictment for Perjury be granted; that the prosecution for perjury be commenced within these proceedings; tha the court order the clerk to fix a time for hearing; and such otherand further relief as justice may require.

DISCOVERY TRAVEL

On August 15, 2005, Plaintiffs served an Interrogatories For The Examination Of The Above Named Defendants, hereby in viewed in (4) page form as EXHIBIT 2. It indicates on page 1 paragraph 2, "There is reason to believe that the above named Defendants on and about August 13, 2003, December 10, 2003, and February 6, 2004 as alledged in Amended Complaint, have embezzled and/or committed larceny of the real and personal property of the plaintiffs located at #57 Maple Avenue, in the town of Barrington, and in the stateof Rhode Island; that (such real estate has been conveyed, transferred, or incumbered, or that

such personal estate has been removed, transferred or concealed; or that by reason of concealment or fraudulent transfer, or incumbrance t ereof, the plaintiffs' have been deprived of the possession of said real and personal property without due process of law); wherfore, plaintiffs propound the interrogatories as follows, see EXHIBIT 2, at 1 par.2 to next page.

On September 15, 2005, Plaintiffs served on Defendant Arthur T. Marcello a Demand For Admission Of Execution Of Document with annexed Executors' Deed 2/6/04 & Exhibit "A" Deed, hereby viewed in (3) pages at EXHBIT 3. It indicates on the face of the Demand at page 1 "Plaintiff...makes demand upon you to admit in writing the execution and genuineness of the "Executors' Deed" dated February 6, 2004, and signed "Arthur T. Marcello Executor,"

On September 21, 2005, Plaintiffs served on Defendants John A. DeSano, Bernard P. Healy, Arthur T. Marcello, and Albert Mastriano a Motion To Compel Answers To Interrogatories with Affidavit and Memorandum In Support of with exhibits 1 to 4 in (6) page form viewed at EXHBIT 4. In indicates within the Affidavit that Arthur T Marcello and Albert Mastriano were

sited by Mr. Jerry & Carol O'Donnell on August,03, sited by Danny Berg on Aug,03, sited by Robert Andreozzi on Aug,o3, "...loading articles from the house and garage of my property located at 557 Maple Avenue Barrington, RI." see EXHBIT 4 at 3, par.nos. 11-14, at 4, par.nos.15-16. The Affidavit farther states sworn fact that "On February 11, 2004, Nuno & Natalia Paiva-Neves admitted that on February 6, 2004 Defendant Arthur T. Marcello fraudulently sold the property to them and they are going to loose their money...." see EXHIBIT 4 at 4, no.20.

On October 13, 2005, Defendant Arthur T. Marcello response To Plaintiffs' Request For Admission, Framed As Demand For Admission Of Execution Of Document and indicates an admission that quote "Defendant, Arthur T. Marcello, admits that the Executor's Deed executed by Arthur T. Marcello on February 6, 2004, together with Exhibit A, is genuine", viewed at EXHIBIT 5.

On November 7, 2005, the Defendants John A. DeSano, Bernard P. Healy, Arthur T. Marcello, and Albert Mastiriano served a "...Answers To Plaintiffs Interrogatories" essentiall committing perjury and false swearing before a notry public by indicating "NO" and "NONE" to all 4 interrogatories of the

taking of the plaintiffs personal estate possessions and indicating "NO" to selling to a non-bonzfide and/or bona fide purchaser as contradicted in the Defendant Arthur T Marcello's Admission of Execution of Document admitting he signed and sold said plaintiffs¢ property to Nuno and Natalia Paiva-Neves on February 6, 2004 in "Executors Deed"; the "Executors Deed " viewed at EXIBHIT 3 at page 2. The "....Answers To Plaintifs' Interrogatories viewed at EXHIBIT 1.

On March 9, 2004, the Defendants John A. DeSano, Bernard P. Healy, Arthur T. Marcello, send from the law firm Kiernan, Plunkett & Redihan at 91 Friendship st, Providence, RI 02903, to the Plaintiffs James C Marcello, an unsigned and unnotorized purported "First and Final Account" of a purported estate of Nicholas Marcello located at 557 Maple Avenue Barrington, RI, purporting to spend $264,213.02 dollars out of the purported sale of the purported estate to the Nuno & Natalia Paiva-Neves for purported amount of $275,000.00 dollars viewed at EXHIBIT 6. allong with copy of original envelope from firm attached.

On March 9, 2005, also contained in the envelope from the law firm, Kiernan, Plunkett & Redihan...., a purported Miscellaneous Petition for Approval of Fiduciary's Fees for Defendant Arthur T. Marcello, unsigned and unnotorized, asking for $22,907.88 out or the purported estate, viewed at EXHIBIT 7. To be compared with EXHIBIT 1, "...Answers To Plaintiffs Interrogatories who swore falsely indicating "NO" & "NONE".

On March 9, 2005, also contained in the envelope from the law firm, Keirnan, Plunkett & Redihanllll, a purported Mischellaneous Petiton for Approval of Attorney's Fees for Defendant Bernard P. Healy who signed the purported petition asking for $20,390.87 dollars, notice of hearing unsigned, certification signed, viewed at EXHIBIT 8, to be compared with EXHIBIT 1.

CONCLUSION

Accordingly, and with all due respect to the courts of R.I., the Defendants clearly commited perjury and swore falsely to conceal their acts of embezzlement and/or larcency of plaintiffs property while being constitutional deprived and held by th Defendant State of Rhode Island without due process and under color of law; Therefore, Plaintiffs respectfully request that the

Intictment For Perjury be granted; that the prosecution for perjury be commenced within these proceedings; that the court order the clerk to fix a time for hearing; and such other and further relief as justice may require.

Respectively Submitted,

PLAINTIFFS

JAMES C MARCELLO
OLIVIA A MARCELLO
In Pro se,

11/30/05

Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
207 296 3433

## CERTIFICATION

I, James C Marcello, hereby certify that I have mailed a true copy ofthe MEMORANDUM IN SUPPORT OF INDICTMENT FOR PERJURY with the EXHIBITS 3 thru 8, by regular mail, postage prepaid, on NOVEMBER ~~11~~ 30th, 2005, to: Michael DeSisto,Esq, 211 Angell St, Providence, RI 02906, Robert Smith,Esq, 155 S Main St, Providence, RI 02903, and Thomas Palombo,Esq,AAG, 150 S Main St, Providienence, RI 02903.

REFILED 11/30/05