IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

JAMES C. and OLIVIA A. MARCELLO )
Plaintiffs )
vs. ) C.A. NO. 05-004 ML
JOHN A. DESANO, BERNARD P HEALY
JOHN LACROSS, ARTHUR T MARCELLO
ALBERT MASTRIANO & RHODE ISLAND )
Defendants )

**MOTION TO EXCEED**

Now come Plaintiffs, Mr. James C and Olivia A Marcello, and respectfully request permission to exceed the limitation on exhibits set forth in the Amended General Order of 2002-01.

An Order dated 11/16/05 of this court indicating a refusal and return of plaintiffs Indictment for Perjury is hereby attached.

Plaintiffs respecttfully submit (8) exhibits necessary for the courts examination for the requested prosecution of an indictment for perjury against Defendants DeSano, Healy, Mastriano, and Arthur T Marcello.

Wherefore Plaintiffs pray that motion to exeeed be granted.

Respectively Submitted,

PLAINTIFFS

JAMES C MARCELLO
OLIVIA A MARCELLO
In Pro se,

Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488

79 11-16-05
RETURNED

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: James Marcello

RE: CA 05-004ML

Marcello v. DeSano, et al

## ORDER

I have reviewed your document(s) presented to the Clerk's Office on 11 / 16 / 05 and have made the following determination:

____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

____ 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $350.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

✓ 8. Document violates Amended General Order 2002-01.

____ 9. Other: Number of exhibits are over the limit and no copies were filed.

ENTER:

United States Magistrate Judge

Date: 11/16/05

cc: Counsel of Record

# CERTIFICATION

I, James C. Marcello, hereby certify that I have mailed a true copy of the following:

1. MOTION TO EXCEED

2. ATTACHED ORDER 11/16/05

3.

4.

5.

by regular mail, postage prepaid, on NOVEMBER 30, 2005 specified below to the following:

MICHAEL DESISTO, ESQ
211 Angell St
Providence, RI 02906

ROBERT SMITH, ESQ
155 S Main St
Providence, RI 02903

THOMAS PALOMBO, ESQ
150 S Main St
Providence, RI 02903

I swear under penalty of perjury that this is true and correct.

James Marcello

JAMES C. MARCELLO