IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | C.A. NO. 05-004 ML |

**NOTICE OF APPEAL**

**TO THE UNITED STATES COURT OF APPEALS**

**FOR THE FIRST CIRCUIT**

Notice is hereby given that James C. Marcello and Olivia A. Marcello, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the First Circuit from an Order Denying Plaintiffs' Motion to Vacate Order entered in this action on the 29th day of November, 2005.

Respectively Submitted,

PLAINTIFFS

JAMES C MARCELLO
OLIVIA A MARCELLO
In Pro se,

Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
207 296 3433

**CERTIFICATION OF SERVICE**

I hereby certify that a true copy of the above appeal was mailed, postage prepaid, on this (2nd) day of December, 2005 to: Michael DeSisto,Esq, 211 Angell St, Providence,RI 02906, Robert Smith,Esq, 155 S Main St, Providence,RI 02903, and Thomas A. Palombo,Esq,AAG, 150 S Main St, Providence,RI 02903.

______________________