Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
207 296 3433

NOVEMBER 30, 2005

David DiMarzio, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
One Exchange Terrace
Providence, RI 02903

Re: Marcello, et al v DeSano, et al & Rhode Island
CA NO. 05-004 ML

Dear Mr. DiMarzio,

Enclosed for filing is (1) original and (2) copies of the following:

1. MOTION TO EXCEED

2. INDICTMENT FOR PERJURY

3. MEMORANDUM IN SUPPORT OF

4. EXHIBITS (1) thru (8)

5.

Thank you for your assistance in this matter.

Sincerely yours,

James C Marcello

cc: Michael DeSisto,Esq
Robert Smith,Esq
Thomas Palombo,Esq,AAG

NT: (REFILED FROM 11/11/05)