re: CA 05-004ML

RECEIVED

DEC 0 2005

Property of U.S. District Court
District of Rhode Island

# EX · 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. MARCELLO & OLIVIA A. MARCELLO | : | |
| VS. | : | C.A. NO. 05-004 ML |
| JOHN A. DE SANO, BERNARD HEALY, JOHN LACROSS, ALBERT MASTRIANO, ARTHUR T. MARCELLO and the STATE OF RHODE ISLAND | : : | |

DEFENDANTS, JOHN A. DE SANO, BERNARD HEALY, ALBERT MASTRIANO AND ARTHUR T. MARCELLO'S, ANSWERS TO PLAINTIFFS' INTERROGATORIES

1st Interrogatory

Whether the said defendants, or either of them are seized or possessed of any of the above mentioned plaintiffs' real or personal estate, moneys, antique furniture, household furniture, stocks, bills receivable, or any property or rights, credits, claims, demands, or interests whatever, or whether any such are held by any one in trust or otherwise for them, the said defendants, or either of them; and what such property, demands, or interests are, by whom held, and where situated.

**ANSWER:** No.

2nd Interrogatory

Whether the said defendants have, or either of them has at any time, of the above mentioned plaintiffs' real or personal estate, assigned, transferred or delivered to his wife, or any member of his family, or to any person in trust for them, or either of them, or for the said defendants, or either of them, any moneys, property, real or personal, bills, credits, rights, interests or demands. If so, where, to whom, and particularly what credits, property, rights, demands, moneys, interest or assets, and by whom are the same or the proceeds thereof now held.

**ANSWER:** No.

3rd Interrogatory

Whether the said defendants have, or either of them has at any time, of the above mentioned plaintiffs' real and personal estate, assigned, transferred or delivered to a non bona fide and/or bona fide purchaser(s), or any member of his or her family, or to any person in trust for them, or either of them, or for the said defendants, or either of them, any moneys, property, real or personal, bills, credits, rights, interests or demands. If so, where, to whom, and particularly what credits, property, rights, demands, moneys, interest or assets, and by whom are the same or the proceeds thereof now held.

**ANSWER:** No.

4th Interrogatory

Annex to your answers a statement from the books of any and all law firms, finance companies, moving and storage companies, real state agencies, land record documents, quit-claim releases, authorizations to sell, transfer, or seize, regarding the question of legal justification of the seized, possessed, assigned, transfer of said plaintiffs' real and personal property believed to be embezzled and/or stolen and deprived thereof possession without due process of law as above mentioned and alleged in amended complaint, as it existed at the times of the above dates mentioned, and if any subsequent assignments, transfers, have been made since then or parted with, state which of them; if assigned, to whom and for what purpose particularly if in trust for the defendants, or either of them, or for any other person, and who such person is.

**ANSWER:** None.

John A. DeSano

Subscribed and sworn to before me this 29th day of October, 2005.

Notary Public MICHAEL KIERNAN NOTARY PUBLIC

Bernard P. Healy

Subscribed and sworn to before me this 28th day of October, 2005.

Bernice DelSignore
Notary Public Notary Public

Arthur T. Marcello

Subscribed and sworn to before me this 31 day of October, 2005.

Lorraine A. Derols
Notary Public of Rhode Island
My Commission Expires 07/11/09

Lorraine A. Derois, Notary Public
Notary Public

Albert Mastriano

Subscribed and sworn to before me this 2 day of NOVEMBER, 2005.

Notary Public

JoAnn C. Mangione
Notary Public of Rhode Island
My Commission Expires 08/10/09

CERTIFICATION

I hereby certify that a copy of the within answers to interrogatories was forwarded to **James and Olivia Marcello**, 152 Cross Road, Stetson, Maine 04488; **Marc DeSisto, Esquire,** 211 Angell Street, Providence, Rhode Island 02906; and **Thomas A. Palombo, Assistant Attorney General,** Department of Attorney General, 150 South Main Street, Providence, Rhode Island 02903 on the 7TH day of NOVEMBER 2005, postage prepaid, regular mail.