EX. 2

8·15·05

Mr. James & Olivia Marcello
152 Cross Road
Stetson, ME 04488
(207) 296-3433

August 15, 2005

Office of the Clerk
U.S. DISTRICT COURT OF RI
One Exchange Terrace
Providence, RI 02903
(401) 752-7200

RE: **MARCELLO, et al v DESANO, et al & RHODE ISLAND**
**C.A. NO. 05-004 ML**

Dear Mr. DiMarzio,

Enclosed for filing is (1) original and (2) copies of the following:

Page(s)

**INTERROGATORIES FOR THE EXAMINATION OF THE ABOVE NAMED DEFENDANTS** 1-4

Thank you for your assistance in this matter.

Sincerely yours,

James Marcello

JAMES C MARCELLO

cc: (w/encls) to:

Marc & Michael DeSisto,Esq
Robert W Smith,Esq
Thomas Palombo,Esq,AAG
Joe Moretti,Esq

IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | C.A. NO. 05-004 ML |

**INTERROGATORIES FOR THE EXAMINATION OF THE ABOVE NAMED DEFENDANTS**

Plaintiffs, James C. and Olivia A. Marcello, in the above-captioned matter propounds the following interrogatories to the above named Defendants, John A. DeSano, Bernard P. Healy, Chief John LaCross, Arthur T. Marcello, Albert Mastriano, and State of Rhode Island, to be answered under oath within (30) days of service, pursuant to the provisions of Rule 33 of the Federal Rules of Civil Procedure. These interrogatories shall be deemed to be continuing up to the time of trial and so as to require supplemental answers if additional information or additional facts become available.

There is reason to believe that the above named Defendants on and about August 13, 2003, December 10, 2003, and February 6, 2004 as alledged in Amended Complaint, have embezzled and/or committed larceny of the real and personal property of the plaintiffs located at 557 Maple Avenue, in the town of Barrington, and in the state of Rhode Island; that (such

real estate ha been conveyed, transferre or incumbered, or that such personal estate has been removed, transferred or concealed; or that by reason of concealment or fraudulent transfer, or incumbrance thereof, the plaintiffs' have been deprived of the possession of said real and personal property without due process of law); wherefore, plaintiffs propound the interrogatories as follows:

## 1st Interrogatory

Whether the said defendants, or either of them are seized or possessed of any of the above mentioned plaintiffs' real or personal estate, moneys, antique furniture, household furniture, stocks, bills receivable, or any property or rights, credits, claims, demands, or interests whatever, or whether any such are held by any one in trust or otherwise for them, the said defendants, or either of them; and what such property, demands, or interests are, by whom held, and where situated.

## 2nd Interrogatory

Whether the said defendants have, or either of them has at any time, of the above mentioned plaintiffs' real or personal estate, assigned, transferred or delivered to his wife, or any member of his family, or to any person in trust for them, or either of them, or for the said defendants, or either of them, any moneys, property, real or personal, bills, credits, rights, interests or demands. If so, where, to whom, and particularly what credits, property, rights, demands, moneys, interest or assets, and by whom are the same or the proceeds thereof now held.

## 3rd Interrogatory

Whether the said defendants have, or either of them has at any time, of the above mentioned plaintiffs' real and personal estate, assigned, transferred or delivered to a non bona fide and/or bona fide purchaser(s), or any member of his or her family, or to any person in trust for them, or either of them, or for the said defendants, or either of them, any moneys, property, real or personal, bills, credits, rights, interests or demands. If so, where, to whom, and particularly what credits, property, rights, demands, moneys, interest or assets, and by whom are the same or the proceeds thereof now held.

## 4th Interrogatory

Annex to your answers a statement from the books of any and all law firms, finance companies, moving and storage companies, real estate agencies, land record documents, quit-claim releases, authorizations to sell, transfer, or seize, regarding the question of legal justification of the seized, possessed, assigned, transfer of said plaintiffs' real and personal property believed to be embezzled and/or stolen and deprived thereof possession without due process of law as above mentioned and alledged in amended complaint, as it existed at the times of the above dates mentioned, and if any subsequent assignments, transfers, have been made since then or parted with, state which of them; if assigned, to whom and for what purpose particularly, if in trust for the defendants, or either of them, or for any other person, and who such person is.