# EX. 3

Mr. James & livia Marcello
152 Cross Road
Stetson, ME 04488
(207) 296-3433

September 15, 2005

Office of the Clerk
UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND
One Exchange Terrace
Providence, RI 02903
(401) 752-7200

RE: MARCELLO, et al v. DESANO, et al & RHODE ISLAND
C.A. NO. 05-004 ML

Dear Mr. DiMarzio,

Enclosed for filing is (1) original and (2) copies of the following:

Page(s)

**PLAINTIFFS' DEMAND FOR ADMISSION OF EXECUTION OF DOCUMENT**

**ANNEXED: EXECUTORS' DEED & EXHIBIT "A" DEED**

Thank you for your assistance in this matter.

Sincerely yours,

James Marcello

JAMES C MARCELLO

cc: (w/encls) to:

Thomas A. Palombo,(#4212),AAG
Michael A. DeSisto,(#2444)
Robert W. Smith,(#1874)
~~xJamesx xMorextix(#5092)x~~
Arthur T. Marcello, Defendant

IN THE
UNITED STATES DISTRICT COURT F . THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | C.A. NO. 05-004 ML |

**PLAINTIFFS' DEMAND FOR ADMISSION OF EXECUTION OF DOCUMENT**

To Arthur T. Marcello, Defendant in the Above Entitled Cause:

The Plaintiffs in said cause hereby makes demand upon you to admit in writing the execution and genuineness of the "Executors' Deed" dated February 6, 2005, and signed "Arthur T. Marcello Executor," a copy of which along with attached Exhibit "A" is hereto annexed, and you are hereby notified that if such admission be not made within ten days from the date of this demand, the Plaintiffs will insist that the cost of proving the execution of said deed shall be borne by you.

Respectively Submitted,

PLAINTIFFS

JAMES C. MARCELLO
OLIVIA A. MARCELLO

James Marcello

Mr. James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

**CERTIFICATION**

I, James C. Marcello, hereby certify that I have mailed a true copy of the within on SEPTEMBER 15, 2005, by regular mail, postage prepaid to: Marc DeSisto,Esq, 211 Angell St, Providence,RI 02906, Robert Smith,Esq, 150 S Main St, Providence,RI 02903, Thomas Palombo,Esq,AAG, 155 S Main St, Providence,RI 02903, and Defendant Arthur T. Marcello, 130 Roffee St, Barrington,RI 02806.

James Marcello

EXECUTORS' DEED

I, ARTHUR T. MARCELLO, of Barrington, RI, Executor (the "Grantor") of the ESTATE OF NICHOLAS F. MARCELLO A/K/A RUDOLPH MARCELLO, by virtue of and in exercise of the power and authority vested in us, by the power of sale contained in the Last Will and Testament of Nicholas F. Marcello filed with the Probate Court of the Town of Barrington in the State of Rhode Island referenced as Docket No. 5148, and by every other power thereunto enabling the Grantor, for consideration paid in the amount of Two Hundred Seventy-Five Thousand and 00/100 ($275,000.00) Dollars, the receipt and sufficiency of which is hereby acknowledged, do hereby grant, bargain and sell and convey to NUNO C. NEVES and NATALIA PAIVA-NEVES, of Barrington, RI, Tenants By The Entirety (the "Grantee"):

See Exhibit "A" attached hereto and made a part hereof.

I, ARTHUR T. MARCELLO, for myself, heirs, executors, administrators and assigns covenant with the Grantee that I am the duly appointed and qualified Executor, appointed by said Probate Court, and as Executor, warrant title to the said premises afore described as fully as the above-mentioned authority allows me to do, against the claims and demands of all persons claiming by, through or under me as Executor of said Estate.

Grantor hereby certify that I have complied with the smoke detector law R.I. Gen. Laws §23-28.35-1 et seq. Grantor covenants that this transfer is such that no withholding under R.I. Gen. Laws § 44-30-71.3 is required as Nicholas Marcello was a resident Rhode Island.

IN WITNESS WHEREOF, the Grantor have signed, acknowledged and delivered these presents this 6th day of February, 2004

Arthur T. Marcello Executor

Arthur T. Marcello, Executor

STATE OF RHODE ISLAND
COUNTY OF KENT

In Warwick in said County, on the 6th day of February, 2004, before me personally appeared the above-named ARTHUR T. MARCELLO, to me known and known by me to be the parties executing the foregoing instrument and he acknowledged said instrument by him so executed to be his free act and deed, individually and in his capacity as Executor of the Estate of Nicholas Marcello.

Notary Public
My Commission Expires: 7/18/2005
Jeffrey F. Caffrey

Property Address:
557 Maple Avenue
Barrington, RI 02806
AP 19, Lot 18

REAL ESTATE CONVEYANCE TAX
005067
FEB - 9 2004



2