EX. 4

Mr. James & Olivia Marcello
152 Cross Road
Stetson, ME 04488
(207) 296-3433

September 21, 2005

Office of the Clerk
UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND
One Exchange Terrace
Providence, RI 02903
(401) 752-7200

RE: MARCELLO, et al v. DESANO, et al & RHODE ISLAND
C.A. NO. 05-004 ML

Dear Mr. DiMarzio,

Enclosed for filing is (1) original and (2) copies of the following:

| | | | Page(s) |
|---|---|---|---|
| MOTION TO COMPEL ANSWERS TO INTERROGATORIES | | | 1 |
| AFFIDAVIT AND MEMORANDUM IN SUPPORT OF | | | 1-5 |
| ATTACHED PLAINTIFFS INTERROGATORIES FOR THE EXAMINATION OF ABOVE NAMED DEFENDANTS - AUG 15, 05 | | | 1-4 |
| EXHIBITS NOS: | 1 Court file (03-05880) | 6-6-03 | 1-19 |
| | 2 Counterfeit Execution | 8-5-03 | 1 |
| | 3 Court Commitment Sheets | 8-13-03 | 1-2 |
| | 4 Counterfeit Executor Deed | 2-6-04 | 1-2 |

Thank you for your assistance in this matter.

Sincerely yours,

James Marcello

JAMES C MARCELLO

cc: (w/encls) to:

Thomas A. Palombo, (#4212), A
Michael A. DeSisto, (#2444)
Robert W. Smith, (#1874)
James Moretti, (#5092)

UNITED STATES POSTAL SERVICE® **Receipt**

STETSON ME 04488 SEP 21 2005

Amount (Written Out) /100 Dollars | Amount (In Numbers) $ 7.40

Purpose: postage on flats

Is any Portion of this Sale a Charitable Tax Deduction? ☐ Yes ☐ No

If "Yes," the fair market value of the postage portion of the foregoing stamps equals the First-Class postage rate.

By (Signature and Title) | Date 9/21/05

PS Form **1096**, April 1998

IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

JAMES C. and OLIVIA A. MARCELLO )
Plaintiffs )
vs. ) C.A. NO. 05-004 ML
JOHN A. DESANO, BERNARD P HEALY )
JOHN LACROSS, ARTHUR T MARCELLO )
ALBERT MASTRIANO & RHODE ISLAND )
Defendants )

## MOTION TO COMPEL ANSWERS TO INTERROGATORIES

Now comes Plaintiffs, Mr. James C. & Olivia A. Marcello, hereby moves this Court for an Order compelling Defendants, John A. DeSano, Bernard P. Healy, Arthur T. Marcello, and Albert Mastriano, to file answers to Plaintiffs' Interrogatories for the Above Named Defendants dated August 15, 2005. As grounds, Plaintiffs relies on the Affidavit and Memorandum of Law filed within.

## CERTIFICATION

The movant has in good faith conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without court action.

Respectively Submitted,

PLAINTIFFS

JAMES C. MARCELLO
OLIVIA A. MARCELLO
In Pro se,

Mr. James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | ) | C.A. NO. 05-004 ML |

**AFFIDAVIT AND MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

This Affidavit and Memorandum of Law supports the Motion to Compel Answers to Interrogatories filed by Plaintiffs James C. & Olivia Marcello purusuant to Rule 37(a)(2)(b) of the Federal Rules of Civil Procedure, against Defendants John A. DeSano, Bernard P. Healy, Arthur T. Marcello, and Albert Mastriano, for failure to answer Plaintiffs' Interrogatories for the Examination of the Above Defendants dated August 15, 2005, A copy of such is hereby annexed in (4) page form.

Respectfully, Defendants on and about August 13, 2003 and December 10, 2003, were observed committing embezzlement and/or larcency at 557 Maple Avenue Barrington RI, of both personal and real property belonging to the Plaintiffs. For reasons set forth in the accompanying Affidavit, Plaintiffs respectively request that the Motion to Compel Answers to Interrogatories be granted; that Defendants John A. DeSano, Bernard P. Healy, Arthur T. Marcello, and Albert Mastriano be ordered to answer, that the court may fix a reasonable time to answer, and such other and further relief as justice may require.

