EX. 6

**STATE OF RHODE ISLAND**

County of Bristol
Estate of Nicholas F. Marcello, a/k/a
Alias Nicholas Rudolph Marcello
Alias

**PROBATE COURT OF THE**
TOWN OF BARRINGTON

No. 5148

March 9, 2004
Date

## THE

FIRST AND FINAL
(Number of Account)

## ACCOUNT

For the period from 2/14/03 (Date) to 4/5/04 (Date)

| | |
|---|---|
| **Schedule A Received** | $ 264,213.02 |
| **Schedule B Paid Out** | $ 264,213.02 |
| **Schedule C Balance** | $ 0 |

*Attach form PC—9.1, Waiver, if applicable.*

Signature of Fiduciary

Signature of Co-Fiduciary

Name of Fiduciary

Name of Co-Fiduciary

Title of Fiduciary

Title of Co-Fiduciary

Sc. Date:

*Subscribed and sworn to before me*

Notary public (please print name)

Notary public signature

## DECREE

**Account allowed.**

Date

Probate Judge

**No.** 5148

# SCHEDULE A

| Number | Date | | Amount |
|---|---|---|---|
| 1 | | *Amount of personal estate according to inventory; or balance of next prior account* | $2,886.86 |
| | | *Amount received from gain on sale of personal estate over appraised value and from other property as follows:* | |
| 2 | | Liquidation of real estate to a bonafide | |
| | | purchaser (property located at 557 Maple Avenue, Barrington, Rhode Island | |
| | | (Gross sales price--$275,000 and net proceeds generated from sale in accord with settlement | |
| | | statement appended hereto and made a part hereof $260,017.37) | $260,326.16 |
| 3 | | Motor vehicle--originally inventoried at | |
| | | $1,500--actually sold for $2,500--Gain--$1,000 | $1,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total: | $264,213.02 |

No. 5148

## SCHEDULE B

| Number | Date | Showing payments, charges, losses, and distributions | Amount |
|---|---|---|---|
| | | *Here follows the settlement of all claims filed with the clerk and not heretofore accounted for; either by payment in full or in part or by abandonment by the creditor after disallowance; together with all other* | |
| 1 | | Escrow on termite inspection (cannot proceed to properly or effectively determine whether | |
| | | termites were on the premises until spring of 2004--Escrow--$550 | 550.00 |
| 2 | | Claim on estate by Department of Human Services | 5,005.49 |
| 3 | | Fees and expenses incurred by custodian, David Strachman--Custodian fee | 2,583.00 |
| 4 | | Constable Al Harris who was involved in all phases of the court proceedings per his stmt. | 800.00 |
| 5 | | John B. Ennis, Esquire--witness in trepass and eviction action and consultation re title | 575.00 |
| | | search | |
| 6 | | Payment to fiduciary (Executor) for services rendered and reimbursement of expenditures | 22,907.88 |
| 7 | | Payment to Kiernan, Plunkett & Redihan for counsel fees and work product per petition | 20,390.87 |
| | | and expenditures | |
| 8 | | Jones Moving & Storage | 454.20 |
| 9 | | Clerk of probate for advertising fee | 30.00 |
| 10 | | Tangible personal property originally inventoried at $1,365--actually sold for | |
| | | $975--Loss: $390.00 | 390.00 |
| 11 | | Home Depot for payment of Smoke & Monoxide units, electrical supplies, attic stairway | |
| | | and new toilet for second floor | 503.42 |
| 12 | | Interpleader action in Providence Superior Court necessitated by the lack of evidence or | |
| | | proof as to who should be reimbursed between James C. Marcello and James N. T. Marcello | |
| | | a. the funeral bill of decedent | 2,163.00 |
| | | b. the real estate taxes paid to the Town of Barrington during the travel of the estate | 2,781.00 |
| | | c. payment to bank of balance due on mortgage on 557 Maple Avenue | 24,007.62 |
| | | ~~d.~~ entry fee to clerk of court for filing said complaint | 160.00 |
| | | ~~e.~~ anticipated sheriff's costs | 60.00 |
| | | ~~f.~~ anticipated allowance by the court for legal expenses in the filing of said complaint | 490.00 |

5000 [illegible] to Jim

No. 5148

# SCHEDULE B

| Number | Date | Showing payments, charges, losses, and distributions | Amount |
|---|---|---|---|
| *Here follows the settlement of all claims filed with the clerk and not heretofore accounted for; either by payment in full or in part or by abandonment by the creditor after disallowance; together with all other* | | | |
| 13 | | James C. Marcello, Legatee | 27,654.23 |
| 14 | | Arthur T. Marcello, Legatee | 36,872.31 |
| 15 | | Peter Marcello, Legatee | 11,522.60 |
| 16 | | Jennie Marcello, Legatee | 11,522.60 |
| 17 | | Nicholas Marcello, Legatee | 11,522.60 |
| 18 | | James N. T. Marcello, Legatee | 11,522.60 |
| 19 | | Maryann Marcello, Legatee | 18,436.15 |
| 20 | | Arthur T. Marcello, Jr., Legatee | 18,436.15 |
| 21 | | Gayton Marcello, Jr., Legatee | 18,436.15 |
| 22 | | Thomas A. Marcello, Legatee | 18,436.15 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total: | 264,213.02 |

**No.** 5148

# SCHEDULE C

| | | | Amount |
|---|---|---|---|
| *This Schedule contains all items of personal property now in the possession of the fiduciary, including cash.* | | | |
| | | | 0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

KIERNAN, PLUNKETT & REDIHAN
THE REMINGTON BUILDING
91 FRIENDSHIP STREET
PROVIDENCE, RHODE ISLAND 02903

James C. Marcello
c/o Eleanor Slater Hospital
Box 8269
Cranston, RI 02920