EX. 7

**STATE OF RHODE ISLAND**
**BRISTOL, SC**

**PROBATE COURT OF THE**
**TOWN OF BARRINGTON**

**ESTATE OF NICHOLAS F. MARCELLO,**
**a/k/a NICHOLAS RUDOLPH MARCELLO : PROBATE NO. 5148**

**MISCELLANEOUS PETITION FOR**
**APPROVAL OF FIDUCIARY'S FEES**

Respectfully represents, Arthur T. Marcello, being first duly sworn upon oath, does hereby depose and say:

1. That I am the executor who was duly appointed by this court to marshall in all of the assets, to protect same and to ready same for liquidation and then to make disbursements of the liquid assets in accord with the dictates of the Last Will and Testament of the late Nicholas F. Marcello, a/k/a Nicholas Rudolph Marcello, late of Barrington, Rhode Island.

2. That I have submitted herewith a work product in my capacity as executor along with a list of my expenditures in carrying out said duties.

3. That I have expended a total of 217.50 hours in the repair, refurbishing and maintenance of the real estate which is the main asset in this estate and that a fee of $50 per hour or $10,875 as a fee is fair and reasonable considering the nature and the responsibility undertaken.

4. That I have expended a total of 38.10 hours toward legal time in the nature of court appearances, testimony, attorney conferences and preparation for trial in three different courts in the State of Rhode Island and that a total of $70 per hour or the amount of $2,667 is fair and reasonable considering the circumstances involved.

5. That I have expended a total of 668 miles toward the accomplishment of the above services and that a seeking of reimbursement of .30 per mile or a total of $200.40 is fair and reasonable under the circumstances.

6. That toward the attainment of accomplishing the above and setting the house up to be in a salable condition, I personally expended $9,165.48 from my own personal funds and that I am seeking reimbursement of same from the funds of the within estate.

7. That the grand total therefore that I am seeking as an Order of this Court as fees and reimbursements are as follows:

| | |
|---|---|
| Total of hours spent at house: | $10,875.00 |
| Total of court appearances, testimony, attorney conferences and preparation of trial in three different court in the State of Rhode Island: | $ 2,667.00 |
| Total of miles: | $ 200.40 |
| Reimbursment of expenditures made to Arthur T. Marcello on behalf of estate: | $ 9,165.48 |
| Grand total of above: | $22,907.88 |

Dated: March 3, 2004

Respectfully submitted:

Arthur T. Marcello

Subscribed and sworn to before me on the day of March, 2004 by Arthur T. Marcello.

**NOTARY PUBLIC**
**MY COMMISSION EXPIRES:**

## NOTICE OF HEARING

Please take notice that this matter will be called for hearing on April 5, 2004 at 9:00 a.m. before the Barrington Probate Court, Town Hall, Barrington, Rhode Island 02806.

## CERTIFICATION

I, Arthur T. Marcello, do hereby certify and say that I mailed a copy of the within Petition by regular mail, postage prepaid on March 9, 2004 to the following:

Michael J. Farley, Esquire
670 Willett Avenue
East Providence, RI 02915

Maryann Marcello
4275 Via Eldorodo
Fallbrook, CA 92028

Arthur T. Marcello
130 Roffee Street
Barrington, RI 02806

James C. Marcello
2060 Crossroad Street
Stetson, ME

James C. Marcello
c/o Eleanor Slater Hospital
Box 8269
Cranston, RI 02920

James N. J. Marcello
24 Carpenter Street
Cumberland, RI 02864

Jennie Marcello Gantiener
P. O. Box 343
Corinna, ME 04928

Peter Marcello
27 Brookside Drive
Lyman, ME 04002

Nicholas J. Marcello
P. O. Box 91
Thorndike, ME 04986

Arthur T. Marcello, Jr.
114 Govenor Bradford Drive
Barrington, RI 02806

Gayton Marcello, Jr.
7853 Camino Kioseo
San Diego, CA 92122

Thomas A. Marcello
24 Cove Avenue
Barrington, RI 02806

Dept. of Human Services
Louis Pasteur Bldg. #57
600 New London Avenue
Cranston, RI 02920
Attn: Jacqueline G. Kelley, Esq.

