EX. 8

**STATE OF RHODE ISLAND**
**COUNTY OF BRISTOL**

**PROBATE COURT OF THE**
**TOWN OF BARRINGTON**

**ESTATE OF NICHOLAS F. MARCELLO,**
**a/k/a NICHOLAS RUDOLPH MARCELLO :** **PROBATE NO. 5148**

**MISCELLANEOUS PETITION FOR APPROVAL OF ATTORNEY'S FEES**

Respectfully represents, Bernard P. Healy, Esquire, being first duly sworn upon oath, does hereby depose and say:

1. That I am an attorney licensed to practice law in the State of Rhode Island with offices under the firm name of Kiernan, Plunkett & Redihan located at 91 Friendship Street, Providence, Rhode Island 02903.

2. That I have been a practicing attorney in the State of Rhode Island for twenty-five (25) years concentrating in probate, trust and estate matters and knowledgeable and familiar with the fees usually charged in said matters.

3. That I am legal counsel of record for said estate representing Arthur T. Marcello in his capacity as Executor of Estate of Nicholas F. Marcello, a/k/a Nicholas Rudolph Marcello and in said capacity make this affidavit, swearing to the facts contained therein of my own knowledge.

4. That a total of 128.40 hours have been spent by said attorney in professional services rendered to the estate for the period from February 14, 2003 to April 4, 2004 as itemized on Exhibit A attached hereto and incorporated herein by reference.

5. That a fee at the rate of $150 per hour is fair and reasonable in this estate, in light of the assets and debts involved, the relative complexity of the issues presented, the hours of work and diligence displayed, the results obtained and the experience, standing and ability of the attorney rendering said professional services.

6. Based upon the itemization (Exhibit A) attached hereto, your Petitioner respectfully requests that a fee of $20,390.87 during that period be allowed and be reimbursed.

Dated: March 8, 2004

Respectfully submitted:

Bernard P. Healy (2072)
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903
(401) 831-2900

Subscribed and sworn to before me on the 8th day of March, 2004 by Bernard P. Healy.

Kathleen J. Roy

**NOTARY PUBLIC**
**MY COMMISSION EXPIRES:** 7/20/06

## NOTICE OF HEARING

Please take notice that this matter will be called for hearing on April 5, 2004 at 9:00 a.m. before the Barrington Probate Court, Town Hall, Barrington, Rhode Island 02806.

## CERTIFICATION

I, Bernard P. Healy, do hereby certify and say that I mailed a copy of the within Petition to by regular mail, postage prepaid on March 9, 2004 to the following:

Michael J. Farley, Esquire
670 Willett Avenue
East Providence, RI 02915

Maryann Marcello
4275 Via Eldorodo
Fallbrook, CA 92028

Arthur T. Marcello
130 Roffee Street
Barrington, RI 02806

Arthur T. Marcello, Jr.
114 Govenor Bradford Drive
Barrington, RI 02806

James C. Marcello
2060 Crossroad Street
Stetson, ME

James C. Marcello
c/o Eleanor Slater Hospital
Box 8269
Cranston, RI 02920

James N. J. Marcello
24 Carpenter Street
Cumberland, RI 02864

Jennie Marcello Gantiener
P. O. Box 343
Corinna, ME 04928

Peter Marcello
27 Brookside Drive
Lyman, ME 04002

Nicholas J. Marcello
P. O. Box 91
Thorndike, ME 04986

Gayton Marcello, Jr.
7853 Camino Kioseo
San Diego, CA 92122

Thomas A. Marcello
24 Cove Avenue
Barrington, RI 02806

Dept. of Human Services
Louis Pasteur Bldg. #57
600 New London Avenue
Cranston, RI 02920
Attn: Jacqueline G. Kelley, Esq.

Kathleen J. Roy
______________________________

**DECREE**

Fee of $20,390.87 is allowed to Kiernan, Plunkett & Redihan.

Dated:__________________________

**PER ORDER:** **ENTER:**

______________________________ ______________________________

3

KIERNAN, PLUNKETT & REDIHAN
91 FRIENDSHIP STREET
PROVIDENCE, RI 02903
Phone 401-831-2900
Fax 401-331-7123
Tax ID No: 050404370

