# *United States District Court*
# *For The District of Rhode Island*
# *Providence, RI 02903*

*December 8, 2005*

*Richard Donovan, Clerk*
*U.S. Court of Appeals*
*1 Courthouse Way, Suite 2235*
*Boston, MA 02210*

*RE: Marcello, et al v. DeSano, et al*
*USDC-RI CA 05-004ML*
*USCA #*

*Dear Mr. Donovan:*

*Enclosed herewith you will find a supplement on appeal relative to the above-captioned appeal.*

*Kindly acknowledge receipt for the same on the enclosed copy of this letter and return to the undersigned. Thank you.*

*Sincerely yours,*

*David A. DiMarzio*
*Clerk of Court*

*By:* Barbara Barletta
*Barbara L. Barletta*
*Deputy Clerk*

*Enc. Order DENYING Motion to Proceed In Forma Pauperis (DE #134)*