UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. MARCELLO and<br>OLIVIA A. MARCELLO,<br>Plaintiffs, | : | |
| v. | : | CA 05-004 ML |
| JOHN A. DESANO, BERNARD HEALY,<br>JOHN LACROSS, ALBERT MASTRIANO,<br>and ARTHUR T. MARCELLO,<br>Defendants. | : | |

**ORDER**
**RE MOTIONS SCHEDULED**
**FOR HEARING ON DECEMBER 12, 2005**

A hearing was scheduled for 2:00 p.m. on Monday, December 12, 2005, on the following five motions:

1. Defendants, John A. DeSano, Bernard Healy, Albert Mastriano and Arthur T. Marcello's Motion to Dismiss (Document ("Doc.") #91) ("Defendants DeSano, Healy, Mastriano, and Marcello's Motion to Dismiss");

2. Motion of Defendant, John LaCross, to Amend Pretrial Order (Doc. #96) ("Defendant LaCross's Motion to Amend");

3. Motion of Defendant, John LaCross, for Conditional Order of Dismissal for Failure to Comply with Court Order (Doc. #97) ("Defendant LaCross's Motion for Conditional Order of Dismissal");

4. Defendants, John A. DeSano, Bernard Healy, Albert Mastriano and Arthur T. Marcello's Motion to Extend Time (Doc. #98) ("Defendants DeSano, Healy, Mastriano, and Marcello's Motion to Extend Time");

5. Defendants, John A. DeSano, Bernard P. Healy, Albert Mastriano, and Arthur T. Marcello's Motion to Dismiss Plaintiffs' Complaint for Failure to Attend Deposition (Doc. #111)

("Defendants DeSano, Healy, Mastriano, and Marcello's Motion to Dismiss for Failure to Attend Deposition").

At 8:30 a.m. on December 12, 2005, the Deputy Clerk reported that Plaintiff James Marcello ("Plaintiff") had left a message at 11:00 p.m. on Sunday, December 11, 2005, on her voice mail, requesting a continuance of the hearing. According to that message, Plaintiff was unable to get a ride to Providence and if he took a bus, it would not arrive until 3:00 p.m.

A review of the court file indicates that Plaintiffs have filed objections to only two of the above motions. See Objection of Plaintiffs[] to Defendants' Motion to Dismiss for Want of Jurisdiction Pending Appeal (Doc. #102); Objection of Plaintiffs[] to Defendant's [sic] Motion to Dismiss for Want of Jurisdiction Pending Appeal (Doc. #121). Therefore, as to the other three motions listed above, a hearing is unnecessary. See District of R.I. Local Rule 12(a)(2) (requiring a party against whom a motion is made to file a response to it within ten days after service of the motion upon him). Accordingly, **Defendant LaCross's Motion to Amend (Doc. #96) and Defendants DeSano, Healy, Mastriano, and Marcello's Motion to Extend Time (Doc. #98) are GRANTED.** Because Defendant LaCross's Motion for Conditional Order of Dismissal (Doc. #97) requests that Plaintiffs be required to file answers to his interrogatories on or before December 15, 2005, and that date is only three days hence, **Defendant LaCross's Motion for Conditional Order of Dismissal (Doc. #97) is GRANTED to the extent that the court will recommend that the action be dismissed unless Plaintiffs answer Defendant LaCross's interrogatories by January 3, 2006.**

As to the remaining two motions, Defendants DeSano, Healy, Mastriano, and Marcello's Motion to Dismiss (Doc. #91) and Defendants DeSano, Healy, Mastriano, and Marcello's Motion to Dismiss for Failure to Attend Deposition (Doc. #111), Plaintiffs'

request for a continuance is granted. **The hearing is continued to 3:00 p.m. on Tuesday, December 27, 2005.** Plaintiffs are advised that they will not be granted another continuance. If they do not appear for the hearing, it will go forward in their absence.

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
December 12, 2005

BY ORDER:

Deputy Clerk