UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

December 13, 2005

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

CA 05-004ML **CCA # ____________**

CASE NAME: James C. Marcello, et al. V. John A. DeSano, et al.

Dear Clerk of Court:

Enclosed herewith you will find certified copies of petitioners' fourth Notice of (Interlocutory) Appeal and related documents. A certified copy of the docket entries is also attached.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By J. Duhamel
John Duhamel
Deputy Clerk

**Encl.: Certified Docket; Certified copies of the following documents :**

**85: Order requiring James Marcello to attend deposition**
**86: Order re: six motions heard on 10/25/05**
**107: Order granting motion for permission to question deponent**
**113: Motion to Vacate [85] order**
**114: Motion to Vacate [107] order**
**115: Motion to Vacate [86] order**
**117: Objection of deft LaCross to pltf's [115] motion to vacate order**
**124: Order denying pltfs' additional motions to vacate orders**
**138: Notice of Interlocutory Appeal re: [124] order**
**139: Motion/Application to Proceed IFP re: [138] interlocutory appeal**

**also enclosed: Doc# 34 >> Memorandum and Order dated 12/7/05 ordering pltfs to refrain from filing any additional motions until disposition of all pending motions.**