UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

December 14, 2005

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: CA 05-004ML CCA# ____________________
James Marcello, et al. V. DeSano, et al.

Dear Clerk of Court:

Enclosed herewith you will find the Supplemental Record on Appeal, together with a certified copy of the district court's docket entries.

✓ Kindly return the enclosed copy of this letter as acknowledgment of receipt.

Sincerely yours,
David A. DiMarzio
Clerk of Court

BY: ____________________
John Duhamel - Deputy Clerk
(401) 752-7205
**E-mail: John_Duhamel@rid.uscourts.gov**

encl: Certified Docket
**Certified copy of Doc# 142 Order denying appellant's motion to proceed on [interlocutory] appeal IFP**