UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

December 6, 2005

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

CA 05-004ML **CCA #** 05-2838

CASE NAME: James C. Marcello, et al. V. John A. DeSano, et al.

Dear Clerk of Court:

Enclosed herewith you will find certified copies of the petitioner's Notice of (Interlocutory) Appeal and certified copies of related documents. A certified copy of the docket entries is also attached.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By J. Duhamel
John Duhamel
Deputy Clerk

**Encl.: Certified Docket; Certified copies of the following documents :**
**79: Motion to Extend Time to File Motion to Amend Pretrial Order**
**81: Motion to Extend Time to File Motion for Conditional Order of Dismissal**
**84: Objection to [79] motion, [81] motion**
**93: Order granting [79], [81] motions**
**101: Motion to Vacate [93] order**
**110: Objection to [101] motion to vacate**
**116: Order denying [101] motion to vacate**
**128: Notice of Interlocutory Appeal re: [116] order**
**129: Motion/Application to Proceed IFP re: [128] interlocutory appeal**