IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. and OLIVIA A. MARCELLO | ) | |
| Plaintiffs | ) | |
| vs. | ) | C.A. NO. 05-004 ML |
| JOHN A. DESANO, BERNARD P HEALY JOHN LACROSS, ARTHUR T MARCELLO ALBERT MASTRIANO & RHODE ISLAND | ) | |
| Defendants | ) | |

**CONSOLIDATED NOTICES OF APPEALS**

**TO THE UNITED STATES COURT OF APPEALS**

**FOR THE FIRST CIRCUIT**

Notice is hereby given that James C. Marcello and Olivia A. Marcello, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the First Circuit from an Order Denying Plaintiffs' Application to Proceed Without Prepayment of Fees on appeal entered in this action on the 7th day of December, 2005; and further from an Order Denying Plaintiffs' Application to Proceed Without Prepayment of Fees on appeal entered in this action on the 13th day of December, 2005.

Respectively Submitted,

PLAINTIFFS

JAMES C MARCELLO
OLIVIA A MARCELLO
In Pro se,

Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
207 296 3433

**CERTIFICATION OF SERVICE**

I hereby certify that a true copy of the above appeal was mailed, postage prepaid, on this 15th day of December, 2005 to: Michael DeSisto,Esq, 211 Angell St, Providence,RI 02906, Robert Smith,Esq, 155 S Main St, Providence,RI 02903, and Thomas A. Palombo,Esq,AAG, 150 S Main St, Providence,RI 02903.