**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

I, David A. DiMarzio, Clerk of the United States District court for the District of Rhode Island, do hereby certify that the foregoing contains all the [certified] original papers in the file dealing with the action or proceedings in which the [interlocutory] appeal is taken.

Witness my hand and the Seal of said Court at Providence in said District, the **20th** day of **December** A.D., **2005**.

DAVID A. DIMARZIO, CLERK

BY: [signature]
DEPUTY CLERK