UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

December 20, 2005

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

CA 05-004ML CCA # ____________

CASE NAME: James C. Marcello, et al. V. John A. DeSano, et al.

Dear Clerk of Court:

Enclosed herewith you will find certified copies of petitioners' fifth Notice of (Interlocutory) Appeal and related documents. A certified copy of the docket entries is also attached.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By J. Duhamel
John Duhamel
Deputy Clerk

**Encl.: Certified Docket; Certified copies of the following documents :**

**129: Motion to appeal IFP**
**134: Memorandum & Order denying M/IFP**
**139: Motion to appeal IFP**
**142: Order denying M/IFP**
**145: "Consolidated Notices" of [Interlocutory] Appeals re #134 & #142 Orders**
**146: Motion to appeal IFP**
**147: Order denying M/IFP**