DATE FILED OCT 10 2002

PC-4 (2/99)
formerly SW 72

STATE OF RHODE ISLAND
COUNTY OF BRISTOL

PROBATE COURT OF THE
TOWN OF BARRINGTON

#1

No: 5148

ESTATE OF NICHOLAS F. MARCELLO, a/k/a
NICHOLAS RUDOLPH MARCELLO a/k/a
RUDOLPH NICHOLAS MARCELLO

Date: October 3, 2002

## PETITION FOR PROBATE OF WILL

Respectfully represents that:
Name of Decedent: Nicholas F. Marcello, a/k/a Nicholas Rudolph Marcello

| | |
|---|---|
| Resided in: Barrington *City/Town of Residence* | Died Testate: 9/28/02 *Date of Death* |
| Personal Estate Estimated At $ 4,000.00 | |
| Your Petitioner: Arthur T. Marcello *Name* | brother *Relationship to Deceased* |
| 130 Roffee Street *Street Address* | |
| Barrington, RI 02806 *City, State, Zip* | |

respectfully requests that the accompanying instrument dated: 3/6/02
Date Will ~~and/or Codicil was Signed~~
be admitted to probate as the last will and testament of the deceased and that:
on affidavit of Albert Mastriano,
(Check one:) [X] letters testamentary [ ] letters of administration c.t.a.
may be issued to:

| | |
|---|---|
| *Name of Fiduciary* *Relationship to Deceased* Arthur T. Marcello brother | *Name of Fiduciary* *Relationship to Deceased* |
| *No.* *Street* 130 Roffee Street | *No.* *Street* |
| *City/Town* *State* *Zip* Barrington, RI 02806 | *City/Town* *State* *Zip* |

Deceased left the following ~~spouse and~~ heir at law who would inherit had deceased died intestate: (Indicate any minors or incompetents.)

| Name | Address | Relationship |
|---|---|---|
| James C. Marcello | 557 Maple Avenue, Barrington, RI 02806 | son |
| | | |
| | | |

**Attach Form PC-9.1, Waiver, if applicable**

The undersigned petitioner makes affidavit and says that the above facts are true as to the best of his ~~/her~~ knowledge and belief.

Arthur T. Marcello (signature)
Signature of Petitioner
Arthur T. Marcello

Bristol, Sc.

Date

Subscribed and sworn to before me as to the truth of all of he above facts by the petitioner.

Lorraine A. Derois
Notary Public of Rhode Island
My Commission Expires 071105
Notary (Please Print)

Lorraine A. Derois (signature)
Notary Public Signature

PC-1.4 (2/99) Page 2 formerly SW-72

## DECREE

Upon hearing, it is hereby ordered and decreed:

The instrument herewith presented may be admitted to probate as the last will and testament of: Rudolph Nicholas Marcello a/k/a

Upon the filing of a bond in the sum of $ ______________

*(Check One)* ☐ with ______________ ☒ without surety

*(Check One)* ☐ letters testamentary ☐ letters of administration c.t.a.

May issue to:

| | |
|---|---|
| Arthur T. Marcello<br>Name of fiduciary | Name of Fiduciary |
| 130 Roffee Street<br>No. Street | No. Street |
| Barrington, RI 02806<br>City/Town State Zip | City/Town State Zip |

| Appointed APPRAISER: | Appointed Resident AGENT: |
|---|---|
| Name of fiduciary | Name of Fiduciary |
| No. Street | No. Street |
| City/Town State Zip | City/Town State Zip |

Entered as an order and decree of the court on

November 4, 2002 ______________________________
Date Marvin Homonoff, Probate Judge

Marcello ... October 16, 23 & 30, 2002

Order to enter 4/7/03.

FILMED Sept. 30, 2003

48

#53

State Wide
Universal Letter

STATE OF RHODE ISLAND
COUNTY OF BRISTOL

PROBATE COURT OF THE
TOWN OF BARRINGTON
April 22, 2003

Estate of Nicholas F. Marcello a/k/a
Nicholas Rudolph Marcello a/k/a
Rudolph Nicholas Marcello

No. 5148

To Arthur T. Marcello of Barrington, RI

GREETING:

You having qualified as executor are by these presents vested with all the power and authority to said office by law belonging.

By the Court,

Lorraine A. Derois, Probate Clerk

FILMED Sept. 30, 2003

15
State Wide

**STATE OF RHODE ISLAND**
**COUNTY OF BRISTOL**

**PROBATE COURT OF THE**
**TOWN OF BARRINGTON**

**Office of the Clerk**

**CERTIFICATE**

I, Lorraine A. Derois, Clerk of the Probate Court of the Town of Barrington, having by law the custody of the seal and all the records, books, documents and papers of or pertaining to said Court hereby certify the paper hereto attached to be a true copy of the paper appertaining to said Court and on file and of record in said office, to wit: Petition for Probate of Will; Will; Universal Letter; Order entered on November 12, 2002; James C. Marcello cover letter dated November 9, 2002 and filed on November 12, 2002; Order entered on May 18, 2004; Order entered on July 23, 2004; Order entered on June 6, 2005; and First and Final Account filed on March 10, 2004 for the Estate of Nicholas F. Marcello a/k/a Nicholas Rudolph Marcello a/k/a Rudolph Nicholas Marcello of Barrington, Rhode Island.

In attestation whereof I have hereunto set my hand and have affixed the seal of said Court this 20th day of October A.D. 2005.

Lorraine A. Derois, Probate Clerk