#14

**STATE OF RHODE ISLAND**
**BRISTOL, SC.**

**PROBATE COURT OF THE**
**TOWN OF BARRINGTON**

**ESTATE OF NICHOLAS F. MARCELLO, :**
**a/k/a NICHOLAS RUDOLPH MARCELLO :**

**PROBATE NO. 5148**

# ORDER

This matter came before the Court, Judge Marvin Harmonoff presiding, upon the Petition of Arthur T. Marcello to admit to probate as the Last Will & Testament of Nicholas F. Marcello, a/k/a Nicholas Rudolph Marcello the instrument dated March 6, 2002. After hearing thereon and consideration thereof, it is hereby

**ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. The petitioner, Arthur T. Marcello, through his attorney, shall prepare and cause to be mailed to James C. Marcello at 557 Maple Avenue, Barrington, Rhode Island 02806 a true and exact copy of this Order on or before November 6, 2002.

2. James C. Marcello shall have up to and including November 20, 2002 to file any Objection to the within Order.

3. Arthur T. Marcello, petitioner, shall furnish to James C. Marcello, contestant of the proposed instrument on or before December 4, 2002 a list of all witnesses whom petitioner intends to present in support of his petition, designating those witnesses whom Arthur T. Marcello intends to call as expert witnesses.

4. James C. Marcello shall on or before December 4, 2002 furnish to Kiernan, Plunkett & Redihan, attorneys for Arthur T. Marcello, a list of all witnesses whom contestant intends to call to testify in reference to the subject

**CERTIFICATION**

I hereby certify that I mailed a copy of the within Order to James C. Marcello, 557 Maple Avenue, Barrington, Rhode Island 02806 by regular mail, postage prepaid on November 5, 2002.

Kathleen J. Roy

Filed: Nov. 13, 2002

FILMED Sept. 30, 2003

NOV 12 2002

#15

Mr. James C. Marcello
(Legatee Executor of the estate
of: RUDOLPH N. MARCELLO
557 Maple Avenue
Barrington,RI 02806
Tel: 1-401-245-7190

November 9, 2002

Bernard P. Healy,Esq.
KIERNAN,PLUNKETT & REDIHAN
91 Friendship Street
Providence,RI 02903
Tel: 1-401-831-2900

Lorraine DeRois,Clerk
BARRINGTON PROBATE COURT
283 County Rd
Barrington,RI 02806
Tel: 1-401-247-1900

**ESTATE OF: RUDOLPH NICHOLAS MARCELLO**
**NO: 5148**

Dear Mr. Healy,

Enclosed please find an Order which I prepared outlining the decision of Judge Harmonoff in regard to hearing and pre-trial discovery. As the Order itself states, you have up to and including November 23, 2002 to contest it. If you feel that the Order does not fully and fairly reflect Judge Harmonoff's decision and direction, please call me.

Thank you.

Dear Ms. DeRois,

Enclosed for filing is:

AN ORDER WHICH I PREPARED OUTLINING THE DECISION OF JUDGE HARMONOFF
PAGES 1 to 3

Thank you for your assistance in this matter.

Sincerely yours,

James Marcello

JAMES C. MARCELLO

cc: Bernard P. Healy,Esq.
Arthur T. Marcello
James NJ Marcello
James C. Marcello

(w/encls)

Filed: Nov. 12, 2002 **FILMED** Sept. 30, 2003

tends to call as expert witnesses.

4. Arthur T. Marcello shall on or before December 4, 2002 furnish to James C. Marcello, a list of all witnesses whom contestant intends to call to testify in reference to the subject petition, designating those witnesses whom Arthur T. Marcello intends to call as expert witnesses.

5. The contestant, Arthur T. Marcello, through his attorneys, **is not granted leave** to notice the depositions of James C. Marcello of 557 Maple Avenue, Barrington, Rhode Island 02806, Executor named in the Will of July 30, 2000, and is further **not granted leave** to notice the depositions of and to depose David Ray,Sr. and David Ray,jr. both of RR3 Box 1350 Dexter(Ripley), Maine 04930, witnesses to the Will of July 30, 2000, and is further **not granted leave** to notice the depositions of Ms. Betty Barney,RN and HomeCare Provider for Rudolph N. Marcello, whom where she resides at 77 Dorr Avenue, E Providence, Rhode Island 02915, and is further **not granted leave** to notice the depostions and to depose Debra A. Clark, Notary Public, who legally notarized the Revocation by the act of the Testator signed Nicholas R. Marcello by subsequent writngs executed on April 26, 2002 **revoking everything on the instrument dated March 6, 2002 purporting to be a will.**

6. The petitioner, James C. Marcello, is granted leave to notice the depositions of and to depose Albert Mastriano, 431 Maple Avenue, Barrington, Rhode Island 02806, Thomas p. Acciardo, 170 Whipple Street, Barrington, Rhode Island 02806, witnesses to the instrument purporting to be a Will of March 6, 2002, Arthur T. Marcello, Executor named in the purported Will of March 6, 2002, of 130 Roffee Street, Barrington, Rhode Island 02806, and John A. DeSano,Esq., the manufacturer of the purported Will of March 6, 2002, of Old Chimmey Road, Barrington, Rhode Island 02806 or 91 Frienship St., Providence, Rhode Island 02903, or 459 Charles Street,Providnence, Rhode Island 02903.