BPH:Sl /3/03 1236

STATE OF RHODE ISLAND
PROVIDENCE, SC.

DISTRICT COURT
SIXTH DIVISION

ARTHUR MARCELLO, DULY APPOINTED
EXECUTOR OF THE ESTATE OF NICHOLAS
RUDOLPH MARCELLO
130 Roffee Street
Barrington, RI 02806

VS

C. A. NO [redacted]

JAMES MARCELLO
rental premises
557 Maple Avenue
Barrington, RI

**COMPLAINT FOR EVICTION**
**FOR REASON OTHER THAN NONPAYMENT OF RENT**
**RIGL 34-18-36, RIGL 34-18-38**
**AND/OR**
**COMPLAINT FOR TRESPASS AND ACTION FOR POSSESSION**

COUNT I

1. Plaintiff Landlord, Arthur Marcello, duly appointed Executor of the Estate of Nicholas Rudolph Marcello, owns and/or controls the rental premises listed above in which the defendant-tenant resides.

2. CHECK ONE:

_____ Defendant breached the tenant's obligations under the rented agreement or §34-18-24 as set forth in the attached copy of noncompliance which was mailed to the defendant. Defendant has not cured or remedied the breach. Plaintiff must attach copy of required notice of noncompliance.

XXXX Defendant has remained in possession of the rented premises following the period set forth in the attached notice of termination of tenancy which was mailed to defendant. (Plaintiff must attach copy of required termination notice).

_____ Defendant breached the tenants' obligations under §34-18-24(8), (9) or (10).

3. Plaintiff seeks judgment for possession of the premises plus the costs of this action.

CLERK OF SIXTH DIVISION DISTRICT COURT
A TRUE COPY ATTEST

COUNT II

1. Arthur C. Marcello is the duly appointed executor of the Estate of Nicholas C. Marcello.

2. Nicholas F. Marcello died September 28, 2002, and at the time of his death owned that certain real property situate in the Town of Barrington at 557 Maple Avenue, Barrington, Rhode Island.

3. The defendant, James C. Marcello, has wrongfully and in violation of Chapter 20 of Title 34 of the Rhode Island General Laws entered in and upon and trespassed upon the property of the Estate of Nicholas Marcello as described above.

4. Arthur C. Marcello, as the duly appointed Executor of the Estate of Nicholas Marcello, has a right of entry into the premises and needs to enter the premises to perform properly his duties as Executor.

5. Despite demands made, James C. Marcello has refused and continues to refuse to deliver to the plaintiff possession of the premises.

Wherefore, the plaintiff demands judgment against the defendant, James C. Marcello, awarding him possession of the subject premises together with the cost of this action.

The plaintiff, by his attorneys,

Bernard P. Healy (2072)
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903
(401) 831 2900

STATE OF RHODE ISLAND

# DISTRICT COURT

# SUMMONS
## TWENTY (20) DAYS
## LANDLORD — TENANT EVICTION
### (FOR OTHER THAN NONPAYMENT OF RENT)

| DIVISION | ADDRESS OF COURT | CIVIL ACTION NO. |
|---|---|---|
| SIXTH | ONE DORRANCE PLAZA, PROV., RI | 03-3880 |

| PLAINTIFF-LANDLORD | PLAINTIFF'S ATTORNEY |
|---|---|
| Arthur Marcello, Executor of the Estate of Nicholas Marcello | Bernard P. Healy (2072) |
| VS | ADDRESS OF PLAINTIFF'S ATTORNEY OR PLAINTIFF: 91 Friendship Street, Prov., RI 02903 |
| DEFENDANT-TENANT: JAMES MARCELLO | DEFENDANT'S ADDRESS: 557 Maple Street, Barrington, RI |

TO THE ABOVE NAMED DEFENDANT-TENANT: You are hereby served with a "COMPLAINT FOR EVICTION FOR NONCOMPLIANCE WITH RENTAL AGREEMENT" (R.I.G.L. 34-18-36), or "FOR UNLAWFULLY HOLDING OVER AFTER TERMINATION" or "EXPIRATION OF TENANCY" (R.I.G.L. 34-18-38), and three (3) blank answer forms. If you claim a defense, you must file an answer with the Clerk of the Court within TWENTY (20) days after you are served with this summons and complaint exclusive of the date of service. If you fail to file an answer you will be DEFAULTED. You are also required to mail a copy of the ANSWER to the attorney for the plaintiff-landlord whose name and address appears above. If the plaintiff-landlord does not have an attorney, then you must mail a copy of your ANSWER to the plaintiff-landlord. You should retain a copy of the answer for your file. This matter may be assigned for a hearing by you or the plaintiff-landlord by written motion. If you think the case is "settled" you should still file an ANSWER as hereinabove indicated and make sure that a written settlement is filed in the records of the court.

If you do nothing you will be DEFAULTED and JUDGMENT for possession of the premises in question and money damages could be entered against you.

| COURT SEAL | DATE | CLERK |
|---|---|---|
| | | CLERK |

## PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this summons and a copy of the complaint and three (3) answer forms received herewith upon the above-named defendant by delivering or leaving said papers in the following manner:

- [x] to the defendant personally.
- [ ] at his/her dwelling house or usual place of abode at the address entered below, with a person of suitable age and discretion then residing therein.
- [ ] to an agent named below authorized by appointment or by law to receive service of process.
- [ ] Further notice as required by statute was given as noted on the reverse side.

ADDRESS OF DWELLING UNIT OR USUAL PLACE OF ABODE

NAME OF AUTHORIZED AGENT OR PERSON OF SUITABLE AGE AND DISCRETION

| DATE OF SERVICE | [redacted]/CONSTABLE |
|---|---|
| 6-7-03 | |

ALFRED J. HARRIS
CONSTABLE # 6060

SERVICE FEE $ 35.00

D-055 (1-88)