State of Rhode Island and Providence Plantations

PROVIDENCE, SC.
1 DORRANCE PLAZA

DISTRICT COURT
SIXTH DIVISION
C.A.NO:________

PLAINTIFF

ARTHUR T. MARCELLO

130 Roffee Street
Barrington,RI 02806

V

DEFENDANT

JAMES C. MARCELLO

557 Maple Avenue
Barrington,RI 02806

## ANSWER

The answer of the defendant, James C. Marcello, to the complaint for eviction for reason other than nonpayment of rent RIGL 34-18-36, RIGL 34-18-38 and/or complaint for trepass and action for possession RIGL 34-20-2 of Arthur T. Marcello, plaintiff. And for cause of answer, says:

The defendant answers to Count I and Count II,

"The plea of NOT GUILTY"

Dated: June 21, 2003

Respectively Submitted,

James Marcello

JAMES C. MARCELLO
557 Maple Avenue
Barrington,RI 02806
Tel: 1-401-245-7190

## CERTIFICATE OF AFFIRMATION

I, JAMES C. MARCELLO, defendant in the above entitled cause, hereby certify by affirmation of truth and say that the above answer is presented in good faith and is not interposed for the purpose of delay.

## CERTIFICATE OF COUNSEL

I, JAMES C. MARCELLO, pro se, hereby certify that I have perused complainant's complaint and that such is well founded in law.

Dated: June 21, 2003

James Marcello

JAMES C. MARCELLO
557 Maple Avenue
Barrington,RI 02806
Tel: 1-401-245-7190

CLERK OF ... SION DISTRICT COURT

State of Rhode Island and Providence Plantations

PROVIDENCE, SC.
1 DORRANCE PLAZA

DISTRICT COURT
SIXTH DIVISION
C.A.NO:________

PLAINTIFF

ARTHUR T. MARCELLO

130 Roffee Street
Barrington,RI 02806

V

DEFENDANT

JAMES C. MARCELLO

557 Maple Avenue
Barrington,RI 02806

DEFENDANTS DEMURRER

To the Honorable the Judges of the said Court:

Demurrer of James C. Marcello, the defendant, to complaint for eviction for reason other than nonpayment of rent RIGL 34-18-36, RIGL 34-18-38 and/or complaint for trepass and action for possession RIGL 34-20-2 filed, and for cause of demurrer shows:

1. That upon the face of said complaint the plaintiff is not entitled to the relief claimed.

2. That this Court has no jurisdiction of said complaint.

3. That upon the face of the complaint it appears that the defendant is not liable to the plaintiff in any way.

4. That the plaintiff's complaint is defective for want of parties. Mrs. Olivia A. Marcello should be a party to said complaint.

5. The complaint is multifarious upon its face in that its deliberates by fraud the fault of improperly joining in one complaint distinct and independent matters, of dissimilar and discordant subjects, the latter complaint for trepass and action for possession RIGL 34-20-2 being of the Superior Court's original jurisdiction pursuant to RIGL 8-2-14 where title to this estate or some right or interest therein is in issue.

Photostatic copies of RIGL 34-20-2 and RIGL 8-2-14 are attached to this demurrer appearing at A-1 and A-2.

6. That the plaintiff has not alleged in his said complaint that the purported will of his testator has ever been proved or that he has ever legally qualified himself to act as executor thereunder.

7. And for a further cause of demurrer this defendant shows that the said complaint is vague, and uncertain in that it does not set forth in any paragraph what alleged duties specifically the plaintiff is alleging to perform.

WHEREFORE, and for other good causes of demurrers appearing on the face of said complaint, the defendant demurs thereto and prays the judgment of this Honorable Court whether he shall be compelled to make answer to the said complaint, and prays to be hence dismissed with his reasonable costs in this behalf most wrongfully sustained.

Dated: June 20, 2003

Respectively Submitted,

James Marcello

JAMES C. MARCELLO
557 Maple Avenue
Barrington, RI 02806
Tel: 1-401-245-7190

CERTIFICATE OF AFFIRMATION

I, JAMES C. MARCELLO, defendant in the above entitled cause, hereby certify by affirmation of truth and say that the above demurrer is presented in good faith and is not interposed for the purpose of delay.

WHEREFORE, the defendant prays that this Court will DISMISS the said complaint of said cause on such terms as to this Court shall deem just.

Dated: June 20, 2003

Respectively Submitted,

James Marcello

JAMES C. MARCELLO
557 Maple Avenue
Barrington, RI 02806
Tel: 1-401-245-7190

State of Rhode Island and Providence Plantations

**PROVIDENCE, SC.**
**1 DORRANCE PLAZA**

**DISTRICT COURT**
**SIXTH DIVISION**
**C.A.NO:_______**

| **PLAINTIFF** | | **DEFENDANT** |
|---|---|---|
| ARTHUR T. MARCELLO | V | JAMES C. MARCELLO |
| 130 Roffee Street<br>Barrington,RI 02806 | | 557 Maple Avenue<br>Barrington,RI 02806 |

**MOTION TO DISMISS FOR IMPROPER VENUE**
**UNDER RULE 12(b) & RIGL 9-4-6**

The defendant moves the court as follows:

1. To dismiss the action on the grounds of improper venue because the complaint for eviction for reason other than nonpayment of rent RIGL 34-18-36, RIGL 34-18-38 and/or complaint for trespass and action for possession RIGL 34-20-2 of Arthur T. Marcello the plaintiff, was brought contrary to the provisions of §§ 9-4-2 & 9-4-3.

