STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# CIVIL FACE SHEET

DISTRICT COURT, ____________ DIVISION

| | |
|---|---|
| PLAINTIFF(S) Arthur Marcello, Executor<br>VS.<br>DEFENDANT(S) James Marcello | DEFENDANT(S), James Marcello<br>PLAINTIFF(S) Arthur Marcello, Executor |
| CASE NO. 03-5880 | CASE NO. 03-5880 |
| ATTORNEY NAME: Bernard P. Healy | ATTORNEY NAME: |

08/07/03 12:31PM 000001#1313 XX16
SURCHARGE $10.00

## TYPE OF ACTION

☐ Property Damage
☐ Personal Injury
☐ Contract
☐ Book Account
☐ Landlord and Tenant
☐ Possession
☐ Rent, Other
☐ Replevin
☐ Administrative Appeal
☐ Note
☐ Other Tort
☐ Other Action

Date: 6/6/03
6-12-03

FILINGS
☑ Complaint Filed
☑ Summons Filed
☐ Answer Filed
☐ 3rd Party Comp.
vs. ____________

Date: 7/23/03

DEFAULT
08/07/03 11:05AM 000001#0178 XX10
☑ Default ENTRY FEE $60.00

Alice Albuquerque
By order: Clerk
CLERK

| DATE | ACTIVITY | JUDGE |
|---|---|---|
| 6-20-03 | Motion to Dismiss. | |
| 6-25-03 | obj. to motion to dismiss | |
| 6-27-03 | obj. to motion to strike | |
| 7-2-03 | Motion for Hearing 7-9-03 (T) 7-16-03 | |
| 7-9-03 | ENTERED UNDER RULE OF COURT | |
| 7/16/03 | Δ failed to appear. Ans. has been | filed. Default |

entered. Π may schedule POC

## JUDGMENT

Judgment for: ☐ ~~Plaintiff~~ ☐ Defendant ☐ Counterclaim ☐ Other

☐ By Default ☐ After Trial ☐ Summary Judgment
☐ By Stipulation ☐ Oral Proof of Claim ☐ Written Proof of Claim
☐ ~~For Possession~~ ☐ Execution to Issue on ____________

~~For Damages: Amount~~ $________ Costs $________ Interest $________

Attorney's Fee $________ Total Judgment $________ Plus Statutory interest.

☐ Soldiers and Sailors Relief Act of 1940 Affidavit filed.

Order: Alice Albuquerque CLERK
Clerk

Enter: ____________
Judge

Date: 7/23/03

## EXECUTION

8-5-03 ☑ Execution Issued, in the amount of $________.

________ ☐ Execution Returned
☐ Satisfied ☐ Unsatisfied: ☐ In Whole ☐ To extent of $________

## SUPPLEMENTARY PROCEEDINGS

DATE:

________ ☐ Citation Issued Per Order: ________
________ ☐ Body Attachment to Issue Per Order: ________
________ ☐ Body Attachment Withdrawn Per Order: ________
________ ☐ Citation to Show Cause Issued Per Order: ________

D-3 (Rev. 8/92)

CLERK ... DIVISION DISTRICT COURT
A TRUE COPY ATTEST