[redacted]

DISTRICT COURT
**CRIMINAL COMPLAINT**

HOPE

00085337 ✓

| | | | |
|---|---|---|---|
| DEFENDANT ADDRESS AND PHONE: 557 MAPLE AVE (STREET) BARRINGTON (CITY) RI (STATE) 401-245-8775 (PHONE) | | DETERMINE ATTY DATE | PRE TRIAL DATE 8/27/03 |
| DEF D.O.B. 02/07/1954 | DEF. BCI NO. 00085337 | PRE-ARRAIGN CONF DATE | TRIAL DATE 7/10/03 |
| DEF. SOC. SEC. NO. 038366795 | DEF. M.V. LIC. NO. RI-7012297 | SUPERIOR CT ARRAIGN DATE | MISC DATE/BAIL HRG/CONTROL |
| OFFENSE DATE 08/13/2003 ☐ DIVERS DATE | OFFICER/COMPLAINANT Sergeant Lee A Soito | | |
| POLICE DEPT./COMPLAINANT ADDRESS: Barrington Police Department, 100 Federal Road | | | |

TO ANY JUDGE OR JUSTICE OF THE PEACE: ON BEHALF OF THE STATE I SWEAR THAT THE ABOVE DEFENDANT DID COMMIT THE FOLLOWING OFFENSES:

| OFFICER/COMPLAINANT | DATE | SWORN TO BEFORE JUDGE/JUSTICE OF THE PEACE | DATE |
|---|---|---|---|
| X Sgt L A Soito #7 | 08/13/03 | X [signature] | 8/13/03 |

## INITIAL APPEARANCE

| APPEARANCE DATE | BAIL FOR ALL COUNTS | ARRAIGNMENT DATE | JUSTICE OF THE PEACE |
|---|---|---|---|
| | $ | | |

## ARRAIGNMENT

| ARRAIGNMENT DATE | ADVISED OF RIGHTS | JURY TRIAL WAIVED | PLEA COUNT 1 | PLEA COUNT 2 | PLEA COUNT 3 |
|---|---|---|---|---|---|
| 8/13/03 | ☒ YES ☐ NO | ☐ YES ☐ NO | N/G | N/G | |
| BAIL FOR ALL COUNTS $ 500 P/R | ATTORNEY NAME Pro Se | ☐ PRIVATE ☐ COURT APPT. ☐ P.D. | JUDGE/JUSTICE OF THE PEACE X [signature] | | |

**COUNT 1** — STATUTE(S) VIOLATED 11-45-1 — ☐ FELONY ☒ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

DISORDERLY CONDUCT

"did then and there intentionally, knowingly, or recklessly engage in fighting or threatening, or in violent or tumultuous behavior, in violation of the General Laws of RI 1956, as amended"

DISPOSITION: ☒ DISMISSAL ☐ GUILTY PLEA ☒ NOLO PLEA ☐ GUILTY FINDING ☐ NOT GUILTY FINDING ☐ CASE FILED 1 YEAR ☐ INFO/TRUE BILL ☒ NO INFO/NO TRUE BILL ☐ OTHER

SENTENCE IMPOSED: 48A

PROCEEDING: ☒ ARRAIGN ☒ PRE TRIAL ☐ TRIAL ☒ OTHER — APPEAL TAKEN ☐ — JUDGE X — DATE 2/24/04

**COUNT 2** — STATUTE(S) VIOLATED 11-32-1 — ☐ FELONY ☒ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

OBSTRUCTING OFFICER IN EXECUTION OF DUTY

"did then and there obstruct Chief John LaCross, Ptlm. Handfield of the Barrington Police Dept., and Constable Alfred J. Harris of the U.S. District Court, by refusing to leave and obey a valid court order, while said officers was in the execution of his duties,in violation of the GL of RI 1956 amended"

DISPOSITION: ☐ DISMISSAL ☐ GUILTY PLEA ☒ NOLO PLEA ☐ GUILTY FINDING ☐ NOT GUILTY FINDING ☐ CASE FILED 1 YEAR ☐ INFO/TRUE BILL ☐ NO INFO/NO TRUE BILL ☐ OTHER

SENTENCE IMPOSED: 1 yr susp, 1 yr prob, NCO — 557 Maple Ave Barrington, costs

PROCEEDING: ☐ ARRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER — APPEAL TAKEN ☐ — JUDGE X E Bucci — DATE 2/24/04

**COUNT 3** — STATUTE(S) VIOLATED — ☐ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

[signature]
CLERK OF SIXTH DIVISION DISTRICT COURT
A TRUE COPY ATTEST

DISPOSITION: ☐ DISMISSAL ☐ GUILTY PLEA ☐ NOLO PLEA ☐ GUILTY FINDING ☐ NOT GUILTY FINDING ☐ CASE FILED 1 YEAR ☐ INFO/TRUE BILL ☐ NO INFO/NO TRUE BILL ☐ OTHER

SENTENCE IMPOSED:

PROCEEDING: ☐ ARRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER — APPEAL TAKEN ☐ — JUDGE X — DATE

VICTIM(S) NOTIFIED: ☐ ARRAIGNMENT ☐ PRE TRIAL ☐ TRIAL
VICTIM(S) APPEARED: ☐ ARRAIGNMENT ☐ PRE TRIAL ☐ TRIAL
CASE TYPE: ☐ DOMESTIC VIOLENCE
IMMEDIATE APPEAL TAKEN: DATE — JUDGE X
ADDITIONAL COUNTS ATTACHED ☐