STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

ARTHUR MARCELLO, Executor of the
Estate of Nicholas Marcello

VS. C.A. NO. 2003-6003

JAMES C. MARCELLO, Alias John Doe

# ORDER

This matter came before the court, Mr. Justice Clifton presiding, on the 8th, 9th and 12th of December, 2003 upon the motion of the plaintiff, Arthur Marcello, Executor of the Estate of Nicholas Marcello, for a preliminary injunction against James C. Marcello, defendant. After hearing thereon, and in consideration thereof, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. The motion of the plaintiff for a preliminary injunction against James C. Marcello ordering him to vacate the premises at 557 Maple Avenue, Barrington, Rhode Island and that James C. Marcello thereafter be restrained and enjoined from attempting to reenter the subject premises is granted and James C. Marcello is preliminarily enjoined and restrained from attempting to reenter the subject premises.

2. The plaintiff's motion for a preliminary injunction enjoining James C. Marcello from filing documents, including deeds in the land evidence records of the Town of Barrington, is granted and James C. Marcello is preliminary restrained and enjoined from filing any documents in the land evidence records of the Town of Barrington which purport to grant him title to that real estate situated at 557 Maple Avenue, Barrington, Rhode Island.

3. The motion of Arthur Marcello for a preliminary injunction restraining and enjoining James C. Marcello from interfering with Arthur Marcello in the performance of his duties as executor is granted and James C. Marcello is restrained and enjoined from interfering with Arthur Marcello in the performance of his duties as executor of the estate of Nicholas Marcello.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2003 DEC 16 P 4: 1[illegible]

4. The motion of Arthur Marcello for a preliminary injunction enjoining James C. Marcello from having any further contact with Arthur Marcello is denied.

By ORDER:

Dep. Clerk 12/19/03

ENTER:

Clifton, J. Dec 19, 2003

Prepared by:

Bernard P. Healy #2072
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 (FAX)

To: James C. Marcello
152 Cross Road
Stetson, Maine 04488

CERTIFICATION

I hereby certify that I mailed a copy of the within to the party listed above.

Dated: December 15, 2003