# REQUEST TO ENTER PLEA OF NOLO CONTENDERE OR GUILTY
## SUPERIOR COURT

| | |
|---|---|
| 1. STATE OF RHODE ISLAND<br>VS.<br>JAMES MARCELLO | 2. CASE NO.<br>P204-0586A |
| 3. CHARGES<br>CT.1 TRESPASS<br>CT.2 BREAK AND ENT. | 4. PENALTY<br>CT.1 1 YR ACI<br>CT 2 10 YR ACI |

I, the above named defendant, do hereby request Court permission to withdraw my present plea of **Not Guilty** and to enter a plea of **Nolo Contendere or Guilty.** I understand the plea of **Nolo Contendere** is for all purposes the same as a plea of **Guilty** and that I will be admitting sufficient facts to substantiate the charge(s) which has (have) been brought against me in the case to which this plea relates. I understand by changing my plea I will be giving up and waiving each and all of my rights as follows:

1. My right to a trial by jury or by a Judge, sitting without a jury, and my right to appeal to the Supreme Court from any verdict or finding of guilt.
2. My right to have the State prove each and every element of the charge(s) against me by evidence and proof beyond a reasonable doubt.
3. My right to the presumption of innocence.
4. My privilege against self-incrimination.
5. My right to confront and cross-examine the State's witnesses against me.
6. My right to present evidence and witnesses on my own behalf and to testify in my own defense if I choose to do so.
7. My right to appeal to the Rhode Island Supreme Court from the sentence imposed by the Court after the entry of my plea of **Nolo Contendere or Guilty.**
8. My right to have the Court obtain and consider a pre-sentence report before the imposition of sentence by the Court.

No promises have been made to me by my Attorney, the State's Attorney, or the Court, other than the fact the Court has agreed to impose the following sentence in addition to whatever money costs are imposed by law.

5. SENTENCE
PLEA AND FACTS NOT TO BE USED TO VIOLATE DEFENDANTS CURRENT SUPERIOR COURT PROBATION
CT 1 1 YR. SUS. 1 YR PRO.
CT 2 48(A)

I understand if the Court imposes the sentence referred to above, I will not be permitted to withdraw my plea of **Nolo Contendere or Guilty** except by permission of the Court.

I UNDERSTAND THAT IF I AM A RESIDENT ALIEN, A SENTENCE IMPOSED AS A RESULT OF MY PLEA MAY RESULT IN DEPORTATION, EXCLUSION OF ADMISSION TO THE UNITED STATES, AND/OR DENIAL OF NATURALIZATION PURSUANT TO THE LAWS OF THE UNITED STATES, AND THAT THIS COURT WILL HAVE NO CONTROL OVER THOSE PROCEEDINGS.

I have discussed the entire contents of this form with my Attorney, who has explained it to me. I have no questions as to what it states or what it means, and I understand it completely. I swear to the truth of the above.

6. WITNESS (Attorney for the Defendant) Date 2/27/04
Signature [signature]
Print Name MARTIN A. CONNELL Registration No. 6737

7. DEFENDANT X Date 2/22/04
Signature X [signature]
Print Name JAMES MARCELLO

8. DATE/TIME STAMP
SUPERIOR COURT
04 MAR -1 PM 2:12

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

J-1 (REV. 01/04) (CERTIFICATE OF JUDGE ON REVERSE SIDE)

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
# SUPERIOR COURT

## CERTIFICATE OF JUDGE

| 1. STATE OF RHODE ISLAND<br>VS. | 2. CASE NO. |
|---|---|

This certifies that the defendant has come before me, in the presence of counsel, and presented the attached request, affidavit and attorney's certification. Thereupon, I addressed the defendant personally in open court, and established by responses to my questions that the defendant has been fully informed of the contents of the affidavit, all of the rights enumerated therein, and the nature and consequences of this plea as set forth therein. The defendant has also been made aware of the range of punishment which might be imposed, as well as any assurances made to the defendant by counsel, the prosecuting attorney or the court regarding a sentence. The Court finds the defendant has the capacity to understand all of the above.

I have also been satisfied by the prosecutor's statement of the facts, the defendant's answers, and the content of the affidavit that there is a factual basis for the plea. I find this plea is made voluntarily, intelligently, and with knowledge and understanding of all matters set forth in the attached request and affidavit.

| 3. JUSTICE | |
|---|---|
| Signature [signature] | Date 2-27-04 |

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE S.C. SUPERIOR COURT

STATE OF RHODE ISLAND :

VS : P2/04-0586A

James Marcello :

Now comes the Attorney General of the State of Rhode Island and dismisses above entitled matter under rule 48 (a) Rules of Criminal Procedure for the following reason (s):

The State will dismiss Count 2 of the information in consideration of defendant's plea of Nolo Contendere to Count 2

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND

PATRICK C. LYNCH

ATTORNEY GENERAL

BY: [signature]

02/27/04

White - Court
Yellow - A.G.
Pink - Vic. Wit.

D1-01

SUPERIOR COURT
FILED
[illegible] KINCH, JR.

04 MAR -1 PM 2:12