#74

1236 BPH:SH

STATE OF RHODE ISLAND
BRISTOL, SC.

PROBATE COURT OF THE
TOWN OF BARRINGTON

ESTATE OF NICHOLAS F. MARCELLO, :
a/k/a NICHOLAS RUDOLPH MARCELLO :

No. 5148

**ORDER**

This matter came before the Court, Judge Homonoff presiding, upon the petition of Arthur T. Marcello, executor of the estate of Nicholas Marcello, for allowance of a second First and Final Account. After hearing thereon and consideration thereof, it is hereby ordered, adjudged and decreed:

1. the petition of the executor, Arthur Marcello, for allowance of a second - Amended First and Final Account is granted, subject to the executor providing releases from beneficiaries listed.

ENTER

Lorraine A. Dubois
Probate Clerk

BY ORDER

Homonoff, J. 7/23/04

Presented by:

Bernard P. Healy (2072)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX

Filed: July 26, 2004 **FILMED** August 31, 2004

To James C. Marcello
557 Maple Avenue
Barrington, RI 02806

Michael Farley, Esq.
670 Willett Avenue
East Providence, RI 02915

CERTIFICATION

I hereby certify that I mailed a copy of the within to the above.

Dated: July 21, 2004 S. Harrison

1236

STATE OF RHODE ISLAND
BRISTOL, SC.

PROBATE COURT OF THE
TOWN OF BARRINGTON

ESTATE OF NICHOLAS F. MARCELLO, :
a/k/a NICHOLAS RUDOLPH MARCELLO :

No. 5148

## ORDER

This matter came before the Court, Judge Homonoff presiding, on June 6, 2005, upon the Miscellaneous Petition of Arthur T. Marcello in reference to a prayer by Arthur T. Marcello that his bond be extinguished and that he be relieved and discharged of any further responsibilities in his capacity as executor. After hearing thereon and consideration thereof, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. that the Miscellaneous Petition and prayer for the cancellation of the outstanding bond of Arthur T. Marcello, Executor is hereby granted and said bond is hereby extinguished.

2. that the prayer discharging the executor, Arthur T. Marcello, in his office as executor herein is hereby granted.

3. that the amended first and final accounting as submitted to this court by the said Arthur T. Marcello, Executor of the within estate is hereby allowed.

ENTER

[signature] 6/6/05

BY ORDER

[signature] 6/6/05

Presented by:

[signature]

John A. Desano, Esquire (0466)
91 Friendship Street
Providence, RI 02903

To

James C. Marcello
152 Crossroad Street
Stetson, Maine 04488

Gayton Marcello, Jr.
7853 Camino Kioseo
San Diego, CA 92122

Jennie Marcello Gantiener
P. O. Box 34
Corinna, ME 04928

James N. J. Marcello
24 Carpenter Street
Cumberland, RI 02864

CERTIFICATION

I hereby certify that I mailed a copy of the within to the above.

Dated: June 6, 2005

FILMED July 31, 2005

#69

PC-7.1 (11/02, formerly SW-2, SW-60, SW-61, and SW-62) Account

Date filed: MAR 1 0 2004
Court use only

**STATE OF RHODE ISLAND**

County of Bristol

Estate of NicholasF. Marcello, a/k/a

Alias Nicholas Rudolph Marcello

Alias

**PROBATE COURT OF THE**

TOWN OF BARRINGTON

No. 5148

March 9, 2004
Date

## THE

FIRST AND FINAL
(Number of Account)

## ACCOUNT

For the period from 2/14/03 (Date) to 4/5/04 (Date)

| | |
|---|---|
| **Schedule A Received** | $ 264,213.02 |
| **Schedule B Paid Out** | $ 264,213.02 |
| **Schedule C Balance** | $ 0 |

*Attach form PC—9.1, Waiver, if applicable.*

Arthur T. Marcello
Signature of Fiduciary

Signature of Co-Fiduciary

Name of Fiduciary

Name of Co-Fiduciary

Executor
Title of Fiduciary

Title of Co-Fiduciary

Bristol Sc.

