#71

1236 BPH:SH

STATE OF RHODE ISLAND
BRISTOL, SC.

PROBATE COURT OF THE
TOWN OF BARRINGTON

ESTATE OF NICHOLAS F. MARCELLO, :
a/k/a NICHOLAS RUDOLPH MARCELLO :

No. 5148

**ORDER**

This matter came before the Probate Court of the Town of Barrington on May 10, 2004, Judge Homonoff presiding, upon the First and Final Account submitted by Arthur Marcello and for hearing on the allegations of James C. Marcello that the sales price obtained in reference to the property at 557 Maple Avenue, Barrington, Rhode Island, was grossly inadequate. After hearing thereon and consideration thereof, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. the court accepts andapproves the First and Final Account submitted by Arthur Marcello;

2. the motion of James C. Marcello to set aside the executor's sale on the grounds that the sales price obtained in reference to the property at 557 Maple Avenue, Barrington, Rhode Island, was grossly inadequate is denied;

3. while the first and final account submitted by Arthur Marcello is accepted and approved, the executor, Arthur Marcello, shall not make any disbursements pursuant to the account until on or after June 7, 2004;

4. the executor, Arthur C. Marcello, shall be authorized to make disbursements pursuant to the First and Final Account on or after June 7, 2004, unless James C. Marcello shall, on or before that date, have obtained a temporary restraining order from the Superior Court or any other court of competent jurisdiction in reference to any appeal in reference to the orders of this Probate Court or in reference to any action brought by said James C. Marcello to set aside the sale of 557 Maple Avenue or any other relief requested by him.

ENTER

Adriane A. Dubois 5/18/04
Probate Clerk