**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

JAMES C. MARCELLO
OLIVIA A. MARCELLO

VS C. A. NO. 05 004 ML

JOHN A. DESANO, BERNARD P. HEALY
JOHN LACROSS, ALBERT MASTRIANO,
ARTHUR T. MARCELLO AND THE
STATE OF RHODE ISLAND

## STATEMENT OF UNDISPUTED FACTS

1. James C. Marcello is the son of Nicholas C. Marcello.

2. Olivia A. Marcello is the wife of James C. Marcello.

3. Nicholas C. Marcello died on September 28, 2002.

4. Arthur C. Marcello petitioned the Probate Court of the Town of Barrington for admission to probate of the Last Will and Testament of Nicholas Marcello, a copy of which is attached hereto and incorporated by reference herein.

5. James C. Marcello initially appeared in the Probate Court of the Town of Barrington and contested the petition of Arthur Marcello.

6. The Probate Court of the Town of Barrington granted the petition of Arthur Marcello and appointed him Executor of the Estate of Nicholas C. Marcello pursuant to the above will which was admitted to Probate.

7. James C. Marcello did not appeal the decision and decree of the Probate Court admitting the Last Will and Testament of Nicholas Marcello and appointing Arthur Marcello Executor pursuant to the Will.

8. The Probate Court of the Town of Barrington has allowed the final account of Arthur C. Marcello.

9. Arthur C. Marcello, in his capacity as Executor of the Estate of Nicholas Marcello, commenced an action for trespass and ejectment against James C. Marcello in the District Court of Rhode Island, Sixth Judicial Division.

10. James C. Marcello answered the complaint for trespass and ejectment in the District Court, Sixth Division.

11. Judgment entered against James C. Marcello in the action for trespass and ejectment, and the District Court, Sixth Division, awarded Arthur Marcello, Executor of the Estate of Nicholas Marcello, possession of the premises at 556 Maple Avenue, Barrington, Rhode Island.

12. James C. Marcello did not appeal the judgment of the District Court, Sixth Judicial Division, awarding possession of 556 Maple Avenue, Barrington, Rhode Island, to Arthur C. Marcello, Executor of the Estate of Nicholas C. Marcello.

13. The judgment of the District Court, Sixth Judicial Division, is final.

14. James C. Marcello was charged with the offense of criminal trespass upon 556 Maple Avenue, Barrington, Rhode Island.

15. James C. Marcello pleaded nolo contendere to the offense of criminal trespass.

The defendants, by their attorneys,

Robert W. Smith (1874)
ARMSTRONG, GIBBONS & GNYS
155 South Main Street
Providence, RI 02903
(401) 751 1500

to James and Olivia Marcello
152 Cross Road
Stetson, Maine 04488

Marc DeSisto, Esq.
211 Angell Street
Providence, RI 02906

Thomas Palumbo
Assistant Attorney General
Department of Attorney General
150 South Main Street
Providence, RI 02903

I hereby certify that I mailed a copy of the within to counsel of record and all parties, as above.

Dated: 1/3/06