UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JAN 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO & OLIVIA A. MARCELLO :

VS. : C.A. NO. 05-004 ML

JOHN A. DE SANO, BERNARD P. HEALY, JOHN LACROSS, :
ALBERT MASTRIANO, ARTHUR T. MARCELLO and
the STATE OF RHODE ISLAND :

DEFENDANTS, JOHN A. DE SANO, BERNARD P. HEALY, ALBERT MASTRIANO AND ARTHUR T. MARCELLO'S, MOTION FOR CONDITIONAL ORDER OF DISMISSAL FOR PLAINTIFFS' FAILURE TO ANSWER INTERROGATORIES

Now come defendants, John A. DeSano, Bernard P. Healy, Albert Mastriano and Arthur T. Marcello, and move this Honorable Court, pursuant to Rule 37 of the Federal Rules of Civil Procedure, to dismiss plaintiffs for failure to answer interrogatories (Exhibit A) propounded by said defendants on September 29, 2005, pursuant to Order of this Court entered on December 8, 2005, ordering that answers to interrogatories be filed on or before December 28, 2005. Said defendants rely upon the memorandum of law in support of this motion contemporaneously filed herewith.

Defendants, DeSano, Healy, Mastriano and
Arthur T. Marcello
By their Attorney,

Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX 401-751-4124

CERTIFICATION

I hereby certify that a copy of the within motion was forwarded to James and Olivia Marcello, 152 Cross Road, Stetson, Maine 04488; **Marc DeSisto, Esquire,** 211 Angell Street, Providence, Rhode Island 02906 and **Thomas A. Palombo, Assistant Attorney General,** Department of Attorney General, 150 South Main Street, Providence, Rhode Island 02903 on the 10TH day of January, 2006, postage prepaid, regular mail.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO & OLIVIA A. MARCELLO :

VS. : C.A. NO. 05-004 ML

JOHN A. DE SANO, BERNARD P. HEALY, JOHN LACROSS, :
ALBERT MASTRIANO, ARTHUR T. MARCELLO and
the STATE OF RHODE ISLAND :

DEFENDANTS, JOHN A. DE SANO, BERNARD P. HEALY, ALBERT MASTRIANO AND ARTHUR T. MARCELLO'S, MEMORANDUM IN SUPPORT OF THEIR MOTION FOR CONDITIONAL ORDER OF DISMISSAL FOR PLAINTIFFS' FAILURE TO ANSWER INTERROGATORIES

On December 8, 2005, defendants, John A. DeSano, Bernard P. Healy, Albert Mastriano and Arthur T. Marcello's motion to compel answers to interrogatories was granted by this Honorable Court. A copy of the rule of court Order granting said defendants' motion to compel answers to interrogatories is attached hereto as Exhibit A. Defendants respectfully request that this Court enter a conditional order of dismissal against plaintiffs ordering them to file answers to said defendants' interrogatories within twenty (20) days; otherwise the failure to file answers to interrogatories by said date will result in the dismissal of plaintiffs' complaint against defendants, John A. DeSano, Bernard P. Healy, Albert Mastriano and Arthur T. Marcello.

Defendants, DeSano, Healy, Mastriano and
Arthur T. Marcello
By their Attorney,

Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX 401-751-4124

CERTIFICATION

I hereby certify that a copy of the within memorandum was forwarded to James and Olivia Marcello, 152 Cross Road, Stetson, Maine 04488; **Marc DeSisto, Esquire,** 211 Angell Street, Providence, Rhode Island 02906 and **Thomas A. Palombo, Assistant Attorney General,** Department of Attorney General, 150 South Main Street, Providence, Rhode Island 02903 on the 10TH day of January, 2006, postage prepaid, regular mail.

[signature]