Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
207 296 3433

January 11, 2006

David DiMarzio, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
One Exchange Terrace
Providence, RI 02903

Re: Marcello, et al v DeSano, et al & Rhode Island
CA NO. 05-004 ML

Dear Mr. DiMarzio,

Enclosed for filing is (1) original and (2) copies of the following:

1. OBJECTION OF PLAINTIFFS' TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

2.

3.

4.

5.

Thank you for your assistance in this matter.

Sincerely yours,

James Marcello

James C Marcello

cc: Michael DeSisto, Esq
Robert Smith, Esq
Thomas Palombo, Esq, AAG