IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

RECEIVED
JAN 17 2006
Property of U.S. District Court
District of Rhode Island

JAMES C. and OLIVIA A. MARCELLO )
Plaintiffs )
vs. ) C.A. NO. 05-004 ML
JOHN A. DESANO, BERNARD P HEALY
JOHN LACROSS, ARTHUR T MARCELLO
ALBERT MASTRIANO & RHODE ISLAND )
Defendants )

## MOTION BY PLAINTIFFS TO SUPPRESS AFFIDAVIT

Now come Plaintiffs, Mr. James C. and Olivia A. Marcello,, and moves the Court to suppress paper purporting to be the Affidavit of Defendant Bernard P. Healy dated December 27, 2005, viewed as Exhibit M of Defendants DeSAno, Healy, Mastriano, and Arthur T Marcello motion for summary judgment dated January 3, 2006, for want of a certificate of the magistrate before whom the said alledged affidavit purports to have been taken, and by virtue of which the said magistrate purports to have acted: And further because if affidavit were legally grounded the infomation set forth is immaterial, irrelevant and incompetent reflecting a concealment or evasion of the truth and facts under which said affiant defendant Bernard P. Healy is under legal obligation to communicate, and cannot be innocently silent because both justice and plaintiffs have a right to know.

Respectively Submitted,,

PLAINTIFFS

JAMES C MARCELLO
OLIVIA A MARCELLO
In Pro se,

James Marcello

James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488

CERTIFICATION

I, James C. Marcello, hereby certify that I have mailed a true copy of the following:

1. MOTION BY PLAINTIFFS TO SUPPRESS AFFIDAVIT

2.

3.

4.

5.

by regular mail, postage prepaid, on JANUARY 12, 2006 specified below to the following:

MICHAEL DESISTO, ESQ
211 Angell St
Providence, RI 02906

ROBERT SMITH, ESQ
155 S Main St
Providence, RI 02903

THOMAS PALOMBO, ESQ
150 S Main St
Providence, RI 02903

I swear under penalty of perjury that this is true and correct.

James Marcello

JAMES C. MARCELLO