# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**JAMES MARCELLO and**
**OLIVIA A. MARCELLO**

**Vs.** **C.A. N0. 05-004ML**

**JOHN A. DESANO, BERNARD HEALY,**
**JOHN LACROSS, ALBERT MASTRIANO**
**and ARTHUR T. MARCELLO**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the defendants, John A. DeSano, Bernard Healy, John Lacross, Albert Mastriano and Arthur T. Marcello, against the plaintiffs, James Marcello and Olivia A. Marcello, pursuant to the Order dated January 19, 2006 DISMISSING the complaint with prejudice.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: January 20, 2006