IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

JAMES C. and OLIVIA A. MARCELLO )
Plaintiffs )
vs. ) C.A. NO. 05-004 ML
JOHN A. DESANO, BERNARD P HEALY
JOHN LACROSS, ARTHUR T MARCELLO
ALBERT MASTRIANO & RHODE ISLAND )
Defendants )

**CONSOLIDATED MOTION OF PLAINTIFFS TO SET ASIDE ORDER AND JUDGMENT**

Now come Plaintiffs, Mr. James C. and Olivia A. Marcello,, and hereby moves the court to set aside order signed by Judge Mary M Lisi on 1/19/06 (See Doc. 156) and set aside judgment signed by Deputy Clerk Barbara Barletta on 1/20/06 (See Doc. 157) that dismissed said plaintiffs' complaint with prejudice. The grounds set forth are expressed in the accompanying Memorandum of La.w.

Wherefore, plaintiffs respectfully pray that the motion to set aside order and judgment be granted; that the order and judgment be set aside; that the case be re-opened and proceed with summary judgments on both sides respectively filed; and any and all other and further relief as justice may require.

Respectively Submitted,

PLAINTIFFS * In Pro se,

James Marcello

James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
207 296 3433

## CERTIFICATION

I, James C. Marcello, hereby certify that I have mailed a true copy of the following:

1. CONSOLIDATED MOTION OF PLAINTIFFS TO SET ASIDE ORDER AND JUDGMENT

2.

3.

4.

5.

by regular mail, postage prepaid, on FEBRUARY 3, 2006 specified below to the following:

MICHAEL DESISTO, ESQ
211 Angell St
Providence, RI 02906

ROBERT SMITH, ESQ
155 S Main St
Providence, RI 02903

THOMAS PALOMBO, ESQ
150 S Main St
Providence, RI 02903

I swear under penalty of perjury that this is true and correct.

James Marcello

JAMES C. MARCELLO

IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | ) | C.A. NO. 05-004 ML |

**MEMORANDUM OF LAW IN SUPPORT OF**
**CONSOLIDATED MOTION TO SET ASIDE ORDER AND JUDGMENT**

**INTRODUCTION**

This Memorandum of Law is in support of the plaintiffs' James C. and Olivia A. Marcello's Consolidated Motion to set aside order and judgment respectively entered in this action on January 20, 2006 dismissing said plaintiffs' complaint with prejudice; a copy of both hereby viewed at (Addendum: 1-4) and found at (Doc. 156 & 157).

With all due respect to the court, the order and judgment complained of are arbitrary, prejudicial to plaintiff who are the true victoms of abuse and organized crime complained of, and is void.

Wherefore, plaintiffs pray, that the order and judgment above mentioned be set aside; that the case be re-opened and proceed with summary judgments on both sides respectively filed; and any and all other and further relief as justice may require.

## ARGUMENT

There Are 1 Reasons Why The Order and Judgment of The District Court Should Be Set Aside:

### NO.I

### DISTRICT COURT'S ORDER AND JUDGMENT WAS PROCURED BY FRAUD & COLLUSION

On December 7, 2005, Judge Mary Lisi, prescribed an order that indicated on it's face the following: "...this Court hereby orders plaintiffs James and Olivia Marcello to refrain from filing any additional motions until this Court has disposed of all pending motions." (See Doc. 134).

A copy of this order is viewed at (ADD: 5 & 6).

Subsequent to this order a hearing was called for the date of December 27, 2005 (See Minute Entry 12/27/05), on defendnats Motion to Dismiss (Doc.111), (Doc.91),, and (Doc.118), and the defendants motions were entertained.

Subsequent to the Dec,27,05 hearing, Defendants quickly filed a Summary Judgment (See Doc.150), Statement of Undiputed Facts (See Doc.151) on January 3, 2006, without leave and without mysteriously a curtesy to the court for time to make the alledged disposal of all pending motions.; but the court on the other hand makes a response date for plaintiff to response by January 20, 2006 (See Doc.150, line 3).

On January 18, 2006, plaintiffs response as required by the above response date and files a Motion to Suppress Affidavit of Defendant Bernard P Healy (See Doc.154).

So, on January 20, 2006, the date set by the court for the plaintiffs to response, the court enters the order and judgment on said date to dismiss the plaintiffs complaint with prejudice (See Add: 1-4), and (Docs.156 & 157).

The trap was set and the lache was sprung, and the court and defendants planned this trap to the extent that if plaintiffs responde by motion, the court's order of Dec,7,05 indicates a threat of dismissal, if the plaintiffs fail to response by motion to defendants summary judgment, the court would have granted their summary judgment motion, and the court on Decemeber 27, 2005 after hearing, deliberated a failure to produce a decision so as to assist in the effectuation of the trap.

Therefore,, plaintiffs respectively request that the order and judgment of January 20, 2006 dismissing plaintiffs complaint without predudice for violation of order of Dec,7,05 may be Set Aside for fraud and collusion obtained by, and that the case be re-opened and proceed with summary judgments on both sides respectively filed; and all other and further relief as justice may require.

Respectively Submitted,

PLAINTIFFS * In Pro se,

James Marcello

James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
207 296 3433

# CERTIFICATION

I, James C. Marcello, hereby certify that I have mailed a true copy of the following:

1. MEMORANDUM OF LAW IN SUPPORT OF CONSOLIDATED MOTION TO SET ASIDE ORDER & JUDGMENT

2. ADDENDUM: p.1-3 Order 1/19/06 ent.20th
   4 Judgment 1/20/06
   5-6 Order 12/ 7/05

3.

4.

5.

by regular mail, postage prepaid, on FEBRUARY 3, 2006 specified below to the following:

MICHAEL DESISTO, ESQ
211 Angell St
Providence, RI 02906

ROBERT SMITH, ESQ
155 S Main St
Providence, RI 02903

THOMAS PALOMBO, ESQ
150 S Main St
Providence, RI 02903

I swear under penalty of perjury that this is true and correct.

[signature]

JAMES C. MARCELLO