UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO and
OLIVIA A. MARCELLO

v. CA 05-004ML

JOHN A. DESANO, et al.

ORDER

This matter is before the Court on Plaintiff's Motion to Set Aside Order and Judgment entered by this Court on January 19, 2006. Plaintiff's assert that the "Motion to Suppress Affidavit of D. Bernard Healy" was filed in response to Defendants DeSano, Healy, Arthur Marcello and Albert Mastriano's Motion for Summary Judgment filed January 3, 2006.

The Order and Judgment of this Court entered on January 19, 2006 is hereby vacated and set aside. Plaintiff's shall file their opposition to the Motion for Summary Judgment on or before March 14, 2006.

SO ORDERED:

Mary M. Lisi
United States District Judge
February 28, 2006