IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | C.A. NO. 05-004 ML |

# MOTION TO SET ASIDE ORDER

Now come Plaintiffs, Mr. James C. and Olivia A. Marcello, and respectively move this court to set aside it's order that refused and returned plaintiffs' affidavits & consolidated memorandum of law in opposition to & in support of motion for a summary judgment, both respectively entered and filed on January 30, 2006, on the grounds that a prior judgment that said order was based upon has now been vacated and set aside.

A copy of the order dated 1/30/06 is viewed at (ATT: 1).

A copy of the order dated 2/28/06 is viewed at (ATT 2).

Wherefore, plaintiffs respectfully request that the motion to set aside order be granted; that the order dated 1/30/06 be set aside and vacated; that plaintiffs' abovedstated returned papers, hereby inclusive labeled (Document), be entered as filed; and any and all other and further relief as justice may require.

Respectively Submitted,

PLAINTIFFS * In Pro se,

[signature]

James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
207 296 3433

CERTIFICATION

I, James C. Marcello, hereby certify that I have mailed a true copy of the following:

1. MOTION TO SET ASIDE ORDER

2. ATTACHMENTS: (1) Order 1/30/06 & (2) Order 2/28/06

3. CERTIFICATE OF AFFIRMATION

4.

5.

by regular mail, postage prepaid, on MARCH 6, 2006 specified below to the following:

MICHAEL DESISTO, ESQ
211 Angell St
Providence, RI 02906

ROBERT SMITH, ESQ
155 S Main St
Providence, RI 02903

THOMAS PALOMBO, ESQ
150 S Main St
Providence, RI 02903

I swear under penalty of perjury that this is true and correct.

James Marcello

JAMES C. MARCELLO