# ATTACHMENTS

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: JAMES MARCELLO

RE: CA 05-004 ML

MARCELLO, et al v. DeSANO, et al.

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 1 / 30 / 06 and have made the following determination:

______ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

____ 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

____ 8. Document violates Amended General Order 2002-01.

✓ 9. Other: JUDGMENT HAS ENTERED IN THIS MATTER. CASE IS CLOSED.

ENTER:

David L. Martin
United States Magistrate Judge

Date: 1-30-06

cc: Counsel of Record

2 28 06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO and
OLIVIA A. MARCELLO

v. CA 05-004ML

JOHN A. DESANO, et al.

ORDER

This matter is before the Court on Plaintiff's Motion to Set Aside Order and Judgment entered by this Court on January 19, 2006. Plaintiff's assert that the "Motion to Suppress Affidavit of D. Bernard Healy" was filed in response to Defendants DeSano, Healy, Arthur Marcello and Albert Mastriano's Motion for Summary Judgment filed January 3, 2006.

The Order and Judgment of this Court entered on January 19, 2006 is hereby vacated and set aside. Plaintiff's shall file their opposition to the Motion for Summary Judgment on or before March 14, 2006.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
February 28, 2006

160

2