IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | C.A. NO. 05-004 ML |

**CERTIFICATE OF AFFIRMATION**

I, James C. Marcello above named plaintiff, hereby certify by affirmation of truth, that I received back from this court on it's order of January 30, 2006, only the original plaintiffs' papers pages (1) to (34) dated January 28,, 2006, clerk(s letter, and motion for hearing, exclusive of the Addendum p.1-258 and exclusive of the (2) copies of thereof.

I hereby return in it's entirety what in fact the court sent to me for purpose of compliance to it's order 2/28/06 with the presumption that plaintiffs' exclusive papers as stated above still remain in the pssession of this court.

Respectively Submitted,

PLAINTIFFS * In Pro se,

[signature]

James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488

**CERTIFICATION**

I hereby certify that on MARCH 6, 2006, I have mailed a copy of the above by regular mail, postage prepaid, to: MICHAEL DESISTO,ESQ,211 Angell St,Providence,RI 02906, ROBERT SMITH,ESQ, 155 S Main St,Providence,RI 02903, & THOMAS PALOMBO,ESQ,150 S Main St,Providence,RI 02903.

[signature]