IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | ) | C.A. NO. 05-004 ML |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Now comes the plaintiffs and hereby move for summary judgment. In support of their motion, plaintiffs rely on their affidavit(s) and consolidated memorandum of law filed in support thereof.

WHEREFORE, plaintiffs pray that judgment enter against defendants and that plaintiffs' amended complaint be GRANTED.

Respectively Submitted,

PLAINTIFFS

James Marcello

James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
207 296 3433

**CERTIFICATION**

I hereby certify that on JAN 28, 2006, I mailed a copy of the within by regular mail, postage prepaid, to: Michael DeSisto,Esq,211 Angell St,Providence,RI 02906, Robert Smith,Esq,155 S Main St,Providence,RI 02903, & Thomas Palombo,Esq,AAG,150 S Main St,Providence,RI 02903.

James Marcello