IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | C.A. NO. 05-004 ML |

**PLAINTIFFS' AFFIDAVIT AND MEMORANDUM OF LAW**
**IN OPPOSITION TO A MOTION FOR SUMMARY JUDGMENT**

Now comes the plaintiffs and with good cause hereby object to the defendants' motion for summary judgment dated January 3,2006. In support of this objection, plaintiffs rely on their affidavit and consolidated memorandum of law..

WHEREFORE, plaintiffs pray that an order be entered against defendants and that the defendants' motion for summary judgment be Denied.

Respectively Submitted,

PLAINTIFFS

James Marcello

James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
207 296 3433

CERTIFICATION

I hereby certify that on JAN 28 2006, I mailed a copy of the within by regular mail, postage prepaid, to: Michael DeSisto,Esq,211 Angell St,Providence,RI 02906, Robert Smith,Esq, 155 S Main St,Providence,RI 02903, & Thomas Palombo,Esq,150 S Main St,Providence,RI 02903.

James Marcello