IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | C.A. NO. 05-004 ML |

## MOTION TO SET FOR HEARING

The plaintiffs in the above entitled cause move that the cause be set down for hearing on motions for summary judgment and objection(s) respectively filed by said plaintiffs and the defendants and on a day to be fixed by the Court.

Respectively Submitted,

PLAINTIFFS

JAMES C MARCELLO
OLIVIA A MARCELLO
In Pro se,.

James Marcello
James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
207 296 3433

## CERTIFICATION

I hereby certify that on JANUARY 28, 2006, I have mailed a copy of the above by regular mail, postage prepaid, to: Michael DeSisto,Esq,211 Angell St,Providence,RI 02906, Robert Smith,Esq,155 S Main St,Providence,RI 02903, & Thomas Palombo,Esq,AAG,150 S Main St,Providence,RI 02903.

James Marcello

CERTIFICATION

I, James C. Marcello, hereby certify that I have mailed a true copy of the following:

1. MOTION TO SET FOR HEARING

2. PLAINTIFFS' AFFIDAVITS & CONSOLIDATED MEMORANDUM OF LAW IN OPPOSITION TO & IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

3. ADDENDUM p.1-258

4.

5.

by regular mail, postage prepaid, on JANUARY 28, 2006 specified below to the following:

MICHAEL DESISTO, ESQ
211 Angell St
Providence, RI 02906

ROBERT SMITH, ESQ
155 S Main St
Providence, RI 02903

THOMAS PALOMBO, ESQ
150 S Main St
Providence, RI 02903

I swear under penalty of perjury that this is true and correct.

James Marcello

JAMES C. MARCELLO