IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

JAMES C. and OLIVIA A. MARCELLO

Plaintiffs

vs. C.A. NO. 05-004 ML

JOHN A. DESANO, BERNARD P HEALY
JOHN LACROSS, ARTHUR T MARCELLO
ALBERT MASTRIANO & RHODE ISLAND

Defendant

## ORDER FOR TRANSCRIPT

Now come Plaintiffs, Mr. James C. and Olivia A. Marcello and, pursuant to Rule 32(c)(2) of the Local Rules of the U.S. District Court and Rule 72(b) of the Federal Rules of Civil Procedure, respectfully make request for transcription of the record of the December 27, 2005 hearing that the Report and Recommendation of the Magistrate Judge dated March 23, 2006 is based upon thereof.

Wherefore Plaintiffs pray that the necessary applications, fees, costs, etc. be granted to them.

Respectively Submitted,

PLAINTIFFS * In Pro se

James Marcello

Mr. James & Olivia Marcello
152 Cross Rd
Stetson ME 04488
207 296 3433

# CERTIFICATION

I, James C. Marcello, hereby certify that I have mailed a true copy of the following:

1. ORDER FOR TRANSCRIPT

2.

3.

4.

5.

by regular mail, postage prepaid, on MARCH 30,2006 specified below to the following:

MICHAEL DESISTO,ESQ
211 Angell St
Providence, RI 02906

ROBERT SMITH,ESQ
155 S Main St
Providence, RI 02903

THOMAS PALOMBO,ESQ
150 S Main St
Providence, RI 02903

I swear under penalty of perjury that this is true and correct.

[signature]

JAMES C. MARCELLO