IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. and OLIVIA A. MARCELLO<br><br>Plaintiffs<br><br>vs.<br><br>JOHN A. DESANO, BERNARD P HEALY<br>JOHN LACROSS, ARTHUR T MARCELLO<br>ALBERT MASTRIANO & RHODE ISLAND<br><br>Defendants | C.A. NO. 05-004 ML |

**CHARGES THAT DEFENDANT ARTHUR T. MARCELLO IS NOT EXECUTOR NOR AUTHORIZED TO SELL REAL ESTATE AS ALLEDGED**

That the said Defendant ARTHUR T. MARCELLO is not the executor of nor authorized by RIGL § 33-19-3 to sell real estate of RUDOLPH N. MARCELLO, deceased, or the legal representative of said RUDOLPH N. MARCELLO or NICHOLAS F. MARCELLO, duly appointed and qualified, as alledged in paragraphs: ¶ 2 at 1, ¶¶¶ 2, 3, 4, at 2, ¶¶ 2, 3, at 3 of Defendants Proposed Rule 26(f) Discovery Plan and Outline of the Case on Behalf of Defendants, John A. DeSano, Bernard Healy, Albert Mastriano, and Arthur T. Marcello,"in their" Statement of Facts of Case and Defenses, dated March 28, 2005; a copy of such hereby attached in 4 pages.

Wherefore, plaintiffs respectfully submit a sworn out complaint in violation to RIGL § 11-41-3 & 11-41-4 and warrant of arrest on complaint for above named defendant, inclusive.

Respectively Submitted,

PLAINTIFFS * In Pro se

James Marcello

Mr. James & Olivia Marcello
152 Cross Rd
Stetson ME 04488
207 296 3433

# CERTIFICATION

I, James C. Marcello, hereby certify that I have mailed a true copy of the following:

1. CHARGES THAT DEFENDANT ARTHUR T. MARCELLO IS NOT EXECUTOR NOR AUTHORIZED TO SELL REAL ESTATE AS ALLEDGED
2. SWORN OUT COMPLAINT
3. WARRANT OF ARREST ON COMPLAINT
4.
5.

by regular mail, postage prepaid, on MARCH 30,2006 specified below to the following:

MICHAEL DESISTO,ESQ
211 Angell St
Providence, RI 02906

ROBERT SMITH,ESQ
155 S Main St
Providence, RI 02903

THOMAS PALOMBO,ESQ
150 S Main St
Providence, RI 02903

I swear under penalty of perjury that this is true and correct.

[signature]

JAMES C. MARCELLO