# ATTACHMENTS

3.28.05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO & OLIVIA A. MARCELLO :

VS. : C.A. NO. 05-004 ML

JOHN A. DE SANO, BERNARD HEALY, :
JOHN LACROSS, ALBERT MASTRIANO,
ARTHUR T. MARCELLO :

PROPOSED RULE 26(f) DISCOVERY PLAN AND OUTLINE OF THE CASE ON BEHALF OF DEFENDANTS, JOHN A. DE SANO, BERNARD HEALY ALBERT MASTRIANO AND ARTHUR T. MARCELLO

Plaintiffs, James C. Marcello and Olivia A. Marcello, have filed a complaint against John A. DeSano, Bernard Healy, John LaCross, Albert Mastriano and Arthur T. Marcello. Defendants, John A. DeSano, Bernard Healy, Albert Mastriano and Arthur T. Marcello, have filed an answer to the plaintiff's complaint, denying the allegations set forth therein and raising certain affirmative defenses, including failure to state a claim upon which relief may be granted. It is the position of said defendants that plaintiffs' complaint does not set forth any viable legal theories against any of the defendants. The following is a statement of facts upon which said defendants believe is the basis of the plaintiffs' complaint.

**Statement of Facts of Case and Defenses**

The plaintiff, James Marcello, is the son and only child of the late Nicholas Marcello. Nicholas Marcello died testate in the Town of Barrington in 2002. Virtually, the sole asset of the estate was certain real property located at 557 Maple Avenue in the Town of Barrington, State of Rhode Island. Nicholas Marcello, in his Last Will and Testament, chose not to leave his entire estate to his son, James. Nicholas Marcello elected to appoint his brother, Arthur Marcello, as the Executor of his Last Will and Testament. In his Will, Nicholas Marcello left portions of his

estate to James Marcello, Arthur Marcello, James Marcello's children and his nieces and nephews.

John DeSano, an attorney licensed and practicing in the State of Rhode Island, drafted Nicholas Marcello's Will. Albert Marcello was a witness to Nicholas Marcello's Will. Following the death of Nicholas Marcello, Arthur Marcello, as named Executor of Nicholas Marcello's Last Will and Testament, filed a petition for admission of the Will with the Probate Court of the Town of Barrington. Arthur Marcello engaged the law firm of Kiernan, Plunkett & Redihan. Bernard P. Healy, then a member of the firm, was the attorney primarily involved in the probate and subsequent hearings.

James Marcello appeared in the Probate Court before Judge Homonoff and contested the petition for admission of the Last Will and Testament of Nicholas Marcello. After his initial appearance and filing a notice of contest, James Marcello failed to comply with discovery orders of the Probate Court and failed to appear at several scheduled court hearings. Ultimately, Judge Homonoff granted the petition of Arthur Marcello for admission of the Last Will and Testament of Nicholas Marcello and appointed Arthur Marcello as Executor.

In his capacity as Executor, Arthur Marcello made arrangements to market and sell the Maple Avenue property. James Marcello, who was living in the Maple Avenue property at that time, despite notice, refused to vacate the premises. Arthur Marcello, in his capacity as Executor, brought an action in the District Court, Sixth Division, for trespass and ejectment against James Marcello. James Marcello answered the complaint but failed to appear at the scheduled court hearing. As a result, judgment entered against James Marcello. Because of James Marcello's continued refusal to vacate the premises, it was necessary to evict Mr.

Marcello. As a result of his conduct during the course of his eviction, the police officers of the Town of Barrington charged Mr. Marcello with criminal violations.

Following his eviction, James Marcello again unlawfully invaded and trespassed upon the property. Arthur Marcello, in his capacity as Executor, brought an action in the Providence County Superior Court for a preliminary injunction. The matter was heard before Mr. Justice Clifton and Judge Clifton entered an order restraining and enjoining James Marcello from entering the property or interfering with Arthur Marcello regarding his sale of the property. Arthur Marcello ultimately sold the premises.

Following the sale of the Maple Avenue premises, Arthur Marcello, in his capacity as Executor, forwarded to James Marcello checks representing his share of the estate, as directed by the Will, together with reimbursement for certain costs, expended by James Marcello before Arthur Marcello's appointment as Executor, in reference to preservation of the property. James Marcello has refused to cash those checks. The Estate of Nicholas Marcello remains open only because of James Marcello's refusal to cash the checks.

Although it is unclear from the "Bill of Complaint," the nature and extent of any factual or legal allegations against defendants, John A. DeSano, Bernard Healy, Albert Mastriano and Arthur T. Marcello, said defendants adamantly deny that they have violated any rights or interest that James Marcello had, or might have had, regarding the Maple Avenue property. The Barrington Probate Court has ruled and any issues regarding Nicholas Marcello's Will are barred by the doctrines of res judicata and collateral estoppel. The commencement of this action by James Marcello against said defendants is malicious and totally without merit.

Regarding discovery, said defendants intend to file their requests for production of documents and interrogatories on or before May 1, 2005. Said defendants also intend to notice

the deposition of James Marcello and any other witnesses Mr. Marcello might name in his pre-discovery statement. Said defendants also intend to file a motion to dismiss or, alternatively, a motion for summary judgment on or before May 31. An appropriate date for the closure of discovery would be September 30, 2005.

By their Attorney,

Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX 401-751-4124

CERTIFICATION

I hereby certify that a copy of the within proposed discovery plan was forwarded to James and Olivia Marcello, 152 Cross Road, Stetson, Maine 04488 on the 28TH day of March, 2005, postage prepaid, regular mail.