Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
207 296 3433

MARCH 30, 2006

David DiMarzio, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
One Exchange Terrace
Providence, RI 02903

Re: Marcello, et al v DeSano, et al & Rhode Island
CA NO. 05-004 ML

Dear Mr. DiMarzio,

Enclosed for filing is (1) original and (2) copies of the following:

1. CHARGES THAT DEFENDANT ARTHUR T. MARCELLO IS NOT EXECUTOR NOR AUTHORIZED TO SELL REAL ESTATE AS ALLEDGED

2. ATTACHED DEFENDANTS DESANO, ET AL DISCOVERY PLAN.... DATED 3/28/06

3. SWORN OUT COMPLAINT

4. WARRANT OF ARREST ON COMPLAINT

5. WANT OF NECESSARY PARTY

Thank you for your assistance in this matter.

Sincerely yours,

James C Marcello

cc: Michael DeSisto,Esq
Robert Smith,Esq
Thomas Palombo,Esq,AAG