**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

JAMES C. and OLIVIA A. MARCELLO

Plaintiffs

vs.

JOHN A. DESANO, BERNARD P HEALY
JOHN LACROSS, ARTHUR T MARCELLO
ALBERT MASTRIANO & RHODE ISLAND

Defendants

**NO. 05-004 ML**
**COMPLAINT**
**Violation of G.L. 1956**
**(2002 Reenactment), § 11-41-3**

JAMES C. MARCELLO, being duly sworn, complains that on or about the 6th day of February, 2002, in the Town of Barrington and County of Britol, [DEFENDANT-ARTHUR T. MARCELLO] did willfully and unlawfully Embezzled and Fraudulently Converted to his onw use the Real Estate property located at 557 Maple Avenue Barrington R.I. of RUDOLPH N. MARCELLO, deceased father of Plaintiff James C. Marcello.

Wherefore, the complainant prays that process may issue and that said [DEFENDANT--ARTHUR T. MARCELLO] who resides at 130 Roffee Street Barrington R.I. may be apprehended and held to answer to this complaint.

Sworn to before me this 31st day of March, 2006.

James Marcello

James C. Marcello

DENNELL K HAM
NOTARY PUBLIC, MAINE
MY COMMISSION EXPIRES NOVEMBER 18, 2010

Dennell K. Ham

**NOTARY PUBLIC**

Sworn to before me this ____ day of ________________, 2006.

______________________________

Judge of the U.S. District Court