**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

JAMES C. and OLIVIA A. MARCELLO

Plaintiffs

vs. **C.A. NO. 05-004 ML**

JOHN A. DESANO, BERNARD P HEALY
JOHN LACROSS, ARTHUR T MARCELLO
ALBERT MASTRIANO & RHODE ISLAND

Defendants

**WARRANT OF ARREST ON COMPLAINT**

To: The Sheriff of the County of Newport, or any of his Deputies, or any other authorized officer:

Complaint having this day been made before me charging [DEFENDANT--ARTHUR T. MARCELLO] who resides at 130 Roffes Street Barrington R.I. with the crime of **Embezzlement and Fraudulent Conversion**, in violation of **RIGL § 11-41-3,** you are hereby commanded forthwith to arrest said [DEFENDANT-ARTHUR T. MARCELLO] and bring him without unnecessary delay before a judge of the United States District Court for the District of Rhode Island located at One Exchange Terrace, Providence,R.I., the division in which the crime was committed.

Dated: ____________________,2006.

______________________________

Judge of the U.S. District Court