IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. and OLIVIA A. MARCELLO | ) | |
| Plaintiffs | ) | |
| vs. | ) | C.A. NO. 05-004 ML |
| JOHN A. DESANO, BERNARD P HEALY | ) | |
| JOHN LACROSS, ARTHUR T MARCELLO | ) | |
| ALBERT MASTRIANO & RHODE ISLAND | ) | |
| Defendants | ) | |

## WANT OF NECESSARY PARTY

That one NUNO C. NEVES and NATALIA PAIVA-NEVES, of 557 Maple Avenue Barrington,R.I., holds an unlawful debt for a purported sum of $275,000.00 to the defendants in said real estate which the plaintiffs seek to have vacated in their said amended complaint and that the said NUNO C. NEVES and NATALIA PAIVA-NEVES are necessary partie(s) in interest, and ought to be, but has not been made party defendants to said amended complaint.

Wherefore, plaintiffs pray that NUNO C. NEVES and NATALIA PAIVA-NEVES be made party defendants to said amended complaint.

Respectively Submitted,

PLAINTIFFS * In Pro se

James Marcello

Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488

## CERTIFICATION

I, James C. Marcello, hereby certify that I have mailed a true copy of the following:

1. WANT OF NECESSARY PARTY

2.

3.

4.

5.

by regular mail, postage prepaid, on MARCH 30, 2006 specified below to the following:

MICHAEL DESISTO, ESQ
211 Angell St
Providence, RI 02906

ROBERT SMITH, ESQ
155 S Main St
Providence, RI 02903

THOMAS PALOMBO, ESQ
150 S Main St
Providence, RI 02903

I swear under penalty of perjury that this is true and correct.

James Marcello

JAMES C. MARCELLO