# EXHIBIT NO. 2

005542

# DEED

**FROM THE ESTATE OF: NICHOLAS F MARCELLO a/k/a RUDOLPH N MARCELLO**

I, JAMES C. MARCELLO, of the Town of Barrington, County of Bristol, State of Rhode Island, for consideration received, grant to JAMES C. MARCELLO, of the Town of Barrington, County of Bristol, State of Rhode Island, being **"heirs male of the body"**, COVENANTS:

That lot or parcel of land with all buildings and improvements thereon, situated in the Town of Barrington and State of Rhode Island, bounded and described as follows:

Beginning at a point on the northerly side of Maple Avenue at the south-easterly corner of land conveyed by deed of J. Clifton Allen et al, to Salvatore A. Pezzullo and wife, dated December 3, 1940 and recorded in the records of land Evidence in said Barrington in book 38 at page 535; thence running northerly bounding westerly on said Pezzullo land to land now or lately of Giuseppe Palumbo and wife; thence easterly bounding northerly on said Palumbo land seventyfive (75) feet to land now or lately of Peter Marcello and wife; thence southerly bounding easterly on said Marcello land two hundred twenty five (225) feet to Maple Avenue; thence westerly bounding southerly on said Maple Avenue Seventy-five (75) feet to the point of beginning.

Excepting herefrom that portion of said parcel which has been previously conveyed by Peter Marcello and wife, Jennie Marcello to Gayton A. Marcello and wife, Philomena Marcello which deed is recorded in the land records for the said Town of Barrington in deed book 43 at page 488.

Said parcel is further identified as Lot No. 74 (seventy-four) on Assessors' Plat no. 19 as the same appeared on december 31, 1973.

The consideration herein is such that no documentary stamps are necessary.

Witness my hand this 8TH day of July, 2003.

James Marcello

JAMES C. MARCELLO

State of Rhode Island

County of Bristol

In Barrington on the 8 day of July, 2003, before me personally appeared JAMES C. MARCELLO, to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument by him executed, to be his free act and deed.

Lorraine A. Derois

NOTARY PUBLIC

My Commission Expires

Lorraine A. Derois
Notary Public of Rhode Island
My Commission Expires 071105

RECEIVED FOR RECORD
Barrington, R.I. JUL - 8 2003
at 1:12 o'clock P. M
Lorraine A. Derois
Town Clerk