# EXHIBIT NO. 3

INST: 925 Bk: 969 Pg: 69

NOTICE OF INTENT TO DISPUTE
INTERRUPTING ADVERSE POSSESSION
PURSUANT TO RIGL 34-7-6

NOTICE IS HEREBY GIVEN, THAT I, JAMES C. MARCELLO, the legal owner of the property located at: 557 Maple Avenue, Barrington, Rhode Island, INTENDS TO DISPUTE any and all rights of title arising from your claim or use, to my property above stated, by possession under the provisions of this chapter.

BE IT FURTHER KNOWN, that this notice, served and recorded, shall be deemed an interruption of the use and prevent the acquiring of any right thereto by the continuance of the use for any length of time thereafter.

James Marcello, Legal Owner

JAMES C. MARCELLO
Legal Owner of:
557 Maple Avenue
Barrington, RI 02806

Mailing Address:
152 Cross Road
Stetson, ME 04488
207 296 3433

To The Claimant:

ARTHUR T. MARCELLO

Service Address:

130 Roffee Street
Barrington, RI 02806
401 245 6795

2006 FEB 28 A 7:27

Barrington, RI
Date: MAR 17 2006
A True Copy
Attest: Lorraine A. Derois
Town Clerk

RECEIVED FOR RECORD
Mar 17,2006 03:08:40P
Barrington, R.I.
LORRAINE A. DEROIS
TOWN CLERK

010051

(Return of Service - Backside)

INST: 925 Bk: 969 Pg: 69 A

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Notice of Intent to Dispute Interrupting Adverse Possession was made by me | DATE 3/8/06 |
| NAME OF SERVER (PRINT) Thomas J. DaPonte | TITLE Dep. Sheriff |

Check one box below to indicate appropriate method of service

✓ Served personally upon the Claimant. Place where served: 139 Ruffee St., Barrington, RI

✓ Left copies thereof at the Claimant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the Notice of Intent to Dispute Interrupting Adverse Possession were left: Mr. Marcello

__ Returned unexecuted: ____________________

__ Other (specify): ____________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 60.00 | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/8/06 [signature]
Date Signature of Server

RI Sheriffs, Eisenhower Park, Newport, RI
Address of Server

RECEIVED FOR RECORD
Mar 17,2006 03:08:40P
Barrington, R.I.
LORRAINE A. DEROIS
TOWN CLERK