# EXHIBIT NO. 4

INST: 9224 BK: 949 PG: 48

Pd Laporte

NOTICE OF INTENT TO DISPUTE
INTERRUPTING ADVERSE POSSESSION
PURSUANT TO RIGL 34-7-6

NOTICE IS HEREBY GIVEN, THAT I, JAMES C. MARCELLO, the legal owner of the property located at: 557 Maple Avenue, Barrington, Rhode Island, INTENDS TO DISPUTE any and all rights of title arising from your claim or use, to my property above stated, by possession under the provisions of this chapter.

BE IT FURTHER KNOWN, that this notice, served and recorded, shall be deemed an interruption of the use and prevent the acquiring of any right thereto by the continuance of the use for any length of time thereafter.

James Marcello, Legal Owner
JAMES C. MARCELLO
Legal Owner of:
557 Maple Avenue
Barrington, RI 02806

Mailing Address:
152 Cross Road
Stetson, ME 04488
207 296 3433

To The Claimant:

**NUNO C. NEVES and/or**
**NATALIA PAIVA-NEVES**

**Service Address:**

557 Maple Avenue
Barrington, RI 02806

2006 FEB 28 A 7:26
RECEIVED

Barrington, RI
Date: MAR 17 2006
A True Copy
Attest: Lorraine A. Derois
Town Clerk

(Return of Service - Backside)

RECEIVED FOR RECORD
Mar 17,2006 03:08:08P
Barrington, R.I.
LORRAINE A. DEROIS
TOWN CLERK

INST: 924 Bk: 969 Pg: 68 A

# RETURN OF SERVICE

Service of the Notice of Intent to Dispute Interrupting Adverse Possession was made by me

DATE 3/9/06

NAME OF SERVER (PRINT) Thomas J. DiPorto

TITLE Dep Sheriff

Check one box below to indicate appropriate method of service

✓ Served personally upon the Claimant. Place where served: 557 Maple Ave, Barrington, RI

__ Left copies thereof at the Claimant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the Notice of Intent to Dispute Interrupting Adverse Possession were left: Mr. Paquis Neves

__ Returned unexecuted: ______

__ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/9/06
Date

[signature]
Signature of Server

Eisenhower Park, Newport, RI
Address of Server

RECEIVED FOR RECORD
Mar 17,2006 03:08:08P
Barrington, R.I.
LORRAINE A. DEROIS
TOWN CLERK