# CERTIFICATION

I, James C. Marcello, hereby certify that I have mailed a true copy of the following:

1. EXHIBIT NO: 1 - CERTIFICATE OF BIRTH JAMES MARCELLO
2. EXHIBIT NO: 2 - DEED OF ESTATE TO JAMES C MARCELLO
3. EXHIBIT NO: 3 - NOTICE TO INTERRUPT..ARTHUR MARCELLO
4. EXHIBIT NO: 4 - NOTICE TO INTERRUPT..NUNO & NATAL NEVES
5.

by regular mail, postage prepaid, on APRIL 3, 2006 specified below to the following:

MICHAEL DESISTO,ESQ
211 Angell St
Providence, RI 02906

ROBERT SMITH,ESQ
155 S Main St
Providence, RI 02903

THOMAS PALOMBO,ESQ
150 S Main St
Providence, RI 02903

I swear under penalty of perjury that this is true and correct.

[signature]

JAMES C. MARCELLO