05-00004
USDC/RI
Lisi, J

# United States Court of Appeals
## For the First Circuit

---

Nos. 06-1003
06-1004

JAMES C. MARCELLO; OLIVIA A. MARCELLO,

Plaintiffs, Appellants,

v.

JOHN A. DESANO, ET AL.,

Defendants, Appellees.

---

Before

Boudin, Chief Judge,
Torruella and Howard, Circuit Judges.

---

**JUDGMENT**

Entered: March 14, 2006

Appellants have filed a notice of appeal from a November 29, 2005 Order of a Magistrate Judge, which has been docketed as Appeal No. 06-1003. This Order is not a final order over which we have appellate jurisdiction. See 28 U.S.C. § 1291 (giving the courts of appeals jurisdiction over appeals "from all final decisions of the *district courts* of the United States") (emphasis added); United States v. Ecker, 923 F.2d 7, 8 (1st Cir. 1991) (per curiam) ("[A] magistrate's order is not a 'final' order which can be reviewed directly by a court of appeals.").

Accordingly, Appeal No. 06-1003 is summarily dismissed for lack of jurisdiction.

Appellants have also filed a separate notice of appeal (docketed as Appeal No. 06-1004) seeking to appeal from two separate district court orders. First, appellants seek to appeal from a December 7, 2005 district court order denying their request for leave to proceed on appeal in forma pauperis in the appeal described above (Appeal No. 06-1003). The IFP request was properly denied on the ground that Appeal No. 06-1003 is an impermissible interlocutory appeal. To the extent that appellants seek to appeal

that aspect of the district court's December 7 ruling that ordered them to refrain from filing any additional motions in the district court until it had disposed of all then pending motions, that directive is also interlocutory.

Second, appellants seek to appeal from a December 13, 2005 district court order that denied an additional request for leave to proceed on appeal in forma pauperis. We have already dismissed the underlying appeal for which appellants sought IFP status (Appeal No. 05-2838) because, it too, was an impermissible interlocutory appeal from an order of a magistrate judge.

Accordingly, to the extent that Appeal No. 06-1004 seeks review of the district court directive forbidding further filings until pending motions are resolved, we summarily dismiss for lack jurisdiction and to the extent that Appeal No. 06-1004 seeks review of the denials of IFP status on appeal, we summarily affirm.

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

[signature]
**Deputy Clerk**

**Date:** 4/4/06

[cc: James C. Marcello, Olivia A. Marcello, Robert W. Smith, Esq., Marc DeSisto, Esq., Michael A. DeSisto, Esq.]