UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO, et al<br>*Plaintiffs,*<br>vs.<br>JOHN A. DESANO, et al<br>*Defendants.* | C.A. No. 05-004 ML |

**OBJECTION OF DEFENDANT, JOHN LACROSS, TO PLAINTIFF'S APPEAL FROM THE REPORT AND RECOMMENDATION OF THE HONORABLE DAVID L. MARTIN, MAGISTRATE JUDGE, DATED MARCH 23, 2006**

Now comes the Defendant, John LaCross, and objects to the Plaintiffs' Appeal from the Report and Recommendation of Magistrate Judge David L. Martin, dated March 23, 2006. In support of this objection, Defendant relies on the attached memorandum of law as well as his previously filed Memorandum of Law In Support of Motion To Dismiss Plaintiffs' Complaint For Failure to Attend Deposition. Accordingly, Defendant respectfully requests that this Court deny and dismiss Plaintiffs' appeal from the March 23, 2006, Report and Recommendation of Magistrate Judge David L. Martin.

Defendant, John LaCross
By his Attorneys,

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Objection was mailed, postage prepaid, on this 6th day of April, 2006, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903

[signature]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO, et al
*Plaintiffs,*

vs.

JOHN A. DESANO, et al
*Defendants.*

C.A. No. 05-004 ML

**MEMORANDUM OF DEFENDANT, JOHN LACROSS, IN SUPPORT OF HIS OBJECTION TO PLAINTIFF'S APPEAL FROM THE REPORT AND RECOMMENDATION OF THE HONORABLE DAVID L. MARTIN, MAGISTRATE JUDGE, DATED MARCH 23, 2006**

Now comes the Defendant, John LaCross and responds to the Plaintiffs' Appeal from the Report and Recommendation of Magistrate Judge David L. Martin, dated March 23, 2006, by relying on the attached Memorandum of Law In Support of Motion To Dismiss For Plaintiff's Failure to Attend Deposition previously filed with this Court, and the Report and Recommendation of Magistrate Judge David L. Martin, dated March 23, 2006. Wherefore, Defendant respectfully requests that this Court deny and dismiss Plaintiffs' appeal from the Report and Recommendation of Magistrate Judge David L. Martin, dated March 23, 2006.

Defendant, John LaCross
By his Attorneys,

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Memorandum was mailed, postage prepaid, on this 6th day of April, 2006, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903

[signature]