# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES C. MARCELLO, et al<br>*Plaintiffs,*<br>vs.<br>JOHN A. DESANO, et al<br>*Defendants.* | C.A. No. 05-004 ML |

## NOTICE TO TAKE DEPOSITION

Please take notice that, pursuant to the Federal Rules of Civil Procedure, the Defendant, John LaCross, in the above-captioned matter will take the deposition of Plaintiff **JAMES C. MARCELLO** on oral examination. This examination will continue from day to day until completed and will commence on **THURSDAY, NOVEMBER 17, 2005** at **1:30 P.M.,** before a Notary Public commissioned in the State of Rhode Island. The deposition will be conducted via telephone from Rhode Island to Plaintiffs' residence in Maine.

Defendant, John LaCross
By his Attorneys,

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

Marcello v. DeSano et al
C.A. No. 05-004ML

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Deposition Notice was mailed, postage prepaid, on this 2nd day of November, 2005, to the following:

James C. Marcello
Olivia A. Marcello
152 Cross Road
Stetson, ME 04488

Robert W. Smith, Esq.
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

Patricia Aloisio
Affiliated Court Reports
20 Pine Top Road
Barrington, RI 02840

Laura [signature]