UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JAMES C. MARCELLO**
**OLIVIA A. MARCELLO**

**v.**

**C.A. NO: 05-004ML**

**JOHN A. DESANO, BERNARD HEALY, JOHN LACROSS, ALBERT MASTRIANO and ARTHUR T. MARCELLO**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the defendants, John A. DeSano, Bernard Healy, John Lacross, Albert Mastriano and Arthur Marcello against the plaintiffs, James C. Marcello and Olivia A. Marcello, pursuant to the Memorandum and Order dated April 7, 2006 accepting the Report and Recommendation of Magistrate Judge David L. Martin pursuant to Title 28 U.S.C. § 636(b)(1) GRANTING the defendants' Motions to Dismiss.**

**Enter:**

Barbara Barletta
**Deputy Clerk**

**DATED: April 10, 2006**