IN THE UNITED STATES DISTRICT COURT
**DISTRICT OF RHODE ISLAND**

JAMES C. and OLIVIA A. MARCELLO

Plaintiffs

vs. **C.A. NO. 05-004 ML**

JOHN A. DESANO, BERNARD P HEALY
JOHN LACROSS, ARTHUR T MARCELLO
ALBERT MASTRIANO & RHODE ISLAND

Defendants

**MOTION TO DETERMINE A QUESTION OF JURISDICTION WHICH IS COLLATERAL OR PRELIMINARY TO THE ISSUES**

Now come Plaintiffs, Mr. James C. and Olivia A. Marcello and hereby motions this Court for an order to issue against the named Defendants and Rhode Island to determine the question of jurisdiction in the Probate Court, where the real and personal estate property located at 557 Maple Avenue, Barrington, Rhode Island is situated and is in question of embezzlement and/or larceny as alledgd in amended complaint therein, which is collateral or preliminary to the issues. A Memorandum of Law is incorporated herein.

Wherefore Plaintiffs respectfully pray that the motion to determine a question of jurisdiction be granted; that the Defendants be Ordered to proof that Competent Jurisdiction existed in said Probate Court; and Furthermore, Defendants be Ordered to proof that an executor, administrator, or guardian was authorized to make the sale of above said property complained of as required by RIGL § 33-19-3 **(Authorization Order)** and produce such order; and such other and further relief as justice

may require.

Respectively Submitted,

PLAINTIFFS * In Pro se

James Marcello

Mr. James & Olivia Marcello
152 Cross Rd
Stetson ME 04488
207 296 3433

**CERTIFICATION**

I hereby certify that I mailed a copy of this Motion to Determine a Question of Jurisdiction by regular mail, postage prepaid on: APRIL 8, 2006 , 2006, to counsels of record as indicated below:

MICHAEL DESISTO,ESQ
211 Angell St
Providence RI 02906

ROBERT SMITH,ESQ
155 S Main St
Providence RI 02903

THOMAS PALOMBO,ESQ,AAG
150 S Main St
Providence RI 02903

James Marcello

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. and OLIVIA A. MARCELLO

Plaintiffs

vs. **C.A. NO. 05-004 ML**

JOHN A. DESANO, BERNARD P HEALY
JOHN LACROSS, ARTHUR T MARCELLO
ALBERT MASTRIANO & RHODE ISLAND

Defendants

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DETERMINE A QUESTION OF JURISDICTION**

**INTRODUCTION**

This Memorandum of Law supports the Motion to Determine a Question of Jurisdiction Which is Collateral or Preliminary to the Issues filed by Plaintiffs, Mr. James C. and Olivia A. Marcello.

Respectfully, the Defendants as above named, since the death of Plaintiffs father Rudolph N. Marcello on September 28, 2002 and on going, have maintained persistency in asserting facts purporting to the effect that a Probate proceeding had decided not only the outcome of the real and personal property of plaintiffs deceased father but Constitutional rights of Plaintiffs to said properties in the absence of proofing both whether said Probate had competent jurisidiction and authorized an executor to sell said properties pursuant to RIGL § 33-19-3.

For specific reasons set forth herein submitted, Plaintiffs respectfully request that the motion to determine a question of jurisdiction be granted; that Defendants be Ordered to proof

that Competent Jurisdition existed in said Probate Court; and Furthermore, Defendants be Ordered to proof that an executor, administrator, or guardian was authorized to make the sale of above said property complainted of as required by RIGL § 33-19-3 **(Authorization Order)** and produce such order; and such other and further relief s justice may require.

**ARGUMENT**

There Are 2 Reasons To Support Why The Motion To Determine A Question Of Jurisdiction Which is Collateral or Preliminary to the Issues Should Be Granted:

**1st Reason:**

**BURDEN ON DEFENDANTS TO PROOF PROBATE COMPETENT JURISDICTION**

Plaintiffs have stated before this honorable court that Plaintiff James C. Marcello's father Rudolph N. Marcello died intestate on September 28, 2002 and that the Probate Court Had no Jurisdiction; See Tape Hearing 12/27/05. It was not contradicted by Defenants that day. UTAH CASE LAW: **THOMPSON V. JACKSON,** App., 743 P.2d 1230 states: "The party asserting that jurisdiction exists has the burden to establish it."

**2nd Reason:**

**DEFENDANTS ARE CREATING FICTITIOUS ISSUES FOR MERE DELAY**

If proper determination of the question whether probate court had competent jurisdiction over the property in issue of embezzlement and/or larceny is found to be in the "Negative" to the extent meaning "No competent Jurisdiction", then the presumption must be considered that Plaintiffs Constitutional Rights were in fact and still are established both at the time

of the deprivation dates of August 13th and December 10th of 2003 alledged in amended complaint and are still alive; thus the numerous issues being manufactured by defendants are merely designed for delay, See (Doc. #151) Statement of Undisputed Facts by Defendant John A. DeSano, Bernard Healy, Albert Mastriano, Arthur T. Marcello. **NOTATION:** That absolutely no reference was made in (Doc. #151) to the effect "Whether an executor, administrator or guardian was authorized pursuant to RIGL § 33-19-3 to make the sale of the said property by a court of competent jurisdiction."

**CONCLUSION**

Therefore, Plaintiffs respectfully request for reasons set forth above that the motion to determine a question of jurisdiction be granted; that Defendants be Ordered to proof whether competent jurisdiction existed in Probate Court; and Furthermore, Defendants be Ordered to proof whether an executor, administrator, or guardian was authorized to make the sale of above said property complained of as required by RIGL § 33-19-3 **(Authorization Order)** and produce such order if exists; and such other and further relief as justice may require.

Respectively Submitted,

PLAINTIFFS * In Pro se

James Marcello

Mr. James & Olivia Marcello
152 Cross Rd
Stetson ME 04488
207 296 3433

# CERTIFICATION

I, James C. Marcello, hereby certify that I have mailed a true copy of the following:

1. MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DETERMINE A QUESTION OF JURISDICTION......

2.

3.

4.

5.

by regular mail, postage prepaid, on APRIL 8,2006 specified below to the following:

MICHAEL DESISTO,ESQ
211 Angell St
Providence, RI 02906

ROBERT SMITH,ESQ
155 S Main St
Providence, RI 02903

THOMAS PALOMBO,ESQ
150 S Main St
Providence, RI 02903

I swear under penalty of perjury that this is true and correct.

James Marcello

JAMES C. MARCELLO