IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. and OLIVIA A. MARCELLO

Plaintiffs

vs. **C.A. NO. 05-004 ML**

JOHN A. DESANO, BERNARD P HEALY
JOHN LACROSS, ARTHUR T MARCELLO
ALBERT MASTRIANO & RHODE ISLAND

Defendants

**MOTION FOR LEAVE FOR REHEARING**

The Motion of James C. and Olivia A. Marcello, Plaintiffs in the above entitled cause, respectfully shows:

That on the 7th day of April, 2006, this Court rendered a decision (Memorandum and Order - Doc. #175) in the above cause adopting the March 23, 2006 Report and Recommendaton in it's entirety granting Moving Defendants 12(b)(6) Motion to Dismiss (Doc. #91) and Defendant LaCross' Second Motion to Dismiss for failure to Attend Deposition (Doc. #118), and that on the 10th day of April, 2006, a "Judgment is hereby entered for the defendants, John A. DeSano, Bernard Healy, John LaCross, Albert Mastriano and Arthur Marcello against the plaintiffs, James C. Marcello and Olivia A. Marcello, pursuant to the Memorandum and Order dated April 7, 2006 accepting the Report and Recommendation of Magistrate Judge David L. Martin pursuant to Title 28 U.S.C. § 636(b)(1) granting the Defendants' Motions to Dismiss."

That prior to the entry of said judgment, Mandate Decisions have been rendered on the 17th day of January, and 4th day of April, of 2006, by the United States Court of Appeals for the

1st Circuit in this pending appeal(s) case of (James C. Marcello; Olivia A. Marcello, Plaintiffs - Appellants v. State of Rhode Island; John A. DeSano, Bernard P. Healy, John LaCross, Albert Mastriano and Arthur T. Marcello **[Case Nos. 05-2456 / 05-2739 / 05-2838 / 06-1003 / 06-1004]** ), which decision is controlling and binding on this Court, to the extend that this Court was divested of jurisdiction during the time the December 27, 2005 hearing was held on said Defendants Motions as indicated above.

To wit, plaintiffs principle of law of Rule 27(b) which would have a controlling effect, duly submitted by counsel was overlooked.

That under the rules of law as given in said decision, the plaintiffs believes that the said judgment entered in this cause to be erroneous and that they have been aggrieved by the said judgment.

Wherefore the plaintiffs pray that this Court will grant a re-hearing of said cause and **Reject** the Report and Recommendation of Judge David Martin dated March 23, 2006, on such terms as to this court shall seem just.

Respectively Submitted,

PLAINTIFFS * In Pro se

[signature]

Mr. James & Olivia Marcello
152 Cross Rd
Stetson ME 04488

**CERTIFICATION**

I, undersigned hereby certify that I mailed a conformed copy of the within on April 17, 2006, by regular mail, postage prepaid to: MICHAEL DESISTO,ESQ, 211 Angell St, Providence,RI 02903, ROBERT SMITH,ESQ, 155 S Main St, Providence,RI 02903, and THOMAS PALOMBO,ESQ,AAG, 150 S Main St, Providence,RI 02903.

[signature]