# EXHIBIT NO. II

# UNITED STATES COURT OF APPEALS

## FOR THE FIRST CIRCUIT

---

No. 05-2739

JAMES C. MARCELLO; OLIVIA A. MARCELLO

Plaintiffs - Appellants

v.

JOHN A. DESANO; BERNARD HEALY; JOHN LACROSS; ALBERT MASTRIANO; ARTHUR T. MARCELLO; STATE OF RHODE ISLAND, through Attorney General Patrick Lynch and/or Governor Donald Cacieri

Defendants - Appellees

---

**Briefing Notice**
**Entered: 12/20/05**

The record on appeal now being complete with the filing of the transcripts and/or the Transcript Report/Order Form, the appellant's brief must be filed by 1/30/06. Unless appellant is proceeding in forma pauperis, an appendix also must be filed by 1/30/06.

The deadlines for filing appellee's brief and appellant's reply brief shall run in accordance with Fed. R. App. P. 31 and Loc. R. 31. Counsel are advised that extensions of time are normally not allowed without timely motion for good cause shown.

The parties should particularly review the following Federal and Local Rules of Appellate Procedure:

Loc. R. 28 — An addendum must be attached to appellant's brief. Addendum must contain a copy of each judgment, order, or ruling being appealed, along with any supporting opinion, memorandum issued by the judge or magistrate judge. Please note that if the appeal is from a decision reviewing an underlying agency, bankruptcy, or state court decision, the underlying decision must also be included.

Loc. R. 11 and 28.1 — Briefs are public documents and will not be sealed absent timely motion. Documents that are transmitted to this court under seal, such as presentence reports, must not be included in an addendum or appendix. In addition, pursuant to a directive of the Administrative Office of the United States Courts, a statement of reasons in a criminal case is treated as a non-public document. Briefs and appendices including such materials will be rejected as noncompliant. However, these materials may be filed in a seperate volume clearly marked "SEALED".

FRAP 32(a)(5) — Acceptable typeface for briefs:

5

Proportional typeface: 14 point Times New Roman or CG Times; or
Monospaced typeface: 12 point Courier or New Courier. Sans-serif font, such as Arial, may not be used.

FRAP 32(a)(7) — If principal brief exceeds 30 pages or reply brief exceeds 15 pages, brief must include a certificate of compliance with type-volume limitations.

FRAP 32(a)(2) — Except for filings by pro se parties, the cover of appellant's brief must be blue; the appellee's, red; and any reply brief, gray. The cover of the appendix must be white.

FRAP 31(b)
Loc. R. 31(b) — Number of Copies:
<u>Parties not proceeding in forma pauperis:</u> 9 paper copies and a disk containing the entire contents of the brief. 5 paper copies of the appendix.
<u>Parties represented by court-appointed counsel:</u> 4 paper copies and a disk containing the entire contents of the brief. An appendix is NOT required.
<u>Pro se parties proceeding in forma pauperis:</u> 4 paper copies. An appendix is NOT required

Loc. R. 32 — One copy of the brief, cover-to-cover, must be filed on a 3 1/2" disk in either DOS WordPerfect or WordPerfect for Windows, 5.1 or greater.

FRAP 30
Loc. R. 30 — The appendix must be page numbered and contain a table of contents. If the parties are unable to agree as to the contents of the appendix, they must follow the procedure outlined in Fed. R. App. P. 30(b) and Local Rule 30(b).

The First Circuit Rulebook, which contains the Federal Rules of Appellate Procedure, the Local Rules, and the Court's Internal Operating Procedures, is available on the Court's website at www.ca1.uscourts.gov. **PLEASE NOTE THAT THE COURT'S WEBSITE ALSO CONTAINS TIPS ON FILING BRIEFS AND APPENDICES, INCLUDING A CHECKLIST OF WHAT YOUR BRIEF MUST CONTAIN.**

**PLEASE BE AWARE THAT FAILURE TO FILE A BRIEF IN COMPLIANCE WITH THE FEDERAL AND LOCAL RULES MAY RESULT IN THE REJECTION OF THE BRIEF AND MAY LEAD TO DISMISSAL OF THE APPEAL.** See Local Rules 3 and 45.

Richard Cushing Donovan, Clerk

cc: James Marcello
Olivia Marcello
Thomas A. Palombo

6