# EXHIBIT NO. IV

MANDATE

05-00004
USDC/RI
Lisi, J

# United States Court of Appeals
## For the First Circuit

Nos. 05-2456
05-2739
05-2838

JAMES C. MARCELLO; OLIVIA A. MARCELLO,

Plaintiffs, Appellants,

v.

STATE OF RHODE ISLAND, ET AL.,

Defendants, Appellees.

Before

Torruella, Selya and Lipez,
Circuit Judges.

**JUDGMENT**
**Entered: December 23, 2005**

We have reviewed the appellants' response to this court's Order of Court to show cause, dated October 28, 2005. For the reasons stated in that Order, we dismiss Appeal No. 05-2456 for lack of jurisdiction. All pending motions in Appeal No. 05-2456 are denied.

For similar reasons, we also lack jurisdiction over Appeal No. 05-2838 and therefore we summarily dismiss Appeal No. 05-2838 for lack of jurisdiction.

As to Appeal No. 05-2739, because we lack jurisdiction in Appeal No. 05-2456, we summarily affirm the district court's order of October 31, 2005, denying appellants' request for leave to appeal in forma pauperis.

Appeals Nos. 05-2456 and 05-2838 are dismissed for lack of jurisdiction.

Appeal No. 05-2739 is summarily affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 1/17/06

By the Court:

Richard Cushing Donovan, Clerk.

JULIE GREGG

By: ______________________
Operations Manager.

[cc: James C. Marcello, Olivia A. Marcello, Robert W. Smith, Esq., Thomas A. Palombo, AAG]

12