# EXHIBIT NO. VII

IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. MARCELLO | ) | |
| | ) | |
| Plantiff | ) | |
| | ) | |
| vs. | ) | C.A. NO. 05-243 ML |
| | ) | |
| NUNO C. NEVES , and NATALIA PAIVA-NEVES | ) | |
| | ) | |
| Defendants | ) | |

**AFFIDAVIT IN SUPPORT OF PETITION FOR REMOVAL**

**HAVING FIRST BEEN DULY SWORN,** James C. Marcello, of 152 Cross Road, in the town of Stetson, and in the State of Maine, the undersigned affiant, does hereby depose and say as follows:

On March 29, 2005, Ms. Justice Judith C. Savage opening remarks against me quote: "I am not in receipt of any motion filed on behalf of the plaintiff, nor did our search of the clerk's office reveal any, nor was it filed with an omnibus form to be scheduled for hearing today."

A copy of certified copy transcipt hearing 3/29/05 in (21) pages is hereby attached, and the above statement of Justice Savage is viewed on page 1, Lines 17 thru 20 and framed.

On March 29, 2005, after close of hearing, Clerk Lisa L. Kelly exhorted me and my wife to clerk's office and pulled my summary judgment papers from the filing shelves in our presence.

I belief above defendants attorney Joe Moretti(#5092) is a member of enterprise attorneys John A. DeSano and Bernard P. Healy estate racketeering under RI (RICO) Statute who has established a superstructure control over the decision making process in the state court systems of RI to the prejudice or influence against my federal constitutional rights and the common law, and to their favor.

I belief Justice Savage did in fact read and reviewed my summary judgment papers and knew she would have to rule in my favor if she fairly acknowledge receipt, but influenced otherwise

This fact and many more sufficiently evince the truth of the allegations of prejudice or influence and that the petition for removal of this state action to the federal court may be granted.



18

**FURTHER AFFIANT SAYETH NOT.**

Witness my hand under the penalties of perjury this 8TH day of JUNE, 2005.

Affiant (JAMES C. MARCELLO)

**NOTARY'S STATEMENT**

State of Maine )

)SS.

County of Penobscot )

On this day personally appeared JAMES C. MARCELLO, who, having first been sworn, acknowledged the foregoing before me.

NOTARY PUBLIC

DENNELL K HAM
NOTARY PUBLIC, MAINE
MY COMMISSION EXPIRES NOVEMBER 18, 2010

My commission expires:

**CERTIFICATION**

I hereby certify that I have mailed on **JUNE 6, 2005**, a conformed copy of the within by first class mail, postage prepaid to counsel of the above named defendants: Joe Moretti(#5092), 300 Centerville Rd - Suite 300, Warwick,RI 02886.

JAMES C MARCELLO



19