No Response

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
MAY 08 2006

JAMES C. and OLIVIA C. MARCELLO

Plaintiffs

vs.

C.A. NO. 05-004 ML

JOHN A. DESANO, BERNARD P HEALY
JOHN LACROSS, ARTHUR T MARCELLO
ALBERT MASTRIANO & RHODE ISLAND

Defendants

**MOTION TO VACATE ORDER AND JUDGMENT**

Now come Plaintiffs, Mr. James C. and Olivia A. Marcello and, pursuant to Rule 60(b),etc., of the Federal Rules of Civil Procedure, respectfully move this court to vacate it's Memorandum and Order dated April 7, 2006 and Judgment dated April 10, 2006. As grounds, a Memorandum of Law is hereby incorporated herein.

Respectively Submitted,

PLAINTIFFS * In Pro se

James Marcello

James & Olivia Marcello
152 Cross Rd
Stetson ME 04488
207 296 3433

**CERTIFICATION**

I, undersigned, hereby certify that I mailed a conformed copy of the within on APRIL 28, 2006, by regular mail, postage prepaid to: MICHAEL DESISTO,ESQ, 211 Angell St, Providence, RI 02906; ROBERT SMITH,ESQ, 150 S Main St, Providence, RI 02903; and THOMAS PALOMBO,ESQ,AAG, 155 S Main St, Providence, RI 02903.

James Marcello

**DENIED**

Mary M. Lisi

**Mary M. Lisi** 5/24/06
**U.S.D.J.**