IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. and OLIVIA A. MARCELLO

Plaintiffs

vs. **C.A. NO. 004 ML**

JOHN A. DESANO, BERNARD P HEALY
JOHN LACROSS, ARTHUR T MARCELLO
ALBERT MASTRIANO & RHODE ISLAND

Defendants

**MOTION FOR JUDGMENT AS A MATTER OF LAW**

Now come Plaintiffs, Mr. James C. and Olivia A. Marcello and, pursuant to Rule 50(a)(2) of the Federal Rules of Civil Procedure, respectfully move for Judgment as a Matter of Law on the Pleadings filed by said Plaintiffs, on the grounds that all Defendants above named have failed to response, plead, answer, or otherwise object. As grounds, the specified judgment sought and the law and the facts on which the moving Plaintiffs is entitled to the judgment, a Memorandum of Law is incorporated herein.

Respectively Submitted,

PLAINTIFFS * In Pro se

James Marcello

Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
207 296 3433

**CERTIFICATION**

I, the undersigned, hereby certify that I have mailed a conformed copy of the above on JUNE 5, 2006, by regular mail, postage prepaid to: MICHAEL DESISITO,ESQ,211 Angell St,Providence ,RI 02906, ROBERT SMITH,ESQ,155 S Main St,Providence,RI 02903,and THOMAS PALOMBO,ESQ,AAG,150 S Main St,Providence,RI 02903.

James Marcello

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. and OLIVIA A. MARCELLO

Plaintiffs

vs. **C.A. NO. 05-004 ML**

JOHN A. DESANO, BERNARD P HEALY
JOHN LACROSS, ARTHUR T MARCELLO
ALBERT MASTRIANO & RHODE ISLAND

Defendants

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR JUDGMENT AS A MATTER OF LAW**

Now come Plaintiffs, Mr. James C. and Olivia A. Marcello and, pursuant to Rule 50(a)(2) of the Federal Rules of Civil Procedure, respectfully move for Judgment as a Matter of Law on the pleadings filed by said Plaintiffs as follows:

(1) Motion to Set Aside Order dated March 6, 2006.

(2) Charge That Defendant Arthur T. Marcello is Not Executor Nor Authorized to Sell Real Estate As Alledged dated March 30, 2006.

(3) Sworn Out Complaint and Warrant of Arrest Against Defendant - Arthur T. Marcello for Embezzlement and Fraudulent Conversion pursuant to RIGL § 11-41-3 dated March 30, 2006.

(4) Want of Necessary Party (Nuno & Natalia Paiva-Neves) dated March 30, 2006.

(5) Motion to Determine a Question of Jurisdiction Collateral or Preliminary to the Issues dated April 8, 2006.

on the grounds that all Defendants,above named, have failed to plead, answer, or otherwise object; and that Plaintiffs are

entitled to Judgment as a Matter of Law.

Wherefore Plaintiffs respectfully pray that the Motion for Judgment as a Matter of Law be granted; that the Motion to Set Aside Order dated March 6, 2006 be granted, that the Order dated January 30, 2006 be Set Aside; that the Charge That Defendant - Arthur T. Marcello is Not Executor Nor Authorized to Sell Real Estate As Alledged dated March 30, 2006 be granted, that Defendant - Arthur T. Marcello be found acting under color of law and be charged with (Obtaining Property by False Pretenses or Personation in violation of RIGL § 11-41-4.) and further found not authorized to sell real estate property in violation of RIGL §33-19-3; that the Sworn Out Complaint and Warrant of Arrest Against Defendant - Arthur T. Marcello for Embezzlement and Fraudulent Conversion pursuant to RIGL § 11-41-3 dated March 30, 2006 be granted, that the warrant of arrest for Defendant - Arthur T. Marcello may issue and that he may be apprehended and held to answer to the charge; that the Want of Necessary Party (Nuno & Natalia Paiva-Neves) dated March 30, 2006 be granted, that Nuno C. Neves and Natalia Paiva-Neves be enjoined as Defendants; that the Motion to Determine a Question of Jurisdiction Collateral or Preliminary to the Issues dated April 8, 2006 be granted, that the court may find, as a result of all Defendants failing to plead, answer, or otherwise object, that the Probate Court in the Town of Barrington where the property in question of embezzlement and fraudulent conversion is, as alledged in Amended Complaint, Had No Competent Jurisdiction and judgment as a matter of law may be found; and

such other and further relief as justice may require.

Respectively Submitted,

PLAINTIFFS * In Pro se,

James Marcello

Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
207 296 3433

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a conformed copy of the within on JUNE 5, 2006, by regular mail, postage prepaid to: MICHAEL DESISTO,ESQ, 211 Angell St, Providence,RI 02906; ROBERT SMITH,ESQ, 155 South Main St, Providence,RI 02903; and THOMAS PALOMBO,ESQ,AAG, 150 South Main St, Providence,RI 02903.

James Marcello