IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. and OLIVIA A. MARCELLO

Plaintiffs

vs. **C.A. NO. 004 ML**

JOHN A. DESANO, BERNARD P HEALY
JOHN LACROSS, ARTHUR T MARCELLO
ALBERT MASTRIANO & RHODE ISLAND

Defendants

**MOTION TO REVERSE ORDER FOR BEING VOIDABLE**

Now come Plaintiffs, Mr. James C. and Olivia A. Marcello and, pursuant to Rule 12(a)(2)of Local Rules of the U.S. District Court, respectfully Motions to Reverse the Order denying said Plaintiffs Motion to Vacate Order dated May 24, 2006, on the grounds that the court is "...unauthorized by reason of a failure to comply with the standing Rule of Court", SEE N.Y. CASE LAW: STUDWELL V. PALMER, 5 Paige (N.Y.) 166. A copy of the Order 5/24/06 is hereby attached.

**RULE 12(a)(2) OF LOCAL RULES OF THE U.S. DIST.COURT PROVIDES:**
"If no response to a motion is served and filed, the court may make such orders as are just, including an order that the motion is unopposed and in the discretion of the court is deemed granted...."

The Motion to Vacate Order and Judgment filed by Plaintiffs on May 3, 2006 was unopposed by all Defendants named.

Wherefore Plaintiffs respectfully request that the Motion to Reverse Order for being Voidable be granted; that the Order may be Reversed and granting said Plaintiffs' Motion to Vacate Order; and such other and further relief as justice may require.

No further Memorandum is necessary.

Respectively Submitted,

PLAINTIFFS

JAMES C. MARCELLO
OLIVIA A. MARCELLO
In Pro se,

James Marcello

Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
207 296 3433

**CERTIFICATION**

I, the undersigned, hereby certify that I have mailed a conformed copy of the within on JUNE 5, 2006, by regular mail, postage prepaid to: MICHAEL DESISTO,ESQ, 211 Angell St, Providence, RI 02906; ROBERT SMITH,ESQ, 155 South Main St, Providence, RI 02903; and THOMAS PALOMBO,ESQ,AAG, 150 South Main St, Providence, RI 02903.

James Marcello