FILED
JUN 07 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. and OLIVIA A. MARCELLO

Plaintiffs

vs.

C.A. NO. 004-ML

JOHN A. DESANO, BERNARD P HEALY
JOHN LACROSS, ARTHUR T MARCELLO
ALBERT MASTRIANO & RHODE ISLAND

Defendants

Denied as moot. Judgment has been entered for defendants. Mary M. Lisi USDJ 6/7/06

## MOTION FOR JUDGMENT AS A MATTER OF LAW

Now come Plaintiffs, Mr. James C. and Olivia A. Marcello and, pursuant to Rule 50(a)(2) of the Federal Rules of Civil Procedure, respectfully move for Judgment as a Matter of Law on the Pleadings filed by said Plaintiffs, on the grounds that all Defendants above named have failed to response, plead, answer, or otherwise object. As grounds, the specified judgment sought and the law and the facts on which the moving Plaintiffs is entitled to the judgment, a Memorandum of Law is incorporated herein.

Respectively Submitted,

PLAINTIFFS * In Pro se

James Marcello

Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
207 296 3433

## CERTIFICATION

I, the undersigned, hereby certify that I have mailed a conformed copy of the above on JUNE 5, 2006, by regular mail, postage prepaid to: MICHAEL DESISITO,ESQ,211 Angell St,Providence ,RI 02906, ROBERT SMITH,ESQ,155 S Main St,Providence,RI 02903,and THOMAS PALOMBO,ESQ,AAG,150 S Main St,Providence,RI 02903.

James Marcello