UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES C. MARCELLO & OLIVIA A. MARCELLO | : | |
| VS. | : | C.A. NO. 05-004 ML |
| JOHN A. DE SANO, BERNARD P. HEALY, JOHN LACROSS, ALBERT MASTRIANO, ARTHUR T. MARCELLO and the STATE OF RHODE ISLAND | : : | |

# DEFENDANTS, JOHN A. DE SANO, BERNARD P. HEALY, ALBERT MASTRIANO AND ARTHUR T. MARCELLO'S, OBJECTION TO PLAINTIFFS' MOTION FOR JUDGMENT AS A MATTER OF LAW

Now come defendants, John A. DeSano, Bernard P. Healy, Albert Mastriano and Arthur T. Marcello, and hereby object to plaintiffs' motion for judgment as a matter of law, as more particularly set forth in the accompanying memorandum of law.

By their Attorney,

Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX 401-751-4124

## CERTIFICATION

I hereby certify that a copy of the within motion was forwarded to James and Olivia Marcello, 152 Cross Road, Stetson, Maine 04488; **Marc DeSisto, Esquire,** 211 Angell Street, Providence, Rhode Island 02906 and **Thomas A. Palombo, Assistant Attorney General,** Department of Attorney General, 150 South Main Street, Providence, Rhode Island 02903 on the 8TH day of June, 2006, postage prepaid, regular mail.