UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES C. MARCELLO & OLIVIA A. MARCELLO :

VS. : C.A. NO. 05-004 ML

JOHN A. DE SANO, BERNARD P. HEALY, JOHN LACROSS, :
ALBERT MASTRIANO, ARTHUR T. MARCELLO and
the STATE OF RHODE ISLAND :

DEFENDANTS, JOHN A. DE SANO, BERNARD P. HEALY, ALBERT MASTRIANO AND ARTHUR T. MARCELLO'S, MEMORANDUM OF LAW IN SUPPORT OF THEIR OBJECTIONS TO PLAINTIFFS' MOTION TO REVERSE ORDER FOR BEING VOIDABLE' AND PLAINTIFFS' MOTION FOR JUDGMENT AS A MATTER OF LAW

On March 23, 2006, Magistrate David L. Martin entered a report and recommendation on three motions to dismiss. Magistrate Martin went into great detail in his 35 page report and ultimately recommended that defendants, John A. DeSano, Bernard P. Healy, Albert Mastriano and Arthur T. Marcello's 12(b)(6) motion to dismiss be granted; that defendant, John LaCross', motion to dismiss plaintiffs' complaint for failure to attend deposition also be granted and that defendants, John A. DeSano, Bernard P. Healy, Albert Mastriano and Arthur T. Marcello's, motion to dismiss plaintiffs' complaint for failure to attend deposition be denied. In a memorandum and order, dated April 7, 2006, Judge Lisi adopted Magistrate Judge Martin's March 23, 2006, report and recommendation in its entirety, granting defendants, John A. DeSano, Bernard P. Healy, Albert Mastriano and Arthur T. Marcello's, 12(b)(6) motion to dismiss, together with defendant, John LaCross' second motion to dismiss for failure to attend deposition. Judge Lisi also denied defendants, John A. DeSano, Bernard P. Healy, Albert Mastriano and Arthur T. Marcello's, motion to dismiss for failure to attend deposition. On April 10, 2006, the Court entered judgment for all defendants pursuant to Judge Lisi's memorandum and order accepting the report and recommendations of Magistrate David L. Martin. The

plaintiffs have not appealed that final judgment. On April 17, 2006, plaintiffs filed a motion for leave for rehearing, which was denied by Judge Lisi on April 20, 2006. Subsequently, on April 28, 2006, plaintiffs filed a motion to vacate order and judgment, which was denied by Judge Lisi on May 24, 2006.

Plaintiffs continue to file frivolous motions and have filed, what they entitle, a motion to reverse order for being voidable and a motion for judgment as a matter of law. This case has been decided; final judgment has been entered; and the appeal period has long since run. Plaintiffs' motion for leave for a re-hearing and to vacate the order and judgment have both been denied. Plaintiffs' motion for judgment as a matter of law, pursuant to Rule 50(a)(2), incredibly argues that all defendants have failed to answer the plaintiffs' complaint. All of the defendants have long since answered the plaintiffs' complaint. Not only is there no basis for this frivolous motion, but plaintiffs are misstating the pleadings. Plaintiffs' motion to reverse order for being voidable is equally frivolous and both motions should be summarily denied.

By their Attorney,

Robert W. Smith - #1874
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island 02903
401-751-1500
FAX 401-751-4124

CERTIFICATION

I hereby certify that a copy of the within memorandum was forwarded to James and Olivia Marcello, 152 Cross Road, Stetson, Maine 04488; **Marc DeSisto, Esquire,** 211 Angell Street, Providence, Rhode Island 02906 and **Thomas A. Palombo, Assistant Attorney General,** Department of Attorney General, 150 South Main Street, Providence, Rhode Island 02903 on the 8TH day of June, 2006, postage prepaid, regular mail.