IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. and OLIVIA A. MARCELLO

Plaintiffs

vs. **C.A. NO. 004 ML**

JOHN A. DESANO, BERNARD P HEALY
JOHN LACROSS, ARTHUR T MARCELLO
ALBERT MASTRIANO & RHODE ISLAND

Defendants

**REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR JUDGMENT AS A MATTER OF LAW AND MOTION TO REVERSE ORDER FOR BEING VOIDABLE**

Plaintiffs, Mr. James C. and Olivia A. Marcello, respectfully submit this brief Reply Memorandum of Law in response to Defendants Memorandum in Opposition (Opp. Memo.) to the Motion for Judgment as a Matter of Law and Motion to Reverse Order for being Voidable filed by Plaintiffs.

First, contrary to Defendants' argument (Opp.Memo. at 1-1), the Court on April 10, 2006 did not "...enter judgment for all defendants...." A document was signed by Deputy Clerk Barbara Barletta on April 10, 2006 and on it's face indicated no determination of the merits of the controversy and no expressed dismissal of the action. not effective "final judgment" under Rules 58+79.

Second, contrary to Defendants' argument (Opp.Memo. at 2-1), the document signed by Deputy Clerk Barabara Barletta on April 10, 2006 is not "final judgment" from which an appeal lies simply because "it leaves the rights of the parties to the suit undetermined and subject to further adjudication -- is not a final decision, and the Courts of Appeals have no jurisdiction to review it." SEE MORGAN V THOMPSON, IND.T.1903,

124, F. 203, 59 C.C.A. 672. Furthermore, "Appeal may not be taken from an opinion of Federal District Court as such, nor even from a judgment until it is entered." SEE RHODE CASE LAW: IN RE FORSTNER CHAIN CORP., C.A.R.I. 1949, 177 F.2d 572. No judgment had been docketed as provided in Rules 58 and 79 of the Federal Rules of Civil Procedure, 28 U.S.C.A., there is no judgment from which to appeal SEE ST. LOUIS AMUSEMENT CO. V PARAMOUNT FILM DISTRIBUTING CORP. C.C.A.Mo. 1946, 156 F.2d 400.

Third, contrary to Defendants' argument (Opp.Memo. at 2-2, "this case has (not) been decided" and "final judgment has (not) been entered." District Court did not "express determination that there was no just reason for delay and did not specifically direct entry of judgment under Rule 54 of Federal Rules of Civil Procedure dealing with judgment on multiple claims." SEE COUREMBIS V INDEPENDENCE AVE. DRUG FAIR, INC., 1963, 316 F.2d 658, 115 U.S.App.D.C. 7.

**Purpose of Requirement of Finality:**

"Requirement of finality of a decision prior to appeal from federal District Courts as provided in this section is based upon a strong general policy against allowing piecemeal appeals." SEE RHODE ISLAND CASE LAW: IN RE FORSTNER CHAIN CORP., C.A.R.I. 1949, 177 F.2d 572.

**Determination of Finality:**

In deciding question of finality within this section permitting appeals from all final decisions of the district courts, the most important competing considerations are the

inconvenience and costs of piecemeal review on the one hand and the danger of denying justice by delay on the other." SEE GILLESPIE V U.S. STEEL CORP., Ohio 1964, 85 S.Ct. 308, 379 U.S. 148, 13 L. Ed.2d 199.

**CONCLUSION**

Wherefore, for reasons set forth herein and in the initial Memorandums, Plaintiffs respectfully request that justice may not be delayed and that their Fed.R.Civ.P.Rule 50(a)(2) Motion for Judgment as a Matter of Law and their Local Rules of the U.S. District Court Rule 12(a)(2) Motion to Reverse Order for Being Voidable be granted; that the Order dated May 24, 2006 denying Motion to Vacate Order and Judgment (no response) be reversed; and other and further relief as justice may require.

Respectively Submitted,

PLAINTIFFS * In Pro se

James Marcello

Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488
207 296 3433

**CERTIFICATION**

I, the undersigned, hereby certify that I have mailed a conformed copy of the above on JUNE 12, 2006, by regular mail, postage prepaid to:

**Michael DeSisto,Esq**
211 Angell St
Providence, RI 02906

**Robert Smith,Esq**
155 South Main St
Providence, RI 02903

**Thomas Palombo,Esq,AAG**
150 South Main St
Providence, RI 02903

James Marcello