Recd 7/31

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. and OLIVIA A. MARCELLO

Plaintiffs

vs. C.A. NO. 004 ML

JOHN A. DEGANO, BERNARD P HEALY
JOHN LACROSS, ARTHUR T MARCELLO
ALBERT MASTRIANO & RHODE ISLAND

Defendants

**MOTION FOR LEAVE TO REINSTATE THE CAUSE BY AMENDMENT OF COMPLAINT**

Now come Plaintiffs, Mr. James C. and Olivia A. Marcello and, pursuant to Rule 15 of the Federal Rules of Civil Procedure, respectfully move for leave to reinstate the cause of action by amendment of Plaintiffs Complaint. As grounds a Memorandum of Law is incorporated herein.

Respectfully Submitted,

PLAINTIFFS * In Pro se

James Marcello

Mr. James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
207 296 3433 .

**CERTIFICATION**

I, the undersigned, hereby certify that I have mailed a conformed copy of the above on JULY 25, 2006, by regular mail, postage prepaid to: MICHAEL DESISTO,ESQ, 211 Angell St, Providence, RI 02906, ROBERT SMITH,ESQ, 155 S Main St, Providence, RI 02903, and THOMAS PALOMBO,ESQ, 150 S Main St, Providence, RI 02903.

James Marcello

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES C. and OLIVIA A. MARCELLO

Plaintiffs

vs. C.A. NO. 004 ML

JOHN A. DESANO, BERNARD P HEALY
JOHN LACROSS, ARTHUR T MARCELLO
ALBERT MASTRIANO & RHODE ISLAND

Defendants

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE TO REINSTATE THE CAUSE BY AMENDMENT OF COMPLAINT**

**INTRODUCTION**

This Memorandum of Law supports the Motion for Leave to Reinstate the Cause by Amendment of Complaint filed by the Plaintiffs, Mr. James C. and Olivia A. Marcello, pursuant to Rule 15 of the Federal Rules of Civil Procedure.

**ARGUMENT**

With all due respect, Plaintiffs contend that the Memorandum and Order dated April 7, 2006 and Judgment dated April 10, 2006 (Doc. No. 175) **IS NOT** a "final judgment" from which an appeal will lie, and **DOES NOT** put an end to the litigation because law states that "Hearing Before the Master **IS NOT THE TRIAL** and presentation of evidence to master does not waive right to jury, even when demand is made after master's hearing" **SEE TEXAS CASE LAW: MINNICH V JONES, APP.--TEXARKANA,** 99 S.W..2d 327.

Furthermore, the above said Memorandum and Order and Judgment (Doc. No. 175) **DOES NOT** "Dismiss the Action" and is not appealable because law states that: "An order which dismissed

a complaint based on the Civil Rights Act, sections 1981-1988 of title 42, without dismissing the action, was not appealable, where there were no special circumstances present" **SEE CALIFORNIA CASE LAW: BUNDY V GIBSON, C.A.Cal.** 1961, 295 F.2d 62.

**CONCLUSION**

Accordingly, and with respect to the court, the action is still in fury. Therefore, for the reasons set forth above, Plaintiffs, Mr. James C. and Olivia A. Marcello, respectfully request that their Motion for Leave to Reinstate the Cause by Amendment of Complaint pursuant to Fed.R.Civ.P.Rule 15 be granted; that Plaintiffs may have leave to file an Amendment of Complaint with particularity; that the court may designate a time period for Plaintiffs toserve and file the Amendment of Complaint; that the Plaintiffs may have such other and further relief as the circumstance and justice may require.

Respectfully submitted

PLAINTIFFS * In Pro se

James Marcello

Mr. James & Olivia Marcello
152 Cross Rd.
Stetson, ME 04488
207 296 3483

**CERTIFICATION**

I, the undersigned, hereby certify that I have mailed a conformed copy of the Memorandum of Law in Support of Motion for Leave to Reinstate Cause by Amendment of Complaint on JULY 25, 2006, by regular mail, postage prepaid to: MICHAEL DESISTO,ESQ, 211 Angell St, Providence, RI 02906; ROBERT SMITH,ESQ, 155 S Main St, Providence, RI 02903; and THOMAS PALOMBO,ESQ, 150 S Main St, Providence, RI 02903.

James Marcello