Respectively S[illegible]mitted,

PLAINTIFFS

JAMES C. MARCELLO
OLIVIA A. MARCELLO
In Pro se,

James Marcello

Mr. James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

**AFFIDAVIT**

STATE OF MAINE )

) ss.

COUNTY OF PENOBSCOT )

**HAVING FIRST BEEN DULY SWORN,** James C. Marcello, the undersigned affiant, does hereby depose and say as follows:

1. On June 4, 2000, Defendant Arthur T. Marcello threaten James N.J. Marcello to pay money to police and judges to put him in jail to take the real estate property at 557 Maple Avenue Barrington, RI..

2. On September 30, 2002 at approximately 9:30 a.m., Defendant Arthur T. Marcello phone me and threatened to pay money to police and judges to put me in jail to get this house at 557 Maple Avenue Barrington, RI., where my wife and I were residing and received the call.

3. On April 7, 2003 at approximately 11:00 a.m., Defendants Arthur T. Marcello and Albert Mastriano were busted by the two Barrington Police Officers in separate squard cars in the act of breaking and entering in my home resident property at 557 Maple Avenue Barrington, RI. following our call to the police from said residence.

4. On and about April 7, 2003, I believe Defendant Arthur T. Marcello did pay money to Defendant Chief John LaCross of Barrington P.D. to conspire with Co-Defendants attorney John A. DeSano and Bernard P. Healy to conspire to a misuse of process against me for the intent to illegally jail and hold without bail for purposes of committing embezzlement and/or larcency of my personal and real estate property located at 557 Maple Avenue Barrington, RI..

5. On June 6, 2003, Defendant attorney Bernard P. Healy filed a purported "landlord tenant eviction" action against me for the intent to commit above mentioned. (See Exibit 1: Court File)

6. There was no real party plaintiff (See Ex: 1, p.4, notice to vacate premises UNSIGNED)

7. I believe Defendant Arthur T. Marcello purchased the Default Judgement on July 23, 2003 from Defendant State of Rhode Island 6th District Court Judge Gorman (See Ex: 1, p.1 docket entry sheet default).

8. I believe Defendant Chief John LaCross agreed in conspiracy with co-defendants to stake out on August 13, 2003 with enter police force croached below my front hedges, and charge into my property at 557 Maple Avenue Barrington, RI with full reasonable knowledge that he was acting under color of law to deprive me and my wife of our personal and real property and provide Defendant Arthur T. Marcello a strongarmed opportunity to commit embezzlement and/or lacency in the gross $500,000.00 from the purported Landlord tenant eviction with a counterfeit execution writ dated August 5, 2003 (See Ex: 2, p.1 counterfeit execution)

9. On August 13, 2003, Defendant Chief John LaCross illegally jailed me and remove my wife from said property.

10. On August 13, 2003, I believe Defendant Arthur T. Marcello purchased a "held without bail" from Defendant State of Rhode Island Superior Court Judge Krause (See Ex: 3, court docket commitment sheet).

11. On August 13, 2003, Defendant Arthur T. Marcello and Defendant Albert Mastriano did enter on my property at 557 Maple Avenue Barrington, RI and stole over $130,000.00 of antiques, dining room set, 3 bed room sets, value china, antique clocks, carpentry equipment, antique glenwood stove (1850), law books, office equipment, while I was illegally held in jail for the purpose thereof.

12. On October 29, 2003, Mr. Jerry & Carol O'Donnell made a report to me that he observed Defendant Arthur T. Marcello and Defendant Albert Mastriano with a crew at my property during the month of August, 2003, removing my possessions and a dumpster in my yard while I was illegally held without bail.

13. On October 13, 2003 at approximately 4:30 p.m., a report from a employee (unknown) from Jones Moving & Storage stated they were in fact called and entered my property at 557 Maple Avenue Barrington, RI and stated they would not swear in writing that they moved $100,000.00 in antiques out of my home on August 13, 2003.