Kathleen J. Roy

**DECREE**

Fee and expenditures of $22,907.88 is allowed to Arthur T. Marcello.

Dated:________________________

**PER ORDER:** **ENTER:**

________________________ ________________________

3

February 23, 2004

Mr. Arthur T. Marcello, Executor
of the Estate of Nicholas Marcello
130 Roffee Street
Barrington, RI 02806

**STATEMENT**

In the matter of the Estate of Nicholas F. Marcello, a/k/a Nicholas Rudolph Marcello

I. Work Product Toward the real estate at 557 Maple Avenue, Barrington, Rhode Island:

| | | |
|---|---|---|
| February 14, 2003 | Jamiel Insurance Co. to purchase house insurance for six months (12 Miles) | 2.5 |
| February 21, 2003 | Locksmith Mobile Services for locksmith services (2.8 Miles) | 4. |
| April 13, 2003 | William Moon Co. to obtain appraisal for house (3.8 Miles) | 4. |
| April 23, 2003 | Coleman Realty (1.8 Miles) | 2. |
| April 23, 2003 | Barrington Print Co. for copying of deed for attorney (4 Miles) | 1. |
| August 3, 2003 | Avery Insurance Co. (1.8 Miles) | 2. |
| August 10, 2004 | Coleman Realty with realtor (.8 Miles) | 1.5 |
| August 12, 2003 | Conference with Constable Al Harris | 1. |
| August 18, 2003 | Avery Smith Insurance Co. to purchase house insurance for six months (6 Miles) | 2. |
| August 24, 2003 | House Appraiser for appraisal of house (.8 Miles) | 2. |
| August 25, 2003 | Woodcrafters services (.8 Miles) | 1. |
| August 25, 2003 | Barrington Antiques for services (.8 Miles) | 1.5 |
| August 25, 2003 | Country Squire Antiques for services (.8 Miles) | .5 |

| | | |
|---|---|---|
| August 25, 2003 | Massasoit Realty Realty for services (.8 Miles) | 2. |
| August 25, 2003 | Antique Exchange for services (.8 Miles) | 1.5 |
| August 26, 2003 | Ancestral Antiques for services (.8 Miles) | 2. |
| August 28, 2003 | Ancestral Antiques for services .8 Miles) | 3. |
| August 29, 2003 | Benny's Stores for doorbell buttons (7 Miles) | 1. |
| September 2, 2003 | Barrington Antiques for appraisal (.8 Miles) | 1. |
| September 3, 2003 | Cleaning of Property (.8 Miles) | 6 |
| September 4, 2003 | Mercier's Hardware for bee spray (5 Miles) | 1. |
| September 5, 2003 | Cleaning of Property (1.6 Miles) | 7. |
| September 6, 2003 driveway (.8 Miles) | Mike Brando Towing to remove truck in | 1. |
| September 8, 2003 Supplies (3.3 Miles) | Barrington Lumber for miscellaneous | 1.5 |
| September 8, 2003 | Painter and cleaner services (2.4 Miles) | 6.5 |
| September 9, 2003 | Cleaning up the property (6.6 Miles) | 3. |
| September 9, 2003 | Yard cleaning (6.6 Miles) | 7. |
| September 9, 2003 | NLC Insurance for liability coverage | |
| September 11, 2003 | Yard cleaning (.8 Miles) | 3.5 |
| September 11, 2003 | Souto Disposal Services for dumpster (.8 Miles) | 1.5 |
| September 11, 2003 | Josh Gendreau for cleaning premises (.8 Miles) | 3.5 |
| September 12, 2003 | Josh Gendreau for cleaning (.8 Miles) | 6. |
| September 12, 2003 | King Locksmith for car (.8 Miles) | 4. |
| September 13, 2003. cleaning (1.6 Miles) | Susan Bonilla for services of 2 days house | 6. |
| September 13, 2003 (1.6 Miles) | Louis Revelloz (painted each of house) | 4. |