ARTHUR T. MARCELLO , EXECUTOR
130 ROFFEE STREET
BARRINGTON RI 02906

March 05, 2004

MARCELLO, NICHOLAS F., ESTATE OF
1236 MARCELLO,N/EST

Invoice No: 16901

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/8/2004 | GLB | Attendance at Providence Superior Court motion calendar. Motion to assign for permanent injunction granted | 0.50 | 75.00 |
| | GLB | Prepared and served order | 0.20 | 30.00 |
| | GLB | Review file in preparation for motion calendar. | 0.30 | 45.00 |
| 1/20/2004 | HAC | Prepared State of Rhode Island Inheritance Tax Return and correspondence to Division of Taxation re same | 1.00 | 150.00 |
| 1/22/2004 | CNR | Correspondence to M. Farley, Esq., regarding removal of stove, etc from property | 0.20 | 30.00 |
| | CNR | Prepared release and allowance into property | 0.70 | 105.00 |
| | CNR | Letter to realtor regarding release and closing, etc. | 0.20 | 30.00 |
| 1/28/2004 | BPH | Telephone conference with client and M. Farley, Esq. regaridng personalty on premises | 0.20 | 30.00 |
| | BPH | Receipt and review of appraisal | 0.10 | 15.00 |
| | BPH | Receipt and review of receipt from Division of Taxation | 0.10 | 15.00 |
| 2/3/2004 | BPH | Letter to James Marcello regarding personal property | 0.20 | 30.00 |
| | BPH | Receipt and review of closing statement | 0.20 | 30.00 |
| | BPH | Letter to Arthur Marcello regarding closing and personal property | 0.20 | 30.00 |
| | BPH | Letter to James Farley, Esq. | 0.20 | 30.00 |
| | BPH | Reply to DHS | 0.20 | 30.00 |
| | BPH | Receipt and review of correspondence from DHS re lien | 0.10 | 15.00 |
| | BPH | Correspondence to Providence Gas Company regarding 557 Maple Avenue. | 0.30 | 45.00 |
| 2/6/2004 | BPH | Attended at closing for Maple Avenue property | 1.20 | 180.00 |
| 2/11/2004 | BPH | Preparation of receipt for Dan Berg | 0.30 | 45.00 |
| 2/12/2004 | BPH | Correspondence to James Marcello regarding personal property on premises | 0.20 | 30.00 |
| 2/14/2004 | GLB | Commenced the drafting of all items applicable to Schedule B in First and Final Account | 1.00 | 150.00 |
| 2/16/2004 | GLB | Follow up on above | 0.50 | 75.00 |



4

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/17/2004 | GLB | Final on Schedule B and communication with probate clerk regarding question of filing Inventory | 1.50 | 225.00 |
| 2/18/2004 | GLB | Further input into Schedule B; completion of probate inventory for client's signature and commencement of completion toward Schedule A of the First and Final Account | 2.50 | 375.00 |
| 2/20/2004 | GLB | Further expenses added to Schedule B | 1.50 | 225.00 |
| 2/21/2004 | HAC | Conference with Al Harris re final statement; telephone conference with Jones Warehous and conference with attorney Ennis re his outstanding balance | 1.00 | 150.00 |
| 2/23/2004 | HAC | Commencement of formalization and drafting of attorney's work product | 1.30 | 195.00 |
| 2/25/2004 | HAC | Petition for allowance of fees for attorney and fiduciary | 1.50 | 225.00 |
| 2/26/2004 | GLB | Correspondence to clerk of court with advertising fee | 0.50 | 75.00 |
| 4/5/2004 | BPH | Anticipated hearing on First and Final Account | 2.00 | 300.00 |
| | | **For professional services rendered** | **19.90** | **$2,985.00** |

Additional Charges :

| | | |
|---|---|---|
| 1/15/2004 | Filing fee for Inheritance Tax Return | 25.00 |
| | **Total costs** | **$25.00** |
| | **Total amount of this bill** | **$3,010.00** |
| | **Previous balance** | **$17,380.87** |
| | Balance due | $20,390.87 |

Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| BERNARD P. HEALY (P) | 5.50 | 150.00 | $825.00 |
| CHARLES N. REDIHAN, JR. (P) | 1.10 | 150.00 | $165.00 |
| GIOVANNI LA TERRA BELLINA (A) | 8.50 | 150.00 | $1,275.00 |
| HARMONY A. CONTI (A) | 4.80 | 150.00 | $720.00 |

5

KIERNAN, PLUNKETT & REDIHAN
91 FRIENDSHIP STREET
PROVIDENCE, RI 02903
Phone 401-831-2900
Fax 401-331-7123
Tax ID No: 050404370