**LAW**

**RIGL 9-4-2. VENUE OF ACTIONS INVOLVING REALTY PROVIDES THAT:**
All civil actions which concern realty, or any right, easement, or interest therein, or the possession thereof, all civil actions for breaking and entering the close of any plaintiff, and all actions in which the title to real estate may be tried and determined, shall, if brought in the superior court, be brought in the court for the county, and if brought in the district court, in the division where the land lies; ....

**RIGL 9-4-3. VENUE BASED ON RESIDENCE OF PARTIES PROVIDES THAT:**
All other actions and suits, if brought in the superior court, shall be brought in the court for the county, or if brought in the district court, shall be brought in the division in which some one of the plaintiffs or defendants shall dwell, or in the superior court for the county or in the district court for the divison in which the defendant or some one of the defendants shall be found; ....

**FACT**

1. The land in question, 557 Maple Avenue Barrington Rhode Island, lies in Bristol County.

2. Both the plaintiff and defendant reside and dwell in the town of Barrington, which, lies in Bristol County.

CLERK OF ... DIVISION DISTRICT COURT
A TRUE COPY ATTEST

**ARGUMENT AND LAW**

RIGL 8-8-2(a)(6) requires that the distribution of court business be that the sixth division court consists of the city of Providence and the city of East Providence.

This land in question being located at 557 Maple Avenue in the town of Barrington RI and in the county of Bristol, is not of the jurisdictional venue of this sixth division court.

These parties both the plaintiff and defendant resideeand dwell in the town of Barrington RI and in the county of Bristol, are not of the jurisdictional venue of this sixth division court.

**CONCLUSION**

THEREFORE, the defendant prays, that the motion to dismiss for improper venue under Rule 12(b) & RIGL 9-4-6 be GRANTED, upon such terms as this honorable court deems fair and just.

Dated: July 5, 2003

Respectively Submitted,

James Marcello

JAMES C. MARCELLO
557 Maple Avenue
Barrington, RI 02806
Tel: 1-401-245-7190

CLERK OF [illegible] DISTRICT COURT
A TRUE COPY ATTEST

State of Rhode Island and Providence Plantations

PROVIDENCE, SC.
1 DORRANCE PLAZA

DISTRICT COURT
SIXTH DIVISION
C.A.NO:_______

PLAINTIFF

ARTHUR T. MARCELLO

130 Roffee Street
Barrington,RI 02806

V

DEFENDANT

JAMES C. MARCELLO

557 Maple Avenue
Barrington,RI 02806

**PETITION FOR REMOVAL OF ACTION TO SUPERIOR COURT AND DEMAND FOR JURY TRIAL**

To the Honorable, the Judge of said Court:

The defendant, James C. Marcello, for reasons says:

1. That the said face of the above plaintiff's complaint indicates a caption a complaint for trespass and action for possession RIGL 34-20-2.
A photostatic copy of RIGL 34-20-2 is attached at A-1.

2. This action requires the original jurisdiction of the Superior Court provided under RIGL 8-2-14 Jurisdictions of actions at law. which states at (a) The Superior Court shall have original jurisdiction of all actions at law where title to real estate or some right or interest therein is in issue,.....
A photostatic copy of RIGL 8-2-14 is attached at A-2.

3. The plaintiff's attorney, Bernard Healy,Esq., has apparently misfiled the plaintiff's complaint in the wrong jurisdiciton of this court.

4. A judgment from this court regarding such issues presented in said complaint of the questions of title, possession, and right of entry, would be an excess of jurisdiction and therefore void, because simply, although within the general power of the judge, is not authorized, with respect to the particular case, because the conditions which alone authorize the exercise of his general power in taht particular case are wanting, and hence the judicial power is not in fact lawfully invoked.

5. Furthermore, according to the prevailing view in the State of Rhode Island case Laws (R.I.--Wood v. Essex, 94 A. 666, 38 R.I. 21; Carpenter v. Logee, 53 A. 288, 24 R.I. 383; Sayles v. Mitchell, 47 A. 320, 22 R.I. 238) a plea of not guilty puts in issue not only the question of trespass but held to put in issue also plaintiff's right as he has alledged it, including title and possession where there is and is in fact statutory authority therefor.

THEREFORE, the defendant prays that the petition for removal and demand for jury trial be GRANTED.

Dated: June 21, 2003

James Marcello
JAMES C. MARCELLO

CLERK OF SIXTH DIVISION DISTRICT COURT
A TRUE COPY ATTEST