Date: March 9, 2004

*Subscribed and sworn to before me*

JOHN A. DESARRO
Notary public (please print name)

John A. DeSarro
Notary public signature

## DECREE

**Account allowed.**

~~April 5, 2004~~
Date

Probate Judge Marvin Homonoff

MARCELLO, NICHOLAS F. a/k/a MARCELLO, NICHOLAS RUDOLPH a/k/a MARCELLO, RUDOLPH NICHOLAS; Estate — First and Final Account of Executor for hearing on April 5, 2004.
March 17, 24 & 31, 2004

PC-7.1 (11/02)

No. 5148

# SCHEDULE A

| Number | Date | | Amount |
|---|---|---|---|
| 1 | | *Amount of personal estate according to inventory or balance of next prior account* | $2,886.86 |
| | | *Amount received from gain on sale of personal estate over appraised value and from other property as follows:* | |
| 2 | | Liquidation of real estate to a bonafide | |
| | | purchaser (property located at 557 Maple Avenue, Barrington, Rhode Island | |
| | | (Gross sales price--$275,000 and net proceeds generated from sale in accord with settlement | |
| | | statement appended hereto and made a part hereof $260,017.37) | $260,326.16 |
| 3 | | Motor vehicle--originally inventoried at | |
| | | $1,500--actually sold for $2,500--Gain--$1,000 | $1,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total: | $264,213.02 |

PC-7.1 (11/02)

No. 3148

# SCHEDULE B

| Number | Date | Showing payments, charges, losses, and distributions | Amount |
|---|---|---|---|
| *Here follows the settlement of all claims filed with the clerk and not heretofore accounted for, either by payment in full or in part or by abandonment by the creditor after disallowance together with all other* | | | |
| 1 | | Escrow on termite inspection (cannot proceed to properly or effectively determine whether | |
| | | termites were on the premises until spring of 2004--Escrow--$550 | 550.00 |
| 2 | | Claim on estate by Department of Human Services | 5,005.49 |
| 3 | | Fees and expenses incurred by custodian, David Strachman--Custodian fee | 2,583.00 |
| 4 | | Constable Al Harris who was involved in all phases of the court proceedings per his stmt. | 800.00 |
| 5 | | John B. Ennis, Esquire--witness in trepass and eviction action and sonsultation re title | 575.00 |
| | | search | |
| 6 | | Payment to fiduciary (Executor) for services rendered and reimbursement of expenditures | 22,907.88 |
| 7 | | Payment to Kiernan, Plunkett & Redihan for counsel fees and work product per petition | 20,390.87 |
| 8 | | and expenditures<br>Jones Moving & Storage | 454.20 |
| 9 | | Clerk of probate for advertising fee | 30.00 |
| 10 | | Tangible personal property originally inventoried at $1,365--actually sold for | |
| | | $975--Loss: $390.00 | 390.00 |
| 11 | | Home Depot for payment of Smoke & Monoxide units, electrical supplies, attic stairway | |
| | | and new toilet for second floor | 503.42 |
| 12 | | Interpleader actinnin Providence Superior Court necessitated by the lack of evidence or | |
| | | proof as to who should be reimbursed between James C. Marcello and James N. T. Marcello | |
| | | a. the funeral bill of decedent | 2,163.00 |
| | | b. the real estate taxes paid to the Town of Barrington during the travel of the estate | 2,781.00 |
| | | c. payment to bank of balance due on mortgage on 557 Maple Avenue | 24,007.62 |
| | | d. entry fee to clerk of court for filing said complaint | 160.00 |
| | | e. anticipated sheriff's costs<br>f. anticipated allowance by the court for | 60.00 |
| | | legal expenses in the filing of said complaint | 490.00 |

PC-7.1 (11/02)

No. 5148

## SCHEDULE B

| Number | Date | Showing payments, charges, losses, and distributions | Amount |
|---|---|---|---|
| *Here follows the settlement of all claims filed with the clerk and not heretofore accounted for, either by payment in full or in part or by abandonment by the creditor after disallowance, together with all other* | | | |
| 13 | | James C. Marcello, Legatee | 27,654.23 |
| 14 | | Arthur T. Marcello, Legatee | 36,872.31 |
| 15 | | Peter Marcello, Legatee | 11,522.60 |
| 16 | | Jennie Marcello, Legatee | 11,522.60 |
| 17 | | Nicholas Marcello, Legatee | 11,522.60 |
| 18 | | James N. T. Marcello, Legatee | 11,522.60 |
| 19 | | Maryann Marcello, Legatee | 18,436.15 |
| 20 | | Arthur T. Marcello, Jr., Legatee | 18,436.15 |
| 21 | | Gayton Marcello, Jr., Legatee | 18,436.15 |
| 22 | | Thomas A. Marcello, Legatee | 18,436.15 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total: | 264,213.02 |

PC-7.1 (11/02)

No. 3148

# SCHEDULE C

| | | | Amount |
|---|---|---|---|
| *This Schedule contains all items of personal property now in the possession of the fiduciary, including cash.* | | | |
| | | | 0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

OMB NO. 2502-0265

A.