14. I believe Defendant Arthur T. Marcello had removed the priceless antiques,etc., (above mention No.11) to the locations as follows: Arthur T. Marcello, 130 Roffee St, Barrington, RI 02806, Arthur T. Marcello,jr., 114 Governor Bradford Dr, Barrington, RI 02806, and Thomas A. Marcello, 24 Cove Avenue, Barrington, RI 02806.

15. On November 5, 2003 at 9:30 a.m.,neighbor Danny Berg made a report to me stating he saw Defendant Arthur T. Marcello and a crew working in my yard at 557 Maple Avenue Barrington, RI, during the month of August, 2003, when I was in jail. Danny Berg is a resident of Maple Avenue Barrington, RI.

16. On October 10, 2003, a neighbor Robert Andreozzi of Maple Avenue Barrington, RI, reported that he observed Defendants Arthur T. Marcello and Albert Mastriano on August 13, 2003 and days to follow, with people and trucks loading articles from the house and garage of my property located at 557 Maple Avenue Barrington, RI.

17. I believe Defendant Albert Mastriano stole the priceless antiques, etc., (above mentioned No.11, p.3), and took them to 431 Maple Avenue Barrington, RI and also to, his wife's house located in Warwick, RI, address unknown.

18. On October 1, 2003, my wife and I returned to 557 Maple Avenue Barrington, RI and found it entirely emptied. We stopped at Barrington Police Station prior to return, and informed Defendant Bernard P. Healy on police phone that we will charge him with embezzlement and laceny if we find anything missing from our home.

19. On October 3, 2003, Nuno & Natalia Paiva-Neves came to our property and stated that Defendant Arthur T. Marcello met them on August 15, 2003 at our property, while I was illegally arrested and held in jail, and he wanted from them $300,000.00 on the books and over $100,000.00 in cash for our property.

20. On February 11, 2004, Nuno & Natalia Paiva-Neves admitted that on February 6, 2004 Defendant Arthur T. Marcello fraudulently sold the property to them and they are going to loose their money. (See Ex: 4, Counterfeit Executor Deed 2/6/04)

for these reasons and many more are in support that the Motion to Compel Answers to Interrogatories may be granted.

**FURTHER AFFIANT SAYETH NOT.**

Witness my hand under the penalties of perjury this 21 day of Sept., 2005.

James Marcello

James C. Marcello

NOTARY'S STATEMENT

STATE OF MAINE )
) SS.
COUNTY OF PENOBSCOT )

On this day personally appeared JAMES C. MARCELLO, who, having first been sworn, acknowledged the foregoing before me.

Dennell K. Ham

NOTARY PUBLIC DENNELL K HAM
NOTARY PUBLIC, MAINE
MY COMMISSION EXPIRES NOVEMBER 18, 2010

DENNELL K. HAM NOTARY PUBLIC MAINE

# CERTIFICATION

I, James C. Marcello, hereby certify that I have mailed a true copy of the following:

1. MOTION TO COMPEL ANSWERS TO INTERROGATORIES
2. AFFIDAVIT AND MEMORANDUM IN SUPPORT OF
3. ATTACHED PLAINTIFFS INTERROGATORIES FOR EXAMINATION OF ABOVE NAMED DEFENDANTS - AUG 15,05
4.
5.

by regular mail, postage prepaid, on **SEPTEMBER 21, 2005** specified below to the following:

Marc DeSisto,Esq
211 Angell Street
Providence, RI 02906

Robert Smith,Esq
155 South Main Street
Providence, RI 02903

Thomas Palombo,Esq,AAG
150 South Main Street
Providence, RI 02903

James Moretti,Esq
300 Centerville Rd - 300W
Warwick, RI 02886

I swear under penalty of perjury that this is true and correct.