| | | |
|---|---|---|
| September 15, 2003 | Carlos Alves for yard work (.1.6 Miles) | 5. |
| September 15, 2003 house and car (.8 Miles) | King Lock Co. to make new keys for | 3. |
| September 16, 2003 | Josh Gendreau for cleaning (.8 Miles) | 6. |
| September 16, 2003 | King Locksmith for car (.8 Miles) | 4. |
| September 17, 2003 shed and garage (1.6 Miles) | Josh Gendreau for cleaning basement, | 4. |
| September 17, 2003 | Mercier's Hardware for supplies (.8 Miles) | 2. |
| September 19, 2003 (1.6 Miles) | Josh Gendreau and assistant for cleaning | 4. |
| September 20, 2003 | Josh Gendreau for trash removal (.8 Miles) | 4.5 |
| September 22, 2003 | Realtor re house (.8 Miles) | 6.5 |
| September 24, 2003 spring mattress and garbage (1.6 Miles) | Josh Gendreau and assistant to remove | 3. |
| September 27, 2003 garage and back deck (1.6 Miles) | Josh Gendreau and assistant to paint | 3. |
| September 29, 2003 (1.6 Miles) | Home Depot to purchase paint for garage | 1.5 |
| September 31, 2003 | Attic door repair (.8 Miles) | 1. |
| October 6, 2003 and garage (18 Miles) | Home Depot to purchase paint for house | 1.5 |
| October 6, 2003 paint for garage (18 Miles) | Home Depot to purchase 2 gallons of | 1.5 |
| October 8, 2003 storm door (18 Miles) | Home Depot to purchase lock, handle for | 1. |
| October 10, 2003 cylinder (18 Miles) | Home Depot to purchase storm door | 1. |
| November 10, 2003 (.8 Miles) | Michael Roccabello for boiler adjustment | 2. |
| November 11, 2003 | Home Depot to purchase paint (18 Miles) | 1.5 |

| | | |
|---|---|---|
| November 14, 2003 (3.3 Miles) | Barrington Hardware for electrical supplies | 1. |
| January 9, 2004 | Home Depot for electrical supplies (18 Miles) | 2. |
| January 11, 2004 | Home Depot for electrical supplies (18 Miles) | 2.5 |
| January 14, 2004 | Barrington Hardware (6.6 Miles) | 1. |
| January 19, 2004 | Home Depot for electrical supplies (18 Miles) | 2. |
| January 20, 2004 | Hours with electrician (.8 Miles) | 6. |
| January 22, 2004 | Fire Dept. Inspection and realtor (.8 Miles) | 4. |
| January 23, 2004 | Home Depot (2 trips, electrical) (36 Miles) | 4. |
| January 23, 2004 | Hours with electrician (.8 Miles) | 3.5 |
| January 23, 2004 | Home Depot for smoke detectors (18 Miles) | 2. |
| January 24, 2004 | Bristol County Water Authority for meter reading at house (.8 Miles) | 1. |
| January 24, 2004 (.8 Miles) | Michael Roccabello for electrical repairs | 4. |
| January 26, 2004 | Hours with electrician (.8 Miles) | 3. |
| January 27, 2004 | Reliable Pest Control (.8 Miles) | 3. |
| January 28, 2004 | Hours with electrician (.8 Miles) | 4. |
| January 29, 2004 | Hours spent with James, Jr. to remove Items belonging to father (.8 Miles) | 7. |
| January 29, 2004 | Home Depot (plumbing supplies) (18 Miles) | 1.5 |
| January 29, 2004 | Home Depot (electrical supplies) (18 Miles) | 1.5 |
| January 30, 2004 | Home Depot for attic ladder (18 Miles) | 2. |
| January 30, 2004 | Home Depot (electrical supplies) (18 Miles) | 1.5 |
| January 30, 2004 | M & G Supply for toilet tank parts (6 Miles) | 1. |
| February 5, 2004 | Installation of attic ladder (.8 Miles) | 3. |

| | | |
|---|---|---|
| February 7, 2004 | Hours with plumbing company ( Miles) | 2. |
| February 8, 2004 (18 Miles) | Home Depot for new toilet for second floor | 2.5 |
| February 9, 2004 | Avery Insurance Co. (5 Miles) | .5 |