ARTHUR T. MARCELLO , EXECUTOR
130 ROFFEE STREET
BARRINGTON RI 02906

January 05, 2004

MARCELLO, NICHOLAS F., ESTATE OF
1236 MARCELLO,N/EST

Invoice No: 16644

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/28/2002 | BPH | Opening outside conference with client for the purpose of explaining the probate procedure and for obtaining the original Will | 0.50 | 75.00 |
| 9/30/2002 | BPH | Telephone conference with client re need for a death certificate from the funeral director and obtained from client the address of the mortgagee for notice purposes | 0.20 | 30.00 |
| 10/1/2002 | BPH | Opening of file and reviewed all documentation including the Wil and prepared a Petition for the probate of the Will | 0.70 | 105.00 |
| 10/4/2002 | BPH | Outside conference with client for the signing of the Probate Petition; advised client on the projected hearing date and his attendance on that date | 0.50 | 75.00 |
| 10/8/2002 | BPH | Preparation and mailing to heirs at law of hearing date on the allowance of the Last Will and Testament of Rudolph Nicholas Marcello and the appointment of Arthur T. Marcello as Executor and supporting Affidavit re same | 0.50 | 75.00 |
| | BPH | Outside attendance at Barrington Probate Court for the filing of the original Will, the original Petition, entry fees and death certificate and setting up time for hearing on November 4, 2002 at 9:00 a.m. | 0.50 | 75.00 |
| 10/16/2002 | BPH | Extensive telephone conference with representative of RI Housing and Mortgage, and kept them abreast of all of the proceedings that are developing, inclucing the hearing that is scheduled for the appointment of Executor and that they would be paid off as soon as te property is sold | 0.30 | 45.00 |
| 10/31/2002 | BPH | Office conference with inside counsel regarding the fact pattern that unfolded and the circumstances that were involved leading up to the signing of the Will | 0.30 | 45.00 |
| 11/1/2002 | BPH | Telephone conference with Barrington Town Clerk of Probate regarding the question of whether or not the matter would go forward being a contested matter on the call of the docket on Monday and telephone conference with Secretary of State re question of whether or not they had registered a Deborah Clark as a notary public in the State of Rhode Island--read through and reviewed all three folders and files that had been | 1.70 | 255.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| | | filed by the contesting party for a determination of any issues raised and the validity of same | | |
| 11/2/2002 | BPH | Reviewed entire file in preparation of probate proceeding, particularly recent filings of contestant, James Marcello | 2.60 | 390.00 |
| 11/3/2002 | BPH | Researchednd reviewed the material that was filed by James Marcello, Jr. asking for the allowance of the Will that he has in his possession allegedly signed by Nicholas Marcello and dated 2000 and outside attendance at the clerk's office of the Barrington Probate court | 1.00 | 150.00 |
| 11/4/2002 | BPH | Attended hearing at Barrington Probate Court re petition to probate, argue and delineate discovery issues, schedule for contested hearing | 1.80 | 270.00 |
| 11/5/2002 | BPH | Prepared Order re discovery and hearing | 0.20 | 30.00 |
| | BPH | Notice deposition of James Marcello | 0.20 | 30.00 |
| | BPH | Receipt and review of John A. DeSano's original Will file | 0.50 | 75.00 |
| | BPH | Prepared detailed summary for John A. DeSano, Esquire | 0.20 | 30.00 |
| 11/13/2002 | BPH | Receipt and review of J. Marcello's "order" | 0.40 | 60.00 |
| | BPH | Review RIGL regarding removal without order or decree of Probate Court | 0.40 | 60.00 |
| | BPH | Prepared objection to application to proceed without payment of costs. | 0.10 | 15.00 |
| | BPH | Prepared objection to petition for removal | 0.10 | 15.00 |
| | BPH | Prepared detailed objection and motion to strike order | 0.30 | 45.00 |
| | BPH | Prepared motion to depose B. Barney | 0.20 | 30.00 |
| | BPH | Telephone conference with J. Marcello | 0.10 | 15.00 |
| 11/14/2002 | BPH | Outside attendance at Barrington Probate Court for review of file on Marcello estate with the intent of obtaining a copy of the Order allegedly filed with the clerk--same not in with the clerk's file so followed up with a telephone conference with client again for the purpose of having him copy us with a copy of said Order | 0.70 | 105.00 |
| | BPH | Telephone conference with client re order received by client and discussion of same since we have not received a copy of same as of this date | 0.40 | 60.00 |
| 11/15/2002 | BPH | Telephone conference with client re the necessity for production through our office of latest pictures of his brother, Nicholas, and whether or not he had any recent pictures of James--also discssed whether or not he had any cash or bank accounts outstanding | 0.40 | 60.00 |
| 11/16/2002 | BPH | Prepared interoffice note to J. DeSano, Esq. | 0.10 | 15.00 |
| 11/18/2002 | BPH | Letter to Debra Clark enclosing documents notarized by her | 0.20 | 30.00 |
| | BPH | Prepared and served notice to take Debra Clark's deposition. | 0.20 | 30.00 |
| | BPH | Note to John DeSeno, Esq. | 0.10 | 15.00 |
| | BPH | Telephone conversation with Debra Clark. | 0.10 | 15.00 |
| | BPH | Prepared subpoena for service upon Debra Clark | 0.20 | 30.00 |
| 11/21/2002 | BPH | Review entire file in preparation for deposition of J.Marcello; select exhibits for deposition | 2.40 | 360.00 |
| | BPH | Prepared and served motion to adjudge J.Marcello in contempt of court | 0.30 | 45.00 |
| | BPH | Open deposition, make statement for record | 0.20 | 30.00 |
| 11/30/2002 | BPH | Telephone conference with client re receipt of new Motion to Dismiss our petition for allowance of Will dated March 6, 2002 and review and evaluation of same | 0.40 | 60.00 |
| 12/2/2002 | BPH | Prepared orders and correspondence to contestant | 0.40 | 60.00 |
| | BPH | Receipt and review of J.Marcello's motion to dismiss | 0.10 | 15.00 |
| | BPH | Attended Probate Court, Barrington, to argue motion to compel attendance at deposition and motion to strike | 1.80 | 270.00 |
| 12/4/2002 | BPH | Prepared and served objection to motion to dismiss | 0.20 | 30.00 |