U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT

**SETTLEMENT STATEMENT**

B. TYPE OF LOAN:

1.☐ FHA 2.☐ FmHA 3.☒ CONV. UNINS. 4.☐ VA 5.☐ CONV. INS.

6. FILE NUMBER: A03-2436

7. LOAN NUMBER: 600906935

8. MORTGAGE INS CASE NUMBER:

C. NOTE: *This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.*
1.0 2/98 (A03-2436.pfd/A03-2436/14)

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| NUNO C. NEVES and<br>NATALIA PAIVA-NEVES<br>643 East Avenue<br>Pawtucket, RI 02660 | ESTATE OF NICHOLAS MARCELLO | Diamond Funding Corporation<br>872 Park Avenue<br>Cranston, RI 02910 |

| G. PROPERTY LOCATION: | H. SETTLEMENT AGENT: 05-0484845 | I. SETTLEMENT DATE: |
|---|---|---|
| 557 Maple Avenue<br>Barrington, RI 02806<br>Bristol County, Rhode Island | Resnick & Caffrey<br><br>PLACE OF SETTLEMENT<br>300 Centerville Road, Suite 300 Summit West<br>Warwick, RI 02886 | February 6, 2004 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | 275,000.00 | 401. Contract Sales Price | 275,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 4,660.17 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes 02/06/04 to 04/01/04 | 551.16 | 406. City/Town Taxes 02/06/04 to 04/01/04 | 551.16 |
| 107. County Taxes to | | 407. County Taxes to | |
| 108. Assessments to | | 408. Assessments to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| *120. GROSS AMOUNT DUE FROM BORROWER* | 280,211.33 | *420. GROSS AMOUNT DUE TO SELLER* | 275,551.16 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | 13,750.00 | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | 160,000.00 | 502. Settlement Charges to Seller (Line 1400) | 1,125.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first Mortgage | |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. Deposit retained by broker | 13,750.00 |
| 207. | | 507. Balance of 3rd qtr r.e. tax to BARRINGTON TAX COLL | 608.79 |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes to | | 510. City/Town Taxes to | |
| 211. County Taxes to | | 511. County Taxes to | |
| 212. Assessments to | | 512. Assessments to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. WATER BILL to BRISTOL COUNTY WATER | |
| 218. | | 518. | |
| 219. | | 519. | |
| *220. TOTAL PAID BY/FOR BORROWER* | 173,750.00 | *520. TOTAL REDUCTION AMOUNT DUE SELLER* | 15,483.79 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross Amount Due From Borrower (Line 120) | 280,211.33 | 601. Gross Amount Due To Seller (Line 420) | 275,551.16 |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( 173,750.00) | 602. Less Reductions Due Seller (Line 520) | ( 15,483.79) |
| *303. CASH ( X FROM ) ( TO ) BORROWER* | 106,461.33 | *603. CASH ( X TO ) ( FROM ) SELLER* | 260,067.37 |

By signing page 2 of this statement, the signatories acknowledge receipt of a completed copy of page 1 of this two page statement