James Marcello

JAMES C MARCELLO

PLAINTIFFS'

INTERROGATORIES FOR THE EXAMINATION OF THE ABOVE

NAMED DEFENDANTS

- AUGUST 15, 2005 -

IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | ) | C.A. NO. 05-004 ML |

**INTERROGATORIES FOR THE EXAMINATION OF THE ABOVE NAMED DEFENDANTS**

Plaintiffs, James C. and Olivia A. Marcello, in the above-captioned matter propounds the following interrogatories to the above named Defendants, John A. DeSano, Bernard P. Healy, Chief John LaCross, Arthur T. Marcello, Albert Mastriano, and State of Rhode Island, to be answered under oath within (30) days of service, pursuant to the provisions of Rule 33 of the Federal Rules of Civil Procedure. These interrogatories shall be deemed to be continuing up to the time of trial and so as to require supplemental answers if additional information or additional facts become available.

1. There is reason to believe that the above named Defendants on and about August 13, 2003, December 10, 2003, and February 6, 2004 as alledged in Amended Complaint, have embezzled and/or committed larceny of the real and personal property of the plaintiffs located at 557 Maple Avenue, in the town of Barrington, and in the state of Rhode Island; that (such

real estate has been conveyed, transferred or incumbered, or that such personal estate has been removed, transferred or concealed; or that by reason of concealment or fraudulent transfer, or incumbrance thereof, the plaintiffs' have been deprived of the possession of said real and personal property without due process of law); wherefore, plaintiffs propound the interrogatories as follows:

**1st Interrogatory**

Whether the said defendants, or either of them are seized or possessed of any of the above mentioned plaintiffs' real or personal estate, moneys, antique furniture, household furniture, stocks, bills receivable, or any property or rights, credits, claims, demands, or interests whatever, or whether any such are held by any one in trust or otherwise for them, the said defendants, or either of them; and what such property, demands, or interests are, by whom held, and where situated.

**2nd Interrogatory**

Whether the said defendants have, or either of them has at any time, of the above mentioned plaintiffs' real or personal estate, assigned, transferred or delivered to his wife, or any member of his family, or to any person in trust for them, or either of them, or for the said defendants, or either of them, any moneys, property, real or personal, bills, credits, rights, interests or demands. If so, where, to whom, and particularly what credits, property, rights, demands, moneys, interest or assets, and by whom are the same or the proceeds thereof now held.

3rd Interrogatory

Whether the said defendants have, or either of them has at any time, of the above mentioned plaintiffs' real and personal estate, assigned, transferred or delivered to a non bona fide and/or bona fide purchaser(s), or any member of his or her family, or to any person in trust for them, or either of them, or for the said defendants, or either of them, any moneys, property, real or personal, bills, credits, rights, interests or demands. If so, where, to whom, and particularly what credits, property, rights, demands, moneys, interest or assets, and by whom are the same or the proceeds thereof now held.

4th Interrogatory

Annex to your answers a statement from the books of any and all law firms, finance companies, moving and storage companies, real estate agencies, land record documents, quit-claim releases, authorizations to sell, transfer, or seize, regarding the question of legal justification of the seized, possessed, assigned, transfer of said plaintiffs' real and personal property believed to be embezzled and/or stolen and deprived thereof possession without due process of law as above mentioned and alledged in amended complaint, as it existed at the times of the above dates mentioned, and if any subsequent assignments, transfers, have been made since then or parted with, state which of them; if assigned, to whom and for what purpose particularly, if in trust for the defendants, or either of them, or for any other person, and who such person is.

To The Defendar Above Named:

You and each of you are hereby notified and required, within (30) days after service hereof on you, exclusive of the day of such service, to answer the within interrogatories.

Respectfully Submitted,

PLAINTIFFS

JAMES C. MARCELLO
OLIVIA A. MARCELLO
In Pro se,

Mr. James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
(207) 296-3433

## CERTIFICATION

I, James C. Marcello, hereby certify that I mailed a true copy of this INTERROGATIORIES FOR THE EXAMINATION OF THE ABOVE NAMED DEFENDANTS, by first-class mail, postage prepaid, on AUGUST 15, 2005, to those indicated below:

JAMES C MARCELLO

Marc DeSisto,Esq
211 Angell St
Providence, RI 02906

Robert W Smith,Esq
155 S Main St
Providence, RI 02903

Thomas Palombo,Esq,AAG
150 S Main St
Providence, RI 02903

Joe Moretti,Esq
300 Centerville Rd
Warwick, RI 02886