Total: 218.50 hours X $50 per hour = $10,925.00 **$10,875.00**
Total Miles: 426 Miles X .30 per mile = $127.80 **$ 127.80**

II. Work product involved either as a witness or testimony in pending court cases or appearance in anticipation of testimony or conference in preparation of same:

A. Barrington Probate Court Attendance:

| | | | |
|---|---|---|---|
| November 14, 2002 | (1.8 Miles) | 2. | |
| November 6, 2003 | (1.8 Miles) | 2. | |
| February 3, 2003 | (1.8 Miles) | 2. | |
| March 3, 2003 | (1.8 Miles) | 1.5 | |
| April 7, 2003 | (1.8 Miles) | 1.5 | |
| May 2, 2003 | (1.8 Miles) | 1.5 | |
| June 2, 2003 | (1.8 Miles) | 1.5 | |
| Total: | (12 Miles) | 12.6 | |
| $70 per hour X 12.6 hours = $882.00 | | | **$ 882.00** |

B. Providence County Superior Court Attendance

| | | | |
|---|---|---|---|
| December 8, 2003 | (34 Miles) | 6. | |
| December 9, 2003 | (34 Miles) | 4.5 | |
| December 12, 2003 | (34 Miles) | 4.5 | |
| Total: | (102 Miles) | 15. | |
| $70 per hour X 15 hours = $1,050.00 | | | **$1,050.00** |

C. Consultation with counsel in anticipation of court attendance:

| | | | |
|---|---|---|---|
| July 15, 2003 Attorney Healy | (32 Miles) | 2. | |
| July 16, 2003 District Court | (32 Miles) | 2.5 | |
| July 23, 2003 Attorney Healy | (32 Miles) | 2.5 | |
| August 26, 2003 Attorney Healy | | .5 | |
| November 5, 2003 District Court | (32 Miles) | 3. | |
| Total: | (128 Miles) | 10.5 | |
| $70 per hour X 10.5 hours = $735.00 | | | **$ 735.00** |

Expenditures made on behalf of estate by Arthur T. Marcello:

| | | | |
|---|---|---|---|
| 1 | 2/14/03 | Jamiel Insurance (6 mos. insurance on house) | 1,390.50 |
| 2 | 2/21/03 | Locksmith Mobile Services (change locks) | 143.91 |
| 3 | 4/17/03 | William Moon Co. (appraisal of furniture) | 300.00 |
| 4 | 4/23/03 | Barrington Print Co. (copy of deed for atty) | 2.44 |
| 5 | 8/12/03 | Alfred J. Harris (constable) (conference) | 1,500.00 |
| 6 | 8/18/03 | Avery Smith Ins. (6 mos. insurance on house) | 1,300.00 |
| 7 | 8/29/03 | Benny's Stores (doorbell buttons) | 4.62 |
| 8 | 8/29/03 | Ocean St. Job Lot (cleaning supplies for house) | 24.01 |
| 9 | 9/2/03 | Barrington Antiques (appraisal of furniture) | 81.25 |
| 10 | 9/4/03 | Mercier's Hardware (bee spray) | 4.27 |
| 11 | 9/5/03 | Mike Brando Towing (move truck in driveway) | 30.00 |
| 12 | 9/8/03 | Barrington Lumber (Miscelleanous supplies) | 13.50 |
| 13 | 9/9/03 | NLC Insurance (liability coverage) | 75.00 |
| 14 | 9/12/03 | Susana Bonilla (2 days cleaning house) | 200.00 |
| 15 | 9/12/03 | Louis Revelloz (painted east of house) | 100.00 |
| 16 | 9/12/03 | Carlos Alves (yard work) | 340.00 |
| 17 | 9/12/03 | King Lock Co. (new keys cut/house and car) | 125.00 |
| 18 | 9/12/03 | Mercier's Hardware (house numbers, chimney cover) | 9.84 |
| 19 | 9/13/03 | John Gendreau (cleaning basement, shed, garage) | 40.00 |
| 20 | 9/15/03 | John Gendreau & assistant (cleaning) | 136.00 |
| 21 | 9/24/03 | John Gendreau & assistant (removal of spring mattress and garbage) | 100.00 |
| 22 | 9/27/03 | Josh Gendreay & assistant (painted garage and back deck) | 85.00 |
| 23 | 9/29/03 | Home Depot (2 gal. paint for garage & trim) | 40.86 |