7

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/4/2002 | BPH | Review probate laws; prepared petition for appointment of custodian and/or conservator. | 0.40 | 60.00 |
| | BPH | Telephone conference with Jamiel Insurance Agency for particulars on the coverage of the house that expired on November 3, 2002 for nonpayment of premium and discussed same with co-counsel with the suggestion that we proceed with a petition for the appointment of a conservator | 0.30 | 45.00 |
| 12/7/2002 | BPH | Review file in preparation for deposition of Debra Clark | 0.60 | 90.00 |
| 12/9/2002 | BPH | Deposition of Ms.Clark taken | 0.60 | 90.00 |
| 12/11/2002 | BPH | Receipt and review of transcript and bill | 0.40 | 60.00 |
| | BPH | Telephone conference with Arthur Marcello regarding correspondence received from Medicare/Medicaid | 0.10 | 15.00 |
| 12/12/2002 | BPH | Telephone conference with medicare regarding lien | 0.20 | 30.00 |
| 12/16/2002 | BPH | Review file; prepared witness list per court order | 0.30 | 45.00 |
| 12/18/2002 | BPH | Correspondence to Department of Human Services regarding lien and status of case | 0.20 | 30.00 |
| | BPH | Receipt and review of lien notice (Medicare) | 0.10 | 15.00 |
| 12/21/2002 | BPH | Review of pleadings and updating of correspondence and status of the within estate to date | 0.50 | 75.00 |
| 1/3/2003 | BPH | Review file in preparation of motion to adjudge in contempt and custodian's emergency motion | 0.30 | 45.00 |
| 1/6/2003 | MSK | Correspondence to custodian regarding same. | 0.10 | 15.00 |
| | MSK | Prepared and served order. | 0.30 | 45.00 |
| | MSK | Attended at Barrington Probate Court; motion to appoint temporary custodian granted. | 2.20 | 330.00 |
| 1/13/2003 | BPH | Telephone conference with Arthur Marcello regarding status of case | 0.10 | 15.00 |
| 1/14/2003 | BPH | Correspondence to Arthur Marcello and Diane Griffin, Esq., custodian | 0.30 | 45.00 |
| | BPH | Review file in preparation for deposition of James Marcello | 1.20 | 180.00 |
| 1/16/2003 | BPH | Telephone conference with clerk, Probate Court, advising that Diane Griffin, Esq., has declined appointment | 0.10 | 15.00 |
| | BPH | Prepared amended order | 0.10 | 15.00 |
| | BPH | Letter to David Strachman, Esq. | 0.20 | 30.00 |
| | BPH | Letter to client | 0.20 | 30.00 |
| | BPH | Review notes and file in preparation for deposition of James Marcello | 1.60 | 240.00 |
| 1/17/2003 | BPH | Open deposition. Statement made (James Marcello did not show) | 0.20 | 30.00 |
| 1/20/2003 | BPH | Prepared and served motion to adjudge in contempt | 0.20 | 30.00 |
| | BPH | Letter to Arthur Marcello | 0.20 | 30.00 |
| 1/21/2003 | BPH | Receipt and review of D. Griffin's refusal of appointment | 0.10 | 15.00 |
| 1/22/2003 | BPH | Forwarded copy of deposition statement to Probate Court | 0.10 | 15.00 |
| | BPH | Telephone conversation with custodian, D. Strachman | 0.10 | 15.00 |
| | BPH | Fax memo to D. Strachman, Esq. | 0.20 | 30.00 |
| | BPH | Detailed correspondence to D. Strachman, Esq. | 0.30 | 45.00 |
| | BPH | Receipt and review stenographer's bill and attorney deposition statement | 0.10 | 15.00 |
| 2/3/2003 | BPH | Attended Barrington Probate Court; conference with client and custodian. Arrange for entry into home. | 1.80 | 270.00 |
| | BPH | Prepared amended order regarding custodian | 0.20 | 30.00 |
| | BPH | Prepared order regarding continuance of contempt motion | 0.20 | 30.00 |
| | BPH | Renoticed deposition of James Marcello | 0.10 | 15.00 |
| | BPH | Correspondence to James Marcello regarding deposition and motion to adjudge in contempt | 0.20 | 30.00 |
| | BPH | Correspondence to Arthur Marcello regarding entry into home, costs of maintenance and continued motion to adjudge in contempt | 0.20 | 30.00 |