Page 2

## L. SETTLEMENT CHARGES

| | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. TOTAL COMMISSION Based on Price | $ 275,000.00 @ 5.0000 % | 13,750.00 | | |
| *Division of Commission (line 700) as Follows:* | | | | |
| 701. $ 13,750.00 | to COLEMAN REALTORS | Less Deposit Retained 13,750.00 | | |
| 702. $ | to | | | |
| 703. Commission Paid at Settlement | | | | |
| 704. | to | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | |
| 801. Loan Origination Fee 0.2500 % | to Diamond Funding Corporation | | 400.00 | |
| 802. Loan Discount % | to | | | |
| 803. Appraisal Fee | to Appraisal One | POC $300.00 | | |
| 804. Credit Report | to Credit Information Bureau | | 20.00 | |
| 805. Lender's Inspection Fee | to | | | |
| 806. Mortgage Ins. App. Fee | to | | | |
| 807. Assumption Fee | to | | | |
| 808. Tax Service Contract | to Diamond Funding Corporation | | 99.00 | |
| 809. Underwriting Review Fee | to Diamond Funding Corporation | | 299.00 | |
| 810. Administration Fee | to Diamond Funding Corporation | | 399.00 | |
| 811. Flood Certification Fee | to Transamerica | | 25.00 | |
| 812. Courier Fee | to Diamond Funding Corporation | | 75.00 | |
| 813. Rate Extension Fee | to Diamond Funding Corporation | | 800.00 | |
| 814. | | | | |
| 815. | | | | |
| 816. | | | | |
| 817. | | | | |
| 818. | | | | |
| 819. | | | | |
| 820. | | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | |
| 901. Interest From 02/06/04 to 03/01/04 | @ $ 26.111110/day | ( 24 days 5.8750%) | 626.67 | |
| 902. Mortgage Insurance Premium for months to | | | | |
| 903. Hazard Insurance Premium for 1.0 years | to QUINCY MUTUAL | POC $841.00 | | |
| 904. | | | | |
| 905. | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | | |
| 1001. Hazard Insurance | months @ $ | per month | | |
| 1002. Mortgage Insurance | months @ $ | per month | | |
| 1003. City/Town Taxes | months @ $ | per month | | |
| 1004. County Taxes | months @ $ | per month | | |
| 1005. Assessments | months @ $ | per month | | |
| 1006. | months @ $ | per month | | |
| 1007. | months @ $ | per month | | |
| 1008. | months @ $ | per month | | |
| **1100. TITLE CHARGES** | | | | |
| 1101. Settlement or Closing Fee | to | | | |
| 1102. Abstract or Title Search | to | | | |
| 1103. Title Examination | to | | | |
| 1104. Title Insurance Binder | to | | | |
| 1105. Document Preparation | to Resnick & Caffrey | | 125.00 | |
| 1106. Notary Fees | to | | | |
| 1107. Attorney's Fees | to RESNICK & CAFFREY | | 400.00 | |
| *(includes above item numbers:* 1102-1107 | | ) | | |
| 1108. Title Insurance | to Chicago Title Insurance | | 962.50 | |
| *(includes above item numbers:* | | ) | | |
| 1109. Lender's Coverage | $ 160,000.00 | 400.00 Loan policy | | |
| 1110. Owner's Coverage | $ 275,000.00 | 562.50 Owner policy | | |
| 1111. REC/CERT COPIES | to Resnick & Caffrey Special Account | | 35.00 | |
| 1112. | | | | |
| 1113. TITLE CORE SERVICES | AGENT 70% COMPANY 30% | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 1201. Recording Fees: Deed $ 85.00; Mortgage $ 80.00; | Releases $ 47.00 | | 212.00 | |
| 1202. City/County Tax/Stamps: Deed | ; Mortgage | | | |
| 1203. State Tax/Stamps: Revenue Stamps | 1,100.00; Mortgage | | | 1,100.00 |
| 1204. OBTAIN/VERIFY/REC MLC | to Resnick & Caffrey Special Account | | 40.00 | |
| 1205. REC ASSIGNMENT | to Resnick & Caffrey Special Account | | 47.00 | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 1301. Survey | to CHICAGO TITLE INSURANCE | Survey Deletion | 75.00 | |
| 1302. Pest Inspection | to | | | |
| 1303. DISCHARGE SERVICES | to DISCHARGE TRACKING SERVICES, LLC | | | 25.00 |
| 1304. OVERNIGHT MAIL | to AIRBORNE EXPRESS | | 20.00 | |
| 1305. | | | | |
| **1400. TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K)** | | | 4,660.17 | 1,125.00 |

Certified to be a true copy.

*W. Raymond Watson Funeral Home*
350 WILLETT AVENUE
RIVERSIDE, RHODE ISLAND 02915
(401) 433-4400

DECEASED Rudolph N. Marcello NO. ______
DATE OF DEATH September 28, 2002 DATE OF STATEMENT September 28, 2002

# STATEMENT OF FUNERAL GOODS AND SERVICES SELECTED

*Charges are only for those items that you selected or that are required. If we are required by law or by a cemetery or crematory to use any items, we will explain the reasons in writing below.*

## A. CHARGE FOR SERVICES SELECTED

**1. *Professional Services:***

| | |
|---|---|
| Basic Services of Funeral Director & Staff | 1285.00 |
| Embalming | |
| Other Preparation of Body | |
| | |