| | | | |
|---|---|---|---|
| 24 | 10/6/03 | Home Depot (paint-house & garage) | 35.57 |
| 25 | 10/6/03 | Home Depot (lock, handle-storm door) | 10.47 |
| 26 | 10/6/03 | Home Depot (storm door cylinder) | 9.27 |
| 27 | 10/6/03 | Home Depot (2 gal. paint, garage) | 45.06 |
| 28 | 10/14/03 | Louis Revelouz (attic door repair) | 10.00 |
| 29 | 10/17/03 | R.I. Souto Disposal Service (dumpster for garage removal from garage & basement, etc.) | 469.80 |
| 30 | 11/10/03 | Michael Roccabello (boiler adjustment) | 40.00 |
| 31 | 11/11/03 | Home Depot (paint) | 95.19 |
| 32 | 11/14/03 | Barrington Hardware (electrical supplies) | 5.34 |
| 33 | 1/4/04 | Michael Roccabello (partial payment for electrical repairs) | 100.00 |
| 34 | 1/19/04 | Home Depot (electrical supplies) | 30.88 |
| 35 | 1/22/04 | New England Gas Co. | 147.00 |
| 36 | 1/23/04 | Home Depot (smoke and carbon monoxide detectors) | 194.27 |
| 37 | 1/24/04 | Bristol County Water Authority (meter reading) | 10.00 |
| 38 | 1/24/04 | Michael Roccabello (electrical repairs) | 150.00 |
| 39 | 1/27/04 | Reliable Pest Control | 125.00 |
| 40 | 1/27/04 | Town of Barrington (Fire Inspection) | 30.00 |
| 41 | 2/5/04 | George Duarte (Instal. attic door) | 100.00 |
| 42 | 2/5/04 | Bristol County Water Department (final bill) | 6.42 |
| 43 | 2/6/04 | Narragansett Electric Co. | 9.35 |
| 44 | 2/6/04 | New England Gas Co. (January bill) | 349.29 |
| 45 | 2/7/04 | M & G Supply Co. (plumbing supplies) | 47.78 |
| 46 | 2/7/04 | Michael Roccabello (plumbing) | 125.00 |

| | | | |
|---|---|---|---|
| 47 | 2/9/04 | Home Depot Credit Services | 113.63 |
| 48 | 2/9/04 | Home Depot (electrical supplies) | 43.42 |
| 49 | 2/9/04 | Parts and plumbing | 5.85 |
| 50 | 2/9/04 | Home Depot (electrical supplies) | 13.32 |
| 51 | 2/10/04 | Razzy's Inc. ('92 Buick repairs) | 323.25 |
| 52 | 2/12/04 | New England Gas (final bill) | 9.12 |
| 53 | 2/12/04 | East Bay Classified Ad for 1992 Buick | 30.00 |
| 54 | | Loss on sale of tangible personal property | |
| | | in the nature of household furniture and effects (Probate Inventory Listing--$1,365, | |
| | | Actual total sale of miscellaneous items--$875--Loss: $380.00 | 380.00 |
| 55 | 2/19/04 | Packing and boxing of personal effects of | |
| | | James Marcello into truck at 557 Maple Avenue (to clean out premises) | 25.00 |
| 56 | | Barrington Times--advertising of sale of auto | 30.00 |
| | | Total of expenditures made by Arthur T. | 9,165.48 |
| | | Marcello on behalf of estate | |