8

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/14/2003 | BPH | Respond to letter from Department of Human Services. | 0.20 | 30.00 |
| | BPH | Receipt and review of correspondence from Dept. of Human Services regarding lien | 0.10 | 15.00 |
| 2/17/2003 | BPH | Open deposition of James Marcello; make statement on record | 0.20 | 30.00 |
| | BPH | Renotice deposition of James Marcello | 0.10 | 15.00 |
| | BPH | Letter to James Marcello regarding deposition | 0.20 | 30.00 |
| | BPH | Correspondence to Arthur Marcello regarding status of claim | 0.20 | 30.00 |
| 2/20/2003 | BPH | Receipt and review of correspondence from custodian regarding locksmith's bill | 0.10 | 15.00 |
| | BPH | Telephone conference with client, Mr. Marcello | 0.10 | 15.00 |
| 2/25/2003 | BPH | Receipt and review of statement regarding deposition of J.Marcello | 0.10 | 15.00 |
| | BPH | Letter to Probate Court enclosing statement | 0.10 | 15.00 |
| 3/3/2003 | BPH | Attended at Probate Court for hearing on motion to adjudge Mr. Marcello in contempt; motion granted | 1.40 | 210.00 |
| | BPH | Receipt and review of deposition transcript | 0.10 | 15.00 |
| 3/4/2003 | BPH | Letter to M. Jamiel, Esq. | 0.20 | 30.00 |
| | BPH | Letter to client | 0.30 | 45.00 |
| | BPH | Prepared and served subpeona on witness | 0.50 | 75.00 |
| | BPH | Prepared and served subpeona on M. Jamiel, Esq. | 0.30 | 45.00 |
| | BPH | Review file and prepare order | 0.40 | 60.00 |
| 3/7/2003 | BPH | Receipt and review of correspondence from Department of Human Services regarding medical lien. | 0.10 | 15.00 |
| 3/13/2003 | BPH | Receipt and review of correspondence from M. Farley, Esq. regarding notice to J. C. Marcello c/o J.N.J. Marcello | 0.10 | 15.00 |
| | BPH | Prepared notice for submission to Probate Court. | 0.20 | 30.00 |
| | BPH | Letter to client regarding probate hearing | 0.20 | 30.00 |
| 3/24/2003 | BPH | Review file in preparation for meeting with Morphis Jamiel, Esq., witness | 0.80 | 120.00 |
| 3/29/2003 | BPH | Meeting with M. Jamiel, Esq., | 1.20 | 180.00 |
| | BPH | Letter to client regarding meeting and motion for attorney's fees | 0.30 | 45.00 |
| 3/30/2003 | BPH | Prepared detailed motion for payment of attorney's fees and expenses | 1.00 | 150.00 |
| 4/4/2003 | BPH | Review file in preparation for hearing. | 0.80 | 120.00 |
| 4/7/2003 | BPH | Attended Probate Court; petition for appointment of executor granted - $600,000 bond without surety | 2.20 | 330.00 |
| 4/10/2003 | BPH | Conference with executor | 0.60 | 90.00 |
| 4/18/2003 | BPH | Prepared order and bond | 0.30 | 45.00 |
| 4/22/2003 | JAD | Conference with client; entered order in Probate Court. | 1.40 | 210.00 |
| 5/14/2003 | BPH | Review Rhode Island law regarding trespass and ejectment | 0.60 | 90.00 |
| 5/15/2003 | BPH | Letter to executor regarding trespass action | 0.20 | 30.00 |
| | BPH | Letter to custodian requesting bill | 0.20 | 30.00 |
| 5/19/2003 | BPH | Prepared notice to evict | 0.20 | 30.00 |
| | BPH | Letter to client regarding action to obtain possession | 0.20 | 30.00 |
| 5/23/2003 | BPH | Receipt and review of correspondence from Departement of Human Services regarding lien | 0.10 | 15.00 |
| | BPH | Responded to inquiry from Departement of Human Services regarding lien | 0.20 | 30.00 |
| | BPH | Correspondence to client regarding status. | 0.10 | 15.00 |
| 5/28/2003 | BPH | Letter to executor regarding Department of Human Services claim | 0.10 | 15.00 |
| | BPH | Letter to Department of Human Services that claim will be allowed | 0.10 | 15.00 |
| | BPH | Receipt and review of notice of claim | 0.10 | 15.00 |
| 6/2/2003 | BPH | Attended at Probate Court, Barrington, on executor's motion for costs and attorney's fees; matter continued to July 14 | 1.30 | 195.00 |
| 6/3/2003 | BPH | Prepared summons and complaint for trespass and ejectment | 0.70 | 105.00 |
| | BPH | Letter to executor regarding status of case | 0.20 | 30.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/9/2003 | BPH | Receipt and review of constable's return of service on T&E | 0.10 | 15.00 |
| 6/10/2003 | BPH | Receipt and review of custodian's account | 0.10 | 15.00 |
| 6/11/2003 | BPH | Letter to executor regarding status of case | 0.20 | 30.00 |
| 6/20/2003 | BPH | Receipt and review of motion to dismiss | 0.20 | 30.00 |