**2. *Facilities, Equipment & Staff:***

| | |
|---|---|
| Use of Facilities & Staff for Viewing / Visitation | |
| Use of Facilities & Staff for Funeral Ceremony | |
| Use of Facilities & Staff for Memorial Service | |
| Use of Equipment & Staff for Graveside Service | |
| Use of Equipment & Staff for Church Service | |
| | |

**3. *Transportation:***

| | |
|---|---|
| Transfer of Remains to Funeral Home | 145.00 |
| Hearse | 190.00 |
| Limousine | |
| Sedan | |
| Service / Utility Vehicle | |

**4. *Other Services/Facilities/Equipment:***

TOTAL OF SERVICES SELECTED (A) $ 1620.00

## B. CHARGE FOR MERCHANDISE SELECTED

| | |
|---|---|
| Casket (or other receptacle) | 983.00 |
| *Name/No.* | |
| *Material* | |
| *Color* | |
| Outer Burial Container | |
| *Name/No.* | |
| *Material* | |
| Acknowledgement Cards | |
| Register Book | |
| Memory Folders / Prayer Cards | |
| Cremation Urn | |
| Clothing | |
| | |

TOTAL OF MERCHANDISE SELECTED (B) $ 983.00

## C. SPECIAL CHARGES

Forwarding remains to ______
Receiving remains from ______
Immediate burial ______
Direct cremation ______
TOTAL OF SPECIAL CHARGES (C) $ ______

## D. CASH ADVANCES

Certified Copies of Death Certificate ______ @ $ ______ each. ______
Clergy ______
Musician ______
Newspaper Notices ______
Cemetery ______
TOTAL OF CASH ADVANCES (D) $ ______

We charge you for our services in obtaining: (specify cash advance items). ______

## SUMMARY

| | |
|---|---|
| Total Funeral Home Charges (A+B+C) | $ |
| Sales Tax, if applicable | $ |
| Total Cash Advances (D) | $ |
| COMPLETE TOTAL | $ 2603.00 |

PAYMENT RECEIVED FROM
9-28-02 2603.00

**BALANCE DUE** $ 0

## DISCLOSURES

*If you selected a funeral that may require embalming, such as a funeral with viewing, you may have to pay for embalming. You do not have to pay for embalming you did not approve if you selected arrangements such as a direct cremation or immediate burial. If we charged for embalming, we will explain why below.*

*Reason for embalming:* ______

*If any law, cemetery or crematory requirements have required the purchase of any items listed, the law or requirement is explained below.*

## ACKNOWLEDGEMENT AND AGREEMENT

I (we) authorize this funeral home to perform services, furnish goods, and incur outside charges specified on this Statement. I (we) acknowledge that I (we) received a General Price List, a Casket Price List and an Outer Burial Container Price List.

TERMS: ______

Full payment is due no later than ______
If any payment is not paid when due, an unanticipated LATE CHARGE of ______% per month (ANNUAL PERCENTAGE RATE ______%) on the unpaid balance will be due. I (we) have read (or been read) the above, accept and approve same, and jointly and severally promise to make full payment. Receipt of a copy of this Statement is acknowledged.

Signed ______
Social Security No. ______
Address ______
City/State ______
Zip ______ Telephone ______
Co-Signed ______
Co-Signed ______

ACCEPTANCE: This funeral establishment agrees to provide all services, merchandise and cash advances indicated on this Statement.

By [signature] Paid in Full
ADDITIONAL ITEMS ORDERED
W. Raymond Watson
Funeral Home

1236

RUDOLPH N. MARCELLO
BERNARD P HEALY ESQ
91 FRIENDSHIP ST
PROVIDENCE RI 02903

# NOTICE OF NO TAX

NO: 332286

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
DEPARTMENT OF ADMINISTRATION
DIVISION OF TAXATION
ESTATE AND GIFT TAX SECTION
ONE CAPITOL HILL, PROVIDENCE, RI 02908-5800

DATE: 02/05/2004

ESTATE OF: RUDOLPH N. MARCELLO

LATE OF: BARRINGTON DIED: 09-28-2002

From information now on file in this office it appears that no Estate Taxes are due the State of Rhode Island, inasmuch as the value of the net estate and the share of each beneficiary do not exceed the exemptions allowed by law in effect at the time of death of the above named decedent.

[signature]
Tax Administrator

FILMED April 30, 2004