| | BPH | Prepared and served objection to motion to dismiss | 0.20 | 30.00 |
| | BPH | Letter to client | 0.20 | 30.00 |
| 6/24/2003 | BPH | Receipt and review of defendant's demurrer | 0.20 | 30.00 |
| | BPH | Preparation of objection and motion to strike | 0.20 | 30.00 |
| 6/25/2003 | BPH | Receipt and review of defendant's "answer" and assorted documents | 0.20 | 30.00 |
| 7/1/2003 | BPH | Letter to client regarding trial and meeting in advance to prepare | 0.20 | 30.00 |
| | BPH | Prepared and served motion to assign | 0.20 | 30.00 |
| 7/9/2003 | BPH | Prepared order regarding assignment to trial | 0.20 | 30.00 |
| | BPH | Receipt and review of "deed" from defendant to defendant | 0.20 | 30.00 |
| | BPH | Receipt and review of motion to dismiss for venue | 0.20 | 30.00 |
| | BPH | Telephone conference with J. Ennis, Esq. regarding trial | 0.20 | 30.00 |
| | BPH | Letter to client | 0.20 | 30.00 |
| 7/15/2003 | CNR | Review file; conference with Arthur Marcello to prepare for trial | 1.00 | 150.00 |
| 7/16/2003 | BPH | Prepared order regarding default | 0.20 | 30.00 |
| | BPH | Prepared and served motion to assign for oral proof | 0.10 | 15.00 |
| | BPH | Letter to defendant regarding oral proof | 0.10 | 15.00 |
| | BPH | Letter to John Ennis, Esq., regarding oral proof | 0.10 | 15.00 |
| | BPH | Letter to client regarding oral proof | 0.10 | 15.00 |
| | BPH | Attended District Court regarding Tresspass and Ejectment; default entered | 2.10 | 315.00 |
| | BPH | Receipt and review of custodian's bill | 0.10 | 15.00 |
| | BPH | Letter to client regarding custodian's bill | 0.10 | 15.00 |
| 7/23/2003 | CNR | Attendance at Sixth Division District Court for hearing on T&E - plaintiff granted possession. Prepared affidavit of non-military service etc | 2.00 | 300.00 |
| | CNR | Review and conference with clients to prepare for hearing | 0.60 | 90.00 |
| 8/1/2003 | HAC | Attended at Sixth District Court to verify no appeal filed, obtained copy of civil face sheet | 0.30 | 45.00 |
| | HAC | Correspondence to Sixth District Court requesting execution | 0.10 | 15.00 |
| 8/4/2003 | BPH | Letter to client regarding status of case | 0.20 | 30.00 |
| | BPH | Letter to Constable, Alfred Harris, regarding execution of judgment | 0.20 | 30.00 |
| 8/5/2003 | HAC | Attended at Sixth District Court to obtain execution | 0.60 | 90.00 |
| | HAC | Conference with constable regrding execution | 0.30 | 45.00 |
| 8/11/2003 | BPH | Conference with constable, Al Harris, re eviction procedures and protections | 0.30 | 45.00 |
| 8/12/2003 | BPH | Prepared complaint for TRO, Affidavit, Motion for TRO, etc. | 0.60 | 90.00 |
| | BPH | Conference with Court, Judge Fortunato re t.r.o | 0.20 | 30.00 |
| 8/13/2003 | BPH | Letter to Executor re custodian's bill, sale of property, etc. | 0.20 | 30.00 |
| | BPH | Receipt and review of custodian's order re continuance | 0.10 | 15.00 |
| | BPH | Telephone conference with constable--go to Court to obtain certified copy of judgment and order | 0.40 | 60.00 |
| 9/10/2003 | HAC | Preparation of SS-4 Form and cover letter to client re same | 0.50 | 75.00 |
| 9/11/2003 | BPH | Receipt and review of storage and moving bill and order regarding custodian's fees | 0.20 | 30.00 |
| 9/18/2003 | BPH | Receipt and review of correspondence from D. Strachman, Esq., custodian, regarding funds | 0.10 | 15.00 |
| 10/1/2003 | BPH | Telephone conference with client regarding James Marcello's right to enter premises | 0.10 | 15.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/1/2003 | BPH | Telephone conference with Sargeant regarding James Marcello's right of entry on premises | 0.10 | 15.00 |
| | BPH | Telephone conference with James Marcello regarding right to enter premises | 0.30 | 45.00 |
| 10/2/2003 | BPH | Hand delivered documents to Asst Attorney General; conference with Asst. Attorney General | 0.30 | 45.00 |
| | BPH | Correspondence to James Marcello | 0.20 | 30.00 |
| | HAC | Retrieve misdemeanor pleadings from District Court | 0.20 | 30.00 |
| | BPH | Prepared motion regarding reinstating no contact order; correspondence to client | 0.40 | 60.00 |
| | BPH | Review file; prepared correspondence to Asst. Attorney General | 0.30 | 45.00 |
| | BPH | Receipt and review of email from Barrington Police Department | 0.10 | 15.00 |
| | BPH | Telephone conference with Barrington Police Department regarding James Marcello's entry on premises | 0.10 | 15.00 |
| | BPH | Attended at Providence Superior Court regarding lifting of restraining order. Conference with Judge McGuirl and Attorney General; entered special appearance | 2.10 | 315.00 |
| 10/15/2003 | BPH | Receipt and review of correspondence from J. Ennis, Title examiner, with bill. | 0.10 | 15.00 |
| 10/22/2003 | BPH | Attended criminal trial calendar, District Court, Sixth Division. Conference with chief of police and town solicitor | 0.70 | 105.00 |
| 10/23/2003 | BPH | Refiled motion to reconsider | 0.20 | 30.00 |
| 10/28/2003 | BPH | Attended at Superior Court regarding scheduling of motion to reconsider | 0.60 | 90.00 |
| 10/30/2003 | BPH | Attended at Superior Court for hearing on motion to reconsider; motion denied | 2.40 | 360.00 |
| 10/31/2003 | BPH | Conference with Chief, Barrington Police, regarding criminal trespass charges | 1.00 | 150.00 |
| 11/13/2003 | BPH | Prepared complaint for preliminary injunction, omnibus form and summons. Correspondence to Barrington Police | 1.00 | 150.00 |
| 11/14/2003 | BPH | Meeting with executor and Barrington Detectives regarding criminal trespess action | 1.00 | 150.00 |
| 11/17/2003 | BPH | Prepared subpoena for service upon James Marcello | 0.20 | 30.00 |
| 11/25/2003 | BPH | Letter to Chief, Barrington Police regarding criminal prosecution of J. Marcello | 0.10 | 15.00 |
| | BPH | Letter to executor regarding 12/8 hearing | 0.20 | 30.00 |
| | BPH | Receipt and review of defendant's answer, motion to dismiss, request for jury trial and supporting documents | 1.10 | 165.00 |
| | BPH | Prepared objection and motion to strike | 0.40 | 60.00 |
| 11/26/2003 | BPH | Receipt and review of defendant's motion to vacate judgment and memorandum in support thereof | 0.50 | 75.00 |
| | BPH | Prepared objection and memorandum in support thereof | 1.50 | 225.00 |
| 11/28/2003 | BPH | Receipt and review of letter from custodian, D. Strachman | 0.10 | 15.00 |
| | BPH | Responded to letter from custodian, D. Strachman | 0.20 | 30.00 |
| 12/3/2003 | BPH | Review file in preparation for objection to motion to vacate | 0.40 | 60.00 |
| 12/4/2003 | BPH | Letter to client regarding criminal charges | 0.20 | 30.00 |
| | BPH | Telephone conference with Barrington Police Department | 0.20 | 30.00 |
| | BPH | Attended at District Court, 6th Division, regarding motion to vacate and our objection; motion to vacate passed | 1.80 | 270.00 |
| | BPH | Receipt and review of criminal charges and note from Barrington Police Department | 0.10 | 15.00 |
| 12/6/2003 | BPH | Review file; prepare for hearing. Prepared direct examination of Arthur Marcello and cross examination of James Marcello | 3.20 | 480.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/8/2003 | BPH | Attended at Superior Court, Providence County, regarding hearing on motion for preliminary injunction | 7.50 | 1,125.00 |
| 12/9/2003 | BPH | Attended continued hearing | 2.80 | 420.00 |
| | BPH | Attended District Court to determine status of James Marcello | 1.00 | 150.00 |
| 12/11/2003 | BPH | Attended Supeiror Court to advise clerk of incarceration of James Marcello and to request habeus | 0.30 | 45.00 |
| 12/12/2003 | BPH | Attended at Superior Court; motion for preliminary injunction granted | 2.10 | 315.00 |
| 12/14/2003 | BPH | Prepared motion to assign for preliminary injunction | 0.20 | 30.00 |
| | BPH | Letter to client | 0.20 | 30.00 |
| | BPH | Prepared order regarding preliminary injunction | 0.30 | 45.00 |
| | BPH | Conference with client regarding delivery of goods of defendant on premises | 0.40 | 60.00 |
| 12/22/2003 | BPH | Receipt and review of letter from John Ennis | 0.10 | 15.00 |
| | BPH | Letter to Arthur Marcello | 0.20 | 30.00 |
| 12/30/2003 | BPH | Telephone conference with M. Farley, Esq. regarding representation og James Marcello, Jr. | 0.10 | 15.00 |
| 1/2/2004 | BPH | Review file; correspondence to M. Farley, Esq., | 0.20 | 30.00 |
| | BPH | Correspondence to executor | 0.20 | 30.00 |
| 1/5/2004 | CNR | Conference with client regarding subpoena in criminal matter | 0.30 | 45.00 |
| | CNR | Attended at Providence Superior Court in response to subpoena. Conference with prosecutor, hearing deferred pending District Court prosecution | 3.20 | 480.00 |
| | | **For professional services rendered** | **108.50** | **$16,275.00** |

Additional Charges :

| | | |
|---|---|---|
| 10/9/2002 | Barrington Probate Court; filing fee for will petition | 72.00 |
| 12/3/2002 | Certified mail, return receipt - James Marcello | 4.85 |
| 12/4/2002 | Diane J. De Stefano; attendance fee- deposition of J. Marcello | 52.00 |
| 12/9/2002 | Certified mail, return receipt - James Marcello | 4.85 |
| 12/18/2002 | Certified mail, return receipt - James Marcello | 4.85 |
| | Diane J. De Stefano; deposition transcript of Debra Clark | 94.00 |
| 1/8/2003 | Alfred Harris, constable; service upon Debra Clark | 36.00 |
| 1/10/2003 | Certified mail - James Marcello - order of court dated January 6, 2003 | 4.85 |
| 1/16/2003 | Certified mail - James Marcello. Amended order regarding guardian appointment | 4.85 |
| 1/20/2003 | Certified mail/return receipt requested - James Marcello (motion to adjudge) Maple Street address | 4.85 |
| 1/21/2003 | Certified mail/return receipt requested - James Marcello (motion to adjudge) P. O. Box 140 address | 4.85 |
| 1/29/2003 | Diane J. De Stefano; transcript of James Marcello | 55.00 |
| 2/3/2003 | Certified mail/ return receipt request (order) 3 addresses | 14.55 |
| 2/17/2003 | Certified mail -- notice of depositon to James Marcello | 14.55 |
| 3/4/2003 | Certified mail (order of court) | 14.55 |
| 3/5/2003 | Diane J. De Stefano; transcript | 9.00 |
| 3/12/2003 | Alfred Harris, constable; service of three subpoenas | 108.00 |
| 3/19/2003 | Merandi Court Reporting; statement of counsel | 79.85 |
| 3/30/2003 | Certified mail/ return receipt requested | 9.70 |
| 4/21/2003 | Certified Mail - order and bond | 9.70 |
| 6/4/2003 | Sixth Division District Court; court filing fee | 60.00 |
| 6/18/2003 | Alfred Harris, constable service | 70.00 |
| 7/14/2003 | Certified mail; motion for oral proof | 4.42 |

| | | Amount |
|---|---|---|
| 8/5/2003 | Clerk, Sixth District Court - execution | 10.00 |
| 10/6/2003 | Certified Mail - motion to reconsider | 9.70 |
| 11/14/2003 | Superior Court filing fee | 160.00 |
| 11/25/2003 | Alfred Harris, constable; service on J. Marcello-subpoena | 102.00 |
| 12/8/2003 | Copying costs | 5.90 |
| | Barrington Town Halll - Copying costs | 81.00 |
| | **Total costs** | **$1,105.87** |

**Total amount of this bill** **$17,380.87**

Balance due [redacted]

Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| BERNARD P. HEALY (P) | 95.40 | 150.00 | $14,310.00 |
| CHARLES N. REDIHAN, JR. (P) | 7.10 | 150.00 | $1,065.00 |
| HARMONY A. CONTI (A) | 2.00 | 150.00 | $300.00 |
| JOHN A. DESANO (A) | 1.40 | 150.00 | $210.00 |
| MICHAEL S. KIERNAN (A) | 2.60 | 150.00 | $390.00 |